SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (*pro hac vice* forthcoming)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 2:22-cv-2632 |
| Plaintiff, | |
| vs. | **RULE 7.1 STATEMENT OF JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.** |
| SAVE ON SP, LLC, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Johnson & Johnson Health Care Systems Inc. states that Johnson & Johnson Health Care Systems Inc. is a wholly owned subsidiary of Johnson & Johnson, a publicly held corporation. Johnson & Johnson has no parent corporation, and there is no publicly held corporation that owns 5% or more of Johnson & Johnson's stock.

Respectfully submitted,

SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

By:  s/ Jeffrey J. Greenbaum
     JEFFREY J. GREENBAUM
     KATHERINE M. LIEB


PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (*pro hac vice* forthcoming)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

Dated:  May 4, 2022