SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (*pro hac vice* forthcoming)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632 |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| SAVE ON SP, LLC, | |
| Defendant. | |

PLEASE TAKE NOTICE that Jeffrey J. Greenbaum, Esq. of Sills Cummis & Gross P.C. hereby appears on behalf of Plaintiff Johnson & Johnson Health Care Systems Inc. in the above-captioned action.

           SILLS CUMMIS & GROSS P.C.
           One Riverfront Plaza
           Newark, New Jersey  07102-5400
           Telephone:  (973) 643-7000
           Facsimile:  (973) 643-6500

By: _s/ Jeffrey J. Greenbaum_____
      JEFFREY J. GREENBAUM

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

Dated:  May 4, 2022