SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (*pro hac vice* forthcoming)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | : |
| | Civil Action No. 22-CV-2632 (JMV) |
| Plaintiff, | : |
| vs. | : |
| | **NOTICE OF APPEARANCE** |
| SAVE ON SP, LLC, | : |
| Defendant. | : |

PLEASE TAKE NOTICE that Adeel A. Mangi of Patterson Belknap Webb & Tyler LLP hereby appears on behalf of Plaintiff Johnson & Johnson Health Care Systems Inc. in the above-captioned action.

PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

By: s/ *Adeel A. Mangi*
Adeel A. Mangi

*Attorney for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

Dated: May 5, 2022