## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of New Jersey

Case Number: 2:22-CV-02632-JMV-CLW

Plaintiff:
**JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.**

vs.

Defendant:
**SAVE ON SP, LLC, ET AL**

STS2022015631

For:
Jeffrey J. Greenbaum, Esq.

Received by STATUS, L.L.C. to be served on **Save On SP, LLC, C/O United Corporate Services Inc., 80 Main Street, Suite 415, West Orange, NJ 07052.**

I, Jessica Klein, do hereby affirm that on the **11th day of May, 2022** at **11:54 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint, Prayer Relief, Certification Pursuant To L. CIV. R. 11.2, Civil Cover Sheet, Rule 7.1 Statement, Plaintiff's First Request For Production** with the date and hour of service endorsed thereon by me, to: **Zaline Eli as Managing Agent at Registered Agent Office** for **Save On SP, LLC**, at the address of: **C/O United Corporate Services Inc., 80 Main Street, Suite 415, West Orange, NJ 07052**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 47, Sex: F, Race/Skin Color: Tan, Height: 5'3", Weight: 160, Hair: Dark Blonde, Glasses: N

I certify that I am over the age of 18, and a competent adult not having a direct interest in the litigation.

Jessica Klein   5/12/22

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414

Our Job Serial Number: STS-2022015631
Service Fee: _____