E. Evans Wohlforth, Jr., Esq.
Julia E. Palermo, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*
*Save On SP, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civil Action No. 2:22-cv-02632 (JMV)(CLW) <br><br> *Document electronically filed* <br><br> **APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY** <br><br> **[Local Civil Rule 6.1(b)]** |

Application is hereby made, pursuant to Local Civil Rule 6.1(b), for a Clerk's Order extending by fourteen (14) days, up to and including June 15, 2022, the time within which Defendant Save On SP, LLC, ("Defendant") may answer, move, or otherwise respond to the Complaint filed by Plaintiff Johnson & Johnson Health Care Systems, Inc. ("Plaintiff") herein. Defendant, having come before the Court solely for this extension and not having waived any defenses available to it by such appearance, represents that:

(1)  No previous extensions have been obtained from this Court in this matter by Defendant;

(2)  Service of the Summons and Complaint in this matter was affected upon the registered agent for Defendant on May 11, 2022;

1

2

(3) Defendant's time to answer, move, or otherwise respond to Plaintiff's Complaint currently expires on June 1, 2022, twenty-one (21) days after service of the Summons and Complaint in this matter was affected; and

(4) The fourteenth day after June 1, 2022 is June 15, 2022.

Dated: May 25, 2022      By:    s/ *E. Evans Wohlforth, Jr.*
E. Evans Wohlforth, Jr., Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Phone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail: ewohlforth@gibbonslaw.com

*Attorneys for Defendant*
*Save On SP, LLC*

## **ORDER**

The above application is ORDERED GRANTED and the time within which Defendant Save On SP, LLC shall answer, move, or otherwise respond to Plaintiff's Complaint is extended for a period of fourteen (14) days, up to and including June 15, 2022, pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

**SO ORDERED** this _____ day of _____, 2022.

**WILLIAM T. WALSH**
**Clerk, United States District Court**
**District of New Jersey**

**By:**_____
     **Deputy Clerk**