E. Evans Wohlforth, Jr., Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4500
Fax: (973) 596-0545
*Attorneys for Defendant*
*Save On SP, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civil Action No. 2:22-cv-02632 (JMV)(CLW) <br><br> *Document electronically filed* <br><br> **NOTICE OF APPEARANCE OF E. EVANS WOHLFORTH, JR., ESQ.** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendant Save On SP, LLC in the above-captioned action. Please serve copies of all papers upon the undersigned attorney at the office and e-mail address listed below and cause any future Notices of Electronic Filing in the above-captioned matter to be sent through the CM/ECF System.

Dated: May 25, 2022     By: s/ E. Evans Wohlforth, Jr.
      Newark, New Jersey     E. Evans Wohlforth, Jr., Esq.
                                              **GIBBONS P.C.**
                                              One Gateway Center
                                              Newark, New Jersey 07102-5310
                                              Telephone: (973) 596-4500
                                              Fax: (973) 596-0545
                                              ewohlforth@gibbonslaw.com
                                              *Attorneys for Defendant*
                                              *Save On SP, LLC*