

E. EVANS WOHLFORTH, JR.
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4879 Fax: (973) 639-6486
ewohlforth@gibbonslaw.com

June 9, 2022

**VIA ECF**

Hon. Cathy L. Waldor, U.S.M.J.
United States Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*
             **Civ. No. 2:22-cv-02632-JMV-CLW**

Dear Judge Waldor:

      This firm represents Defendant Save On SP, LLC ("SaveOnSP"), in the above-referenced action. We write respectfully to request an extension of 30 days of SaveOnSP's time to respond to the Complaint.

      On May 26, 2022, SaveOnSP's application for extension of time to answer or otherwise respond to the Complaint pursuant to Local Civil Rule 6.1(b) was granted by the Court. SaveOnSP's answer or response is now due on June 15, 2022. SaveOnSP requests that the deadline for its time to answer or otherwise respond to the Complaint be extended 30 days, through and including July 15, 2022. This additional time is needed due to the length and complexity of the claims and allegations in the Complaint. Counsel for Plaintiff Johnson & Johnson Health Care Systems, Inc., has kindly consented to this request.

      If this application meets with the Court's approval, we respectfully suggest that the Court endorse this letter as "So Ordered" and cause it to be filed on the electronic docket of the Court. We thank the Court for its attention to this matter. Please do not hesitate to have the Court's staff contact me with any questions or if we may be of any assistance to the Court whatsoever.

      Respectfully submitted,

      s/ Evans Wohlforth

      E. Evans Wohlforth, Jr.

Cc:  All counsel (Via ECF)