E. Evans Wohlforth, Jr., Esq.
Julia E. Palermo, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*
*Save On SP, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civil Action No.  2:22-cv-02632 (JMV)(CLW) <br><br> *Document electronically filed* <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |

Counsel for Defendant Save On SP, LLC ("SaveOnSP"), Gibbons P.C., having indicated that SaveOnSP intends to respond to the Complaint in this matter with a Motion to Dismiss pursuant to Fed. R. Civ. P. 12 (the "Motion"); and the Court having granted the application of SaveOnSP, with the consent of Plaintiff Johnson & Johnson Health Care Systems Inc., and extended the time for SaveOnSP to respond to the Complaint to and including July 15, 2022 [ECF 13]; and counsel having conferred and agreed to a briefing schedule for the anticipated Motion to Dismiss and to the form and entry of this Order as indicated by the signatures of counsel below;

**IT IS HEREBY STIPULATED AND AGREED** on this 13 day of June, 2022:

1.      Plaintiff Johnson & Johnson Health Care Systems Inc.'s Response and Opposition to the Motion shall be filed on or before August 15, 2022; and

-2-

2.      SaveOnSP's Reply in further support of the Motion shall be filed on or before August

29, 2022.


**GIBBONS, PC.**                               **SILLS CUMMIS & GROSS, P.C.**
One Gateway Center                             One Riverfront Plaza
Newark, New Jersey 07102-5310                  Newark, New Jersey 07102
973-596-4500                                   973-643-7000
*Attorneys for Defendant*                      *Attorneys for Plaintiff*
*Save On SP, LLC*                              *Johnson & Johnson Health Care Systems, Inc.*


s/ E. Evans Wohlforth, Jr.                     s/ Jeffrey J. Greenbaum
E. Evans Wohlforth, Jr., Esq.                  Jeffrey J. Greenbaum, Esq.


Dated:  June 13,2022                           Dated:  June  13,2022




                              **SO ORDERED**:


                              _____
                              Hon. Cathy L. Waldor, U.S.M.J.


Dated:  June __, 2022