E. Evans Wohlforth, Jr., Esq.
Julia E. Palermo, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*
*Save On SP, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civil Action No.  2:22-cv-02632 (JMV)(CLW) <br><br> *Document electronically filed* <br><br> **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |

Counsel for Defendant Save On SP, LLC ("SaveOnSP"), Gibbons P.C., having indicated that SaveOnSP intends to respond to the Complaint in this matter with a Motion to Dismiss pursuant to Fed. R. Civ. P. 12 (the "Motion"); and the Court having granted the application of SaveOnSP, with the consent of Plaintiff Johnson & Johnson Health Care Systems Inc., and extended the time for SaveOnSP to respond to the Complaint to and including July 15, 2022 [ECF 13]; and counsel having conferred and agreed to a briefing schedule for the anticipated Motion to Dismiss and to the form and entry of this Order as indicated by the signatures of counsel below;

**IT IS HEREBY STIPULATED AND AGREED** on this 13th day of June, 2022:

1. Plaintiff Johnson & Johnson Health Care Systems Inc.'s Response and Opposition to the Motion shall be filed on or before August 15, 2022; and

-2-

2. SaveOnSP's Reply in further support of the Motion shall be filed on or before August 29, 2022.

| | |
|---|---|
| **GIBBONS, PC.** | **SILLS CUMMIS & GROSS, P.C.** |
| One Gateway Center | One Riverfront Plaza |
| Newark, New Jersey 07102-5310 | Newark, New Jersey 07102 |
| 973-596-4500 | 973-643-7000 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Save On SP, LLC* | *Johnson & Johnson Health Care Systems, Inc.* |
| | |
| s/ E. Evans Wohlforth, Jr. | s/ Jeffrey J. Greenbaum |
| E. Evans Wohlforth, Jr., Esq. | Jeffrey J. Greenbaum, Esq. |
| | |
| Dated: June 13, 2022 | Dated: June 13, 2022 |

**SO ORDERED**:

s/ Cathy L. Waldor
Hon. Cathy L. Waldor, U.S.M.J.

Dated: June 14, 2022