E. Evans Wohlforth, Jr., Esq.
Julia E. Palermo, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*
*Save On SP, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAVE ON SP, LLC,<br><br>Defendant. | Civil Action No. 2:22-cv-02632 (JMV)(CLW)<br><br>*Document electronically filed*<br><br>**NOTICE OF MOTION**<br>**FOR ADMISSION *PRO HAC VICE* OF**<br>**DAVID ELSBERG, ESQ.** |

**TO:**   All Persons on ECF Service List

**COUNSEL:**

**PLEASE TAKE NOTICE** that Defendant Save On SP, LLC, by and through its undersigned counsel, Gibbons P.C., shall move before the Honorable Cathy L. Waldor, U.S.M.J., on July 18, 2022 or as soon thereafter as counsel may be heard, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for the entry of an order granting leave for David Elsberg, Esq., to appear in the above-captioned matter *pro hac vice* on behalf of Defendant Save On SP, LLC.

**PLEASE TAKE FURTHER NOTICE THAT** in support of that motion, and pursuant to Local Civil Rule 101.1(c), Defendant Save On SP, LLC shall rely upon the Certifications of counsel being filed herewith. Defendant Save On SP, LLC respectfully submits pursuant to Local Civil Rule 7.1(d)(4) that no brief in support of this motion is necessary, because the Certifications

being filed herewith plainly establish the requirements necessary for the *pro hac vice* admission of the above counsel.

      **PLEASE TAKE FURTHER NOTICE** that a proposed order is submitted herewith.

| | |
|---|---|
| Dated: June 15, 2022<br>Newark, New Jersey | By: <u>s/ E. Evans Wohlforth, Jr., Esq.</u><br>    E. Evans Wohlforth, Jr., Esq.<br>    **GIBBONS P.C.**<br>    One Gateway Center<br>    Newark, NJ 07102-5310<br>    Tel.: (973) 596-4500<br>    Fax: (973) 596-0545<br>    EWohlforth@gibbonslaw.com |