E. Evans Wohlforth, Jr., Esq.
Julia E. Palermo, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*
*Save On SP, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAVE ON SP, LLC,<br><br>Defendant. | Civil Action No. 2:22-cv-02632 (JMV)(CLW)<br><br>*Document electronically filed.*<br><br>**CERTIFICATION OF<br>E. EVANS WOHLFORTH, JR., ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW DUNLAP, ESQ.** |

I, **E. EVANS WOHLFORTH, JR., ESQ.,** of full age, do hereby certify as follows:

1. I am a Director of Gibbons P.C., and I submit this certification in support of Defendant Save On SP, LLC's motion for an Order granting Andrew Dunlap, Esq., admission *pro hac vice* in this matter pursuant to Local Civil Rule 101.1(c). I am personally familiar with the facts set forth in this Certification.

2. I am a member in good standing of the bars of the State of New Jersey, the State of New York, the United States District Court for the District of New Jersey, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Federal Circuit, and the Supreme Court of the United States.

8

3. If the Court grants Defendant's motion for the admission *pro hac vice* of Andrew Dunlap, Esq., I or another member of Gibbons P.C. who is a member in good standing of the bars of the State of New Jersey and the United States District Court for the District of New Jersey will continue to serve as counsel of record in this matter, will review and sign all pleadings, briefs, and other papers filed with the Court, will be present for all appearances before the Court unless previously excused from appearing by the Court, will be responsible for the conduct of this action and for the conduct of Andrew Dunlap, Esq., and will otherwise comply with all the terms and conditions of Local Civil Rule 101.1(c).

4. For the foregoing reasons and those set forth in the Certification of Andrew Dunlap, Esq., submitted herewith, it is respectfully requested that the Court execute and direct the entry of the attached Order admitting Andrew Dunlap, Esq., *pro hac vice* for the purpose of representing Defendant Save On SP, LLC in this litigation.

I declare under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

| | |
|---|---|
| Dated: June 15, 2022<br>Newark, New Jersey | By: s/ E. Evans Wohlforth, Jr., Esq.<br>E. Evans Wohlforth, Jr., Esq.<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Tel.: (973) 596-4500<br>Fax: (973) 596-0545<br>EWohlforth@gibbonslaw.com<br><br>*Attorneys for Defendant Save On SP, LLC* |