E. Evans Wohlforth, Jr., Esq.
Julia E. Palermo, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*
*Save On SP, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civil Action No. 2:22-cv-02632 (JMV)(CLW) <br><br> *Document electronically filed.* <br><br> **CERTIFICATE OF SERVICE** |

I, **E. EVANS WOHLFORTH, JR.**, hereby certify as follows:

1. I am an attorney at law admitted to practice before this Court and an attorney at the firm, Gibbons P.C., attorneys for Defendant Save On SP, LLC ("SaveOnSP") in the above-captioned matter. On June 15, 2022, pursuant to Local Civil Rule 5.2, I caused the following documents to be electronically filed and served:

- Defendant Save On SP, LLC's Notice of Motion for Admission *Pro Hac Vice* of Andrew Dunlap, Esq.;
- Certification of E. Evans Wohlforth, Jr., Esq..;
- Certification of Andrew Dunlap, Esq.;
- Proposed Order; and
- this Certificate of Service.

2. Service was made on this date upon all counsel of record in accordance with the Federal Rules of Civil Procedure and the District of New Jersey's Local Rules on Electronic Service.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 15, 2022  By: s/ E. Evans Wohlforth, Jr., Esq.
Newark, New Jersey  E. Evans Wohlforth, Jr., Esq.
  **GIBBONS P.C.**
  One Gateway Center
  Newark, NJ 07102-5310
  Tel.: (973) 596-4500
  Fax: (973) 596-0545
  EWohlforth@gibbonslaw.com

  *Attorneys for Defendant Save On SP, LLC*