E. Evans Wohlforth, Jr., Esq.
Julia E. Palermo, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*
*Save On SP, LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civil Action No. 2:22-cv-02632 (JMV)(CLW) <br><br> *Document electronically filed.* <br><br> **ORDER GRANTING THE ADMISSION** *PRO HAC VICE* **OF DAVID ELSBERG, ESQ.** |

**THIS MATTER** having been brought before the Court upon the motion of Defendant Save On SP, LLC, for the admission of David Elsberg, Esq., *pro hac vice* in the within case pursuant to Local Civil Rule 101.1(c); and for good cause having been shown;

**IT IS** on this 16th day of June, 2022**:**

**ORDERED** that Defendant Save On SP, LLC's motion for an Order granting David Elsberg, Esq., admission *pro hac vice* in this matter shall be and hereby is granted; and

**IT IS FURTHER ORDERED** that David Elsberg, Esq., of the firm Selendy Gay Elsberg PLLC is hereby granted admission *pro hac vice* for the purpose of appearing in this matter pursuant to Local Civil Rule 101.1(c); and

**IT IS FURTHER ORDERED** that David Elsberg, Esq., is hereby required to abide by the Rules of Disciplinary Enforcement and the Local Civil Rules of the District of New Jersey; and

**IT IS FURTHER ORDERED** that David Elsberg, Esq., shall notify the Court immediately of any matter affecting his or her standing at the bar of any other court; and

**IT IS FURTHER ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney at law employed by the law firm of Gibbons P.C., said attorney being authorized to practice in the United States District Court for the District of New Jersey, who shall be held responsible for them and for the conduct of the matter and of David Elsberg, Esq., and

**IT IS FURTHER ORDERED** that pursuant to Local Civil Rule 101.1(c)(2), a copy of this Order shall be forwarded to the Treasurer of the New Jersey Lawyers' Fund for Client Protection. David Elsberg, Esq., shall make payment, or cause payment to be made, to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) within 30 days of the entry of this order for this calendar year (if such payment for this year has not already been made) and shall continue to make payment, or cause payment to be made, for each calendar year in which she continues to represent any Defendant before this Court; and

**IT IS FURTHER ORDERED** that pursuant to Local Civil Rule 101.1(c)(3), David Elsberg, Esq., shall make payment of $150.00, or cause payment of $150.00 each to be made, to the Clerk of the United States District Court for the District of New Jersey.

                                                  s/ Cathy L. Waldor
                                                Hon. Cathy L. Waldor, U.S.M.J.