**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civil Action No.: 2:22-cv-02632 (JMV)(CLW) <br><br> *Document Electronically Filed* <br><br> **REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting an application to appear *pro hac vice* within this matter has been entered (ECF No. 19); and

2. The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

| | |
|---|---|
| Dated: June 17, 2022 <br> Newark, New Jersey | s/ E. Evans Wohlforth, Jr. <br> E. Evans Wohlforth, Jr., Esq. <br> **GIBBONS P.C.** <br> One Gateway Center <br> Newark, New Jersey 07102 <br> Telephone: (973) 596-4500 <br> Facsimile: (973) 596-0545 <br> ewohlforth@gibbonslaw.com <br> *Attorneys for Defendant* |

**PRO HAC VICE ATTORNEY INFORMATION:**

Name:    David Elsberg

Address:  Selendy Gay Elsberg PLLC
          1290 Avenue of the Americas
          New York, NY  10104

Email:    delsberg@selendygay.com