# Sills Cummis & Gross
### A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102-5400**
**Tel: 973-643-7000**
**Fax: 973-643-6500**

**Jeffrey J. Greenbaum**
Member
Direct Dial: (973) 643-5430
E-mail: jgreenbaum@sillscummis.com

101 Park Avenue
New York, NY 10112
Tel: 212-643-7000
Fax: 212-643-6500

June 23, 2022

**VIA ECF**
Honorable Judge Cathy L. Waldor, U.S.M.J.
United States District Court, District of New Jersey
United States Post Office & Courthouse
Federal Square, Room 369
Newark, NJ 07101

      Re:    *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*, **Civil Action No. 22-2632 (JMV)**

Dear Magistrate Judge Waldor:

      This firm represents Plaintiff Johnson & Johnson Health Care Systems Inc. in the above-captioned matter. We respectfully request that Your Honor permit Harry Sandick to appear *pro hac vice* on behalf of the above-listed Plaintiff. Counsel for Defendant has no objection to the admission *pro hac vice* of Mr. Sandick.

      In support of this request we enclose the following documents: (1) Declaration of Jeffrey J. Greenbaum, Esq.; (2) Declaration of Harry Sandick, Esq.; (3) Proposed Order Granting Admission *Pro Hac Vice*; and (4) Certificate of Service.

      We appreciate Your Honor's time and consideration.

Respectfully submitted,

*s/ Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM

cc: All counsel of record (by ECF)