SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632 (JMV) (CLW) |
| Plaintiff, | |
| vs. | **DECLARATION OF HARRY SANDICK IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| SAVE ON SP, LLC, | |
| Defendant. | *Document electronically filed* |

HARRY SANDICK, of full age, hereby declares as follows:

1. I am a partner at Patterson Belknap Webb & Tyler LLP. I submit this Declaration in support of the application to appear and participate *pro hac vice* in this matter on behalf of for Plaintiff Johnson & Johnson Health Care Systems Inc.

2. I am counsel to Plaintiff and am familiar with the facts of this action, and have experience in the field of law relevant to this action.

3. I am a member in good standing of the Bars for New York State, the United States District Court for the Southern District of New York, the United States District Court for

13618710v.1

        the Eastern District of New York, the United States District Court for the Northern District of New York, the United States District Court for the District of Connecticut, the United States District Court for the Northern District of Illinois, United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the D.C. Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Third Circuit, and the United States Supreme Court.  I have never been subjected to any discipline by any court or governing body.

4. I was admitted to the New York State Bar in 1996.  The New York State Bar, located at 1 Elk Street, Albany, NY 12207, maintains the roll of all members of the New York State Bar.

5. I was admitted to the Bar for the United States District Court for the Southern District of New York in 1997.  The Clerk's Office for the United States District Court for Southern District of New York, located at 500 Pearl Street, New York, NY 10007, maintains the roll of all members of the Bar of the United States District Court for the Southern District of New York.

6. I was admitted to the Bar for the United States District Court for the Eastern District of New York in 1997.  The Clerk's Office for the United States District Court for Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY 11201, maintains the roll of all members of the Bar of the United States District Court for the Eastern District of New York.

7.  I was admitted to the Bar for the United States District Court for the Northern District of New York in 2012. The Clerk's Office for the United States District Court for the Northern District of New York, located at 445 Broadway, Room 509, Albany, NY 12207, maintains the roll of all members of the Bar of the United States District Court for the Northern District of New York.

8.  I was admitted to the Bar for the United States District Court for the District of Connecticut in 2017. The Clerk's Office for the United States District Court for the District of Connecticut, located at 141 Church Street, New Haven, CT 06510, maintains the roll of all members of the Bar of the United States District Court for the District of Connecticut.

9.  I was admitted to the Bar for the United States District Court for the Northern District of Illinois in 2017. The Clerk's Office for the United States District Court for the Northern District of Illinois, located at 327 South Church Street, Rockford, IL 61101, maintains the roll of all members of the Bar of the United States District Court for the Northern District of Illinois.

10. I was admitted to the Bar for the United States Court of Appeals for the Second Circuit in 1997. The Clerk's Office for the United States Court of Appeals for the Second Circuit, Attorney Admissions, located at 40 Foley Square, New York, NY 10007, maintains the roll of all members of the Bar of the United States Court of Appeals for the Second Circuit.

11. I was admitted to the Bar for the United States Court of Appeals for the Fourth Circuit in 1999. The Clerk's Office for the United States Court of Appeals for the Fourth Circuit, Attorney Admissions located at 1100 East Main Street, Suite 501, Richmond, VA 23219,

13618710v.1

maintains the roll of all members of the Bar of the United States Court of Appeals for the Fourth Circuit.

12. I was admitted to the Bar for the United States Court of Appeals for the Seventh Circuit in 2018. The Clerk's Office for the United States Court of Appeals for the Seventh Circuit, Attorney Admissions, located at 219 South Dearborn Street, Room 2722, Chicago, IL 60604, maintains the roll of all members of the Bar of the United States Court of Appeals for the Seventh Circuit.

13. I was admitted to the Bar for the United States Court of Appeals for the District of Columbia Circuit in 2018. The Clerk's Office for the United States Court of Appeals for the District of Columbia Circuit, Attorney Admissions, located at 333 Constitution Ave., N.W. Washington, DC 20001, maintains the roll of all members of the Bar of the United States Court of Appeals for the District of Columbia Circuit.

14. I was admitted to the Bar for the United States Court of Appeals for the Ninth Circuit in 2018. The Clerk's Office for the United States Court of Appeals for the Ninth Circuit, Attorney Admissions, located at 95 7th Street, San Francisco, CA 94103, maintains the roll of all members of the Bar of the United States Court of Appeals for the Ninth Circuit.

15. I was admitted to the Bar for the United States Court of Appeals for the Tenth Circuit in 2019. The Clerk's Office for the United States Court of Appeals for the Tenth Circuit, Attorney Admissions, located at 1823 Stout Street, Denver, CO 80257, maintains the roll of all members of the Bar of the United States Court of Appeals for the Tenth Circuit.

16. I was admitted to the Bar for the United States Court of Appeals for the Third Circuit in 2020. The Clerk's Office for the United States Court of Appeals for the Third Circuit, Attorney Admissions, located at 601 Market Street, Philadelphia, PA 19106, maintains

13618710v.1

the roll of all members of the Bar of the United States Court of Appeals for the Third Circuit.

17. I was admitted to the Bar for the United States Supreme Court in 2016. The Clerk's Office for the United States Supreme Court, Admissions Office, located at 1 First Street, N.E., Washington, DC 20543, maintains the roll of all members of the Bar of the United States Supreme Court.

18. I have never been convicted of a felony crime, censured, suspended, disciplined, or disbarred by any court. I am not the subject of any pending disciplinary or contempt proceedings in any jurisdiction, nor have I been disciplined in any jurisdiction within the past five years.

19. If this application to appear *pro hac vice* is granted I agree to:

    (a) Pay the fee for *pro hac vice* admission to the Clerk of the United States District Court for the District of New Jersey;

    (b) Pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a);

    (c) Abide by the Rules Governing this Court, including but not limited to L. Civ. R. 101.1(c);

    (d) Consent to the appointment of the Clerk of the United States District Court for the District of New Jersey as agent upon whom service of process may be made for all actions against me that may arise out of my participation in this matter;

    (e) Notify the Court immediately of any matter affecting my standing in the Bar of any other court; and

(f) Have all pleadings, briefs and other papers filed with the Court signed by Jeffrey J. Greenbaum or another attorney licensed to practice law in the District of New Jersey.

20. I am willing to submit to the jurisdiction of this Court and to comply with all its rules and procedures. To ensure my familiarity with these regulations, I have reviewed the local rules of this Court.

21. In light of the foregoing, I respectfully request on behalf of the Plaintiff that I be admitted *pro hac vice* for the purpose of representing Johnson & Johnson Health Care Systems Inc. in this matter in association with New Jersey counsel. I agree to be bound by the rules governing practice in the New Jersey Courts, including the disciplinary rules.

I declare under penalty of perjury that the foregoing is true and accurate.

Respectfully submitted,

By: _____
Harry Sandick

*Attorney for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

Dated: June 22, 2022