E. Evans Wohlforth, Jr., Esq.
Julia E. Palermo, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*
*Save On SP, LLC*

David Elsberg, Esq. *(admitted pro hac vice)*
Andrew R. Dunlap, Esq. *(admitted pro hac vice)*
Meredith Nelson, Esq. *(admitted pro hac vice)*
**SELENDY GAY ELSBERG PLLC**
1290 Avenue of the Americas
New York, New York 10104
212-390-9000
*Attorneys for Defendant*
*Save On SP, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Case No. 2:22-cv-02632-JMV-CLW |

**CERTIFICATION OF COUNSEL**
**IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

I, E. Evans Wohlforth, Jr., Esq, of full age, hereby certify and state:

1. I am an attorney at law in the State of New Jersey and admitted to practice in this Court. I am a Partner at Gibbons P.C., which represents the Defendant Save On SP, LLC, in this action. I am therefore fully familiar with the facts set forth herein.

2. Exhibit 1 is a true and accurate copy of a certified transcript of the IPBC and SaveonSP Training video, referenced in Johnson & Johnson Health Care Systems Inc.'s ("JJHCS") Complaint, ¶ 9.

3. Exhibit 2 is a true and accurate copy of the slides accompanying the IPBC and SaveonSP Training video, referenced in JJHCS's Complaint, ¶ 10.

4. Exhibit 3 is a true and accurate electronic copy of the IPBC and SaveonSP Training video, referenced in JJHCS's Complaint, ¶ 9.

5. Exhibit 4 is a true and accurate copy of the STELARA Savings Program December 2021 terms and conditions, referenced in JJHCS's Complaint, ¶ 102.

6. Exhibit 5 is a true and accurate copy of the TREMFYA Savings Program December 2021 terms and conditions, referenced in JJHCS's Complaint, ¶ 102.

7. Exhibit 6 is a true and accurate copy of the Village of Lindenhurst Human Resources Committee Meeting Agenda, dated March 11, 2021, referenced in JJHCS's Complaint, ¶ 13.

8. Exhibit 7 is a true and accurate copy of the Blue Cross Blue Shield of Western New York flier titled SaveonSP: Copay Offset Program for Specialty Medication, referenced in JJHCS's Complaint, ¶ 76.

9. Exhibit 8 is a true and accurate copy of the DARZALEX Savings Program September 2021 terms and conditions, referenced in JJHCS's Complaint, ¶ 18.

10. Exhibit 9 is a true and accurate copy of a blog post written by Anndi McAfee, titled SaveonSP's Copay Maximizer Failed Me: A Patient's Perspective, referenced in JJHCS's Complaint, ¶ 88.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: Newark, New Jersey
July 15, 2022

/s/ E. Evans Wohlforth, Jr.
E. Evans Wohlforth, Jr.
**GIBBONS, P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4500
ewohlforth@gibbonslaw.com