# Exhibit 1

1

2

3

4

5

6

7              Transcription of Video

8      ipbc_and_saveonsp_training-20210216_1901-1

9              Video Runtime:  0:58:47

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (Beginning of Video Recording.)

2      MS. GINTER:  Okay.  Well, thanks everybody          00:05

3  for joining.  This is the follow up session up          00:08

4  to the Board discussion on the SaveOn SP Program          00:11

5   that IPBC will be implementing on May 1st.          00:15

6  This session came about as a result of some          00:19

7  detailed conversations and some concerns about          00:22

8  the program and the applicability, especially          00:24

9  with respect to collective bargaining          00:25

10  arrangements.          00:23

11      And needing to understand what this program          00:29

12  does in a more detailed level so that each of          00:31

13  the IPBC members can make decisions about whether          00:34

14  or not this program needs to be rolled out to          00:38

15  your particular member plan or not.  There's          00:40

16  some pretty significant savings here.          00:42

17      So IPBC, in general, is pretty excited          00:44

18  about the program.  It's a win win on behalf of          00:45

19  the employee and the employer to take advantage          00:49

20  of these manufacturer discount programs.  But we          00:52

21  do understand the caution that you have in          00:55

22  considering these programs and the impact it may          00:58

23  have downstream particularly with respect          01:00

24  existing CBAs.          01:02

25      So we invited Express Scripts to come in          01:02

| | | |
|---|---|---|
| 1 | and facilitate the conversation today.  They | 01:08 |
| 2 | have about ten slides to walk through so you | 01:11 |
| 3 | can understand what this program does in a | 01:11 |
| 4 | little bit more detail.  You will be asked -- | 01:15 |
| 5 | if you are considering opting out of the program, | 01:20 |
| 6 | you will be asked to complete an opt-out form by | 01:21 |
| 7 | this Friday.  The tight turnaround time on that | 01:23 |
| 8 | one is being driven by the implementation | 01:27 |
| 9 | calendar for Express Scripts.  The overall | 01:31 |
| 10 | program, we estimate is worth about $320,000 in | 01:35 |
| 11 | savings a month to IPBC and those are some | 01:38 |
| 12 | pretty big dollars that we wanted to implement | 01:41 |
| 13 | as soon as possible. | 01:41 |
| 14 | But what that means is a pretty quick | 01:44 |
| 15 | turnaround time for us to be able to manage | 01:47 |
| 16 | that implementation schedule.  So we're going to | 01:50 |
| 17 | through the slides today and then you'll have | 01:53 |
| 18 | the opportunity to ask your -- your questions | 01:56 |
| 19 | throughout and then we will review.  There is an | 02:01 |
| 20 | opt-out form that is something that you'll need | 02:05 |
| 21 | to complete if this is a program that you would | 02:09 |
| 22 | like to not implement. | 02:11 |
| 23 | Two quick words, also, on the grandfather | 02:14 |
| 24 | plans within IPBC will be carved out of this | 02:18 |
| 25 | program.  Because it is a change in -- in | 02:21 |

Page 4

| | |
|---|---|
| 1 | benefit design, it would compromise the | 02:25 |
| 2 | grandfathered status, so those plans will be | 02:27 |
| 3 | carved out.  There's also a question on HSA | 02:30 |
| 4 | plans.  It is looking possible that we will | 02:32 |
| 5 | need to carve those out as well because we | 02:35 |
| 6 | would want to make sure that we are in full | 02:37 |
| 7 | compliance. | 02:38 |
| 8 | So that is something that we are working on | 02:41 |
| 9 | determining over the next few days to see | 02:44 |
| 10 | whether our HSA plans would also need to be | 02:46 |
| 11 | excluded from this plan.  Non-HSA plans, non- | 02:46 |
| 12 | grandfathered plans are really the ones that | 02:52 |
| 13 | are up for discussion today.  And with that, | 02:55 |
| 14 | I will hand it over to Tammy to introduce | 02:58 |
| 15 | Rachel.                                    0 | 2:59 |
| 16 | MS. RYKIEL:  Good afternoon, everyone. | 03:03 |
| 17 | Hope you're staying warm and safe in this | 03:05 |
| 18 | crazy weather.  So thank you all for the | 03:08 |
| 19 | opportunity to come in and speak with you this | 03:10 |
| 20 | afternoon.  And Rachel Harmon is the product | 03:15 |
| 21 | director over the SaveOn Program here at | 03:16 |
| 22 | Express Scripts and really our subject matter | 03:18 |
| 23 | expert.  So we've invited Rachel to come in and | 03:23 |
| 24 | review the presentation with you and assist with | 03:26 |
| 25 | questions and answering any questions that you | 03:28 |

1    may have.  So with that, Rachel, I'm going to          03:32

2    hand it off to you.  And, Melissa, I assume            03:34

3    you will be facilitating moving the slides along       03:35

4    as we need to, correct?                                03:39

5         MS. GINTER:  That's right.                        03:40

6         MS. RYKIEL:  Right.  Great.  Thank you.           03:42

7         MS. HARMON:  All right.  Thanks, Tammy.           03:47

8    And thanks, Melissa for that overview.  I              03:49

9    thought it would be good if we just took a moment      03:51

10   to go ahead and go through the first slide which       03:53

11   is a high-level overview of what SaveOn is.            03:56

12       So SaveOn is a program that's known in the         04:01

13   industry as a copay off-set savings program            04:03

14   which means that we're using the member copay          04:06

15   as a mechanism to create savings for the plan          04:09

16   at the point of sales.  So that concept in of          04:12

17   of itself is not unique in the industry.               04:15

18   However, the way that SaveOn administers               04:17

19   their program is.                                      04:19

20       So it's important to recognize that the           04:22

21   way we operationalize the SaveOn offering is           04:25

22   by understanding some of the key concepts as           04:28

23   it relates to the Affordable Care Act and              04:31

24   the Essential Health Benefits.  So if you              04:34

25   rewind back to 2012 when we were designating           04:35

Page 6

| | |
|---|---|
| 1 | ourselves as an essential health benefit under |
| 2 | the ACA guidelines, there was a mandate that |
| 3 | simply said you align yourself to a benchmark |
| 4 | state and that benchmark state would then |
| 5 | dictate how many benefits, drugs, and services |
| 6 | you have to cover by therapeutic category to be |
| 7 | deemed essential by the ACA. |
| 8 | So understating that requirement and by |
| 9 | meeting that requirement what SaveOn has done |
| 10 | is an extensive amount of work to understand |
| 11 | all the state benchmarks, the therapy classes |
| 12 | that we're targeting and the applicable drugs |
| 13 | that we can effectively carve out and administer |
| 14 | a different benefit design. |
| 15 | So under your existing benefit today we |
| 16 | cover those essential health benefits as defined |
| 17 | by your benchmark state by therapeutic category. |
| 18 | There's no change there.  But for a number of |
| 19 | drugs, we can carve them out and create a |
| 20 | different benefit design where we designate |
| 21 | these drugs as non-essential.  And this is a |
| 22 | key differentiator for SaveOn.  When you |
| 23 | designate the drugs as non-essential, you do |
| 24 | a couple of things.  You remove the ceiling for |
| 25 | how high you can set the member contribution. |

04:40
04:44
04:47
04:49
04:50
04:54
04:57
05:00
05:03
05:06
05:08
05:11
05:16
05:18
05:20
05:23
05:27
05:29
05:33
05:35
05:38
05:41
05:44
05:47
05:49

Page 7

| | |
|---|---|
| 1 | So there's no maximum as to how high we | 05:53 |
| 2 | can set the member responsibility which means | 05:55 |
| 3 | that you are able to fully leverage all the | 05:59 |
| 4 | manufacturer assistance dollars to offset your | 06:00 |
| 5 | plan cost.  So you can see in this example | 06:04 |
| 6 | for the category of Hepatis C, the average | 06:08 |
| 7 | amount of assistance per fill is $6,600.  We | 06:12 |
| 8 | would literally set the patient copay to | 06:13 |
| 9 | $6,600 and you would save that amount on every | 06:17 |
| 10 | fill.                                06:18 | |
| 11 | The second piece is by definition non- | 06:22 |
| 12 | essential health benefits are not applicable | 06:24 |
| 13 | to your maximum out of pocket accumulators. | 06:27 |
| 14 | Which means on -- in today's world your patients | 06:31 |
| 15 | can use copay assistance and unless you have | 06:34 |
| 16 | an accumulator adjustment program in place, like | 06:36 |
| 17 | out of protect protection, any copay assistance | 06:40 |
| 18 | dollars look like patient paid dollars. | 06:43 |
| 19 | And therefore, a lot of patients are able | 06:45 |
| 20 | to meet their maximum out of pockets by using the | 06:49 |
| 21 | copay assistance dollars rather than paying out | 06:51 |
| 22 | of their own pocket.  So what we've done here is, | 06:55 |
| 23 | you know, it's kind of a nice -- I think as | 06:58 |
| 24 | Melissa said - it's kind of a win-win because -- | 07:00 |
| 25 | you know, if you put in an accumulator adjustment | 07:02 |

