# Exhibit 2











SaveOnSP

# About the solution

- Utilizes Affordable Care Act (ACA) state benchmark to **change client plan design**
- Select drugs are designated as **Non-Essential Health Benefits (NEHB)**
- Copays set to maximize manufacturer assistance dollars to **benefit the plan**
- Targets **270+** specialty drugs in **20 therapy classes**
- Reduces patient's responsibility to **zero**

**Average assistance per fill across highest utilized therapy classes:**

| | | | |
|---|---|---|---|
| Hepatitis C | $6,600 | Oncology | $1,800 |
| Cystic Fibrosis | $2,600 | Pulmonary Arterial Hypertension | $1,300 |
| Multiple Sclerosis | $1,500 | Blood Cell Deficiency | $830 |
| Inflammatory | $1,900 | Hereditary Angioedema | $2,000 |
| Hemophilia | $1,200 | Asthma & Allergy | $1,100 |

**Average savings range from $4.50 - 6.50 PMPM net savings***

*Net of program shared savings fee. Savings may vary based on sponsor's actual utilization or a different benchmark or formulary. Savings do not represent any type of guarantee by SaveOnSP or ESI.

EXPRESS SCRIPTS  CHAMPIONS FOR BETTER

© 2020 Express Scripts. All Rights Reserved.

2

**SaveOnSP**

# What is EHB and NEHB?

In alignment with the Affordable Care Act (ACA), individual states set a benchmark for the number of specialty drugs in each therapy class that must be covered. These are considered **essential health benefits (EHB)**.



Any formulary drugs beyond that number can be classified as **non-essential health benefit (NEHB)**

 SaveOnSP strategically **classifies drugs outside the ACA benchmark from EHB to NEHB**

 The plan **increases the copay to leverage the full amount of manufacturer assistance** and ensures member enrollment in copay assistance

 Which results in a zero member cost — maximizing savings for the member and plan

Learn more about how SaveOnSP works, click here to watch a short video

CMS Essential Health Benefit requirement details are available here - https://www.cms.gov/cciio/resources/data-resources/ehb#ehb

© 2020 Express Scripts. All Rights Reserved.

 

3





SaveOnSP

# Adjudication process example

**Claim assumptions**

- **$10K** total drug cost per fill
- **$100** non-SaveOnSP specialty copay
- **$1,000** SaveOnSP drug copay per 30 day fill
- **$5** member payment required by manufacturer assistance program after copay assistance pays*

**Without SaveOnSP**

**Primary**
Claim will adjudicate with standard specialty copay
$9,900 plan responsibility
$100 member copay

**Secondary**
If member is not enrolled in copay assistance on their own, they will pay their copay via credit card, debit card or auto-deduct from an account
$100 member copay

**With SaveOnSP**

**Primary**
Claim will adjudicate with new SaveOnSP copay
$9,000 plan responsibility
$1,000 member copay
*CDL file and eSD only capture primary claim information*

**Secondary**
Member copay will then process through manufacturer assistance
$995 copay assistance
$5 remaining member copay

**Tertiary**
Remaining member copay will then process through SaveOnSP billing
$5 SaveOnSP**
$0 member cost

*Tertiary is used when copay assistance has a remaining balance or when copay assistance has been exhausted. Not all claims will require tertiary billing to result in $0 member cost.
**Amount billed through tertiary will be invoiced back to the client

EXPRESS SCRIPTS CHAMPIONS FOR BETTER

© 2020 Express Scripts. All Rights Reserved.

SaveOnSP
Outreach prior to effective date
Members identified from claims history file about 90 days before effective date
Effective date
60 days prior
to effective date cobranded letter sent to impacted member
Shortly after
outbound calls are initiated to impacted member
30%
pre-enrolled after introduction letter and initial calls
30 days prior
to effective date reminder letter sent to impacted member
55-65%*
pre-enrolled after reminder letter and subsequent calls
POS rejection
Outreach to patient
SaveOnSP educates the member and assists with enrolling them in the manufacturer copay program.
Members enrolled before the effective date don't experience any disruptions.
After the member successfully enrolls with SaveOnSP, the subsequent steps will be bypassed
Successful enrollment
SaveOnSP generates tertiary payer information
Accredo adjudicates
Medication delivered
* Enrollment results are multifactorial and vary based on member responsiveness, plans meeting implementation deadlines and plan communication support
© 2020 Express Scripts. All Rights Reserved.
EXPRESS SCRIPTS
CHAMPIONS FOR BETTER
6












SAVEONSP
Implementation Timeline
SaveonSP Implementation Request Form submitted
Cobranded letters sent to all impacted members
Cobranded follow up letters sent to all impacted members who have not yet been in contact with SaveonSP
Accredo to warm transfer unenrolled members to SaveonSP after go live
90 Days Out
60 Days Out
30 Days Out
Effective Date
Contract/joinder amendment, BAA, PHI release, request form and letter signoff due prior letters dropping
SaveonSP to begin outbound calls to impacted members who have not yet been in contact with SaveonSP
SaveonSP program goes live
EXPRESS SCRIPTS
CHAMPIONS FOR BETTER
9
© 2020 Express Scripts. All Rights Reserved.

**SAVEONSP**

# Invoicing process

- Establish average copay member paid before SaveonSP is implemented
- Client will receive 100% of savings at point of sale
- SaveonSP receives claims files from Express Scripts
- SaveonSP analyzes claims files and builds reports every 4 weeks*
- Based on SaveonSP reports, Express Scripts invoices client monthly on their administrative fee invoice
- Express Scripts report available upon request
- Client reviews and pays Express Scripts, as outlined in the contract

*First invoice details provided to Express Scripts 75 days after effective date; fee will appear on the first client admin invoice after that date

EXPRESS SCRIPTS® CHAMPIONS FOR BETTER

10

© 2020 Express Scripts. All Rights Reserved.