# Exhibit 3

Flash Drive of ESI Presentation Video
(Copies submitted to Clerk's Office)