# Exhibit 7

# SaveonSP:
# Copay Offset Program for Specialty Medication

The SaveonSP program leverages provisions of the Affordable Care Act to maximize copay assistance for certain specialty medications that meet the program requirements. This program is designed to help members save money on their specialty medications by taking advantage of funds available through drug manufacturers.

## How it works

### Example

**Without SaveonSP**
The prescription copay is paid by you. There is no copay assistance.

| Drug Cost | Your Copay | Copay Assistance | Your Total Cost | Plan Cost |
|---|---|---|---|---|
| $2,250 | $50 | $0 | $50 | $2,200 |

**With SaveonSP**
Select specialty medications qualify for the SaveonSP program. Copay assistance helps offset the cost of specialty medications.

| Drug Cost | Your Copay | Copay Assistance | Your Total Cost | Plan Cost |
|---|---|---|---|---|
| $2,250 | $800 | $800 | $0 | $1,450 |

### Benefits of SaveonSP
- Member will pay $0 for SaveonSP specialty medications
- Plan expense decreases significantly in overall plan costs

### Learn more
For a list of specialty medications that qualify for the SaveonSP program, please visit **saveonsp.com/bcbswny**.

If you are on a specialty medication that qualifies for the program, SaveonSP will be contacting you to enroll.

### Important
- You may see higher copays when logging in to check your copayments, but actual out-of-pocket responsibility will be $0 with manufacturer assistance once you're enrolled.
- If you choose not to enroll, your specialty drug copay will be what is reflected on the SaveonSP specialty drug list.

### Questions
For more information, contact a SaveonSP representative at 1-800-683-1074 or BlueCross BlueShield of Western New York's customer service number on the back of your member ID card.

**BlueCross BlueShield of Western New York**

BlueCross BlueShield of Western New York is a division of HealthNow New York Inc., an independent licensee of the Blue Cross and Blue Shield Association. Blue Cross®, Blue Shield® and the Cross and Shield Symbols are registered service marks of the Blue Cross and Blue Shield Association. SaveonSP is a separate company.

13457_WNY_05_18