**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Case No. 2:22-cv-02632-JMV-CLW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

**THIS MATTER** having been brought to the Court by Gibbons P.C. and Selendy Gay Elsberg PLLC, attorneys for Defendant Save On SP, LLC, by way of motion to dismiss Plaintiff Johnson & Johnson Health Care Systems Inc.'s Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6); and, the Court having considered the papers filed in support of the motion and in opposition thereto; and, the Court having heard oral argument, if any; and for good cause shown;

**IT IS** on this _____ day of _____ 2022,

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint is hereby dismissed in its entirety, with prejudice; and it is further

**ORDERED** that Defendant's counsel shall serve a copy of this Order on all counsel who will not receive it electronically within five (5) days of receipt of this Order.

_____
Hon. John Michael Vazquez, U.S.D.J.