E. Evans Wohlforth, Jr.
Julia E. Palermo
**GIBBONS P.C.**
One Gateway Center
Tel: 973-596-4879
Newark, NJ 07102-5310
ewohlforth@gibbonslaw.com
jpalermo@gibbonslaw.com

David Elsberg *(admitted pro hac vice)*
Andrew R. Dunlap *(admitted pro hac vice)*
Meredith Nelson *(admitted pro hac vice)*
**SELENDY GAY ELSBERG PLLC**
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
delsberg@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com

*Attorneys for Defendant SaveOnSP, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Case No. 2:22-cv-02632-JMV-CLW <br><br> **CERTIFICATE OF SERVICE** |

I, **E. EVANS WOHLFORTH, JR., ESQ**., hereby certify as follows:

1. I am an attorney at law admitted to practice before this Court and am a member of the firm Gibbons P.C., attorneys for Defendant Save On SP, LLC ("Defendant") in the above-

captioned matter.  On July 15, 2022, I caused to be electronically filed and served the following documents on behalf of Defendant:

      a. Notice of Motion to Dismiss Plaintiff's Complaint;
      b. Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Complaint;
      c. Certification of E. Evans Wohlforth, Jr., with exhibits;
      d. Proposed Form of Order; and
      e. this Certificate of Service.

2. Service was also made on this date upon the following counsel via CM/ECF in accordance with the Federal Rules of Civil Procedure and the District of New Jersey's Local Rules on Electronic Service:

| | |
|---|---|
| Jeffrey Greenbaum, Esq.<br>**SILLS CUMMIS & GROSS, P.C.**<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>jgreenbaum@sillscummis.com<br>*Attorneys for Plaintiff*<br>*Johnson & Johnson Health Care Systems, Inc.* | Adeel A. Mangi, Esq.<br>**PATTERSON BELKNAP WEBB & TYLER LLP**<br>1133 Avenue of the Americas<br>New York, New York 10036<br>aamangi@pbwt.com<br>*Attorneys for Plaintiff*<br>*Johnson & Johnson Health Care Systems, Inc.* |

I certify under penalty of perjury that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: Newark, New Jersey       By: s/ E. Evans Wohlforth, Jr.
July 15, 2022      E. Evans Wohlforth, Jr.
     Julia E. Palermo
     GIBBONS P.C.
     One Gateway Center
     Tel:  973-596-4879
     Newark, NJ 07102-5310
     ewohlforth@gibbonslaw.com
     jpalermo@gibbonslaw.com

David Elsberg *(admitted pro hac vice)*
Andrew R. Dunlap *(admitted pro hac vice)*
Meredith Nelson *(admitted pro hac vice)*
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
delsberg@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com

*Attorneys for Defendant Save On SP, LLC*