SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | : | Civil Action No. 22-2632 (JMV) (CW) |
| | : | |
| Plaintiff, | : | Honorable John Michael Vazquez |
| | : | United States District Judge |
| v. | : | |
| | : | **CERTIFICATION OF SERVICE** |
| SAVE ON SP LLC, | : | |
| | : | (Electronically Filed Document) |
| Defendant. | | |

JEFFREY J. GREENBAUM, of full age, certifies that on the 15th day of

August 2022, I caused a copy of Plaintiff Johnson & Johnson Health Care Systems

Inc.'s Brief in Opposition to Save On SP LLC's Motion to Dismiss to be served via CM/ECF on all counsel of record.

I certify under penalty of perjury that the foregoing is true and correct.

s/ Jeffrey J. Greenbaum
JEFFREY J. GREENBAUM

Dated:        August 15, 2022