IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAVE ON SP LLC, <br><br> *Defendant*. | Case No. 2:22-cv-02632-JMV-CLW |

MOTION OF PHARMACEUTICAL RESEARCH AND
MANUFACTURERS OF AMERICA FOR LEAVE TO APPEAR AS
*AMICUS CURIAE* IN SUPPORT OF PLAINTIFF

Keith J. Miller
Robinson Miller LLC
110 Edison Place, Ste. 302
Newark, NJ 07102
Tel: 973-690-5400
Fax: 973-466-2761

Eric D. McArthur*
Madeleine Joseph*†
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Tel:  (202) 736-8000
Fax: (202) 736-8711

**Pro hac vice* forthcoming
†Admitted only in Massachusetts; supervised by principals of the firm who are members in good standing of the D.C. Bar.

*Counsel for Amicus Curiae Pharmaceutical Research and Manufacturers of America*

PLEASE TAKE NOTICE that as soon as the Court may hear, undersigned attorneys for prospective *amicus curiae* the Pharmaceutical Research and Manufacturers of America (PhRMA), shall move before the Honorable John Michael Vazquez for an order granting PhRMA leave to appear as *amicus curiae* and to file an amicus brief in support of plaintiff;

PLEASE TAKE FURTHER NOTICE that, in support of this motion, the undersigned shall rely upon the attached brief in support of this motion;[1] and

PLEASE TAKE FURTHER NOTICE that the proposed amicus brief and a proposed order are attached as exhibits to this motion.

*Signatures follow on next page.*

---

[1] Plaintiff Johnson & Johnson Health Care Systems, Inc. consents to the filing of the amicus brief. Defendant SaveOnSP LLC does not consent..

Dated:  August 18, 2022                    Respectfully submitted,

/s/ *Keith J. Miller*
Keith J. Miller
ROBINSON MILLER LLC
110 Edison Place, Ste. 302
Newark, NJ 07102
Tel: 973-690-5400
Fax: 973-466-2761


Eric D. McArthur*
Madeleine Joseph*†
SIDLEY AUSTIN LLP
1501 K Street N.W.
Washington, DC 20005
Tel.: (202) 736-8000
Fax: (202) 736-8711

*Pro hac vice* forthcoming
†Admitted only in Massachusetts; supervised by principals of the firm who are members in good standing of the D.C. Bar.

2