## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,

         *Plaintiff,*

  v.

SAVE ON SP LLC,

         *Defendant.*

Case No. 2:22-cv-02632-JMV-CLW

THIS MATTER having been opened to the Court on the motion of prospective *amicus curiae* Pharmaceutical Research and Manufacturers of America (PhRMA), by counsel, for entry of an Order granting PhRMA leave to appear as *amicus curiae* and all parties, by counsel, having received due notice of the motion and having the opportunity to be heard; and the Court having reviewed all papers and arguments relevant to PhRMA's motion;

IT IS on this _____ day of _____ 2022,

ORDERED that PhRMA's motion for leave to appear as *amicus* is granted; and

IT IS FURTHER ORDERED that PhRMA's proposed amicus brief attached to its motion shall be deemed filed.

_____
Hon. John Michael Vazquez
United States District Judge