E. Evans Wohlforth, Jr., Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*
*Save On SP, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civil Action No. 2:22-cv-02632 (JMV)(CLW) <br><br> *Document electronically filed* <br><br> **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |

Counsel for Defendant Save On SP, LLC ("SaveOnSP"), Gibbons P.C., having indicated that SaveOnSP intends to move to stay discovery ("Motion to Stay") in this matter pending decision on SaveOnSP's Motion to Dismiss [ECF No. 31]; counsel for SaveOnSP and counsel for Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS") having conferred and agreed to a briefing schedule for the anticipated Motion to Stay and to the form and entry of this Order as indicated by the signatures of counsel below;

**IT IS HEREBY STIPULATED AND AGREED** on this 18th day of August, 2022:

1. SaveOnSP's Motion to Stay shall be filed on or before September 2, 2022;

2. JJHCS's opposition to SaveOnSP's Motion to Stay shall be filed on or before September 12, 2022; and

3. This Order is without prejudice to SaveOnSP's right to seek permission from the Court to file a reply in further support of its Motion to Stay, and is also without prejudice to JJHCS's right to oppose any such reply submission by SaveOnSP under Local Rule 16.1(g)(2).

-2-

| | |
|---|---|
| **GIBBONS, PC.** | **SILLS CUMMIS & GROSS, P.C.** |
| One Gateway Center | One Riverfront Plaza |
| Newark, New Jersey 07102-5310 | Newark, New Jersey 07102 |
| 973-596-4500 | 973-643-7000 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Save On SP, LLC* | *Johnson & Johnson Health Care Systems, Inc.* |
| | |
| s/ E. Evans Wohlforth, Jr. | s/ Jeffrey J. Greenbaum |
| E. Evans Wohlforth, Jr., Esq. | Jeffrey J. Greenbaum, Esq. |
| | |
| Dated:  August 19, 2022 | Dated:  August 19, 2022 |

**SO ORDERED**:

_____
Hon. Cathy L. Waldor, U.S.M.J.

Dated: August __, 2022