

E. EVANS WOHLFORTH, JR.
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4879 Fax: (973) 639-6486
ewohlforth@gibbonslaw.com

August 24, 2022

<u>VIA ECF</u>

Honorable John M. Vazquez, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC
Civil Action No. 22-cv-2632 (JMV) (CLW)

Your Honor:

This law firm represents Defendant Save On SP, LLC ("SaveOnSP") in the above-referenced matter. As the Court is aware, two Motions have been filed seeking leave to appear as Amici Curiae in support of Plaintiff's opposition to SaveOnSP's Motion to Dismiss, one by Pharmaceutical Research and Manufacturers of America [ECF No. 38] and one by Aimed Alliance, Triage Cancer, The HIV and Hepatitis Policy Institute, the Coalition of State Rheumatology Organizations, the Aids Institute, The National Oncology State Network, and the Connecticut Oncology Association's [ECF No. 35] (the "Amici Motions").

We write with consent of all of the proposed amici-movants to ask that the Amici Motions both be adjourned one motion cycle. Both motions are currently set for the September 19, 2022, return date. SaveOnSP and Plaintiff Johnson & Johnson Health Care Systems Inc. are currently finishing briefing on SaveOnSP's Motion to Dismiss [ECF No. 31], and have begun briefing SaveOnSP's forthcoming Motion to Stay Discovery [*see* ECF No. 41]. An adjournment of the Amici Motions to the October 3, 2022, motion cycle will help alleviate some of the substantial overlap in the briefing schedules. If granted, any opposition by SaveOnSP would be due September 19, 2022, and any reply would be due on September 26, 2022.

If this request meets with Your Honor's approval, we respectfully suggest that you endorse a copy of this letter as "So Ordered" and have it entered on the electronic docket of the Clerk. We thank the Court for its kind attention. Please do not hesitate to have the Court's staff contact the undersigned with any questions or if we may be of assistance to the Court whatsoever.

GIBBONS P.C.

Honorable John M. Vazquez, US.D.J.
August 24, 2022
Page 2

Respectfully submitted,

s/ E. Evans Wohlforth, Jr.

E. Evans Wohlforth, Jr.

Cc:   All counsel (via ECF)

Request for extension of time is granted.
The pending motion will be administratively terminated and reinstated as of September 16, 2022.

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 8/25/22