E. Evans Wohlforth, Jr.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Tel: 973-596-4500
ewohlforth@gibbonslaw.com

David Elsberg *(admitted pro hac vice)*
Andrew R. Dunlap *(admitted pro hac vice)*
Meredith Nelson *(admitted pro hac vice)*
**SELENDY GAY ELSBERG PLLC**
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
delsberg@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com

*Attorneys for Defendant Save On SP, LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Case No. 2:22-cv-02632-JMV-CLW <br><br><br> **CERTIFICATE OF SERVICE** |

I, **E. EVANS WOHLFORTH, JR., ESQ**., hereby certify as follows:

1.      I am an attorney at law admitted to practice before this Court and am a member of the firm Gibbons P.C., attorneys for defendant Save On SP, LLC ("Defendant") in the above-captioned matter.  On August 29, 2022, I caused to be electronically filed and served the following documents on behalf of Defendant:

a.  Reply Memorandum of Law in Further Support of Motion to Dismiss; and

b.  this Certificate of Service.

2.      Service was also made on this date upon the following counsel via CM/ECF in accordance with the Federal Rules of Civil Procedure and the District of New Jersey's Local Rules on Electronic Service:

<table>
<tr><td>Jeffrey Greenbaum, Esq.<br>**SILLS CUMMIS & GROSS, P.C.**<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>jgreenbaum@sillscummis.com<br><br>*Attorneys for Plaintiff*<br>*Johnson & Johnson Health Care*<br>*Systems, Inc.*</td><td>**PATTERSON BELKNAP WEBB &**<br>**TYLER LLP**<br>1133 Avenue of the Americas<br>New York, New York 10036<br>aamangi@pbwt.com<br><br>*Attorneys for Plaintiff*<br>*Johnson & Johnson Health Care*<br>*Systems, Inc.*</td></tr>
</table>

I certify under penalty of perjury that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: Newark, New Jersey
      August 29, 2022

By: s/ E. Evans Wohlforth, Jr.
    E. Evans Wohlforth, Jr.
    GIBBONS P.C.
    One Gateway Center
    Newark, NJ 07102-5310
    Tel:  973-596-4500
    ewohlforth@gibbonslaw.com

    David Elsberg *(admitted pro hac vice)*
    Andrew R. Dunlap *(admitted pro hac vice)*
    Meredith Nelson *(admitted pro hac vice)*
    SELENDY GAY ELSBERG PLLC
    1290 Avenue of the Americas
    New York, NY 10104
    Tel: 212-390-9000
    delsberg@selendygay.com
    adunlap@selendygay.com
    mnelson@selendygay.com

    *Attorneys for Defendant Save On SP, LLC*