E. Evans Wohlforth, Jr.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Tel: 973-596-4500
ewohlforth@gibbonslaw.com

David Elsberg *(admitted pro hac vice)*
Andrew R. Dunlap *(admitted pro hac vice)*
Meredith Nelson *(admitted pro hac vice)*
**SELENDY GAY ELSBERG PLLC**
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
delsberg@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com

*Attorneys for Defendant Save On SP, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civil Action No. 2:22-cv-02632-JMV-CLW <br><br> **NOTICE OF MOTION TO PARTIALLY STAY DISCOVERY** <br><br> Motion Date: October 3, 2022 <br><br> *Document Filed Electronically* |

**TO:**  All Counsel of Record

**PLEASE TAKE NOTICE** that at 10:00 AM on October 3, 2022, or as soon thereafter as counsel may be heard, defendant Save On SP, LLC ("SaveOnSP") shall move this Court for an Order partially staying discovery in this action, in accordance with the Stipulation and Order Regarding Briefing Schedule so-ordered by the Court on August 22, 2022 (ECF No. 40).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, SaveOnSP shall rely upon the accompanying memorandum of law, Declaration of E. Evans Wohlforth, Jr., and exhibits 1-6 attached thereto, and all other papers on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service is also submitted herewith.

Dated: Newark, New Jersey
September 2, 2022

By: s/ E. Evans Wohlforth, Jr.
E. Evans Wohlforth, Jr.
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
Tel: 973-596-4500
ewohlforth@gibbonslaw.com

David Elsberg *(admitted pro hac vice)*
Andrew R. Dunlap *(admitted pro hac vice)*
Meredith Nelson *(admitted pro hac vice)*
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
delsberg@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com

*Attorneys for Defendant Save On SP, LLC*