E. Evans Wohlforth, Jr., Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel: 973-596-4500
ewohlforth@gibbonslaw.com

David Elsberg, Esq. *(admitted pro hac vice)*
Andrew R. Dunlap, Esq. *(admitted pro hac vice)*
Meredith Nelson, Esq. *(admitted pro hac vice)*
**SELENDY GAY ELSBERG, PLLC**
1290 Avenue of the Americas
New York, New York 10104
Tel: 212-390-9000
delsberg@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com

*Attorneys for Defendant Save On SP, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Case No. 2:22-cv-02632-JMV-CLW |

**CERTIFICATION OF COUNSEL**
**IN SUPPORT OF DEFENDANT'S MOTION TO PARTIALLY STAY DISCOVERY**

I, E. Evans Wohlforth, Jr., Esq, of full age, hereby certify and state:

1. I am an attorney at law in the State of New Jersey and am admitted to practice in this Court. I am a Director at Gibbons P.C., which represents defendant Save On SP, LLC ("SaveOn") in this action. I am therefore fully familiar with the facts set forth herein.

2. I note, at the outset, that this Motion is being filed in accordance with the

Stipulation and Order Regarding Briefing Schedule so-ordered by the Court on August 22, 2022 (ECF No. 40). For avoidance of doubt, and as reflected in certain of the exhibits enumerated below, I have conferred with plaintiff's counsel by phone and email, most recently on August 19, 2022, in a good faith effort to resolve the issues that are the subject of the instant motion, but the parties have been unable to reach agreement.

3. Annexed hereto as <u>Exhibit 1</u> is a true and accurate copy of plaintiff Johnson & Johnson Health Care Systems Inc.'s ("JJHCS") First Set of Requests for Production dated May 11, 2022.

4. Annexed hereto as <u>Exhibit 2</u> is a true and accurate copy of a certified transcript of the August 16, 2022, telephone conference in this action before the Honorable Cathy L. Waldor, U.S.M.J.

5. Annexed hereto as <u>Exhibit 3</u> is a true and accurate copy of an email chain between myself and Jeffrey Greenbaum, Esq., counsel for JJHCS, that encompasses emails dated between June 7, 2022, and June 10, 2022.

6. Annexed hereto as <u>Exhibit 4</u> is a true and accurate copy of an email chain between myself and Jeffrey Greenbaum, Esq., dated August 19, 2022.

7. Annexed hereto as <u>Exhibit 5</u> is a true and accurate copy of my letter to Jeffrey Greenbaum, Esq., dated June 15, 2022.

8. Annexed hereto as <u>Exhibit 6</u> are true and accurate copies of excerpts from the Civil Justice Reform Act Reports, Publication Table Number 8 ("CJRA 8"), reflecting Reports Of Motions Pending Over Six Months, for the Honorable John Michael Vazquez, U.S.D.J., from March 31, 2022, September 30, 2021, March 31, 2021, September 30, 2020, and March 31, 2020.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: Newark, New Jersey
       September 2, 2022

/s/ E. Evans Wohlforth, Jr.
E. Evans Wohlforth, Jr.
**GIBBONS, P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4500
ewohlforth@gibbonslaw.com