# Exhibit 3

| | |
|---|---|
| **From:** | Jeffrey Greenbaum <JGREENBAUM@sillscummis.com> |
| **Sent:** | Friday, June 10, 2022 11:13 AM |
| **To:** | Wohlforth Jr., E. Evans |
| **Cc:** | Katherine Lieb; Andrew Dunlap; Meredith Nelson; Dominic Budetti; Mangi, Adeel A. (x2563); Harry Sandick; Shane, Beth (x2659) |
| **Subject:** | RE: J&J/Save On |

Evans:

I wanted to get back on a proposed briefing schedule and planning for the Rule 26(f) conference.

As to the briefing, we propose we have 30 days for our response and would agree to extend your time for a reply to 14 days. Please advise if that works.

As to the Rule 26(f) Conference required by the Rules, your email of yesterday says you do not want to agree to alter the normal schedule of discovery provided for by the Rules. We are now asking for agreement as to that normal schedule. Rule 16 requires the Rule 16 Conference to be set no later than 60 days from your first appearance, which was on May 25. That would make the outside date for the Rule 16 Conference to be July 24. Rule 26(f) requires the initial meet and confer to set discovery dates "as soon as practicable-and in no event at least 21 days before" the Rule 16 Conference. That means the Rule 26(f) Conference is to be held no later than July 3.

Please advise what dates you are available for that conference before July 3 so we can work out a convenient date and time.

Thanks

Jeff

**Jeffrey J. Greenbaum**
Member



website | bio | vCard | newsroom | email 

One Riverfront Plaza, Newark, NJ 07102
p (973) 643-5430 | f (973) 643-6500 map

101 Park Avenue, 28th Floor, New York, NY 10178
p (212) 643-7000 | f (212) 643-6500 map

1

**From:** Wohlforth Jr., E. Evans <EWohlforth@gibbonslaw.com>
**Sent:** Thursday, June 9, 2022 3:13 PM
**To:** Jeffrey Greenbaum <JGREENBAUM@sillscummis.com>
**Cc:** Katherine Lieb <klieb@sillscummis.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Dominic Budetti <dbudetti@selendygay.com>
**Subject:** J&J/Save On



Jeff—I understood you to state that your client would consent to a thirty-day extension of the time to respond to the complaint without further conditions, and we modify our request accordingly.  With that thirty-day extension our response would be due July 15.  I can now confirm that we intend to file a motion to dismiss.   We would be glad to entertain a proposal for a briefing schedule, please let us know how much time you would need for a response.  We will not consent as to any of the other issues we discussed with respect to discovery, Rule 26(f) conferences, etc.  Please confirm your consent to this and I will get a letter on file.  Regards, Evans

**E. EVANS WOHLFORTH JR.** | Director
Commercial & Criminal Litigation Group
**t:** 973-596-4879 | **c:** 973-534-3427 | **f:** 973-639-6486
ewohlforth@gibbonslaw.com | bio

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map



gibbonslaw.com | gibbonslawalert.com

**Disclaimer**
The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, printing, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please do not read this message or any attachments and please notify me immediately by reply e-mail or call Gibbons P.C. at 973-596-4500 and delete this message, along with any attachments, from your computer.

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly proh bited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the respons bility of the recipient to ensure that it is virus free and no respons bility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

**Dominic Budetti**

---

| | |
|---|---|
| **From:** | Jeffrey Greenbaum <JGREENBAUM@sillscummis.com> |
| **Sent:** | Thursday, June 9, 2022 11:58 AM |
| **To:** | Wohlforth Jr., E. Evans |
| **Cc:** | Katherine Lieb; Andrew Dunlap; Palermo, Julia E.; Meredith Nelson; Dominic Budetti |
| **Subject:** | RE: JJHCS v. SaveOn: Request for an extension |

Evan:

I called you about your email.  Please give me a call at my Newark office below.

Jeff

**Jeffrey J. Greenbaum**
Member



website | bio | vCard | newsroom | email 

One Riverfront Plaza, Newark, NJ 07102
p (973) 643-5430 | f (973) 643-6500 **map**

101 Park Avenue, 28th Floor, New York, NY 10178
p (212) 643-7000 | f (212) 643-6500 **map**

---

**From:** Wohlforth Jr., E. Evans <EWohlforth@gibbonslaw.com>
**Sent:** Thursday, June 9, 2022 9:27 AM
**To:** Jeffrey Greenbaum <JGREENBAUM@sillscummis.com>
**Cc:** Katherine Lieb <klieb@sillscummis.com>; Andrew Dunlap <adunlap@selendygay.com>; Palermo, Julia E. <JPalermo@gibbonslaw.com>; Meredith Nelson <mnelson@selendygay.com>; Dominic Budetti <dbudetti@selendygay.com>
**Subject:** RE: JJHCS v. SaveOn: Request for an extension

**\*\*\* External Email \*\*\***

---

Jeff—Thank you for your email.  Whether or not the proposed extension is properly characterized as significant, we believe that it is a reasonable request given the length and complexity of the Complaint.  We will not, however, agree to alter the normal schedule of discovery from that provided by the Rules of Court.
    As I said in our recent telephone conversation, we certainly anticipate accommodating any reasonable request with respect to a briefing schedule in the event of a motion to dismiss.  As I mentioned, I think that may be premature now as the decision on what form the response to the Complaint may take has not been finalized, but we are happy to entertain a contingent proposal.
    Please let me know whether you will consent to our requested extension at your earliest convenience.  We would like to get something on file today.  Thank you and best regards,  --Evans

**E. EVANS WOHLFORTH JR.** | Director
Commercial & Criminal Litigation Group
t: 973-596-4879 | c: 973-534-3427 | f: 973-639-6486
ewohlforth@gibbonslaw.com | bio

Gibbons P.C. | One Gateway Center | Newark, NJ 07102-5310
m: 973-596-4500 | f: 973-596-0545 | office | map

gibbonslaw.com | gibbonslawalert.com

---

**From:** Jeffrey Greenbaum <JGREENBAUM@sillscummis.com>
**Sent:** Tuesday, June 7, 2022 4:03 PM
**To:** Wohlforth Jr., E. Evans <EWohlforth@gibbonslaw.com>
**Cc:** Katherine Lieb <klieb@sillscummis.com>
**Subject:** JJHCS v. SaveOn: Request for an extension

Evan:

I am writing to follow up on your request for an extension on SaveOn's time to respond to the JJHCS complaint until August 1, 2022. We are of course willing to discuss a reasonable accommodation.

The requested extension is significant—a total of two months when added to the existing two week extension—but we are willing to grant it if SaveOn is willing to agree to conduct a prompt Rule 26(f) conference within two weeks so that we get the discovery process underway. That way JJHCS will not be prejudiced by the additional time and we can promptly tee up any disputes about discovery for resolution. Please let us know if that is acceptable and then we should work out a briefing schedule also to the extent that you intend to file a motion to dismiss.

Thanks

Jeff

**Jeffrey J. Greenbaum**
Member



website | bio | vCard | newsroom | email  

One Riverfront Plaza, Newark, NJ 07102
p (973) 643-5430 | f (973) 643-6500 map

101 Park Avenue, 28th Floor, New York, NY 10178
p (212) 643-7000 | f (212) 643-6500 map

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly proh bited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the respons bility of the recipient to ensure that it is virus free and no respons bility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

**Disclaimer**
The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, printing, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please do not read this message or any attachments and please notify me immediately by reply e-mail or call Gibbons P.C. at 973-596-4500 and delete this message, along with any attachments, from your computer.