# Exhibit 6

**3RD Circuit**

**U.S. District Court for NEW JERSEY**

**District Judge Vazquez, John Michael**

| Office | Docket Number | NoS Code | Nature of Suit | Case Title | Motion Text | CRJA Deadline | Status | Status Description |
|---|---|---|---|---|---|---|---|---|

No status code(s) provided

**Total Motions for District Judge : Vazquez, John Michael**     0

**CJRA Table 8**
**U.S. District Courts—Report Of Motions Pending Over Six Months**
**As of September 30, 2021**

**3RD Circuit**

**U.S. District Court for NEW JERSEY**

**District Judge  Vazquez, John Michael**

| Office | Docket Number | NoS Code | Nature of Suit | Case Title | Motion Text | CRJA Deadline | Status | Status Description |
|---|---|---|---|---|---|---|---|---|

No status code(s) provided

**Total Motions for District Judge : Vazquez, John Michael**              **0**

**CJRA Table 8**
**U.S. District Courts—Report Of Motions Pending Over Six Months**
**As of March 31, 2021**

**3RD Circuit**

**U.S. District Court for NEW JERSEY**

**District Judge Vazquez, John Michael**

| Office | Docket Number | NoS Code | Nature of Suit | Case Title | Motion Text | CRJA Deadline | Status | Status Description |
|---|---|---|---|---|---|---|---|---|
| 2 | 16-cv-02115 | 190 | Other Contract Actions | MARDIS et al v. JACKSON HEWITT TAX SERVICE INC. et al | Cross MOTION to Certify Class | 02/07/2021 | B | Opinion/Decision in Draft |
| | | 190 | Other Contract Actions | MARDIS et al v. JACKSON HEWITT TAX SERVICE INC. et al | MOTION to Deny Class Certification and for Leave t | 02/07/2021 | B | Opinion/Decision in Draft |
| 2 | 18-cv-03765 | 440 | Other Civil Rights | GONZALEZ v. ELIZABETH POLICE DEPTARTMENT et al | MOTION for Summary Judgment | 01/22/2021 | B | Opinion/Decision in Draft |
| 2 | 19-cv-14125 | 850 | Securities, Commodities, Exchange | IN RE EROS INTERNATIONAL PLC SECURITIES LITIGATION | MOTION to Dismiss the Consolidated Complaint | 03/30/2021 | B | Opinion/Decision in Draft |
| 2 | 19-cv-22024 | 890 | Other Statutory Actions | PALMIERI v. INTERVET INC. | MOTION to Dismiss | 03/20/2021 | B | Opinion/Decision in Draft |
| 2 | 20-cv-00152 | 367 | Health Care / Pharma | ZAMFIROVA v. AMAG PHARMACEUTICALS, INC. | MOTION to Dismiss Plaintiffs' Consolidated | 01/07/2021 | B | Opinion/Decision in Draft |

**Total Motions for District Judge : Vazquez, John Michael**       7

* Filed at same time as first item listed in this box in a multi-part motion.  Each multi-part motion is counted as a single motion regardless of the number of parts.

**CJRA Table 8**
**U.S. District Courts—Report Of Motions Pending Over Six Months**
**As of September 30, 2020**

**3RD Circuit**

**U.S. District Court for NEW JERSEY**

**District Judge  Vazquez, John Michael**

| Office | Docket Number | NoS Code | Nature of Suit | Case Title | Motion Text | CRJA Deadline | Status | Status Description |
|---|---|---|---|---|---|---|---|---|
| 2 | 11-cv-02224 | 710 | Fair Labor Standards Act | LUXAMA et al v. IRONBOUND EXPRESS, INC. et al | MOTION | 09/28/2019 | B | Opinion/Decision in Draft |
|   |   | 710 | Fair Labor Standards Act | LUXAMA et al v. IRONBOUND EXPRESS, INC. et al | MOTION for Summary Judgment | 09/08/2020 | B | Opinion/Decision in Draft |
|   |   | 710 | Fair Labor Standards Act | LUXAMA et al v. IRONBOUND EXPRESS, INC. et al | Third  MOTION for Summary Judgment | 08/28/2020 | B | Opinion/Decision in Draft |
| 2 | 18-cv-08798 | 370 | Other Fraud | LAURENS et al v. VOLVO CARE OF NORTH AMERICA, LLC et al | MOTION to Certify Class | 09/22/2020 | B | Opinion/Decision in Draft |

**Total Motions for District Judge : Vazquez, John Michael**            4

* Filed at same time as first item listed in this box in a multi-part motion.  Each multi-part motion is counted as a single motion regardless of the number of parts.

**CJRA Table 8—Report Of Motions Pending Over Six Months**
**For Period Ending March 31, 2020**

**3RD Circuit**

**U.S. District Court for NEW JERSEY**

**District Judge VAZQUEZ, JOHN MICHAEL**

| Office | Docket Number | NOS Code | Case Title | Motion Text | CJRA Deadline | Status | Status Description |
|---|---|---|---|---|---|---|---|
| 2 | 11-cv-02224 | 710 | LUXAMA et al v. IRONBOUND EXPRESS, INC. et al | MOTION | 09/28/2019 | B | Opinion/Decision in Draft |
| 2 | 13-cv-07269 | 440 | NATSIS et al v. TURNER et al | MOTION for Summary Judgment | 11/17/2019 | B | Opinion/Decision in Draft |

**Total Cases for District Judge : VAZQUEZ, JOHN MICHAEL**  **2**

\* Filed at same time as first item listed in this box in a multi-part motion.  Each multi-part motion is counted as a single motion regardless of the number of parts.