E. Evans Wohlforth, Jr.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Tel: 973-596-4500
ewohlforth@gibbonslaw.com

David Elsberg *(admitted pro hac vice)*
Andrew R. Dunlap *(admitted pro hac vice)*
Meredith Nelson *(admitted pro hac vice)*
**SELENDY GAY ELSBERG PLLC**
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
delsberg@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com

*Attorneys for Defendant Save On SP, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,<br><br>                    Plaintiff,<br>       v.<br><br>SAVE ON SP, LLC,<br><br>                    Defendant. | Case No. 2:22-cv-02632-JMV-CLW<br><br>**CERTIFICATE OF SERVICE** |

I, **E. EVANS WOHLFORTH, JR., ESQ**., hereby certify as follows:

    1.    I am an attorney at law admitted to practice before this Court and am a member of the firm Gibbons P.C., attorneys for defendant Save On SP, LLC ("Defendant") in the above-captioned matter. On September 2, 2022, I caused to be electronically filed and served the following documents on behalf of Defendant:

        a.    Notice of Motion to Partially Stay Discovery;
        b.    Memorandum of Law in Support of Motion to Partially Stay Discovery;

    c.  Declaration of E. Evans Wohlforth, Jr., and the exhibits attached thereto;
    d.  Proposed Order; and
    e.  this Certificate of Service.

2. Service was also made on this date upon the following counsel via CM/ECF in accordance with the Federal Rules of Civil Procedure and the District of New Jersey's Local Rules on Electronic Service:

| Jeffrey Greenbaum, Esq. | Adeel A. Mangi, Esq. |
|---|---|
| **SILLS CUMMIS & GROSS, P.C.** | **PATTERSON BELKNAP WEBB & TYLER LLP** |
| One Riverfront Plaza | 1133 Avenue of the Americas |
| Newark, New Jersey 07102 | New York, New York 10036 |
| jgreenbaum@sillscummis.com | aamangi@pbwt.com |
| *Attorneys for Plaintiff Johnson & Johnson Health Care Systems, Inc.* | *Attorneys for Plaintiff Johnson & Johnson Health Care Systems, Inc.* |

I certify under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: Newark, New Jersey
       September 2, 2022

By: s/ E. Evans Wohlforth, Jr.
E. Evans Wohlforth, Jr.
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102-5310
Tel: 973-596-4500
ewohlforth@gibbonslaw.com

David Elsberg *(admitted pro hac vice)*
Andrew R. Dunlap *(admitted pro hac vice)*
Meredith Nelson *(admitted pro hac vice)*
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
delsberg@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com

*Attorneys for Defendant Save On SP, LLC*