SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632 (JMV) (CLW) |
| Plaintiff, | |
| v. | Honorable Cathy L. Waldor<br>United States Magistrate Judge |
| SAVE ON SP, LLC, | **CERTIFICATION OF SERVICE** |
| Defendant. | (Electronically Filed Document) |

JEFFREY J. GREENBAUM, of full age, certifies that on the 12th day of September 2022, I caused a copy of Plaintiff Johnson & Johnson Health Care Systems Inc.'s Brief in Opposition to Save On SP, LLC's Motion to Partially Stay Discovery to be served via CM/ECF on all counsel of record.

2

I certify under penalty of perjury that the foregoing is true and correct.

                                                s/ Jeffrey J. Greenbaum
                                                JEFFREY J. GREENBAUM

Dated: September 12, 2022