E. Evans Wohlforth, Jr., Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel: 973-596-4500
ewohlforth@gibbonslaw.com

David Elsberg, Esq. *(admitted pro hac vice)*
Andrew R. Dunlap, Esq. *(admitted pro hac vice)*
Meredith Nelson, Esq. *(admitted pro hac vice)*
**SELENDY GAY ELSBERG, PLLC**
1290 Avenue of the Americas
New York, New York 10104
Tel: 212-390-9000
delsberg@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com

*Attorneys for Defendant Save On SP, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Case No. 2:22-cv-02632-JMV-CLW |

**CERTIFICATION OF COUNSEL
IN OPPOSITION TO MOTION OF AIMED ALLIANCE, TRIAGE CANCER, THE
HIV AND HEPATITIS POLICY INSTITUTE, THE COALITION OF STATE
RHEUMATOLOGY ORGANIZATIONS, THE AIDES INSTITUTE, THE
NATIONAL ONCOLOGY STATE NETWORK, AND THE CONNECTICUT
ONCOLOGY ASSOCIATION AND MOTION OF PHARMACEUTICAL
RESEARCH AND MANUFACTURERS OF AMERICA FOR LEAVE TO FILE
*AMICUS CURIAE* BRIEFS**

I, E. Evans Wohlforth, Jr., Esq, of full age, hereby certify and state:

    1.    I am an attorney at law in the State of New Jersey and am admitted to practice

in this Court. I am a Director at Gibbons P.C., which represents defendant Save On SP, LLC ("SaveOn") in this action. I am therefore fully familiar with the facts set forth herein.

2. Annexed hereto as <u>Exhibit 1</u> is a true and accurate excerpt of Pharmaceutical Research & Manufacturers of America's ("PhRMA") 2019 Form 990 tax filing.

3. Annexed hereto as <u>Exhibit 2</u> is a true and accurate copy of the July 23, 2021, letter Aimed Alliance filed with the U.S. Department of Health and Human Services and the Centers for Medicare & Medicaid Services.

4. Annexed hereto as <u>Exhibit 3</u> is a true and accurate copy of the September 13, 2021, letter Aimed Alliance filed with the Center for Consumer Information & Insurance Oversight.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: Newark, New Jersey  
September 19, 2022

/s/ E. Evans Wohlforth, Jr.  
E. Evans Wohlforth, Jr.  
**GIBBONS, P.C.**  
One Gateway Center  
Newark, New Jersey 07102-5310  
Tel: (973) 596-4500  
ewohlforth@gibbonslaw.com