efile Public Visual Render   ObjectId: 202043189349300519 - Submission: 2020-11-13   TIN: 53-0241211

# Form 990

**Return of Organization Exempt From Income Tax**

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter social security numbers on this form as it may be made public.

▶ Go to www.irs.gov/Form990 for instructions and the latest information.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0047

**2019**

Open to Public Inspection

**A** For the 2019 calendar year, or tax year beginning 01-01-2019, and ending 12-31-2019

**B** Check if applicable:
- ☐ Address change
- ☐ Name change
- ☐ Initial return
- ☐ Final return/terminated
- ☐ Amended return
- ☐ Application pending

**C** Name of organization
PHARMACEUTICAL RESEARCH & MANUFACTURERS OF AMERICA

Doing business as
PHRMA

Number and street (or P.O. box if mail is not delivered to street address)   Room/suite
950 F ST NW NO 300

City or town, state or province, country, and ZIP or foreign postal code
WASHINGTON, DC 20004

**D** Employer identification number
53-0241211

**E** Telephone number
(202) 835-3400

**G** Gross receipts $ 526,601,050

**F** Name and address of principal officer:
STEPHEN J UBL
950 F ST NW NO 300
WASHINGTON, DC 20004

**H(a)** Is this a group return for subordinates? ☐ Yes ☑ No
**H(b)** Are all subordinates included? ☐ Yes ☐ No
If "No," attach a list. (see instructions)

**I** Tax-exempt status: ☐ 501(c)(3)  ☑ 501(c) ( 6 ) ◀ (insert no.)  ☐ 4947(a)(1) or  ☐ 527

**J** Website: ▶ WWW.PHRMA.ORG

**H(c)** Group exemption number ▶

**K** Form of organization: ☑ Corporation  ☐ Trust  ☐ Association  ☐ Other ▶

**L** Year of formation: 1958  **M** State of legal domicile: DE

## Part I  Summary

**Activities & Governance**

1. Briefly describe the organization's mission or most significant activities:
PHRMA'S MISSION IS WINNING ADVOCACY FOR PUBLIC POLICIES THAT ENCOURAGE THE DISCOVERY OF LIFE-SAVING AND LIFE-ENHANCING NEW MEDICINES FOR PATIENTS BY PHARMACEUTICAL/BIOTECHNOLOGY RESEARCH COMPANIES.

2. Check this box ▶ ☐ 

| | | |
|---|---|---:|
| 3 | Number of voting members of the governing body (Part VI, line 1a) | 35 |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) | 34 |
| 5 | Total number of individuals employed in calendar year 2019 (Part V, line 2a) | 292 |
| 6 | Total number of volunteers (estimate if necessary) | 2,562 |
| 7a | Total unrelated business revenue from Part VIII, column (C), line 12 | 0 |
| 7b | Net unrelated business taxable income from Form 990-T, line 39 | 0 |

**Revenue**

| | | Prior Year | Current Year |
|---|---|---:|---:|
| 8 | Contributions and grants (Part VIII, line 1h) | 0 | 0 |
| 9 | Program service revenue (Part VIII, line 2g) | 454,820,200 | 519,612,498 |
| 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 4,224,774 | 6,929,259 |
| 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 51,179 | 59,293 |
| 12 | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 459,096,153 | 526,601,050 |

**Expenses**

| | | Prior Year | Current Year |
|---|---|---:|---:|
| 13 | Grants and similar amounts paid (Part IX, column (A), lines 1–3) | 47,906,864 | 58,324,363 |
| 14 | Benefits paid to or for members (Part IX, column (A), line 4) | 0 | 0 |
| 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 73,151,663 | 80,023,864 |
| 16a | Professional fundraising fees (Part IX, column (A), line 11e) | 0 | 0 |
| b | Total fundraising expenses (Part IX, column (D), line 25) ▶ 0 | | |
| 17 | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) | 326,567,584 | 367,242,482 |
| 18 | Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 447,626,111 | 505,590,709 |
| 19 | Revenue less expenses. Subtract line 18 from line 12 | 11,470,042 | 21,010,341 |

**Net Assets or Fund Balances**

| | | Beginning of Current Year | End of Year |
|---|---|---:|---:|
| 20 | Total assets (Part X, line 16) | 186,814,044 | 192,855,755 |
| 21 | Total liabilities (Part X, line 26) | 143,356,526 | 115,369,190 |
| 22 | Net assets or fund balances. Subtract line 21 from line 20 | 43,457,518 | 77,486,565 |

## Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my

compensation from the organization ▶ 248

Form **990** (2019)

