E. Evans Wohlforth, Jr.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Tel: 973-596-4500
ewohlforth@gibbonslaw.com

David Elsberg *(admitted pro hac vice)*
Andrew R. Dunlap *(admitted pro hac vice)*
Meredith Nelson *(admitted pro hac vice)*
**SELENDY GAY ELSBERG PLLC**
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
delsberg@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com

*Attorneys for Defendant Save On SP, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br> v. <br> SAVE ON SP, LLC, <br><br> Defendant. | Case No. 2:22-cv-02632-JMV-CLW <br><br> **CERTIFICATE OF SERVICE** |

I, **E. EVANS WOHLFORTH, JR., ESQ**., hereby certify as follows:

1. I am an attorney at law admitted to practice before this Court and am a member of the firm Gibbons P.C., attorneys for defendant Save On SP, LLC ("Defendant") in the above-captioned matter. On September 19, 2022, I caused to be electronically filed and served the following documents on behalf of Defendant:

    a. Memorandum of law in Opposition to Motion of Aimed Alliance, Triage Cancer, the HIV and Hepatitis Policy Institute, the Coalition of State Rheumatology Organizations, the AIDS Institute, the National Oncology State Network, and

      the Connecticut Oncology Association and Motion of Pharmaceutical Research and Manufacturers of America for Leave to File *Amicus Curiae* Briefs;

    b. Declaration of E. Evans Wohlforth, Jr., and the exhibits attached thereto; and

    c. this Certificate of Service.

2. Service was also made on this date upon the following counsel via CM/ECF in accordance with the Federal Rules of Civil Procedure and the District of New Jersey's Local Rules on Electronic Service:

| | |
|---|---|
| Jeffrey Greenbaum, Esq.<br>**SILLS CUMMIS & GROSS, P.C.**<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>jgreenbaum@sillscummis.com<br><br>*Attorneys for Plaintiff*<br>*Johnson & Johnson Health Care*<br>*Systems, Inc.* | Adeel A. Mangi, Esq.<br>**PATTERSON BELKNAP WEBB & TYLER LLP**<br>1133 Avenue of the Americas<br>New York, New York 10036<br>aamangi@pbwt.com<br><br>*Attorneys for Plaintiff*<br>*Johnson & Johnson Health Care*<br>*Systems, Inc.* |

I certify under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: Newark, New Jersey  
       September 19, 2022

By: s/ E. Evans Wohlforth, Jr.  
    E. Evans Wohlforth, Jr.  
    GIBBONS P.C.  
    One Gateway Center  
    Newark, NJ 07102-5310  
    Tel: 973-596-4500  
    ewohlforth@gibbonslaw.com

    David Elsberg *(admitted pro hac vice)*  
    Andrew R. Dunlap *(admitted pro hac vice)*  
    Meredith Nelson *(admitted pro hac vice)*  
    SELENDY GAY ELSBERG PLLC  
    1290 Avenue of the Americas  
    New York, NY 10104  
    Tel: 212-390-9000  
    delsberg@selendygay.com  
    adunlap@selendygay.com  
    mnelson@selendygay.com

    *Attorneys for Defendant Save On SP, LLC*