# Sills Cummis & Gross
### A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

**Jeffrey J. Greenbaum**
**Member**
**Admitted In NJ, NY**
**Direct Dial: 973-643-5430**
**Email: jgreenbaum@sillscummis.com**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

September 22, 2022

**By ECF**

Honorable Cathy L. Waldor, U.S.M.J.
US District Court for the District of NJ
50 Walnut Street
Newark, NJ 07101

      Re:    ***Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC***
                 **Civ. No. 2:22-cv-02632-JMV-CLW**

Dear Judge Waldor:

    We, along with Patterson Belknap Webb & Tyler, represent Plaintiff in the above matter. We are in receipt of your order of September 19, 2022 scheduling oral argument by zoom for October 18, 2022 at noon on Defendant's motion to stay discovery.

    The issues presented on this motion are important to Plaintiff. As the Court knows from prior hearings and the amicus submissions, this is also a matter of public importance. For these reasons, and to facilitate an efficient presentation of the issues, we respectfully request that oral argument be held in person, if the Court is willing to entertain counsel in a live setting.

    We appreciate your Honor's consideration of this request.

                                             Respectfully yours,

                                             */s/ Jeffrey J. Greenbaum*

                                             JEFFREY J. GREENBAUM

cc: Counsel of record (*via ECF*)