# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

**Jeffrey J. Greenbaum**
Member
Direct Dial: (973) 643-5430
E-mail: jgreenbaum@sillscummis.com

101 Park Avenue
New York, NY 10112
Tel: 212-643-7000
Fax: 212-643-6500

October 17, 2022

**VIA ECF**

Honorable Judge Cathy L. Waldor, U.S.M.J.
United States District Court, District of New Jersey
United States Post Office & Courthouse
Federal Square, Room 369
Newark, NJ 07101

Re: *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*, Civil Action No. 22-2632 (JMV) (CLW)

Dear Magistrate Judge Waldor:

We, along with Patterson Belknap Webb & Tyler, represent Plaintiff in the above matter. We respectfully request that Your Honor permit Michael Sochynsky to appear *pro hac vice* on behalf of the above-listed Plaintiff. Counsel for Defendant has no objection to the admission *pro hac vice* of Mr. Sochynsky.

In support of this request, we enclose the following documents: (1) Declaration of Jeffrey J. Greenbaum, Esq.; (2) Declaration of Michael Sochynsky, Esq.; (3) Proposed Order Granting Admission *Pro Hac Vice*; and (4) Certificate of Service.

We appreciate Your Honor's time and consideration.

Respectfully submitted,

*s/ Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM

cc: All counsel of record (by ECF)