SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
George LoBiondo
Harry Sandick (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632 (JMV) (CLW) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| SAVE ON SP, LLC, | *Document electronically filed* |
| Defendant. | |

JEFFREY J. GREENBAUM, of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey, admitted to practice in the United States District Court for the District of New Jersey, and a Member of the law firm of Sills Cummis & Gross P.C., attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc. in the above-captioned action.

2. On October 17, 2022, a copy of the foregoing Application for *pro hac vice* admission of Michael Sochynsky, along with supporting Declarations of Jeffrey J. Greenbaum

and Michael Sochynsky, and a Proposed Order, were electronically filed and thereby served upon counsel for Defendant Save On SP, LLC.

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*s/ Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM

Dated: October 17, 2022