# Sills Cummis & Gross
### A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

**Jeffrey J. Greenbaum**
**Member**
**Admitted In NJ, NY**
**Direct Dial: 973-643-5430**
Email: jgreenbaum@sillscummis.com

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

November 21, 2022

**By ECF**

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07101

      Re:    ***Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC***
               **Civ. No. 2:22-cv-02632-JMV-CLW**

Dear Judge Waldor:

      We, along with Patterson Belknap Webb & Tyler, represent Plaintiff Johnson & Johnson Health Care Systems Inc. in the above matter. Pursuant to Your Honor's October 18, 2022 Order (Dkt. 56), we write on behalf of both parties to submit to Your Honor (1) the parties' proposed ESI stipulation, and (2) the parties' proposed discovery confidentiality order.

      We appreciate Your Honor's time and consideration.

                                          Respectfully yours,

                                          */s/ Jeffrey J. Greenbaum*
                                          JEFFREY J. GREENBAUM

Enclosures

cc: Counsel of record (via ECF)