E. Evans Wohlforth, Jr., Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*
*Save On SP, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civil Action No. 2:22-cv-02632 (JMV)(CLW) <br><br> *Document electronically filed* <br><br> **STIPULATION AND ORDER EXTENDING TIME TO ANSWER** |

Counsel for Defendant Save On SP, LLC ("SaveOnSP"), Gibbons P.C., in association with Selendy Gay Elsberg PLLC, having requested an extension of time to file all responsive pleadings, including its answer and any counterclaims, to accommodate ongoing discovery negotiations and anticipated motion practice ahead of the February 28, 2023, conference, and counsel for SaveOnSP and counsel for Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS"), Sills Cummis & Gross P.C., in association with Patterson Belknap Webb & Tyler LLP, having conferred and agreed to the extension and to the form and entry of this Order as indicated by the signatures of counsel below;

**IT IS HEREBY STIPULATED AND AGREED** on this 7th day of February, 2023, that SaveOnSP's responsive pleadings, including its answer and any counterclaims, shall be filed on or before March 8, 2023.

-2-

| | |
|---|---|
| **GIBBONS, PC.** <br> One Gateway Center <br> Newark, New Jersey 07102-5310 <br> 973-596-4500 <br> *Attorneys for Defendant* <br> *Save On SP, LLC* | **SILLS CUMMIS & GROSS, P.C.** <br> One Riverfront Plaza <br> Newark, New Jersey 07102 <br> 973-643-7000 <br> *Attorneys for Plaintiff* <br> *Johnson & Johnson Health Care Systems, Inc.* |
| s/ E. Evans Wohlforth, Jr. <br> E. Evans Wohlforth, Jr., Esq. | s/ Jeffrey J. Greenbaum <br> Jeffrey J. Greenbaum, Esq. |
| Dated:  February 6, 2023 | Dated:  February 6, 2023 |

**SO ORDERED**:

 s/ Cathy L. Waldor
Hon. Cathy L. Waldor, U.S.M.J.