E. Evans Wohlforth, Jr., Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*
*Save On SP, LLC*

David Elsberg, Esq.
Andrew R. Dunlap, Esq.
Meredith Nelson, Esq.
**SELENDY GAY ELSBERG PLLC**
1290 Avenue of the Americas
New York, New York 10104
212-390-9000
*Attorneys for Defendant*
*Save On SP, LLC*
*Admitted pro hac vice*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAVE ON SP, LLC,<br><br>Defendant. | Civil Action No. 2:22-cv-02632 (JMV)(CLW)<br><br>*Document electronically filed*<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF SAVE ON SP, LLC** |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendant Save On SP, LLC, by its undersigned counsel, states that it is a subsidiary of Breakwall Holdings, LLC and Medequity Holdings, Inc., neither of which is a publicly owned corporation. Breakwall Holdings, LLC owns 85% of Defendant Save On SP, LLC's interests; Medequity Holdings, Inc. owns 15% of Defendant Save On SP, LLC's interests. No publicly traded company owns greater than 10% of Defendant Save On SP, LLC's interests.

Jurisdiction in this action is based on diversity of citizenship under 28 U.S.C. § 1332(a). Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Defendant Save On SP, LLC hereby names and identifies the citizenship of the following entities and individuals whose citizenship is attributed to it:

1. Save On SP, LLC is a limited liability company organized in New York.

2. Breakwall Holdings, LLC is a limited liability company organized in New York. The members of Breakwall Holdings, LLC are Claudia Dunbar, who is a citizen of New York, and Jody Miller, who is a citizen of Florida.

3. Medequity Holdings, Inc. is a Florida corporation and has its principal place of business in Florida.

For purposes of diversity jurisdiction, Save On SP, LLC is thus a citizen of New York and Florida.

Dated: February 10, 2023  
    Newark, New Jersey

By: *s/ E. Evans Wohlforth, Jr., Esq.*
E. Evans Wohlforth, Jr., Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
*Attorneys for Defendant*
*Save On SP, LLC*

David Elsberg, Esq.
Andrew R. Dunlap, Esq.
Meredith Nelson, Esq.
**SELENDY GAY ELSBERG PLLC**
1290 Avenue of the Americas
New York, New York 10104
212-390-9000
*Attorneys for Defendant*
*Save On SP, LLC*
*Admitted pro hac vice*