SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
George LoBiondo
Harry Sandick (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632 (JMV) (CLW) |
| Plaintiff, | |
| vs. | **DECLARATION OF JEFFREY J. GREENBAUM IN SUPPORT OF ADMISSION *PRO HAC VICE* OF KATHERINE BRISSON, ESQ., GEORGE CAROTENUTO, ESQ., ANTHONY C. LOMONACO, ESQ., AND ELISABETH SHANE, ESQ.** |
| SAVE ON SP, LLC, | |
| Defendant. | |
| | *Document electronically filed* |

JEFFREY J. GREENBAUM, under penalty of perjury, declares as follows:

1. I am a Member of the law firm of Sills Cummis & Gross P.C., attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc. in the above-captioned action. I am counsel of record for Plaintiff in this matter, and submit this Declaration in support of the *pro hac vice*

admission of Katherine Brisson, George Carotenuto, Anthony C. LoMonaco, and Elisabeth Shane of Patterson Belknap Webb & Tyler LLP in New York, as counsel for Plaintiff.

2. Ms. Brisson is counsel to Plaintiff and is familiar with the facts of this action, and has experience in the field of law relevant to this action.

3. Mr. Carotenuto is counsel to Plaintiff and is familiar with the facts of this action, and has experience in the field of law relevant to this action.

4. Mr. LoMonaco is counsel to Plaintiff and is familiar with the facts of this action, and has experience in the field of law relevant to this action.

5. Ms. Shane is counsel to Plaintiff and is familiar with the facts of this action, and has experience in the field of law relevant to this action.

6. As set forth in the accompanying Declaration of Katherine Brisson, she is a member in good standing in all of the jurisdictions in which she has been admitted to practice. There has never been a disciplinary proceeding against Ms. Brisson in any jurisdiction in which she is, or has been, admitted to practice.

7. As set forth in the accompanying Declaration of George Carotenuto, he is a member in good standing in all of the jurisdictions in which he has been admitted to practice. There has never been a disciplinary proceeding against Mr. Carotenuto in any jurisdiction in which he is, or has been, admitted to practice.

8. As set forth in the accompanying Declaration of Anthony C. LoMonaco, he is a member in good standing in all of the jurisdictions in which he has been admitted to practice. There has never been a disciplinary proceeding against Mr. LoMonaco in any jurisdiction in which he is, or has been, admitted to practice.

9. As set forth in the accompanying Declaration of Elisabeth Shane, she is a member in good standing in all of the jurisdictions in which she has been admitted to practice. There has never been a disciplinary proceeding against Ms. Shane in any jurisdiction in which she is, or has been, admitted to practice.

10. Upon admission *pro hac vice* of Ms. Brisson, Mr. Carotenuto, Mr. LoMonaco, and Ms. Shane, I will continue to participate and serve as counsel of record in this matter and will comply with all of the requirements of L. Civ. R. 101.1.

11. Specifically, as required by L. Civ. R. 101.1(c)(4), I will continue to receive all notices, orders and pleadings, and file all papers, enter appearances for parties, sign stipulations, and sign and receive payments on judgment, decrees or orders.

12. I will also appear at all proceedings, unless otherwise excused by the Court, and have all pleadings, briefs and other papers signed by myself, or another attorney authorized to practice before this Court.

13. As required by L. Civ. R. 101.1(d), I will continue to strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trials and any other proceedings.

14. As counsel of record, I will be responsible for the conduct of the cause and counsel in this matter.

15. For the foregoing reasons, it is respectfully requested that the Court enter an Order admitting Ms. Brisson, Mr. Carotenuto, Mr. LoMonaco, and Ms. Shane to appear *pro hac vice* before this Court for all further proceedings in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 17, 2023

s/ <i>Jeffrey J. Greenbaum</i><br>
JEFFREY J. GREENBAUM