SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
George LoBiondo
Harry Sandick (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632 (JMV) (CLW) |
| Plaintiff, | |
| vs. | **ORDER GRANTING PRO HAC VICE ADMISSION** |
| SAVE ON SP, LLC, | *Document electronically filed* |
| Defendant. | |

This matter having come before the Court on the application of Sills Cummis & Gross P.C., attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc., in the above-captioned action, for the admission *pro hac vice* of Katherine Brisson, George Carotenuto, Anthony C. LoMonaco, and Elisabeth Shane pursuant to L. Civ. R. 101.1(c); and the Court having considered the Declaration of Jeffrey J. Greenbaum in Support of Admission *Pro Hac Vice*, and the Declarations

of Ms. Brisson, Mr. Carotenuto, Mr. LoMonaco, and Ms. Shane which reflect that they satisfy the requirements set forth in L. Civ. R. 101.1(c)(1), and for good cause shown,

**IT IS,** on this _____ day of February, 2023,

**ORDERED** that Katherine Brisson, Esq., is hereby granted admission *pro hac vice* to speak for, and participate on behalf of, Plaintiff in this matter, in the same manner as attorneys authorized to practice law in this State; and it is further

**ORDERED** that George Carotenuto, Esq., is hereby granted admission *pro hac vice* to speak for, and participate on behalf of, Plaintiff in this matter, in the same manner as attorneys authorized to practice law in this State; and it is further

**ORDERED** that Anthony C. LoMonaco, Esq., is hereby granted admission *pro hac vice* to speak for, and participate on behalf of, Plaintiff in this matter, in the same manner as attorneys authorized to practice law in this State; and it is further

**ORDERED** that Elisabeth Shane, Esq., is hereby granted admission *pro hac vice* to speak for, and participate on behalf of, Plaintiff in this matter, in the same manner as attorneys authorized to practice law in this State; and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by Jeffrey J. Greenbaum, Esq., attorney of record for Plaintiff or by such other member of the bar of this Court who has or may appear as counsel of record for Plaintiff, who shall be responsible for the submissions of the case and the attorneys admitted hereby; and it is further

**ORDERED** that Katherine Brisson, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including all disciplinary rules; and it is further

**ORDERED** that George Carotenuto, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including all disciplinary rules; and it is further

**ORDERED** that Anthony C. LoMonaco, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including all disciplinary rules; and it is further

**ORDERED** that Elisabeth Shane, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including all disciplinary rules; and it is further

**ORDERED** that Katherine Brisson, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that George Carotenuto, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that Anthony C. LoMonaco, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that Elisabeth Shane, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that Katherine Brisson, Esq., shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that George Carotenuto, Esq., shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Anthony C. LoMonaco, Esq., shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Elisabeth Shane, Esq., shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Katherine Brisson, Esq. shall consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against Ms. Brisson or her firm that may arise out of her participation in the matter; and it is further

**ORDERED** that George Carotenuto, Esq. shall consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against Mr. Carotenuto or his firm that may arise out of his participation in the matter; and it is further

**ORDERED** that Anthony C. LoMonaco, Esq. shall consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against Mr. LoMonaco or his firm that may arise out of his participation in the matter; and it is further

**ORDERED** that Elisabeth Shane, Esq. shall consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against Ms. Shane or her firm that may arise out of her participation in the matter; and it is further

**ORDERED** that Katherine Brisson, Esq. shall notify the Court immediately of any matter affecting her standing as a member of the Bar of any court; and it is further

**ORDERED** that George Carotenuto, Esq. shall notify the Court immediately of any matter affecting his standing as a member of the Bar of any court; and it is further

**ORDERED** that Anthony C. LoMonaco, Esq. shall notify the Court immediately of any matter affecting his standing as a member of the Bar of any court; and it is further

**ORDERED** that Elisabeth Shane, Esq. shall notify the Court immediately of any matter affecting her standing as a member of the Bar of any court.

_____
HON. CATHY L. WALDOR, U.S.M.J.