SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
George LoBiondo
Harry Sandick (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632 (JMV) (CLW) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| SAVE ON SP, LLC, | *Document electronically filed* |
| Defendant. | |

JEFFREY J. GREENBAUM, of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey, admitted to practice in the United States District Court for the District of New Jersey, and a Member of the law firm of Sills Cummis & Gross P.C., attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc. in the above-captioned action.

2. On February 17, 2023, a copy of the foregoing Application for *pro hac vice* admission of Katherine Brisson, George Carotenuto, Anthony C. LoMonaco, and Elisabeth

Shane along with supporting Declarations of Jeffrey J. Greenbaum, Katherine Brisson, George Carotenuto, Anthony C. LoMonaco, and Elisabeth Shane and a Proposed Order, were electronically filed and thereby served upon counsel for Defendant Save On SP, LLC.

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

___s/ *Jeffrey J. Greenbaum*___<br>
JEFFREY J. GREENBAUM

Dated: February 17, 2023