# Sills Cummis & Gross

A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

Jeffrey J. Greenbaum
Member
Direct Dial: (973) 643-5430
E-mail: jgreenbaum@sillscummis.com

101 Park Avenue
New York, NY 10112
Tel: 212-643-7000
Fax: 212-643-6500

March 16, 2023

*Via ECF*

Honorable Cathy L. Waldor, U.S.M.J.
U.S. District Court-District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4040
Newark, NJ 07102

Re:  **Update on Joint Dispute Letters Regarding JJHCS's RFPs**
*Johnson & Johnson Health Care Systems, Inc. v. Save On SP, LLC*
<u>Civil Action No. 22-2632 (JMV-CLW)</u>

Dear Judge Waldor:

We submit this letter on behalf of Johnson & Johnson Health Care Systems, Inc. ("JJHCS") in advance of the March 17, 2023 status conference.

After the February 28, 2023 conference, the parties met and conferred to further narrow the issues submitted in the January 5, 2023 Global Joint Dispute Letter (Dkt. 65) and a January 5, 2023 Specific Joint Dispute Letter (Dkt. 66) (the "Joint Letters") that seek discovery rulings from the Court concerning JJHCS's RFPs. The parties have since resolved additional disputes. Accordingly, we identify the following three disputes as the only disputes from the Joint Letters that still require judicial resolution:

- Section II.D of the Global Joint Dispute Letter (Dkt. 65 at 21-23).

- Section C of the Specific Joint Dispute Letter (Dkt. 66 at 7-8).

- Section E of the Specific Joint Dispute Letter (Dkt. 66 at 10-11).

Hon. Judge Cathy L. Waldor, U.S.M.J.
March 16, 2023
Page 2

      JJHCS withdraws all remaining disputes on which it sought resolution in the Joint Letters without prejudice in view of production commitments that have now been made by SaveOnSP. JJHCS will be prepared to address these issues and argue its pending motions at the hearing.

Respectfully submitted,

JEFFREY J. GREENBAUM

cc: All Counsel *(via ECF)*