# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

**Jeffrey J. Greenbaum**
Member
Direct Dial: (973) 643-5430
E-mail: jgreenbaum@sillscummis.com

101 Park Avenue
New York, NY 10112
Tel: 212-643-7000
Fax: 212-643-6500

March 23, 2023

**VIA ECF**
Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re: *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*,
       Civil Action No. 22-2632 (ES) (CLW)

Dear Magistrate Judge Waldor:

  This firm represents Plaintiff Johnson & Johnson Health Care Systems Inc. in the above-captioned matter. We respectfully request that Your Honor permit Julia Haigney Long to appear *pro hac vice* on behalf of the above-listed Plaintiff. Counsel for Defendant has no objection to the admission *pro hac vice* of Ms. Long.

  In support of this request we enclose the following documents: (1) Declaration of Jeffrey J. Greenbaum, Esq.; (2) Declaration of Julia Haigney Long, Esq.; (3) Proposed Order Granting Admission *Pro Hac Vice*; and (4) Certificate of Service.

  We appreciate Your Honor's time and consideration.

Respectfully submitted,

               s/ *Jeffrey J. Greenbaum*
               JEFFREY J. GREENBAUM

cc: All counsel of record (by ECF)