# Robinson+Cole

E. EVANS WOHLFORTH, JR.

666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
ewohlforth@rc.com
Direct (212) 451-2954

Admitted in New York and New Jersey

April 24, 2023

**VIA ECF**
Hon. Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Courthouse
50 Walnut Street
Newark, New Jersey 017102

Re: **Johnson & Johnson Health Care Systems, Inc. v. Save On SP, LLC,
Civil Action No. 22-2632 (ES)(CLW)**

Dear Judge Waldor:

    This law firm represents Defendant Save On SP, LLC, in the above-referenced matter. We write to respectfully request the entry of the attached form of Order setting the deadline for a Motion to be submitted to seal certain documents, provisionally sealed on the docket of the Court. We make this request pursuant to Local Civil Rule 5.3(c)(ii)(a) (motion to seal within 14 days of filing or availability of transcript or as Ordered by the Court).

    Counsel for Plaintiff have consented to the relief set forth in the attached form of Order. We thank Your Honor for your kind attention to this request. Please do not hesitate to have the Court's staff contact me with any question or if we may be of any assistance to the Court whatsoever.

Respectfully submitted,

/s/  Evans Wohlforth, Jr.

E. Evans Wohlforth, Jr.

(Attachment)

cc: All Counsel of Record (*via* ECF with attachment)

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP