E. Evans Wohlforth, Jr., Esq.
**ROBINSON & COLE LLP**
666 Third Avenue, 20th Floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
ewohlforth@rc.com
*Attorneys for Defendant*
*Save On SP, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civil Action No. 2:22-cv-02632 (ES)(CLW) <br><br> *Document electronically filed* <br><br> **[PROPOSED] ORDER** |

**IT IS ORDERED THAT**:

SaveOnSP shall file any motion to seal the parties' joint letter to the Court, ECF No. 95, and the transcript of the April 13, 2023 conference, ECF No. 98, by April 27, 2023.

Dated: April __, 2023

_____
Honorable Cathy L. Waldor, U.S.M.J.