# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

**Jeffrey J. Greenbaum**
**Member**
**Admitted In NJ, NY**
**Direct Dial: 973-643-5430**
Email: jgreenbaum@sillscummis.com

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

April 26, 2023

**By ECF**

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07101

    Re:   *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*
              **Civil Action No. 22-2632 (JMV-CLW)**

Dear Judge Waldor:

    We are pleased to advise that counsel have agreed upon the form of order embodying your Honor's rulings at our recent conferences, and a copy is attached. If the same meets your approval, kindly enter.

    We appreciate all courtesies shown to counsel during these extended conferences.

                              Respectfully yours,

                              */s/ Jeffrey J. Greenbaum*
                              JEFFREY J. GREENBAUM

Enclosure
cc: Counsel of record
      (*via ECF*)