**Appendix A to the Declaration of E. Evans Wohlforth, Jr., Esq.**

| Document Title/ECF No. | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Joint Letter dated April 11, 2023 [ECF No. 95] | Letter contains internal SaveOnSP communications with a client about a potential service offering, comprising proprietary business information. *See* ECF No. 95 at 2, 17-20. | If relief is not granted, SaveOnSP would be at a competitive disadvantage should its proprietary non-public business information be disclosed. | A redacted, public version of the brief is being filed [ECF No. 103-1]. It is believed that no less restrictive alternative is available to prevent the disclosure of Plaintiffs' proprietary business information. | No | No objections |
| Transcript of the oral argument before the Court dated April 13, 2023 [ECF No. 98] | Transcript contains references to internal SaveOnSP communications with a client about a potential service offering, comprising proprietary business information. *See* ECF No. 98 at 7-9, 16-21. | If relief is not granted, SaveOnSP would be at a competitive disadvantage should its proprietary non-public business information be disclosed. | A redacted, public version of the transcript is being filed [ECF No. [103-2]. It is believed that no less restrictive alternative is available to prevent the disclosure of Plaintiffs' proprietary business information. | No | No objections |