Michael V. Caracappa, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4500
*Attorneys for Defendant*
*Save On SP, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civil Action No.  2:22-cv-02632 (JMV)(CLW) <br><br> *Document electronically filed* <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws his appearance and appearance of Julia Palermo as counsel for Defendant Save On SP, LLC, in the above-captioned action.  Defendant Save On SP, LLC will continue to be represented by E. Evans Wohlforth, Jr., Esq. of Robinson & Cole LLP.

| | |
|---|---|
| Dated:  May 3, 2023 <br> Newark, New Jersey | By: s/ Michael V. Caracappa <br> Michael V. Caracappa, Esq. <br> **GIBBONS P.C.** <br> One Gateway Center <br> Newark, NJ  07102-5310 <br> Tel:  (973) 596-4500 <br> mcaracappa@gibbonslaw.com |

**Error! Unknown document property name.**