# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

**Jeffrey J. Greenbaum**
**Member**
**Admitted In NJ, NY**
**Direct Dial:  973-643-5430**
Email:  jgreenbaum@sillscummis.com

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

June 5, 2023

**By ECF**
The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07101

>  Re:   *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*
>         **Civil Action No. 22-2632 (JMV-CLW)**

Dear Judge Waldor:

In connection with our status conference scheduled for tomorrow at 1 pm, we wanted to call to your attention three joint letters submitted by the parties:

1. JJHCS' challenge to SaveOn's restriction of Joint Patient Lists as Eyes of Counsel Only.

2. JJHCS' application to compel production of documents in response to RFPs 61 and 62.

3. SaveOn's application to extend the discovery schedule.

We look forward to our conference tomorrow.

Respectfully yours,

*/s/ Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM

cc:  All counsel of record (by ECF)