

www.pbwt.com

June 9, 2023

Adeel A. Mangi
(212) 336-2563
aamangi@pbwt.com

**VIA ECF**

Hon. Cathy L. Waldor
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4040
Newark, NJ 07102

          Re:    **Carotenuto Withdrawal**
                *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*,
                No. 22 Civ. 2632 (ES) (CLW)

Dear Judge Waldor:

      My firm, Patterson Belknap Webb & Tyler LLP ("PBWT"), represents Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS") in the above-referenced matter. George Carotenuto, a member of the New York bar, was admitted *pro hac vice* in this matter on February 17, 2023. *See* Dkt. No. 77. Effective June 9, 2023, Mr. Carotenuto will be leaving PBWT for another position.

      Accordingly, pursuant to Local Civil Rule 101.1(c)(5), we respectfully request the Court's approval of Mr. Carotenuto's withdrawal as *pro hac vice* counsel in this matter. Other attorneys from PBWT, including me, will remain as counsel for JJHCS in the above-referenced matter. If this request meets with Your Honor's approval, we respectfully request that Your Honor "So Order" this letter pursuant to Local Civil Rule 101.1(c)(5).

      We thank the Court for its consideration of this request. Should Your Honor have any questions, we are available at your convenience.

                                            Respectfully submitted,

                                            */s/ Adeel A. Mangi*

                                            Adeel A. Mangi

cc: All Counsel of Record (by ECF)