**Appendix A to the Declaration of E. Evans Wohlforth, Jr., Esq.**

| Document Title/ECF No. | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Joint Letter dated June 2, 2023 [ECF No. 109] | Letter contains references to SaveOnSP's internal financial information, comprising proprietary business information, regarding the amount of fees SaveOnSP has received from its clients from services related to Janssen drugs and the amount of savings on Janssen drugs that SaveOnSP has achieved for its clients. *See* ECF. No. 109 at 4-5, 7-9, 11. | If relief is not granted, SaveOnSP would be at a competitive disadvantage should its proprietary non-public business and financial information be disclosed to competitors and other market participants. | A redacted, public version of the exhibit is being filed [ECF No. 117-1]. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOnSP's proprietary business information. | No | JJHCS objects to SaveOnSP's proposed redactions and believes those sections should be part of the public record, like the rest of the text of the letter. JJHCS has informed SaveOnSP that it intends to file a letter with the Court explaining the basis of its objection. |
| Exhibit A to Joint Letter dated June 2, 2023 | Exhibit contains a list of patients enrolled in SaveOnSP-advised plans, comprising proprietary business information and | If relief is not granted, SaveOnSP would be at a competitive disadvantage should its proprietary non-public business information be disclosed. | A redacted, public version of the exhibit is being filed [ECF No. 117-1]. It is believed that no less restrictive alternative is available to prevent | No | No objections |

| [ECF No. 109] | confidential health information. *See* ECF No. 109 at Ex. 1. | Patients would also be harmed by the disclosure of their confidential health information. | the disclosure of Save-OnSP's proprietary business information. | | |
|---|---|---|---|---|---|
| Joint Letter dated June 2, 2023 [ECF No. 110] | Letter contains references to and a copy of a SaveOnSP's plan of business, comprising proprietary business information. *See* ECF. No. 110 at 2, 24-47. | If relief is not granted, SaveOnSP would be at a competitive disadvantage should its proprietary non-public business information be disclosed. | A redacted, public version of the letter is being filed [ECF No. 117-2]. It is believed that no less restrictive alternative is available to prevent the disclosure of Save-OnSP's proprietary business information. | No | No objections |

2