**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**SAVE ON SP, LLC,**<br><br>Defendant. | **Civil Action No. 22-2632 (ES) (CLW)**<br><br><br>**TEMPORARY ORDER TO SEAL** |

This matter comes before the Court upon Defendant's informal request to temporarily seal Jeffrey J. Greenbaum, Esq.'s June 19, 2023 letter. (ECF No. 119). Defense counsel has represented to the Court that the parties disagree on whether that letter contains information protected under the Discovery Confidentiality Order in this matter. The Court stresses that it is not yet making *any* findings on that issue, which is not yet fully developed for the Court's review. Upon consideration of Defendant's request; and in an abundance of caution; and for good cause shown;

IT IS on this 20th day of June, 2023,

**ORDERED** that Mr. Greenbaum's June 19, 2023 letter, (ECF No. 119), is temporarily sealed pursuant to Local Civil Rule 5.3(c)(9); and it is further

**ORDERED** that, on or before July 14, 2023, Defendant shall publicly file a redacted version of that letter, in which only the confidential information contained therein has been redacted, as well as a motion to maintain the unredacted version of that letter under seal.

Defendant's motion to seal must comply with Local Civil Rule 5.3.

                                        **SO ORDERED**

                                        **s/ Cathy L. Waldor**
                                        **CATHY L. WALDOR, U.S.M.J.**