# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

**Jeffrey J. Greenbaum**
Member
Admitted In NJ, NY
Direct Dial: 973-643-5430
Email:
jgreenbaum@sillscummis.com

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

June 26, 2023

*By ECF*
The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07101

> Re: ***Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC***
> **Civil Action No. 22-2632 (JMV-CLW)**

Dear Judge Waldor:

In connection with our status conference scheduled for tomorrow at 11 am, we wanted to call your attention to what we believe are the issues to be addressed, in the order the parties raised them:

Carry-Over from Last Conference:

1. JJHCS' application to compel production of documents in response to RFP 61 (Joint Letter of June 2, 2023, ECF No. 110).

2. JJHCS' application to compel production of documents in response to RFP 62 (Joint Letter of June 2, 2023, ECF No. 110).

New Items:

3. SaveOnSP's supplemental argument on Items 1 and 2 above (SaveOn Letter of June 23, 2023, ECF No. 121), and JJHCS's application to strike (JJHCS Letter of June 26, 2023, ECF No. 123).

4. SaveOnSP's Application Regarding, inter alia, JJHCS non-Custodians (Joint Letter of June 23, 2023, ECF No. 122).

Sills Cummis & Gross
A Professional Corporation

The Honorable Cathy L. Waldor, U.S.M.J.
June 26, 2023
Page 2

       We look forward to our conference tomorrow.

                                  Respectfully yours,

                                  */s/ Jeffrey J. Greenbaum*

                                  JEFFREY J. GREENBAUM

cc:     All counsel of record (by ECF)