E. Evans Wohlforth, Jr., Esq.
**ROBINSON & COLE LLP**
666 Third Avenue, 20th Floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
ewohlforth@rc.com
*Attorneys for Defendant*
*Save On SP, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civil Action No.  2:22-cv-02632 (ES)(CLW) <br><br> *Document electronically filed* <br><br> **[PROPOSED] ORDER** |

**IT IS ORDERED THAT**:

The deadline to file any motion to seal the Transcript of the June 6, 2023 Discovery Conference, ECF No. 116, is adjourned until two weeks following the Court's ruling on SaveOnSP's motion to seal [ECF No. 117] the parties' joint letter to the Court regarding de-designation of the Patient List, ECF No. 109, and the parties' joint letter regarding RFPs 61 and 62, ECF No. 110.

Dated: June __, 2023

_____
Honorable Cathy L. Waldor, U.S.M.J.