Katherine M. Katchen
ROBINSON &COLE LLP
1650 Market Street, Suite 3030
Philadelphia, PA 19103
(215) 398-0557
kkatchen@rc.com

*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | : : : | CIVIL ACTION |
| | : | No.: 2:22-cv-02632-JMV-CLW |
| Plaintiff, | : : | **NOTICE OF APPEARANCE** |
| v. | : : | |
| SAVE ON SP, LLC, | : : | |
| Defendant. | : | |

Kindly enter the appearance of Katherine M. Katchen on behalf of defendant Save on SP, LLC.

Respectfully submitted,

DATED: July 18, 2023

/s/ *Katherine M. Katchen*
Katherine M. Katchen
ROBINSON &COLE LLP
1650 Market Street, Suite 3030
Philadelphia, PA 19103
(215) 398-0557
kkatchen@rc.com

## CERTIFICATE OF SERVICE

I KATHERINE M. KATCHEN herby certify that on July 18, 2023, I caused a true and correct copy of the foregoing to be filed electronically with the Court, where it is available for viewing and downloading from the Court's electronic filing system, and that such electronic filing automatically generates a notice of filing constituting service of the filed documents on the counsel of record.

/s/ *Katherine M. Katchen*
KATHERINE M. KATCHEN