# EXHIBIT B

**INDEX IN SUPPORT OF MOTION TO SEAL**

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Redactions on page 4 ("JJHCS asserts . . . [amount]") of the July 18 lead letter (ECF No. 133): Discussion of confidential letter templates (*see* discussion of Exs. 6 and 7, *infra*). | JJHCS requests redaction of a discussion of confidential information that is not known to the general public and for which the parties agreed to keep confidential. JJHCS maintains that these letter templates contain sensitive business information, including the application of certain terms of the CarePath program. | If filed on the public docket, the information will reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | JJHCS requests redactions of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None. | None. |
| Exhibits 6 and 7 to the July 18 Letter: letter templates to patients. | JJHCS requests the sealing of letter templates to patients that are not known to the general public and for which the parties agreed to keep confidential. JJHCS | If filed on the public docket, these exhibits will reveal confidential material relating to JJHCS's sensitive business information. | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive | None. | None. |

1

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| | maintains that these exhibits contain sensitive business information, including the application of certain terms of the CarePath program. | Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | alternative is available or practicable. | | |

2