**Robinson+Cole**

E. EVANS WOHLFORTH, JR.

666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
ewohlforth@rc.com
Direct (212) 451-2954

Admitted in New York
and New Jersey

August 3, 2023

<u>**Via ECF**</u>

Hon. Cathy L. Waldor, U.S.M.J.
U.S. District Court for the District of New Jersey
50 Walnut Street, Room 4040
Newark, NJ 07102

Re:   ***Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*
      (Case No. 2:22-cv-02632-JMV-CLW)**

Dear Judge Waldor:

     This law firm in association with the firm of Selendy Gay Elsberg, PLLC, represents Defendant Save On SP, LLC, in the above-referenced matter. On February 17, 2023, the Court, granted Defendant's motion for admission *pro hac vice* of Dominic Budetti, Esq., of the Selendy Gay firm to appear in this matter. (ECF No. 75). We write now respectfully to request that you allow Dominic Budetti, Esq. to withdraw his appearance as *pro hac vice* counsel for Defendant in this matter.

     Mr. Budetti must withdraw as counsel, because he is no longer employed by Selendy Gay and he will no longer be representing Defendant. Of course, Defendant will continue to be represented by the undersigned and the several other attorneys at this firm and at Selendy Gay in future. If this relief meets with the Court's approval, we ask that Your Honor endorse this letter as 'So Ordered' and enter it on the docket of the Clerk of the Court.

     We thank Your Honor for your kind attention to this request. Please do not hesitate to have the Court's staff contact me with any question or if we may be of any assistance to the Court whatsoever.

Respectfully submitted,

*/s/*   *E. Evans Wohlforth, Jr.*

E. Evans Wohlforth, Jr., Esq.

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP

Hon. Cathy L. Waldor
August 3, 2023
Page 2

cc: All Counsel of Record (*via* ECF)