August 4, 2023

**Via ECF**

Hon. Cathy L. Waldor
U.S. District Court for the District of New Jersey
50 Walnut Street, Room 4040
Newark, NJ 07102

Re:   *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*
      **(Case No. 2:22-cv-02632-ES-CLW)**

Dear Judge Waldor:

The Court recently extended the deadline for substantial completion of document production in this case but has not yet adjusted the rest of the case schedule. The parties write jointly to respectfully request that the rest of the schedule be extended proportionally in light of the Court's July 20, 2023 order extending the deadline for substantial completion of document production to September 24, 2023. *See* ECF No. 134. The parties have conferred and have agreed to the following revised schedule:

|  | **Original Date** | **New/Proposed Date** |
|---|---|---|
| Substantial Completion Deadline | June 9, 2023 | September 24, 2023 |
| Fact Discovery Deadline | October 13, 2023 | January 26, 2024 |
| Motions to Add New Parties | September 1, 2023 | December 15, 2023 |
| Motions to Amend Pleadings | September 1, 2023 | December 15, 2023 |
| Interrogatories | September 13, 2023 | December 20, 2023 |
| Document Requests | September 13, 2023 | December 20, 2023 |
| Initial Expert Reports | November 10, 2023 | February 23, 2024 |
| Responsive Expert Reports | December 15, 2023 | March 28, 2024 |
| Reply Expert Reports | January 26, 2024 | May 10, 2024 |
| Depositions of All Experts | February 23, 2024 | June 7, 2024 |

Consistent with the Court's Civil Management Order, we have appended to this letter a proposed order for the Court's consideration. *See* Ex. A.

The parties appreciate the Court's attention to this matter.

Respectfully submitted,
/s/ *Jeffrey J. Greenbaum*

Jeffrey J. Greenbaum
Katherine M. Lieb
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc.*

/s/ *E. Evans Wohlforth, Jr.*
E. Evans Wohlforth, Jr.
Robinson & Cole LLP
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
ewohlforth@rc.com

David Elsberg (admitted *pro hac vice*)
Andrew R. Dunlap (admitted *pro hac vice*)
Meredith Nelson (admitted *pro hac vice*)
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY 10104
(212) 390-9000
deslberg@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com

*Attorneys for Defendant Save On SP, LLC*

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Case No. 2:22-cv-02632 (JMV) (CLW) <br><br> **AMENDED PRETRIAL SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for a scheduling conference pursuant to Rule 16 of the Federal Rules of Civil Procedure on November 28, 2022, and the parties having conferred regarding amendment to the Pretrial Scheduling Order, ECF No. 64, and reviewed the Court's Civil Case Management Order as well as the Local Civil Rules, and for good cause shown,

**IT IS** on this ___ day of _____, 2023

**ORDERED THAT** that this matter will proceed as follows:

1. **Fact Discovery Deadline.** Fact discovery is to remain open through January 26, 2024. All fact witness depositions must be completed by the close of fact discovery. No fact discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2. **Motions to Add New Parties.** Any motion to add new parties, whether by amended or third-party complaint, must be electronically filed no later than December 15, 2023.

3. **Motions to Amend Pleadings.** Any motion to amend pleadings must be electronically filed no later than December 15, 2023.

4. **Interrogatories.** The parties may serve interrogatories limited to 25 single questions including subparts, on or before December 20, 2023, which shall be responded to within the time set forth in Fed. R. Civ. P. 33(b)(2).

5. **Document Requests.** The parties may serve requests for production of documents on or before December 20, 2023. The parties shall produce documents on a rolling basis and substantially complete document productions by September 24, 2023.

6. **Depositions.** At present, the parties do not seek to deviate from a limit of ten fact-witness depositions for each side. However, the parties will reassess their needs as discovery progresses, and do not waive their rights to make an application before the Court for additional fact-witness depositions.

7. **Electronic Discovery.** The parties are directed to Rule 26(f), as amended, which, *inter alia*, addresses preservation of discoverable information, discovery of electronically stored information, and claims of privilege or work product protection. The parties are also directed to Local Civil Rule 26.1(d) which describes the obligations of counsel with regard to their clients' information management systems.

8. **Discovery Disputes.** Please refer to the Court's Civil Case Management Order.

9. **Motion Practice.** Please refer to the Court's Civil Case Management Order.

10. **Expert Reports.** All initial expert reports for issues on which the party bears the burden of proof shall be delivered by February 23, 2024. All responsive expert reports shall be delivered by March 28, 2024. All reply expert reports shall be delivered by May 10, 2024. Depositions of all experts shall be completed by June 7, 2024.

11. **Form and Content of Expert Reports.** All expert reports must comport with the form and content requirements set forth in Rule 26(a)(2)(B). No expert shall testify at trial as to any opinions or base those opinions on facts not substantially disclosed in the expert's report.

12. **Dispositive Motions.** To be determined.

13. **Extensions and Adjournments.** Please refer to the Court's Civil Case Management Order.

14. **Protective Orders.** Any proposed confidentiality order agreed to by the parties must strictly comply with Rule 26(c), Local Civil Rule 5.3, and applicable case law. Please also refer to the Court's Civil Case Management Order.

15. **Local Rules.** The parties are directed to the Local Civil Rules for any other matter not addressed by this Order or the Court's Civil Case Management Order.

16. **FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY OTHER ORDERS WILL RESULT IN SANCTIONS.**

_____
**CATHY L. WALDOR**
**United States Magistrate Judge**