E. Evans Wohlforth, Jr.
**ROBINSON & COLE LLP**
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Facsimile: (212) 451-2999
ewohlforth@rc.com

David Elsberg (admitted pro hac vice)
Andrew R. Dunlap (admitted pro hac vice)
Meredith Nelson (admitted pro hac vice)
Elizabeth H. Snow (admitted pro hac vice)
**SELENDY GAY ELSBERG PLLC**
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
delsberg@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com
esnow@selendygay.com

*Attorneys for Defendant Save On SP, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAVE ON SP, LLC,<br><br>Defendant. | Civil Action No. 22-2632 (ES)(CLW)<br><br>*Document Electronically Filed*<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I**, E. EVANS WOHLFORTH, JR.**, hereby certify as follows:

1.  I am an attorney at law admitted to practice before this Court and a member of the law firm Robinson & Cole LLP, attorneys for Defendant Save On SP, LLC ("SaveOnSP") in the

above-captioned matter. On August 25, 2023, pursuant to Local Civil Rule 5.3, I electronically filed the following documents, accomplishing service on all counsel of record via ECF:

- Notice of Motion to Seal;

- Declaration of E. Evans Wohlforth, Jr., Esq. (with Appendix A);

- Proposed Findings of Fact and Conclusions of Law and Order Granting Motion to Seal; and

- this Certificate of Service.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 25, 2023

By: s/ E. Evans Wohlforth, Jr.
E. Evans Wohlforth, Jr.
**ROBINSON & COLE LLP**
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Facsimile: (212) 451-2999
ewohlforth@rc.com

David Elsberg (admitted pro hac vice)
Andrew R. Dunlap (admitted pro hac vice)
Meredith Nelson (admitted pro hac vice)
Elizabeth H. Snow (admitted pro hac vice)
**SELENDY GAY ELSBERG PLLC**
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
delsberg@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com
esnow@selendygay.com

*Attorneys for Defendant Save On SP, LLC.*