# EXHIBIT A

Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000



Andrew Dunlap
Partner
212.390.9005
adunlap@selendygay.com

April 28, 2023          CONFIDENTIAL HEALTH INFORMATION
                        ATTORNEYS' EYES ONLY

**<u>Via E-mail</u>**

Harry Sandick
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
hsandick@pbwt.com

**Re:    *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC* (Case No. 2:22-cv-02632-JMV-CLW)**

Dear Harry,

We enclose as Appendix 1 an updated list of patients who were entered into Save On SP, LLC's ("SaveOnSP") system from April 1, 2016 to July 1, 2022 and were prescribed at least one Janssen Drug. This list also includes all patients entered from January 1, 2017 to July 1, 2022 who were omitted from the list produced on April 12, 2023.

SaveOnSP designates Appendix 1 as CONFIDENTIAL HEALTH INFORMATION and ATTORNEYS' EYES ONLY, and has marked it accordingly, pursuant to the Discovery and Confidentiality Order entered on November 22, 2022 (Dkt. 62). SaveOnSP reserves all rights as to Appendix 1 (and the information it contains) and waives none.

SaveOnSP is producing all documents containing confidential health information designated as CONFIDENTIAL HEALTH INFORMATION and ATTORNEYS' EYES ONLY. Any failure to designate documents as such is inadvertent and shall not constitute a waiver. JJHCS should treat any document containing such identities as if it was designated Confidential Health Information and Attorneys' Eyes Only.

**CONFIDENTIAL HEALTH INFORMATION**
**ATTORNEYS' EYES ONLY**
**SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER**

Sincerely,

/s/ Andrew R. Dunlap

Andrew R. Dunlap
Partner

# Appendix 1
# Filed Under Seal