# EXHIBIT B

**INDEX IN SUPPORT OF MOTION TO SEAL**

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Redactions on page 5 ("cut . . ." and "JJHCS . . .") of the September 7 lead letter (ECF No. 150; the "September 7 Letter"): discussion of changes to the CarePath program; and<br><br>Exhibits 18 and 19: documents regarding the CarePath program. | JJHCS requests the sealing of two documents and related discussions in the September 7 Letter that are not known to the general public and for which the parties agreed to keep confidential. JJHCS maintains that these exhibits contain sensitive business information, including the administration of the CarePath program. | If filed on the public docket, these exhibits and related discussion will reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | JJHCS requests redactions of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None. | None. |
| Redactions on page 9 of the September 7 Letter ("Slide . . ." and "names . . . drugs"); and,<br><br>Exhibit 25: slideshow. | JJHCS requests the sealing of a document and related discussions in the September 7 Letter that are not known to the general public and for | If filed on the public docket, this exhibit and related discussion will reveal confidential material relating to | JJHCS requests redactions of only the information that will reveal confidential information that is not known to the general public. No less restrictive | None. | None. |

1

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| | which the parties agreed to keep confidential. JJHCS maintains that this exhibit contain sensitive business information, including the administration of the CarePath program. | JJHCS's sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | alternative is available or practicable. | | |
| Redactions on page 13 n.9 of the September 7 Letter ("December . . . patients"), "May . . . Program"), and "Janssen . . . plan."); and<br><br>JJHCS Exhibits 1-3: presentation and training materials on the CarePath program. | JJHCS requests the sealing of three documents and related discussions in the September 7 Letter that are not known to the general public and for which the parties agreed to keep confidential. JJHCS maintains that these exhibits contain sensitive business information, including the | If filed on the public docket, these exhibits and related discussion will reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place | JJHCS requests redactions of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None. | None. |

2

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| | administration of the CarePath program. | JJHCS at a competitive disadvantage if its competitors secured the information. | | | |
| Redactions on page 6 of Exhibit 17, discovery letter, dated July 12, 2023 ("Slide . . . drugs") and (". . . innovation"). | JJHCS requests the sealing of an exhibit referencing confidential materials that are not known to the general public and for which the parties agreed to keep confidential. JJHCS maintains that this exhibit contains sensitive business information, including information about the administration of the CarePath program. | If filed on the public docket, this exhibit will reveal confidential material relating to JJHCS's sensitive business information.

Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | JJHCS is submitting a redacted version of this exhibit and requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None. | None. |
| Exhibits 21-23: spreadsheets detailing JJHCS financial data. | JJHCS requests the sealing of three exhibits referencing confidential materials that are not known to the general | If filed on the public docket, these exhibits will reveal confidential material relating to | JJHCS requests redactions of only the information that will reveal confidential information that is not known to the general | | |

3

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| | public and for which the parties agreed to keep confidential. JJHCS maintains that these exhibits contains sensitive business information, including information about the finances of the CarePath program. | JJHCS's sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | public. No less restrictive alternative is available or practicable. | | |