**Appendix A to the Declaration of E. Evans Wohlforth, Esq.**

| Document Title/ECF No. | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| June 27, 2023 Transcript [ECF 131] | Transcript contains direct references to the contents of and quotes from SaveOnSP's confidential business plan, which includes SaveOnSP's business and financial strategies, comprising proprietary business information. *See* ECF. No. 131 at 11-14, 18, 22, 27, and 29.<br><br>Transcript also contains quotes from and references to SaveOnSP's internal communications strategies regarding communications with its clients or members of its clients, comprising proprietary business information. *See* ECF. No. 131 at 23-24, and 26. | If relief is not granted, SaveOnSP would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of the Joint Letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOnSP's proprietary business information. | No | |