SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
Julia Haigney Long (admitted *pro hac vice*)
Elisabeth Shane (admitted *pro hac vice*)
Katherine Brisson (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
  *Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., : : Plaintiff, : : vs. : : SAVE ON SP, LLC, : : Defendant. : : | Civil Action No. 22-2632(ES)(CLW) Hon. Esther Salas, U.S.D.J. Hon. Cathy L. Waldor, U.S.M.J **CERTIFICATE OF SERVICE** |

2

      JEFFREY J. GREENBAUM, of full age, certifies that on the 25th day of October 2023, I caused a copy of a Notice of Motion, Declaration of Jeffrey J. Greenbaum, and proposed form of Order, all in support of Plaintiff Johnson & Johnson Health Care Systems Inc.'s Motion to Seal to be served via CM/ECF on all counsel of record.

      I certify under penalty of perjury that the foregoing is true and correct.

                                                  *s/ Jeffrey J. Greenbaum*
                                                  JEFFREY J. GREENBAUM

Dated:      October 25, 2023