# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

**Jeffrey J. Greenbaum**
Member
Admitted In NJ, NY
Direct Dial: 973-643-5430
Email:
jgreenbaum@sillscummis.com

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

October 26, 2023

**By ECF**

Hon. Cathy L. Waldor, U.S.M.J.
US District Court, District of NJ
50 Walnut Street
Newark, NJ 07101

      Re:    *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*
              Civil Action No. 22-2632 (JMV-CLW)

Dear Judge Waldor:

      In connection with our status conference scheduled for Monday, October 30 2023 at 1:30 pm, we wanted to call your attention to what we believe are the issues to be addressed, in the chronological order of filing:

1. SaveOn application to compel documents regarding JJHCS terms and conditions (ECF 146) (8/24/23) and JJHCS supplemental letter regarding benefits investigations (ECF 163) (10/24/23).

2. SaveOn application to force JJHCS to allow 12 of its highly confidential eyes-of-counsel only documents to be shared with non-parties Express Scripts and Accredo Health Group (ECF 149) (9/5/23).

3. SaveOn application to require JJHCS to produce documents regarding its finances (ECF 150) (9/7/23).

4. SaveOn application regarding JJHCS investigation of non-JJHCS personnel and compliance with June 29, 2023 order (ECF 162) (10/11/23).

Sills Cummis & Gross
A Professional Corporation

Hon. Cathy L. Waldor, U.S.M.J.
October 26, 2023
Page 2

      5.      SaveOn application seeking 12 additional JJHCS custodians (ECF 165) (10/25/23).

      6.      SaveOn application regarding CAP search terms (ECF 166) (10/25/23).

Counsel for SaveOn asked me to share this agenda letter so that it could be a joint submission, but then withdrew his request, stating he intended to submit his own letter.

We look forward to our conference on Monday.

                Respectfully yours,

                */s/ Jeffrey J. Greenbaum*

                JEFFREY J. GREENBAUM

cc:  All counsel of record (*by ECF*)