# Sills Cummis & Gross

A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

Jeffrey J. Greenbaum
Member
Admitted In NJ, NY
Direct Dial: 973-643-5430
Email:
jgreenbaum@sillscummis.com

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

November 20, 2023

**_By ECF_**

Hon. Cathy L. Waldor, U.S.M.J.
US District Court, District of NJ
50 Walnut Street
Newark, NJ 07101

> Re: **_Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC_**
> **Civil Action No. 22-2632 (ES-CLW)**

Dear Judge Waldor:

Pursuant to your Honor's November 7, 2023 Order, ECF No. 173, that the parties confer regarding a new schedule as a result of your rulings, I am pleased to advise that we have done so and have jointly agreed to the attached schedule. If the same meets your Honor's approval, please have it entered on the docket.

Thank you once again for the time you have spent with us.

Respectfully yours,

_/s/ Jeffrey J. Greenbaum_

JEFFREY J. GREENBAUM

Attachment
cc: All counsel of record (_by ECF_)