# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

**Jeffrey J. Greenbaum**
Member
Admitted In NJ, NY
Direct Dial: 973-643-5430
Email:
jgreenbaum@sillscummis.com

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

November 21, 2023

***By ECF***

Hon. Cathy L. Waldor, U.S.M.J.
US District Court, District of NJ
50 Walnut Street
Newark, NJ 07101

      Re:   *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*
              **Civil Action No. 22-2632 (ES-CLW)**

Dear Judge Waldor:

      We, along with Patterson Belknap Webb & Tyler, LLP, represent Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS") in the above matter. On October 24, 2023, JJHCS filed a letter to Your Honor regarding the issue of benefits investigations under temporary seal (the "October 24 letter"; ECF No. 163). Upon further review of the October 24 letter and conferral with counsel for Defendant Save On SP, LLC, all parties agree that the October 24 letter may be filed publicly. Accordingly, we respectfully request that the October 24 letter (ECF No. 163) be unsealed and therefore filed on the public docket.

      We thank the Court for its attention to this matter.

                              Respectfully yours,

                              */s/ Jeffrey J. Greenbaum*

                              JEFFREY J. GREENBAUM

cc: All counsel of record (*by ECF*)