# EXHIBIT B

# INDEX IN SUPPORT OF MOTION TO SEAL
## OCTOBER 26 LETTER RE BENEFITS INVESTIGATIONS

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| Redactions on p. 3 ("identifying . . . conditions") | JJHCS requests the sealing of information in the October 26 Letter that is not known to the general public and which the parties agreed to keep confidential.<br><br>JJHCS maintains that the letter contains sensitive business information about the administration of the CarePath program. | If filed on the public docket, the letter will reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public.<br><br>JJHCS is proposing one redaction, which is the least restrictive alternative available. | None | None |