# EXHIBIT E

**Exhibit E to the Declaration of Jeffrey Greenbaum**
**SaveOnSP's Proposed Redactions to ECF No. 165**

| Document Title/ECF No. | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Letter dated October 25, 2023 re Custodians [ECF No. 165] | Letter contains references to SaveOnSP's confidential management course materials, comprising proprietary business information. *See* ECF. No. 165. | If relief is not granted, SaveOnSP would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of the Letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOnSP's proprietary business information. | No | No objection |
| JJHCS Exhibit 1 to Letter dated October 25, 2023 re Custodians [ECF No. 165] | Exhibit reflects SaveOnSP's confidential management course materials in full, comprising proprietary business information. *See* ECF No. 165 at JJHCS Ex. 1. | If relief is not granted, SaveOnSP would be at a competitive disadvantage should its proprietary non-public business information be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOnSP's proprietary business information. | No | No objection |