# EXHIBIT F

**INDEX IN SUPPORT OF MOTION TO SEAL**
**OCTOBER 25 JOINT LETTER RE CAP SEARCH TERMS**

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| Redactions on pp. 2, 3 n. 5 & p. 7 n. 15: ("Pushback . . . Scripts"), ("the . . . plan"): discussion about confidential Benefits Investigation Update; and<br><br>Exs. 1 & 11: Benefits Investigation Update | JJHCS requests the sealing of documents and related discussions in the October 25 Letter that are not known to the general public and for which the parties agreed to keep confidential. JJHCS maintains that these exhibits contain sensitive business information, including the administration of the CarePath program, as well as confidential health information. | If filed on the public docket, these exhibits and related discussion will reveal confidential material relating to JJHCS's sensitive business information and confidential health information.<br><br>Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. It would also improperly reveal confidential health information. | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| Redactions on p. 2 & n. 2 ("In . . . ."), ("a brief . . . payer"), ("August . . . "), ("JJHCS . . . program"): discussion about confidential Copay Adjustment Programs; <br><br> Ex. 2: Copay Adjustment Program document; and <br><br> Exs. 3–4: Copay Adjustment Programs presentations | JJHCS requests the sealing of documents and related discussions in the October 25 Letter that are not known to the general public and for which the parties agreed to keep confidential. JJHCS maintains that these exhibits contain sensitive business information, including the administration of the CarePath program. | If filed on the public docket, these exhibits and related discussion will reveal confidential material relating to JJHCS's sensitive business information. <br><br> Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |
| Redactions on pp. 2–3 & nn. 3,4,5,7 ("For example . . . SaveOn"), ("The CAP . . . 2023"), ("referring . . . materials"), ("J&J . . . them"), ("including . . . T&Cs), ("discussing . . .change"), ("identifying | JJHCS requests the sealing of emails and related discussions in the October 25 Letter that are not known to the general public and for which the parties agreed to keep confidential. JJHCS | If filed on the public docket, these exhibits and related discussion will reveal confidential material relating to JJHCS's sensitive business information. | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No | None | None |

1

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| . . . Escalation"), ("discussing . . . plan"), ("a chat . . . "), ("The . . . 2023"): discussion about confidential emails; and<br><br>Exs. 5, 7–10 & 12–15: confidential emails | maintains that these exhibits contain sensitive business information, including the administration of the CarePath program. | Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | less restrictive alternative is available or practicable. | | |
| Redactions on p. 2 n. 3 ("work . . . drugs"): discussion about confidential Work Order; and<br><br>Ex. 6: Work Order | JJHCS requests the sealing of a document and related discussions in the October 25 Letter that are not known to the general public and for which the parties agreed to keep confidential. JJHCS maintains that these exhibits contain sensitive business information, including the administration of the CarePath program. | If filed on the public docket, these exhibits and related discussion will reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |

2

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| | | disadvantage if its competitors secured the information. | | | |
| Redactions on p. 3 & n. 8 ("The CAP . . . patients"), ("a form . . ."), ("same . . . Tremfya"): discussion about confidential letters; and<br><br>Exs. 16–17: confidential letters | JJHCS requests the sealing of letters and related discussions in the October 25 Letter that are not known to the general public and for which the parties agreed to keep confidential. JJHCS maintains that these exhibits contain sensitive business information, including the administration of the CarePath program. | If filed on the public docket, these exhibits and related discussion will reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |

3