# EXHIBIT G

**Exhibit G to the Declaration of Jeffrey Greenbaum**
**SaveOnSP's Proposed Redactions to ECF No. 166**

| Document Title/ECF No. | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Letter dated October 25, 2023 re CAP Search Terms [ECF No. 166] | Letter reflects SaveOnSP's internal policies and payment structure for SaveOnSP coinsurance, comprising propriety business and confidential health information. *See* ECF 166. | If relief is not granted, SaveOnSP would be at a competitive disadvantage should its proprietary non-public business information be disclosed to competitors and other market participants. | A redacted, public version of the exhibit is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOnSP's proprietary business information. | No | No objection |
| Exhibit 20 to Letter dated October 25, 2023 re CAP Search Terms [ECF No. 166] | Exhibit reflects SaveOnSP's organizational chart, comprising proprietary business information. *See* ECF 166 at Ex. 20. | If relief is not granted, SaveOnSP would be at a competitive disadvantage should its proprietary non-public business information be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOnSP's proprietary business information. | No | No objection |
| Exhibit 22 to Letter dated October 25, 2023 re CAP Search Terms [ECF No. 166] | Exhibit reflects SaveOnSP's internal processes for maintaining data, including payment data and payment values, as well as confidential | If relief is not granted, confidential health information would be disclosed and SaveOnSP would be at a competitive disadvantage should its proprietary | A redacted, public version of the exhibit is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of | No | No objection |

| Document Title/ECF No. | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| | information regarding specific patient transactions, comprising propriety business and confidential health information. *See* ECF 166 at Ex. 22. | non-public business information be disclosed to competitors and other market participants. | SaveOnSP's proprietary business information. | | |
| JJHCS Exhibit 1 to Letter dated October 25, 2023 re CAP Search Terms [ECF No. 166] | Exhibit reflects SaveOnSP's internal policies and payment structure for SaveOnSP coinsurance, comprising confidential proprietary business information. *See* ECF 166 at JJHCS Ex. 1. | If relief is not granted, SaveOnSP would be at a competitive disadvantage should its proprietary non-public business information be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOnSP's proprietary business information. | No | No objection |
| JJHCS Exhibit 2 to Letter dated October 25, 2023 re CAP Search Terms [ECF No. 166] | Exhibit reflects SaveOnSP's internal presentation regarding operational enhancements pertaining to Express Scripts, comprising confidential propriety business information. *See* ECF 166 at JJHCS Ex. 2. | If relief is not granted, SaveOnSP would be at a competitive disadvantage should its proprietary non-public business information be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOnSP's proprietary business information. | No | No objection |

| Document Title/ECF No. | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| JJHCS Exhibit 3 to Letter dated October 25, 2023 re CAP Search Terms [ECF No. 166] | Exhibit reflects SaveOnSP's internal call log and internal policies and strategies for engaging with members, comprising confidential proprietary business information. *See* ECF 166 at JJHCS Ex. 3. | If relief is not granted, SaveOnSP would be at a competitive disadvantage should its proprietary non-public business information be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOnSP's proprietary business information. | No | No objection |

3