# EXHIBIT H

## INDEX IN SUPPORT OF MOTION TO SEAL
## TRANSCRIPT DATED OCTOBER 30, 2023

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| Transcript dated October 30, 2023 at 66:19–22 ("And . . . payments?") | JJHCS requests the sealing of a portion of a transcript that is not known to the general public and which references documents that the parties agreed to keep confidential. JJHCS maintains that this transcript contains sensitive business information, including discussion of confidential documents pertaining to the administration of the CarePath program. | If filed on the public docket, this transcript will reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |
| Transcript dated October 30, 2023 at 68:9–20 ("This . . . SaveOn.") | JJHCS requests the sealing of a portion of a transcript that is not known to the general public and which references documents that the parties | If filed on the public docket, this transcript will reveal confidential material relating to | JJHCS requests the sealing of only the information that will reveal confidential information that is | None | None |

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| | agreed to keep confidential. JJHCS maintains that this transcript contains sensitive business information, including discussion of confidential documents pertaining to the administration of the CarePath program. | JJHCS's sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | not known to the general public. No less restrictive alternative is available or practicable. | | |
| Transcript dated October 30, 2023 at 69:7–8 ("These . . . patient,") & 10–18 ("Now . . . patient.") | JJHCS requests the sealing of a portion of a transcript that is not known to the general public and which references documents that the parties agreed to keep confidential. JJHCS maintains that this transcript contains sensitive business information, including discussion of confidential documents pertaining to the | If filed on the public docket, this transcript will reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the public would cause | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |

1

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| | administration of the CarePath program. | irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | | | |
| Transcript dated October 30, 2023 at 71: 8–12 ("There . . . maximizers.") & 14–16 ("So . . .'") | JJHCS requests the sealing of a portion of a transcript that is not known to the general public and which references documents that the parties agreed to keep confidential. JJHCS maintains that this transcript contains sensitive business information, including discussion of confidential documents pertaining to the administration of the CarePath program. | If filed on the public docket, this transcript will reveal confidential material relating to JJHCS's sensitive business information.

Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| Transcript dated October 30, 2023 at 72:14–15 ("We . . . patients.") | JJHCS requests the sealing of a portion of a transcript that is not known to the general public and which references documents that the parties agreed to keep confidential. JJHCS maintains that this transcript contains sensitive business information, including discussion of confidential documents pertaining to the administration of the CarePath program. | If filed on the public docket, this transcript will reveal confidential material relating to JJHCS's sensitive business information. Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |
| Transcript dated October 30, 2023 at 74:7–11 ("which . . . May 4, 2022,") | JJHCS requests the sealing of a portion of a transcript that is not known to the general public and which references documents that the parties agreed to keep confidential. JJHCS maintains that this transcript contains sensitive | If filed on the public docket, this transcript will reveal confidential material relating to JJHCS's sensitive business information. | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive | None | None |

3

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| | business information, including discussion of confidential documents pertaining to the administration of the CarePath program. | Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | alternative is available or practicable. | | |
| Transcript dated October 30, 2023 at 77:5–6 ("that . . . 2022.") | JJHCS requests the sealing of a portion of a transcript that is not known to the general public and which references documents that the parties agreed to keep confidential. JJHCS maintains that this transcript contains sensitive business information, including discussion of confidential documents pertaining to the administration of the CarePath program. | If filed on the public docket, this transcript will reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |

4

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| | | a competitive disadvantage if its competitors secured the information. | | | |
| Transcript dated October 30, 2023 at 78:3–4 ("about . . . program"); 5–7 ("who . . .") & 8–13 ("They . . . medication.") | JJHCS requests the sealing of a portion of a transcript that is not known to the general public and which references documents that the parties agreed to keep confidential. JJHCS maintains that this transcript contains sensitive business information, including discussion of confidential documents pertaining to the administration of the CarePath program. | If filed on the public docket, this transcript will reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |

5

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| Transcript dated October 30, 2023 at 80:8–14 ("And . . . world.") | JJHCS requests the sealing of a portion of a transcript that is not known to the general public and which references documents that the parties agreed to keep confidential. JJHCS maintains that this transcript contains sensitive business information, including discussion of confidential documents pertaining to the administration of the CarePath program. | If filed on the public docket, this transcript will reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |
| Transcript dated October 30, 2023 at 81:1–5 ("It's . . . studying.") | JJHCS requests the sealing of a portion of a transcript that is not known to the general public and which references documents that the parties agreed to keep confidential. JJHCS maintains that this transcript contains sensitive | If filed on the public docket, this transcript will reveal confidential material relating to JJHCS's sensitive business information. | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive | None | None |

6

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| | business information, including discussion of confidential documents pertaining to the administration of the CarePath program. | Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | alternative is available or practicable. | | |
| Transcript dated October 30, 2023 at 103:7–15 ("That . . . SaveOn.") | JJHCS requests the sealing of a portion of a transcript that is not known to the general public and which references documents that the parties agreed to keep confidential. JJHCS maintains that this transcript contains sensitive business information, including discussion of confidential documents pertaining to the administration of the CarePath program. | If filed on the public docket, this transcript will reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |

7

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| | | a competitive disadvantage if its competitors secured the information. | | | |
| Redactions on pp. 103:24–104:1 ("Isn't . . . program.") | JJHCS requests the sealing of a portion of a transcript that is not known to the general public and which references documents that the parties agreed to keep confidential. JJHCS maintains that this transcript contains sensitive business information, including discussion of confidential documents pertaining to the administration of the CarePath program. | If filed on the public docket, this transcript will reveal confidential material relating to JJHCS's sensitive business information.

Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| Transcript dated October 30, 2023 at 106:12–14 ("CAP M . . . .") | JJHCS requests the sealing of a portion of a transcript that is not known to the general public and which references documents that the parties agreed to keep confidential. JJHCS maintains that this transcript contains sensitive business information, including discussion of confidential documents pertaining to the administration of the CarePath program. | If filed on the public docket, this transcript will reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |
| Transcript dated October 30, 2023 at 113:4–5 ("So . . . CAP.") | JJHCS requests the sealing of a portion of a transcript that is not known to the general public and which references documents that the parties agreed to keep confidential. JJHCS maintains that this transcript contains sensitive | If filed on the public docket, this transcript will reveal confidential material relating to JJHCS's sensitive business information. | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive | None | None |

9

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| | business information, including discussion of confidential documents pertaining to the administration of the CarePath program. | Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | alternative is available or practicable. | | |