# EXHIBIT I

**Exhibit I to the Declaration of Jeffrey Greenbaum**
**SaveOnSP's Proposed Redactions to ECF No. 171**

| Document Title/ECF No. | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| October 30, 2023 Transcript [ECF No. 171] | The transcript reflects quotations from SaveOnSP's internal, confidential documents reflecting SaveOnSP's business strategies pertaining to copayments, comprising confidential proprietary business information. *See* ECF 171. | If relief is not granted, SaveOnSP would be at a competitive disadvantage should its proprietary non-public business information be disclosed to competitors and other market participants. | A redacted, public version of the transcript is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOnSP's proprietary business information. | No | No objection |