SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
Sara Arrow
Julia Haigney Long (admitted *pro hac vice*)
Elisabeth Shane (admitted *pro hac vice*)
Katherine Brisson (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
  *Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | : |
| | Civil Action No. 22-2632(ES)(CLW) |
| Plaintiff, | : |
| | Hon. Esther Salas, U.S.D.J. |
| vs. | : Hon. Cathy L. Waldor, U.S.M.J |
| | : |
| SAVE ON SP, LLC, | **CERTIFICATE OF SERVICE** |
| | : |
| Defendant. | |
| | : |

JEFFREY J. GREENBAUM, of full age, certifies that on the 21st day of November 2023, I caused a copy of a Notice of Motion, Declaration of Jeffrey J. Greenbaum, and proposed form of Order, all in support of the Joint Motion to Seal to be served via CM/ECF on all counsel of record.

I certify under penalty of perjury that the foregoing is true and correct.

*s/ Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM

Dated: November 21, 2023