# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

**Jeffrey J. Greenbaum**
**Member**
**Admitted In NJ, NY**
**Direct Dial: 973-643-5430**
**Email:**
**jgreenbaum@sillscummis.com**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

January 16, 2024

**By ECF**
The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07101

   **Re:** *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*
      <u>Civil Action No. 22-2632 (ES-CLW)</u>

Dear Judge Waldor:

  Together with Patterson Belknap Webb & Tyler LLP, we represent Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS") in the above-referenced action. Pursuant to the Court's Order, dated January 10, 2024 (ECF No. 189), enclosed please find a redacted version of the parties' joint letter, dated August 24, 2023 (which appears in unredacted form at ECF No. 146), that may be filed on the public docket in redacted form.

            Respectfully yours,

            */s/ Jeffrey J. Greenbaum*

            JEFFREY J. GREENBAUM

Enclosure
cc: All counsel of record (by ECF)