UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civil Action No. 22-2632 (JKS) (CLW) |

## NOTICE OF CHANGE OF FIRM NAME

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the law firm of Selendy Gay Elsberg PLLC counsel to defendant Save On SP, L.L.C., has changed its name to Selendy Gay PLLC, effective immediately. The office address, telephone and facsimile numbers, and e-mail addresses remain the same. Please update your records to reflect this change.

Executed on: February 9, 2024
New York, New York

By: /s/        E. Evans Wohlforth, Jr.
E. Evans Wohlforth, Jr.
**ROBINSON & COLE LLP**
666 Third Avenue, 20th Floor
New York, NY 10017
Telephone: (212) 451-2900
Facsimile: (212) 451-2999
ewohlforth@rc.com

and

Andrew R. Dunlap (admitted pro hac vice)
Meredith Nelson (admitted pro hac vice)
Elizabeth Snow (admitted pro hac vice)
**SELENDY GAY PLLC**
1290 Avenue of the Americas
New York, NY 10104

2

        Telephone: 212-390-9000
        adunlap@selendygay.com
        mnelson@selendygay.com
        esnow@selendygay.com

*Attorneys for Defendant Save On SP, LLC*