Page 8

| | |
|---|---|
| 1 | program in place, patients get upset because | 07:06 |
| 2 | if they've been receiving the benefit for a | 07:08 |
| 3 | long time as hitting that max out of pocket | 07:10 |
| 4 | then they feel like they have something taken | 07:12 |
| 5 | away.  Well in this scenario what we're doing | 07:15 |
| 6 | is we're creating savings for the plan and we're | 07:18 |
| 7 | keeping the patient responsibility at zero but | 07:22 |
| 8 | we're just not going to allow that to hit their | 07:24 |
| 9 | max out of pocket. | 07:26 |
| 10 | So there's not really much to complain | 07:27 |
| 11 | about when you get your specialty drug for | 07:29 |
| 12 | free.  In fact, it's a pretty good incentive to | 07:32 |
| 13 | want to participate in the program.  And so | 07:35 |
| 14 | therefore, the member wins, they get a very | 07:36 |
| 15 | high-cost specialty medication at no cost to | 07:38 |
| 16 | them.  The plan gets a maximum cost offset at | 07:42 |
| 17 | the point of sale from that manufacturer | 07:44 |
| 18 | assistance program. | 07:46 |
| 19 | And further, the plan benefits because | 07:49 |
| 20 | what would have happened in today's world with | 07:51 |
| 21 | your existing benefit design is, this high-cost | 07:54 |
| 22 | specialty drug, as soon as you increase the | 07:56 |
| 23 | copay, it's going to push you into full placement | 07:59 |
| 24 | mode much more quickly than you otherwise would | 08:03 |
| 25 | have.  So we feel like SaveOn is a true market | 08:05 |

```
 1            differentiator in the sense that we're      08:08
 2    maximizing plan cost savings, we're benefiting     08:11
 3    the member, and we're not disrupting the rest      08:13
 4    of the benefit design.  So we've expanded this     08:18
 5    program pretty significantly over the last two     08:21
 6    years.  We're now over to 270 drugs in the         08:24
 7    program.  And that's how we're getting such        08:26
 8    significant savings for you all.  Before I         08:30
 9    jump to the next slide, I'm just going to pause    08:32
10    and make sure there aren't any questions as it     08:35
11    relates to how we administrate our program         08:37
12    different than others in the industry.             08:40
13            All right.  Great.  So if we want to go    08:48
14    ahead and jump to the next slide.  I think it's    08:50
15    probably worth talking about this essential        08:52
16    health benefit a little bit more.  I know --       08:55
17            MS. GINTER:  Hey Rachel, there's --        08:56
18            MS. HARMON:  -- for a couple of reasons.   08:57
19            MS. GINTER:  This is Melissa, there was a  08:59
20    question posted.  Are there any specialty drugs    09:02
21    not covered in this savings program?               09:06
22            MS. HARMON:  Yes.  Good question.  So if   09:08
23    you remember I said previously we have to keep a   09:11
24    certain amount of drugs in your existing benefit   09:14
25    design which follow your standard plan in order    09:18
```

Page 10

| | | |
|---|---|---|
| 1 | to stay compliant under the ACA.  So we keep | 09:22 |
| 2 | those required drugs in your existing benefit | 09:26 |
| 3 | so they would still follow suit with your | 09:29 |
| 4 | current plan design.  And patients can still | 09:32 |
| 5 | use copay assistance in those scenarios.  It's | 09:35 |
| 6 | just that you're not leveraging those savings | 09:37 |
| 7 | dollars to create savings for the plan. | 09:40 |
| 8 | All right.  So, I see another question | 09:52 |
| 9 | came through, so now that I'm alerted to this | 09:55 |
| 10 | chat feature, I will try to answer these | 09:57 |
| 11 | questions as they come in.  Okay.  So when | 09:59 |
| 12 | somebody picks up their prescription, does | 10:01 |
| 13 | this mean they still pay the regular copay? | 10:02 |
| 14 | So whenever we administer this program, we will | 10:06 |
| 15 | have a set drug list with a corresponding | 10:10 |
| 16 | copay schedule.  So the copays will vary by | 10:13 |
| 17 | drug, and that's because there's a different | 10:15 |
| 18 | amount of assistance, depending on the | 10:17 |
| 19 | manufacturer's program. | 10:19 |
| 20 | And so what they have to do -- what we do | 10:21 |
| 21 | is we take the total amount of assistance per | 10:24 |
| 22 | year, and we factor in some assumptions based on | 10:29 |
| 23 | the general course of therapy for that medication | 10:31 |
| 24 | and the typical fill schedule.  So we set a copay | 10:34 |
| 25 | that corresponds to, you know, if it's a therapy | 10:37 |

Page 11

| | |
|---|---|
| 1 | that is typically taken once a month and we | 10:40 |
| 2 | have 12 fills, and then we annualize the -- | 10:42 |
| 3 | the total amount of savings, and then we | 10:47 |
| 4 | divide it by 12 to get the monthly copay. | 10:49 |
| 5 | And then in terms of do they have to do | 10:52 |
| 6 | they have to do anything special for the | 10:54 |
| 7 | savings, yes, they have to opt into the program | 10:56 |
| 8 | and enroll in copay assistance.  So that is | 10:58 |
| 9 | SaveOn's job.  They own the member experience in | 11:03 |
| 10 | educating them on the copay assistance program, | 11:07 |
| 11 | how to enroll, and when possible, they walk them | 11:10 |
| 12 | through those steps so that we can secure those | 11:12 |
| 13 | assistance dollars. | 11:15 |
| 14 | And then is a list of specialty drugs | 11:17 |
| 15 | that are included?  Absolutely, and we have a | 11:20 |
| 16 | targeted drug list that we can share with you | 11:22 |
| 17 | again, and it will have the corresponding copays | 11:25 |
| 18 | on it.  What SaveOn does is they create a | 11:30 |
| 19 | client-specific URL, which is then referenceable. | 11:33 |
| 20 | So it can be placed in your summary plan | 11:36 |
| 21 | description documents.  You don't have to keep | 11:39 |
| 22 | revising them every time the copay changes or if | 11:41 |
| 23 | it changes or if the drug list changes. | 11:44 |
| 24 | And so when we send member communications, | 11:47 |
| 25 | we send a letter that has the copay drug list as | 11:55 |

Page 12

| | | |
|---|---|---|
| 1 | the second page and as well as referenced on the | 11:58 |
| 2 | URL as well. | 12:00 |
| 3 | All right.  Let's see.  I'm getting quite a | 12:04 |
| 4 | a few.  Can we see the member impact for our | 12:07 |
| 5 | community?  Yes, so I can share with you -- | 12:11 |
| 6 | Tammy and I can work on getting member disruption | 12:14 |
| 7 | for your specific group.  The only thing I would | 12:19 |
| 8 | -- you know, I would just say is to consider | 12:22 |
| 9 | that there will be disruption in the sense that | 12:26 |
| 10 | we have targeted members that need to be | 12:28 |
| 11 | enrolled.  We have a very good success rate in | 12:30 |
| 12 | terms of getting patients to agree and to | 12:34 |
| 13 | participate.  Again, there's heavy incentive. | 12:37 |
| 14 | They pay nothing for their specialty medication. | 12:39 |
| 15 | And if anybody ever resists at any time, SaveOn | 12:42 |
| 16 | does reach out to Tammy and I, which then would | 12:46 |
| 17 | prompt us to reach out to you, and we can manage | 12:48 |
| 18 | that member as they go through, you know -- as | 12:53 |
| 19 | they go through that process.  And if you guys | 12:55 |
| 20 | feel like it's acceptable to make an exception, | 12:59 |
| 21 | that is possible. | 13:00 |
| 22 | All right.  If there's no copay, will this | 13:06 |
| 23 | go towards the member's deductible?  No, there | 13:10 |
| 24 | is nothing in terms of patient paid money that | 13:13 |
| 25 | gets to apply.  How is it determined which | 13:18 |

Page 13

| | |
|---|---|
| 1 | specialty drugs are to be part of SaveOn and | 13:20 |
| 2 | those that are not?  So like I said, SaveOn has | 13:23 |
| 3 | done an extensive amount of work to understand | 13:27 |
| 4 | one, fifty-state benchmark.  Two, which programs | 13:29 |
| 5 | have the most lucrative copay assistance programs | 13:35 |
| 6 | to be able to leverage that savings.  Then three, | 13:39 |
| 7 | along with our Express Scripts preferred | 13:43 |
| 8 | formulary strategies, we obviously don't want to | 13:46 |
| 9 | incentivize the use of something that you -- of | 13:49 |
| 10 | a product that you guys are not preferring.  And | 13:52 |
| 11 | so we worked hard to ensure that we're honoring | 13:55 |
| 12 | those preferences because that upholds your | 13:59 |
| 13 | rebate value, which is a separate pool of money | 14:02 |
| 14 | than this copay assistance money. | 14:04 |
| 15 | So once we've determined by therapeutic | 14:06 |
| 16 | category effectively how many drugs can be | 14:09 |
| 17 | carved out and fall into the separate benefit | 14:12 |
| 18 | design, we then look for what's the biggest | 14:14 |
| 19 | utilization and what's the most money that's | 14:19 |
| 20 | available in terms of creating savings to get | 14:22 |
| 21 | to that SaveOn drug list. | 14:25 |
| 22 | Does the specialty drug list change from | 14:30 |
| 23 | year to year?  Yes.  In fact, we evaluate the | 14:33 |
| 24 | drug list constantly.  We make designated changes | 14:36 |
| 25 | on 1/1 and 7/1, unless there's a need to make an | 14:41 |