───────────── Page 9 ─────────────

Form 990 (2019) Page **9**

Part VIII **Statement of Revenue**

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . . ☐

| | | | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | erated campaigns | 1a | | | | |
| | nbership dues | 1b | | | | |
| | draising events | 1c | | | | |
| | ted organizations | 1d | | | | |
| | ernment grants (contributions) | 1e | | | | |
| | ther contributions, gifts, grants, and similar amounts not included above | 1f | | | | |
| | **g** Noncash contributions included in lines 1a - 1f:$ | 1g | | | | |
| | **h Total.** Add lines 1a-1f . . . . . . . ▶ | | | | | |

| | | Business Code | | | | |
|---|---|---|---|---|---|---|
| **Program Service Revenue** | **2a** MEMBERSHIP DUES | 900099 | 515,420,431 | 515,420,431 | | |
| | **b** MEETINGS, SECTIONS, STUDIES | 900099 | 4,192,067 | 4,192,067 | | |
| | **c** | | | | | |
| | **d** | | | | | |
| | **e** | | | | | |
| | **f** All other program service revenue. | | | | | |
| | **g Total.** Add lines 2a–2f . . . . . ▶ | | 519,612,498 | | | |

| **3** Investment income (including dividends, interest, and other similar amounts) . . . . . . ▶ | 4,816,349 | | | 4,816,349 |
|---|---|---|---|---|
| **4** Income from investment of tax-exempt bond proceeds ▶ | | | | |
| **5** Royalties . . . . . . . . . . . ▶ | | | | |

| | | (i) Real | (ii) Personal | | | | |
|---|---|---|---|---|---|---|---|
| **6a** Gross rents | 6a | | | | | | |
| **b** Less: rental expenses | 6b | | | | | | |
| **c** Rental income or (loss) | 6c | | | | | | |
| **d** Net rental income or (loss) . . . . . . . ▶ | | | | | | | |

| | | (i) Securities | (ii) Other | | | | |
|---|---|---|---|---|---|---|---|
| **7a** Gross amount from sales of assets other than inventory | 7a | 2,112,910 | | | | | |
| **b** Less: cost or other basis and sales expenses | 7b | 0 | | | | | |

| | | | (A) | (B) | (C) | (D) |
|---|---|---|---|---|---|---|
| **Other Revenue** | c | Gain or (loss) **7c** 2,112,910 | | | | |
| | d | Net gain or (loss) . . . . . . . . . ▶ | 2,112,910 | | | 2,112,910 |
| | 8a | Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 . . . . **8a** | | | | |
| | b | Less: direct expenses . . . **8b** | | | | |
| | c | Net income or (loss) from fundraising events . . ▶ | | | | |
| | 9a | Gross income from gaming activities. See Part IV, line 19 . . . **9a** | | | | |
| | b | Less: direct expenses . . . **9b** | | | | |
| | c | Net income or (loss) from gaming activities . . ▶ | | | | |
| | 10a | Gross sales of inventory, less returns and allowances . . **10a** | | | | |
| | b | Less: cost of goods sold . . **10b** | | | | |
| | c | Net income or (loss) from sales of inventory . . ▶ | | | | |
| | | Miscellaneous Revenue | Business Code | | | | |
| | 11a | OTHER INCOME | 900099 | 59,293 | | | 59,293 |
| | b | | | | | | |
| | c | | | | | | |
| | d | All other revenue . . . . | | | | | |
| | e | **Total.** Add lines 11a–11d . . . . . . . ▶ | 59,293 | | | |
| | 12 | **Total revenue.** See instructions . . . . . ▶ | 526,601,050 | 519,612,498 | 0 | 6,988,552 |

Form **990** (2019)

---
Page 10
---

Form 990 (2019)   Page **10**

**Part IX**   **Statement of Functional Expenses**

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . . ☑

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | (A)<br>Total expenses | (B)<br>Program service expenses | (C)<br>Management and general expenses | (D)<br>Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 . . . . | 57,486,065 | | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 . . . . . . . . . . . . . . | | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16. . . . . . . . . . . . . . | 838,298 | | | |
| **4** Benefits paid to or for members . . . . . . . . | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees . . . . . . . . . . . . | 17,030,216 | | | |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . . . . . . . | | | | |
| **7** Other salaries and wages . . . . . . . . | 51,029,570 | | | |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) . . . . | 3,115,021 | | | |
| **9** Other employee benefits . . . . . . . . | 4,855,853 | | | |
| **10** Payroll taxes . . . . . . . . . . . | 3,993,204 | | | |
| **11** Fees for services (non-employees): | | | | |
| **a** Management . . . . . . . . . | | | | |
| **b** Legal . . . . . . . . . . . | 12,531,944 | | | |
| **c** Accounting . . . . . . . . . | 174,117 | | | |
| **d** Lobbying . . . . . . . . . . | 58,356,621 | | | |