Page 14

| | |
|---|---|
| 1 | interim change.  So we haven't had to yet, but | 14:44 |
| 2 | we reserve the right to, if something comes to | 14:46 |
| 3 | our attention where the funding goes away | 14:49 |
| 4 | completely or we have a significant change, we | 14:53 |
| 5 | have the ability to remove drugs from the | 14:56 |
| 6 | program.  It would require extensive | 14:59 |
| 7 | communication to the member, and -- and we | 15:04 |
| 8 | would honor the -- the copay assistance or the | 15:06 |
| 9 | -- the zero dollar SaveOn copay until we were | 15:09 |
| 10 | able to effectively manage that patient out, | 15:13 |
| 11 | manage that drug out. | 15:17 |
| 12 | But there is -- we knowingly make updates on 1/1 | 15:21 |
| 13 | and 7/1, and if necessary, we could change it | 15:25 |
| 14 | throughout the year. | 15:27 |
| 15 |      How much time does it take to enroll in | 15:31 |
| 16 | SaveOn?  Is it a one-time enrollment?  So | 15:34 |
| 17 | initially, it's a one-time enrollment, and it | 15:37 |
| 18 | depends on the copay assistance program.  So | 15:40 |
| 19 | generally speaking, copay assistance programs are | 15:42 |
| 20 | good a year from the day of enrollment. | 15:44 |
| 21 |      So once the member enrolls, we have the | 15:47 |
| 22 | enrollment information and the claims should | 15:49 |
| 23 | adjudicate and process at Accredo for zero | 15:52 |
| 24 | dollars, as long as that copay assistance | 15:54 |
| 25 | program is active.  And the timing it takes | 15:59 |

Page 15

| | | |
|---|---|---|
| 1 | to enroll depends on the manufacturer and | 16:02 |
| 2 | the requirements for participation. | 16:05 |
| 3 | Many of these are an online enrollment, | 16:07 |
| 4 | which SaveOn can help facilitate with the member | 16:10 |
| 5 | on the phone, and those generally take anywhere | 16:13 |
| 6 | from 5 to 15 minutes to secure that assistance. | 16:18 |
| 7 | Other manufacturers require a phone call from | 16:20 |
| 8 | the member to, you know, complete that | 16:23 |
| 9 | questionnaire live.  So that may take a little | 16:26 |
| 10 | bit longer, but SaveOn does manage that member | 16:29 |
| 11 | experience and works with the members to help | 16:32 |
| 12 | them both understand the goal of the program | 16:36 |
| 13 | and what we're trying to accomplish here as | 16:38 |
| 14 | well as how to respond to the questions that | 16:41 |
| 15 | they're being asked as part of enrollment. | 16:44 |
| 16 | How do -- how long do the discounts apply? | 16:48 |
| 17 | So copay assistance, again, is good for as long | 16:52 |
| 18 | as the program is active and as long as they | 16:54 |
| 19 | haven't exhausted the annual maximum.  So as | 16:58 |
| 20 | long as the enrollment is good, the -- the | 17:00 |
| 21 | copay assistance will create savings for the | 17:03 |
| 22 | plan for the duration. | 17:06 |
| 23 | Can a member opt out after opting in if | 17:11 |
| 24 | their medication comes off the list?  So if | 17:13 |
| 25 | their medication comes off the list, the member | 17:15 |

Page 16

| | |
|---|---|
| 1 | is opted out.  There's no ability for us to then | 17:20 |
| 2 | manage that patient through the SaveOn program. | 17:25 |
| 3 |      So effectively, once the drug is determined | 17:29 |
| 4 | to come off of the list, then we would | 17:33 |
| 5 | communicate that date, and at that date the | 17:36 |
| 6 | member would transition from the SaveOn plan | 17:37 |
| 7 | design back to your original plan design, and so | 17:41 |
| 8 | whatever your copay for a specialty is on your | 17:45 |
| 9 | existing benefit will apply. | 17:47 |
| 10 |      Can an IPBC member opt out now (inaudible) | 17:47 |
| 11 | opt in for -- | 17:55 |
| 12 |      MS. GINTER:  That one's for me.  Let me | 18:01 |
| 13 | jump in there. | 18:01 |
| 14 |      MS. HARMON:  Okay.  Sure. | 18:02 |
| 15 |      MS. GINTER:  Yeah, and I think that | 18:06 |
| 16 | question has more to do with the IPBC rule. | 18:09 |
| 17 | You would be allowed to opt out of the program. | 18:12 |
| 18 | If you wanted to roll it out January 1st, 2022, | 18:16 |
| 19 | that is possible, but note that your 7/1/21 | 18:21 |
| 20 | renewal rates would not be adjusted for the | 18:23 |
| 21 | savings.  That would have to be factored into | 18:25 |
| 22 | your 7/1/22 renewal.  So you might not -- you | 18:30 |
| 23 | wouldn't be able to realize the savings yet.  So | 18:33 |
| 24 | that is something to note.  But you could decide | 18:35 |
| 25 | to tell IPBC that you wanted to participate in | 18:39 |

Page 17

```
 1   SaveOn on 1/1.  Go ahead, Rachel.  You can          18:44

 2   grab the next one.                                   18:45

 3       MS. HARMON:  Okay, thank you.  So -- okay,       18:50

 4   somebody asked if the cost of a specialty drug       18:53

 5   is free for the member, where does the copay         18:55

 6   come into play?  Excellent question.                 18:57

 7       So the way that this program is set up is        19:01

 8   in order for us to capitalize on this copay          19:04

 9   assistance funding, we have to have that             19:07

10   inflated copay upfront to bill to copay              19:10

11   assistance.  So we set the copay, and we'll use      19:14

12   an easy example of $1,000, just for the purposes     19:17

13   of walking through how the claim is processed.       19:21

14       We'll say that we set the copay to $1,000.       19:24

15   Before we ever communicate that there's a            19:26

16   responsibility for the patient to pay, there's       19:30

17   a prompt at Accredo that alerts the advocate         19:30

18   that this is a SaveOn opportunity.                   19:35

19       At that point in time, we know that we           19:38

20   need to connect the patient to SaveOn so that        19:41

21   they can enroll.  So we always want the primary      19:45

22   payer for these claims to be the plan.  So IPBC      19:49

23   is the primary payer, and that's because that        19:52

24   drives formulary, utilization management             19:54

25   protocols, and ensures that we're adjudicating       19:57
```

Page 18

```
 1   according to your rules first.  Once that claim      20:01
 2   pays, that's when we return the inflated copay,       20:05
 3   which allows us to create savings for you.  So        20:09
 4   the secondary billing process goes to pharma,         20:13
 5   and so that's where we bill pharma.                   20:16
 6        So typically speaking, the secondary payer       20:19
 7   would pick up the remaining amount less any           20:24
 8   required fees that they -- they have for              20:27
 9   participation in their program.                       20:28
10        So some copay-assistance programs will say,      20:31
11   we'll allow the patient to have up to $1,000 in       20:34
12   copay assistance as long as they contribute $5        20:36
13   out of their own pocket.  So that secondary bill      20:40
14   in that example, we would bill them the 1,000,        20:43
15   and they                                              20:46
            would pick up 995 and expect -- there's
16   a -- be a patient responsibility.                     20:47
17        And that's where we leverage something           20:50
18   called a tertiary biller or the third biller          20:52
19   who's technically SaveOn behind the scenes.           20:55
20        Because we want to keep the patient              20:57
21   responsibility at zero, we have this third payer      21:00
22   in play.  That's any balance that copay               21:03
23   assistance doesn't pick up, which always ensures      21:07
24   that the member receives a zero dollar copay at       21:09
25   the point of sale.                                    21:10
```

Page 19

| | | |
|---|---|---|
| 1 | We have an example later in the deck, too, | 21:17 |
| 2 | which I think might -- if you have further | 21:19 |
| 3 | questions, might clear that up. | 21:22 |
| 4 | All right.  What happens to a member's | 21:23 |
| 5 | copay for a specialty drug not included in the | 21:25 |
| 6 | program?  Is it adjusted to compensate for the | 21:29 |
| 7 | reduction in the included specialty drug?  So | 21:34 |
| 8 | if the drug is not included in SaveOn, it will | 21:36 |
| 9 | follow your existing benefit design.  So again, | 21:39 |
| 10 | for example, if your specialty copay is $25 | 21:44 |
| 11 | today, the specialty drug will still process, | 21:49 |
| 12 | and the patient will have the responsibility of | 21:51 |
| 13 | $25. | 21:52 |
| 14 | If they choose to use copay assistance, | 21:54 |
| 15 | that's perfectly fine.  They still can.  They | 21:57 |
| 16 | just won't get the drug for free as in the | 21:59 |
| 17 | SaveOn example. | 22:03 |
| 18 | MS. GINTER:  So Rachel, let's keep going | 22:05 |
| 19 | with the presentation.  I know -- I love all | 22:07 |
| 20 | these questions coming in through the chat. | 22:11 |
| 21 | I don't think I've ever seen this kind of | 22:14 |
| 22 | engagement.  It's fantastic.  Let's keep going, | 22:16 |
| 23 | and then we can pick up the questions.  I think | 22:19 |
| 24 | a lot of the questions may be answered a little | 22:21 |
| 25 | bit further. | 22:22 |

Page 20

1    So we will make sure to get to all the                22:25

2  questions, but let's keep going with the deck          22:27

3  because I think that may head off the most --          22:30

4  where folks are coming with their questions.           22:32

5    MS. HARMON:  Yes, I think that sounds great.          22:34

6  So just a reminder, essential health benefits          22:38

7  and nonessential.  So again, the ACA defines the       22:43

8  essential by, again, leveraging a state                22:44

9  benchmark.  You do not have to leverage your own       22:48

10 current state or the state in which most of your       22:51

11 members reside.  It's simply a guideline for how       22:56

12 to administer that essential health benefit.           22:59

13    So for example, many commercial plans               23:01

14 picked Utah because it has the fewest number of        23:03

15 required drugs to cover, and therefore it was          23:06

16 the most cost effective.  So all we're saying is       23:09

17 that Utah is setting the list of drugs or the          23:13

18 number of drugs by therapeutic category to be          23:15

19 deemed essential.                                       23:16

20    Again, the differentiator being that those          23:20

21 in the essential health benefit, all those ACA         23:23

22 rules as it relates to max out of pocket,              23:26

23 deductible, the -- the applicability to those          23:31

24 accumulators, that's what houses all of those          23:34

25 rules.          23:35

Page 21

```
 1          The moment we reclassify these as        23:37
 2   nonessential, we get to operate outside of      23:39
 3   those rules, which removes the limitations for  23:41
 4   how high we set the copay.  It removes the      23:44
 5   requirement to apply copay assistance           23:47
 6   dollars to the max out of pocket.  And that's   23:50
 7   what allows us to be the most lucrative in terms 23:53
 8   of driving savings for SaveOn.                  23:56
 9          And the next slide, yep, so just a       24:04
10   reminder, so we're still at the core of this.   24:07
11   We're still following all of your current       24:10
12   formulary and utilization management protocols. 24:13
13   Again, by making sure that the plan is the      24:16
14   primary payer, that's what drives those first   24:19
15   two components, formulary and UM first, because 24:22
16   that's what protects and preserves your rebate  24:25
17   value, again, a completely separate pool of     24:28
18   money, also still protected.                    24:32
19          So I always like to let clients know that, 24:36
20   you know, the rebate agreement is between the   24:38
21   rebate aggregator and the state's Express Scripts 24:39
22   and the manufacturer.  These copay assistance   24:43
23   dollars is an agreement between the member and  24:46
24   the manufacturer.  It's a completely different  24:49
25   set of funds.                                   24:50
```

Page 22

```
 1          Again, that essential health benefit is        24:54
 2   subject to your existing plan design deductible       24:56
 3   and out of pocket maximum, and again, the             25:01
 4   nonessential health benefits is what allows us        25:03
 5   to not allow any of the spend to be attributed        25:07
 6   to either deductible or max out of pocket.            25:10
 7          And this -- this copay is still applicable,    25:17
 8   so in the flip to this, let's say you have a          25:19
 9   member through their existing benefit design          25:22
10   that reaches their maximum out of pocket, it          25:24
11   does not make the rest of these drugs ineligible      25:27
12   because they're in a separate benefit design.         25:30
13   So that $1,000 copay is still collectible which       25:34
14   allows us to still bill the manufacturer              25:36
15   assistance program.  And then, unique to the          25:40
16   SaveOn program, that member dollar -- that            25:43
17   member always has a zero dollar copay.                25:45
18          Now, right here is probably a good of          25:51
19   place as any to just kind of briefly cover the        25:54
20   -- the nuance of the qualified high-deductible        25:58
21   HSA plan under the ACA.  So we get a lot of           26:01
22   questions related to how this is compliant.  And      26:06
23   where we're at with that is we recognize that         26:11
24   there is as requirement under the ACA that            26:13
25   patient pay first dollar.  So in qualified            26:15
```

Page 23

```
 1   HSA plans, before patients can receive any          26:17

 2   additional paid benefit from the plan, they          26:21

 3   must fully satisfy their deductible out of           26:23

 4   their own pocket.                                    26:26

 5        Now, it's a bit of a gray area because          26:28

 6   we're administering a different benefit design,      26:30

 7   so do those rules still apply to the SaveOn drug     26:36

 8   list?  And we're in a bit of a conundrum from an     26:40

 9   industry standpoint because today, copay             26:44

10   assistance is not ACA compliant in an HSA plan.      26:48

11   In other words, there's no out of station,           26:50

12   there's no requirement that patients provide         26:53

13   documentation or confirm that they've met their      26:58

14   deductible before they get copay attendance.         26:59

15        So copay assistance happens in qualified        27:03

16   HSA plans all the time.  We just have little to      27:09

17   -- to control that.  There's no governing body       27:11

18   that's really monitoring that in the industry        27:13

19   today.  And so what we're faced with is really a     27:17

20   plan-by-plan decision.  And so we encourage          27:20

21   plans to, you know, work with their own legal        27:26

22   teams to determine whether or not it's               27:29

23   appropriate to include their HSA plans in the        27:31

24   SaveOn offering or not.                              27:33

25        MS. GINTER:  Yeah, and Rachel, this is          27:36
```

Page 24

```
 1   Melissa again.  I had kind of alluded to that        27:36
 2   at the beginning where we'll spend some time          27:41
 3   over the next few days working with our               27:46
 4   compliance resources to kind of take a position       27:48
 5   on that for IPBC and be able to make that             27:52
 6   determination.  There are, like you said, this is     27:55
 7   in the gray area where it really is subject to        27:57
 8   kind of the appetite for risk and the                 28:00
 9   interpretation.  And that's something we will         28:03
10   facilitate for IPBC.                                  28:04
11        MS. HARMON:  Great.  Yeah, and fortunate         28:08
12   for you guys, you have a smaller portion in           28:11
13   that category, so the savings is significant, no      28:14
14   matter which route you go.                            28:17
15        Okay.  So this is the adjudication process       28:20
16   that I was referring to earlier.  Again, for          28:24
17   easy math, we're using some big round numbers,        28:26
18   just to walk through some examples.  So we're         28:29
19   going to say that in this example, the total          28:31
20   cost of specialty drug is $10,000.  Your              28:36
21   current plan design has a specialty copay of          28:38
22   $100 and the manufacturer will pay $1,000 per         28:45
23   30-day fill up to $12,000 annually as long as         28:48
24   the patient contributes $5 out of their own           28:52
25   pocket.                                    28:53
```

Page 25

1    So you can see on the next slide what                28:54

2    happens without SaveOn.  So in today's world         28:58

3    and using these assumptions, that $10,000 claim      29:01

4    only hits the plan for adjudication, assuming        29:05

5    they pass the formulary and UM rule, the plan        29:09

6    responsibility is 9,900 and the member copay is      29:12

7    100.                                           2      9:14

8    And if the member is enrolled in copay              29:19

9    assistance, they can go after that $100 through      29:24

10   the copay-assistance program, but they're still     29:27

11   going to have to pay $5 out of their own pocket.     29:30

12   The key here is that we know that the copay-         29:33

13   assistance program will pay 1,000 per claim, so      29:36

14   effectively, in this example, we're leaving $900     29:39

15   on the table with every fill.                        29:41

16   So when we enroll in SaveOn, we set the             29:46

17   copay to correspond to the max that the copay-       29:47

18   assistance will allow.  So in that primary           29:50

19   adjudication point, again, we build a plan,          29:52

20   assuming formulary and UM rules are met, the         29:56

21   plan responsibility now becomes $9,000, and          29:59

22   we pass a member copay of 1,000.  Again, we          30:02

23   we're not going to communicate that to the           30:03

24   member -- we're going to manage that member          30:06

25   experience, but once they're enrolled in copay       30:09

Page 26

| | | |
|---|---|---|
| 1 | assistance, we can then bill our secondary | 30:12 |
| 2 | payer.                                    3 | 0:12 |
| 3 | Second payer, again, is Pharma.  And so | 30:14 |
| 4 | Pharma picks up 995, saying, okay, we picked up | 30:18 |
| 5 | our part; now, patient, you must contribute $5. | 30:21 |
| 6 | The third biller or the tertiary biller is really | 30:25 |
| 7 | SaveOn behind the scenes.  Administratively, we | 30:28 |
| 8 | have a way to bill whatever Pharma doesn't pick | 30:31 |
| 9 | up on that secondary adjudication point back | 30:34 |
| 10 | to the plan. | 30:35 |
| 11 | All of that gets reconciled on your invoice, | 30:37 |
| 12 | right?  So you're not getting -- that $5 is not | 30:41 |
| 13 | counted as savings to you.  It's getting passed | 30:44 |
| 14 | back, and it's being deducted from your overall | 30:46 |
| 15 | savings amount.  But this is how we keep our | 30:49 |
| 16 | patients whole. | 30:50 |
| 17 | So this allows for the fluctuation in | 30:54 |
| 18 | assistance programs.  The required amount to | 30:57 |
| 19 | pay could be anywhere from $5 to $50, and so we | 31:00 |
| 20 | have a mechanism to pass that back to the plan, | 31:03 |
| 21 | reconcile the dollars, and ensure the patient | 31:05 |
| 22 | always pays zero. | 31:07 |
| 23 | The other things that this process allows | 31:10 |
| 24 | for is by ensuring we protect the member | 31:15 |
| 25 | experience.  So if we assume that the patient | 31:18 |

Page 27

```
 1   gets 12 fills per year, but they really need       31:21

 2   13, we never penalize the member.  We don't tell    31:24

 3   them that they've run out of assistance.  The       31:26

 4   plan has achieved the maximum savings they could    31:28

 5   by getting the entire year's worth -- or the 12     31:31

 6   times $1,000 in savings.  And they still get        31:36

 7   their drug at $0.                                   31:37

 8        This, also, allows us to maneuver in a         31:40

 9   somewhat of a dynamic space where we could          31:44

10   anticipate changes from Pharma at any time.         31:46

11   Knock on wood, we haven't, but in the event that    31:49

12   Pharma decides to pull back funding for their       31:52

13   program or do decide to change the terms of the     31:55

14   program, it's seamless to the member.  SaveOn       31:58

15   is actively watching these claims process and       32:01

16   sees when any of these changes occur and we         32:03

17   can either adjust our copay amount so that the      32:06

18   invoicing is cleaner on the backend, or it might    32:09

19   be a prompt to determine, do we need to make a      32:12

20   change in the drug list for this program because    32:14

21   we are not saving as much as we initially           32:17

22   anticipated, and there's another drug where we      32:19

23   could.                                              32:20

24        So all of this can happen behind the scenes,   32:23

25   but this three-step adjudication process is what    32:26
```

```
 1    really protects the member because once they're      32:28

 2    enrolled, they're enrolled.  They see that they      32:30

 3    pay $0 time after time.  The copay amount could      32:35

 4    change, sure, but they're not going to see that      32:37

 5    because they're always going to see that they pay    32:39

 6    $0 for these claims.                                 32:41

 7         So we feel like that's another                  32:45

 8    differentiator in the market.  Not only are we       32:47

 9    letting the patient have a $0 copay, it's not        32:50

10    disruptive at the point of sale, they're             32:53

11    not feeling any changes to the program.              32:54

12    We're managing it for them on the backend.           32:58

13         All right.  And then the next slide I think     33:06

14    we talk about the member experience.  So you         33:11

15    guys have agreed to implement the program,           33:13

16    and we generally say it's a 90-day lead time for     33:17

17    go live.  So that first 30 days is filled with       33:22

18    really working on the member communication.  We      33:25

19    do -- I know there was a question about this         33:27

20    earlier.  There's a standard member letter that      33:30

21    we have that can be co-branded.  It can be           33:33

22    customized as you see fit.  And so in that first     33:36

23    30 days, we're going to nail down the member         33:38

24    communication.  There are some contractual           33:40

25    obligations, so the PHI Release Form, a Business     33:43
```

Page 29

| | | |
|---|---|---|
| 1 | Associate Agreement, and then signing something | 33:46 |
| 2 | called the joinder, which I believe you guys | 33:49 |
| 3 | have already completed those steps. | 33:51 |
| 4 | But in that first 30 days, we want to get | 33:54 |
| 5 | all of those details buttoned up because starting | 33:56 |
| 6 | two months prior to go live, we want to send that | 33:59 |
| 7 | first member communication to our targeted member | 34:02 |
| 8 | list.  And so it's our goal to outreach to every | 34:06 |
| 9 | one of these members before the program ever goes | 34:08 |
| 10 | live, which gives us plenty of time for SaveOn | 34:11 |
| 11 | to reach out.  So we mail the letter, and then | 34:15 |
| 12 | a few days following, SaveOn starts on the | 34:17 |
| 13 | outbound call campaign where we make three | 34:20 |
| 14 | attempts in that first month to enroll the member | 34:23 |
| 15 | in the program. | 34:24 |
| 16 | At 30 days out, if we're unsuccessful in | 34:27 |
| 17 | reaching those members, we send a reminder | 34:29 |
| 18 | letter and again another phone call campaign | 34:32 |
| 19 | with attempts to try and get contact with that | 34:35 |
| 20 | member and get them enrolled so that at the | 34:38 |
| 21 | time you flip the switch on, the program's live, | 34:40 |
| 22 | all these claims just process at $0. | 34:43 |
| 23 | Now, you can see there at the effective date | 34:48 |
| 24 | -- we generally get, you can see, 55 to 65 | 34:51 |
| 25 | percent of your targeted membership enrolled | 34:54 |

Page 30

| | | |
|---|---|---|
| 1 | before go live, which is great.  Now, what | 34:57 |
| 2 | happens if they don't get in touch with us | 35:00 |
| 3 | before go live, or you have a new patient to | 35:03 |
| 4 | specialty medication after the program goes | 35:06 |
| 5 | live?  That's where the partnership with Accredo | 35:09 |
| 6 | is so important. | 35:11 |
| 7 | So I mentioned before that our Accredo | 35:14 |
| 8 | advocates -- once a claim is processed, will | 35:19 |
| 9 | receive a prompt to alert them that this is a | 35:21 |
| 10 | SaveOn drug.  And we have some scripting that | 35:23 |
| 11 | says, we have an opportunity for you to | 35:27 |
| 12 | participate in a program which allows you to get | 35:29 |
| 13 | your drug for free; I need to connect you to | 35:31 |
| 14 | SaveOn now. | 35:32 |
| 15 | And at that point in time, they warm | 35:34 |
| 16 | transfer the member to SaveOn, so we stay on | 35:37 |
| 17 | the line, make sure they're connected, and then | 35:39 |
| 18 | SaveOn does the work to help them understand the | 35:41 |
| 19 | program, the terms of enroll and copay assistance | 35:45 |
| 20 | and getting them to that program.  Once they're | 35:49 |
| 21 | enrolled, they give that information to the | 35:51 |
| 22 | SaveOn advocate who then relays that to Accredo | 35:54 |
| 23 | so that it's housed in our system and then | 35:57 |
| 24 | again, the claims from there on out just process | 36:00 |
| 25 | at $0. | 36:01 |

Page 31

| | | |
|---|---|---|
| 1 | So our goal is to get as many people | 36:06 |
| 2 | contacted and enrolled before the program ever | 36:08 |
| 3 | goes live, but we do have mechanisms to help | 36:14 |
| 4 | assist the member if, again, they didn't contact | 36:17 |
| 5 | us beforehand or they're a new patient to | 36:22 |
| 6 | specialty after the program's turned on. | 36:25 |
| 7 | All right.  And then on the next slide, | 36:35 |
| 8 | we have -- we have two different modeling | 36:37 |
| 9 | scenarios, and I'll walk through this one.  This | 36:39 |
| 10 | is your total population, so you can see, just | 36:41 |
| 11 | over 43,000 total lives.  From that population | 36:45 |
| 12 | we estimate that 612 patients will be targeted | 36:49 |
| 13 | for the SaveOn program, and if we annualize | 36:51 |
| 14 | those claims, it's just over 44,000 claims. | 36:54 |
| 15 | We do take into account your existing | 36:58 |
| 16 | benefit design.  So what we're showing across | 37:00 |
| 17 | your membership, which tells me you probably | 37:03 |
| 18 | have multiple plan designs, is that our average | 37:06 |
| 19 | member contribution per prescription is $32. | 37:10 |
| 20 | So when we estimate your $4.9 million in annual | 37:14 |
| 21 | fee and saving, we're taking that into account. | 37:19 |
| 22 | In other words, SaveOn doesn't take credit for | 37:21 |
| 23 | your current plan cost offset by the member | 37:24 |
| 24 | contribution. | 37:25 |
| 25 | So that $4.9 million is less the | 37:28 |

| | | |
|---|---|---|
| 1 | current member contribution.  It's less the | 37:33 |
| 2 | fee that SaveOn charges to administer your | 37:35 |
| 3 | program, which is 25 percent of the savings | 37:39 |
| 4 | that's achieved.  And so it's -- you have a huge | 37:44 |
| 5 | amount.  And when you look at the mix, you have | 37:46 |
| 6 | just the right mix of specialty utilizers | 37:49 |
| 7 | because your per member per month estimated | 37:52 |
| 8 | savings is over -- over $9 at $9.38 PMPM. | 37:55 |
| 9 | So, again -- | 37:59 |
| 10 | MS. GINTER:  (Inaudible) -- this is Melissa. | 38:01 |
| 11 | Let me jump in here.  Those of you who | 38:04 |
| 12 | participated in the either the sub-pool, the | 38:07 |
| 13 | committee, or the board meeting in the last | 38:09 |
| 14 | couple of months may not recognize these | 38:11 |
| 15 | numbers.  These are higher.  They've been updated | 38:14 |
| 16 | for this particular presentation. | 38:17 |
| 17 | What we'll do is we will drill into these | 38:20 |
| 18 | numbers and come up with the final number once | 38:24 |
| 19 | we know which plans it applies to after you've | 38:26 |
| 20 | made your decisions at the end of this week, | 38:28 |
| 21 | and after we've made the call on HSA plan, then | 38:32 |
| 22 | we will be able to factor it in to the rate | 38:36 |
| 23 | sheet after the final renewal is published. | 38:38 |
| 24 | I saw a question in the chat about how that's | 38:41 |
| 25 | going to be handled. | 38:42 |

Page 33

| | | |
|---|---|---|
| 1 | What we will do is the preliminary renewal | 38:45 |
| 2 | did not include this savings.  The final | 38:48 |
| 3 | renewal will be expressed, also, not including | 38:51 |
| 4 | the savings.  By the time we publish your rate | 38:54 |
| 5 | sheet that shows your final rate, that's when | 38:57 |
| 6 | we will apply the savings, if you elect to | 39:00 |
| 7 | participate in this program.  So just from a | 39:02 |
| 8 | timing perspective, that's where you're going | 39:04 |
| 9 | to see it.  And by the time we are able to | 39:07 |
| 10 | publish your final rates, that's where we'll | 39:08 |
| 11 | roll it in.  So just wanted to clarify that | 39:11 |
| 12 | from a process perspective, for those of you | 39:13 |
| 13 | who have heard parts of this presentation | 39:16 |
| 14 | before. | 39:17 |
| 15 | MS. HARMON:  Great point.  Thanks, Melissa. | 39:22 |
| 16 | MS. GINTER:  Um-hum. | 39:23 |
| 17 | MS. HARMON:  And then the next slide | 39:25 |
| 18 | highlights what the savings looks like when you | 39:27 |
| 19 | exclude your HSA population.  As I mentioned | 39:31 |
| 20 | before, you have a great opportunity, even if | 39:33 |
| 21 | you don't include the HSA lives at $4.7 million | 39:36 |
| 22 | annualized.  Again, this is net FSE to | 39:43 |
| 23 | administer, net your current plan cost offset -- | 39:47 |
| 24 | or less your current plan cost offset. | 39:50 |
| 25 | Again, the implementation timeline, we've | 39:54 |

Page 34

| | | |
|---|---|---|
| 1 | already satisfied a significant portion of | 39:56 |
| 2 | this, so we're -- we're pretty close to that | 39:58 |
| 3 | 60-day-out timeline to finalizing those member | 40:03 |
| 4 | communications and getting the green light for | 40:05 |
| 5 | you guys in terms of which specific populations | 40:09 |
| 6 | to include in enrollment.  But again, we'll send | 40:14 |
| 7 | those letters out followed by phone calls and | 40:16 |
| 8 | then again at 30 days and then when the program | 40:18 |
| 9 | goes live.  So you guys have done a lot of the | 40:20 |
| 10 | heavy lifting in terms of what's required from | 40:23 |
| 11 | the client's perspective for implementation of | 40:26 |
| 12 | this program.  We're just looking forward to | 40:30 |
| 13 | SaveOn managing the population once we get the | 40:33 |
| 14 | rest of it underway. | 40:36 |
| 15 | So -- and because you guys signed the | 40:46 |
| 16 | joinder agreement, the invoicing process.  So | 40:50 |
| 17 | I mentioned there's a 25 percent fee.  The | 40:53 |
| 18 | joinder agreement allows Express Scripts to bill | 40:56 |
| 19 | you for that fee on your administrative invoice. | 41:01 |
| 20 | So you'll see a simple line item for SaveOnSP, | 41:05 |
| 21 | which is the total amount.  But then after | 41:08 |
| 22 | implementation, we will be providing you | 41:11 |
| 23 | detailed implementation reports, which allows | 41:15 |
| 24 | you to see the entire claim and complete flow | 41:18 |
| 25 | of money. | 41:19 |

Page 35

```
 1        So when I broke down the example of the       41:21
 2   primary, secondary, and tertiary bill, there       41:24
 3   will be a column for each of those amounts.         41:27
 4   You will see the total cost of drugs, plus the      41:29
 5   copay that we charged, less the amount the          41:32
 6   copay-assistance paid, and then a column for        41:34
 7   any amounts that we had to pass back to the plan,   41:37
 8   and then your total savings, which is how we        41:39
 9   actually calculate -- calculate the -- the amount   41:45
10   of savings to calculate the fee.  Besides that,    41:53
11   we would -- so we'll have detailed monthly          41:55
12   invoicing reports, and then quarterly, we can       41:58
13   provide, you know, higher-level reporting package   42:01
14   type results.                                       42:03
15        So I think that's the end of my                42:08
16   presentation.  I can bounce back to chat and        42:11
17   kind of cover the questions that we didn't cover    42:14
18   in my presentation, or, Melissa, how do you --      42:16
19   how would you prefer I wrap up here?                42:19
20        MS. GINTER:  So let's -- let's open it         42:21
21   up for questions.  The next question that's in      42:24
22   the chat that we didn't get to is, what does the    42:26
23   member pay once they hit the maximum allowed        42:29
24   under the program?                                  42:30
25        MS. HARMON:  The member always pays zero.      42:34
```

Page 36

| | |
|---|---|
| 1 | As long as they're enrolled and as long as the | 42:38 |
| 2 | drug is in the program, if they've maxed out the | 42:40 |
| 3 | copay assistance, then the plan has done the | 42:42 |
| 4 | best that they can, meaning they've achieved | 42:45 |
| 5 | their offset using the entire amount of | 42:48 |
| 6 | assistance that Pharma will pay for that entire | 42:50 |
| 7 | year. | 42:51 |
| 8 | MS. GINTER:  Great.  Next question.  When | 42:58 |
| 9 | we talked about kind of the primary, secondary, | 43:01 |
| 10 | and tertiary claim payments, I think there's -- | 43:04 |
| 11 | there's a question around does the member have | 43:05 |
| 12 | to initially pay the $1,000 to receive the | 43:08 |
| 13 | medicine, and then wait for reimbursement?  Or | 43:11 |
| 14 | is all of that behind the scenes and automated? | 43:13 |
| 15 | MS. HARMON:  Good question.  Not at all. | 43:15 |
| 16 | It should be all behind the scenes and automated. | 43:18 |
| 17 | So the only visibility that the member will have | 43:22 |
| 18 | is, one, through the letter that includes the | 43:24 |
| 19 | drug list and the corresponding copays.  And | 43:27 |
| 20 | it's made clear that as long as they participate | 43:29 |
| 21 | in the program, they pay zero.  And the other | 43:35 |
| 22 | place would be on the invoice paperwork, they | 43:40 |
| 23 | could see where the copay was listed as $1,000, | 43:41 |
| 24 | but they will not be charged the $1,000. | 43:46 |
| 25 | So we do a pretty good job in terms of | 43:49 |

Page 37

| | | |
|---|---|---|
| 1 | explaining it, I think, in the member letter | 43:51 |
| 2 | proactively.  And then, as part of the | 43:54 |
| 3 | conversation SaveOn has with the member, they | 43:56 |
| 4 | do their due diligence to explain, you know, | 43:59 |
| 5 | we're charging a copay to be able to create | 44:01 |
| 6 | The savings, but you will always pay zero, as | 44:03 |
| 7 | long as you are enrolled in the program. | 44:05 |
| 8 | MS. GINTER:  Great.  Okay.  The next | 44:11 |
| 9 | question is, if an employee ignores the | 44:14 |
| 10 | communications that they've received on the | 44:15 |
| 11 | program, when and how will they first become | 44:19 |
| 12 | aware or experience the plan changes while | 44:22 |
| 13 | attempting to fill their prescription?  So -- | 44:24 |
| 14 | MS. HARMON:  Yep, absolutely -- | 44:25 |
| 15 | MS. GINTER:  -- prescription of right here. | 44:27 |
| 16 | MS. HARMON:  Yeah.  So whenever -- and I | 44:31 |
| 17 | think I used the words that we (inaudible) a | 44:33 |
| 18 | warm transfer, we get a prompt in our system. | 44:34 |
| 19 | That prompt for an advocate is actually a | 44:37 |
| 20 | rejection.  So I don't like to use that word in | 44:40 |
| 21 | this capacity because we're not telling them that | 44:42 |
| 22 | the claim's not paid, but it's the prompt for | 44:45 |
| 23 | our Accredo advocate to recognize that it is a | 44:48 |
| 24 | SaveOn prescription.  And the claim cannot move | 44:51 |
| 25 | further until we either have the override, which | 44:54 |

Page 38

```
 1    is the copay assistance information to put in the      44:57

 2    system to get it to zero.  So we will not advance      44:59

 3    that any further.  And if we have difficulty           45:03

 4    getting the member connected with SaveOn, or if        45:06

 5    it's an instance where we've tried to reach out        45:08

 6    to the member and the member's not getting back        45:10

 7    to us, we then, engage you to let you know that        45:15

 8    we're having difficulty.                               45:16

 9         So we don't want to have disruption.  We          45:19

10    want members to be able to get their medication.       45:21

11    We stay very engaged with these patients, and we       45:24

12    track their success in terms of enrollment.  So        45:28

13    you would find out before -- you know, if we had       45:33

14    any difficulties, so we would not -- we would          45:36

15    not tell the member they couldn't get their            45:38

16    medicine or -- or anything to that effect, that        45:38

17    we would be coordinating with them to the best         45:42

18    of our ability and then to you if we had               45:43

19    difficulty.                                            45:45

20         MS. GINTER:  What would the member be             45:48

21    asked to pay if they refused to enroll in the          45:52

22    program at the point of sale or with any               45:54

23    outreach?                                              45:54

24         MS. HARMON:  That's an excellent question.        45:58

25    So what we do at that point in time is if they         46:01
```

Page 39

| | | |
|---|---|---|
| 1 | refuse to enroll, that's when SaveOn reaches | 46:03 |
| 2 | out to Tammy and I and we engage you. Our | 46:06 |
| 3 | recommendation is to always uphold the plan | 46:09 |
| 4 | design, meaning if you don't participate in this | 46:13 |
| 5 | program, your copay, or your responsibility will | 46:15 |
| 6 | be $1,000. And because it's not part of your | 46:19 |
| 7 | existing benefit design, that $1,000 is not | 46:21 |
| 8 | applicable to your max out-of-pocket. And that's | 46:25 |
| 9 | often compelling enough for members to say, oh, | 46:28 |
| 10 | wait, I'm going -- I want my drugs for free, | 46:30 |
| 11 | right? | 46:31 |
| 12 | If that's not a successful message, or if | 46:34 |
| 13 | you have concerns for that message, we will | 46:37 |
| 14 | work with you in terms of how you want to manage | 46:40 |
| 15 | those patients. We have some clients with union | 46:45 |
| 16 | populations like yourself that feel strongly that | 46:47 |
| 17 | they have to have the ability to override. And | 46:50 |
| 18 | you should know that you absolutely have that | 46:52 |
| 19 | ability. We -- we ask that you do so | 46:56 |
| 20 | cautiously because we don't want to undermine | 46:59 |
| 21 | the plan design you're putting in place to | 47:01 |
| 22 | create savings. So if members realize that they | 47:05 |
| 23 | can simply say no and opt out, we're sort of | 47:07 |
| 24 | defeating the purpose. | 47:07 |
| 25 | The flip to that is if you have a really | 47:11 |

Page 40

| | |
|---|---|
| 1 | escalated member and you have a sensitive | 47:13 |
| 2 | situation where you feel like it's appropriate | 47:15 |
| 3 | to provide that override, we absolutely can do | 47:18 |
| 4 | so.  Just know that we can't override the plan | 47:22 |
| 5 | design, meaning we can give the patient an | 47:24 |
| 6 | override to mirror what your specialty copay is | 47:28 |
| 7 | on your existing benefit design.  So again, if | 47:31 |
| 8 | that's $25, we can say, okay, we'll put an | 47:34 |
| 9 | override in; your responsibility is $25.  But it | 47:37 |
| 10 | doesn't change the fact that it's carved out and | 47:40 |
| 11 | nonessential. | 47:41 |
| 12 | So when they pay that $25, it is not | 47:43 |
| 13 | applicable to that max out-of-pocket.  And | 47:47 |
| 14 | that's just a really important distinction that | 47:48 |
| 15 | we all understand.  So you can override it; you | 47:52 |
| 16 | can put it at zero and forgo any -- any plan | 47:55 |
| 17 | cost savings.  We don't recommend it, but we | 47:58 |
| 18 | recognize that there are situations where you | 48:00 |
| 19 | might feel that that is necessary.  And so we | 48:04 |
| 20 | can support any of those scenarios.  We just | 48:07 |
| 21 | work with you if and when that happens. | 48:09 |
| 22 | MS. GINTER:  And for IPBC members, those | 48:12 |
| 23 | kind of decision points go back through the | 48:15 |
| 24 | cooperative.  We have to be a little sensitive | 48:16 |
| 25 | to the fact that this is shared risk within the | 48:19 |

Page 41

```
 1   cooperative, and that that is -- is a decision          48:22

 2

 3   that generally, is made at the cooperative              48:25

 4   level.  So just works a little different with           48:29

 5   the fact that this is kind of a combined,               48:31

 6   multi-employer arrangement.                             48:33

 7        Okay.  Next question.  Why can't Express           48:39

 8   Scripts just include any members who are on             48:41

 9   the specialty drug in the program, rather than          48:42

10   making them individually register for the               48:44

11   program?  Rachel?                                       48:56

12        MS. HARMON:  So, again, this is an                 48:57

13   agreement -- (inaudible).                               48:58

14        MS. GINTER:  Oh no, we lost you.                   49:04

15        MS. HARMON:  Can you hear me?                      49:04

16        MS. GINTER:  You're cutting out.  Can you          49:05

17   Maybe start at the top again --                         49:06

18        MS. HARMON:  Okay.                                 49:06

19        MS. GINTER:  -- with the answer to that            49:07

20   question?                                               49:09

21        MS. HARMON:  Sure.  You can hear me,               49:11

22   correct?    49:15                                       49:15

23        MS. GINTER:  Yes, now we can.                      49:15

24        FEMALE VOICE:  Now we can, um-hum.                 49:16

25        MS. HARMON:  Okay, okay, okay.  Sorry.             49:18
```

Page 42

| | |
|---|---|
| 1 | So again, this is an agreement between -- | 49:21 |
| 2 | between the patient and copay assistance | 49:22 |
| 3 | through the manufacturer, so in order for us | 49:27 |
| 4 | to leverage the savings, the member has to | 49:29 |
| 5 | actively enroll in copay assistance.  That's | 49:33 |
| 6 | where the savings come from.  We can't do that | 49:35 |
| 7 | for a member.  They have to do it on their own. | 49:37 |
| 8 | MS. GINTER:  Okay.  The next question is | 49:45 |
| 9 | on someone who uses an HSA outside of their | 49:49 |
| 10 | current plan.  Joan, we'll -- we'll respond to | 49:52 |
| 11 | that individually.  I -- I want to be careful to | 49:54 |
| 12 | make sure we give you an accurate answer, so I | 49:57 |
| 13 | have to follow up with you on that one. | 49:59 |
| 14 | The next question is, if an employee | 50:03 |
| 15 | currently pays the copay to obtain their | 50:06 |
| 16 | prescription, are they even aware of the | 50:08 |
| 17 | manufacturer assistance, and will they -- | 50:10 |
| 18 | they even understand what this is? | 50:12 |
| 19 | MS. HARMON:  Yeah, so it's an interesting | 50:15 |
| 20 | dynamic.  Our specialty patients are very aware | 50:18 |
| 21 | of copay assistance.  And if you listen to drug | 50:23 |
| 22 | ads on TV, at the very end, there's always a | 50:26 |
| 23 | tag line, if you can't afford your medication, | 50:29 |
| 24 | ask us how we can help, right? | 50:31 |
| 25 | And so, our specialty patients are often | 50:35 |

Page 43

```
 1    part of different communities and different          50:37
 2    support groups where these things are actively       50:39
 3    talked about.  And so what we often see -- you        50:43
 4    guys have a very generous plan design, but in         50:45
 5    plan designs that are -- have higher patient          50:49
 6    responsibility, we often see that most patients       50:52
 7    use copay assistance in those plans because of        50:54
 8    the cost.                                             50:53
 9         And we have to -- honestly, we see it            50:57
10    when cost isn't an issue.  Whether they need it       51:00
11    or not, if they know copay assistance is out          51:02
12    there, they're getting it.  So they're probably       51:06
13    aware, and if they're not, that's SaveOn's job        51:08
14    to help -- help them understand what we're            51:11
15    going after here and -- and how we're getting         51:13
16    the savings for them in the plan.                     51:14
17         MS. RYKIEL:  And I would just interject          51:17
18    there,  Rachel and Melissa, that, in fact,            51:21
19    last year in -- we saw that 317 IPBC patients         51:25
20    did utilize copay assistance to help offset           51:29
21    their specialty copays.                               51:38
22         MS. GINTER:  And maybe that's a good time        51:39
23    to ask the question, it seems like Express            51:40
24    Scripts is trying to take advantage of the            51:43
25    the manufacturer copay assistance program that        51:45
```

Page 44

| | |
|---|---|
| 1 | were intended to help low-income patients who | 51:48 |
| 2 | cannot afford their copays.  At what point do | 51:50 |
| 3 | the drug manufacturers decide to eliminate | 51:53 |
| 4 | these programs when they realize they're being | 51:54 |
| 5 | used to basically reduce the cost of employers | 51:58 |
| 6 | and those who may not need assistance? | 52:00 |
| 7 | MS. HARMON:  Oh, that's a good one.  So | 52:03 |
| 8 | I'll clarify by saying there are two different | 52:07 |
| 9 | types of assistance out in the -- well, there's | 52:09 |
| 10 | really three.  One is free drug, and that's | 52:12 |
| 11 | administered by the manufacturer directly in | 52:14 |
| 12 | the industry.  Second is foundational support, | 52:17 |
| 13 | which is the charitable organizations that put | 52:19 |
| 14 | forward funds to help patients in need.  Now, | 52:22 |
| 15 | charitable -- those foundation support programs | 52:24 |
| 16 | have lengthy requirements for getting those | 52:28 |
| 17 | funds. | 52:28 |
| 18 | Think of this like scholarship money, | 52:31 |
| 19 | right?  They have to submit application, their | 52:33 |
| 20 | W-2s, their monthly -- like, an income and | 52:36 |
| 21 | expense statement.  They have to prove that they | 52:38 |
| 22 | are truly in need financially of those funds. | 52:42 |
| 23 | What we target in SaveOn is manufacturer | 52:47 |
| 24 | assistance programs that are not part of | 52:50 |
| 25 | foundational support.  We purely view these | 52:52 |

Page 45

| | |
|---|---|
| 1 | funds as marketing dollars. | 52:54 |
| 2 | So Pharma's put, we estimate, roughly | 52:56 |
| 3 | $15 billion in the industry of copay assistance | 53:00 |
| 4 | programs today.  And, you know, they do it | 53:03 |
| 5 | under the guise of making their drugs more | 53:04 |
| 6 | affordable and accessible to the patients that | 53:07 |
| 7 | need them.  But they do get significant tax | 53:10 |
| 8 | write-offs for -- for those types of program | 53:13 |
| 9 | offerings, and also, we know that they put | 53:16 |
| 10 | those programs out there to really preserve | 53:18 |
| 11 | market share in their product. | 53:20 |
| 12 | So far, we have seen some reactions from | 53:25 |
| 13 | manufacturers because of copay assistance | 53:28 |
| 14 | programs, but most of the reactions kind of | 53:31 |
| 15 | related to the accumulator adjustment programs. | 53:34 |
| 16 | And the reason for that is, when you use an | 53:39 |
| 17 | accumulator adjust program and you're constantly | 53:41 |
| 18 | resetting their max out-of-pocket, removing the | 53:44 |
| 19 | copay assistance, when you have a patient in a | 53:47 |
| 20 | high-deductible plan where they can meet their | 53:51 |
| 21 | max out-of-pocket in the first three fills, | 53:53 |
| 22 | they also, exhaust the funding for the year for | 53:56 |
| 23 | these copay assistance programs. | 53:57 |
| 24 | And what would happen is, they would start on | 54:02 |
| 25 | a drug, exhaust the funding, and then flip to a | 54:04 |

Page 46

| | |
|---|---|
| 1 | competitor's drug.  And that's really what | 54:08 |
| 2 | Pharma has reacted negatively to, which tells | 54:11 |
| 3 | us the pure reason for them putting these | 54:14 |
| 4 | dollars on the table is to ensure that they | 54:15 |
| 5 | have patients using their drug, not -- not any | 54:19 |
| 6 | drug.  So it's not to say that we couldn't see | 54:23 |
| 7 | other reactions.  Most of the -- the changes to | 54:27 |
| 8 | programs we've seen in the marketplace are | 54:29 |
| 9 | really focused on the accumulator adjustment | 54:31 |
| 10 | because it exhausts and then it makes them flip | 54:34 |
| 11 | to another drug. | 54:34 |
| 12 | For SaveOn, we've been successful because | 54:39 |
| 13 | we're keeping them on the same drug.  We're | 54:42 |
| 14 | just leveraging the assistances they've put on | 54:44 |
| 15 | the table. | 54:46 |
| 16 | MS. GINTER:  Thanks, Rachel.  The -- the | 54:52 |
| 17 | Next question I'll answer real quick.  And then | 54:54 |
| 18 | in the interest of time, we're going to have | 54:56 |
| 19 | To switch over to just a quick walk-through of | 54:59 |
| 20 | The opt-out form. | 55:00 |
| 21 | The question to everyone is, why the 5/1 | 55:03 |
| 22 | effective date for IPBC?  Why not wait until | 55:06 |
| 23 | the renewal?  That is a decision that was based | 55:10 |
| 24 | on the dramatic savings involved.  Here, these | 55:14 |
| 25 | are real dollars in -- in a year that we know | 55:17 |

Page 47

```
 1   that many local budgets are being subject to a       55:20
 2   serious amount of pressure to find dollars.          55:22
 3   This is one of those things that's a win-win         55:25
 4   for employees.  They get their copay subsidized,     55:28
 5   and for IPBC to allow these dollars to flow          55:31
 6   through.  And so there was some urgency in           55:33
 7   rolling this out as soon as possible to take         55:35
 8   advantage of the savings.  So that's why the         55:37
 9   unusual timing in here.  But knowing that it has     55:40
10    potential -- the potential, you know, to be         55:42
11   concerning to you, that's why we wanted to           55:46
12   develop this process that you see on your screen     55:48
13   right here.                                          55:50
14        This is the opt-out form.  If you look at       55:52
15   this program and for whatever reason decide that     55:56
16   it -- it is not something you feel is appropriate    55:58
17   for your employee base, you do have the ability      56:01
18   to opt out.  Based on the board vote, everyone       56:04
19   will have this rolled out, with the exception        56:07
20   of grandfathered plans and, possibly, HSA plans.     56:10
21   If you want your own plans excluded from this        56:13
22   program, you need to fill in this opt-out form.      56:17
23   This will be distributed.  We post it on the         56:21
24   IPBC website.  I'll work with Sandy to make sure     56:24
25   it gets sent out, as well, if it hasn't been         56:25
```

Page 48

| | | |
|---|---|---|
| 1 | already.  But this is the form that will | 56:28 |
| 2 | notify myself and Dave Cook that you do not | 56:32 |
| 3 | want this program rolled out.  Because of the | 56:36 |
| 4 | urgency in the implementation, the deadline for | 56:38 |
| 5 | this is this Friday.  So you've got the chance | 56:42 |
| 6 | now to review this material and consider what | 56:45 |
| 7 | you've heard here today, and then you can take a | 56:48 |
| 8 | look at this -- this form and complete it, if | 56:51 |
| 9 | it's something you would like to opt-out of. | 56:54 |
| 10 | I know that there were a handful of | 56:57 |
| 11 | questions.  We can keep going for a few | 56:59 |
| 12 | minutes, and if you put a question in the chat    5 | 7:02 |
| 13 | box that was not addressed, we can follow up | 57:05 |
| 14 | with you via email after the meeting.  So -- | 57:08 |
| 15 | but wanted to make sure that we had a chance to | 57:11 |
| 16 | discuss this form because this is kind of the | 57:13 |
| 17 | action needed on your part, if you're concerned | 57:16 |
| 18 | about the implementation of this program for | 57:18 |
| 19 | your community. | 57:19 |
| 20 | So with that, Dave or Sandy, do you want to | 57:23 |
| 21 | add any comments to wrap up or anything | 57:28 |
| 22 | additional to add? | 57:32 |
| 23 | MR. COOK:  Melissa, there was just a -- a | 57:36 |
| 24 | question regarding can we send the answers | 57:40 |
| 25 | to everyone?  We can format the questions and | 57:43 |

Page 49

| | | |
|---|---|---|
| 1 | send out the form and the responses all | 57:45 |
| 2 | together later today, I hope. | 57:48 |
| 3 | MS. GINTER:  Sounds good.  Okay.  Well, | 57:59 |
| 4 | Rachel, you've been enormously helpful.  Really | 58:01 |
| 5 | appreciate the time to do the presentation | 58:03 |
| 6 | today.  Thanks, Tammy, for helping pull all | 58:05 |
| 7 | this together.  And I appreciate the engagement | 58:08 |
| 8 | and all the questions we got.  Thank you very | 58:11 |
| 9 | much on the part of IPBC members, as well, and | 58:14 |
| 10 | for you really paying attention to this important | 58:16 |
| 11 | issue that is being rolled out for IPBC.  So this | 58:20 |
| 12 | recording will be posted on the website, along | 58:22 |
| 13 | with the slides and the opt-out form.  And we'll | 58:25 |
| 14 | send out the answers to questions that we didn't | 58:28 |
| 15 | get to later on.  So thanks, everybody. | 58:32 |
| 16 | FEMALE VOICE:  Thank you. | 58:35 |
| 17 | FEMALE VOICE:  Thank you. | 58:35 |
| 18 | (End of Video Recording.) | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 50

```
1                    CERTIFICATE

2
    I, Wendy Sawyer, do hereby certify that I was
3
    authorized to and transcribed the foregoing
4
    recorded proceedings and that the transcript is a
5
    true record, to the best of my ability.
6

7

8
            DATED this 15th day of June, 2022.
9

10

11

12
    _____
13
            WENDY SAWYER, CDLT

14

15

16

17

18

19

20

21

22

23

24

25
```