E. Evans Wohlforth, Jr.
**ROBINSON & COLE LLP**
666 Third Avenue, 20th Floor
New York, NY 10017
Telephone: (212) 451-2900
Facsimile: (212) 451-2999
ewohlforth@rc.com
sgalli@rc.com

Andrew R. Dunlap (admitted *pro hac vice*)
Meredith Nelson (admitted *pro hac vice*)
Elizabeth Snow (admitted *pro hac vice*)
**SELENDY GAY PLLC**
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
adunlap@selendygay.com
mnelson@selendygay.com
esnow@selendygay.com

*Attorneys for Defendant Save On SP, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civil Action No. 2:22-cv-02632 (JKS)(CLW) <br><br> *Document electronically filed.* <br><br> **CERTIFICATE OF SERVICE** |

I, **E. EVANS WOHLFORTH, JR.**, hereby certify as follows:

1. I am an attorney at law admitted to practice before this Court, a member of the firm, Robinson & Cole LLC, and counsel to Defendant Save On SP, LLC ("SaveOnSP") in the above-captioned matter. On February 9, 2024, pursuant to Local Civil Rule 5.2, I caused the following documents to be electronically filed and served:

- Defendant Save On SP, LLC's Notice of Motion for Admission *Pro Hac Vice* of Philippe Z. Selendy.;

28840179-v1

- Certification of E. Evans Wohlforth, Jr.;
- Certification of Philippe Z. Selendy.;
- Proposed Order; and
- this Certificate of Service.

2. Service was made on this date upon all counsel of record in accordance with the Federal Rules of Civil Procedure and the District of New Jersey's Local Rules on Electronic Service.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

| | |
|---|---|
| Dated: February 9, 2024<br>Newark, New Jersey | By: /s/ E. Evans Wohlforth, Jr.<br>E. Evans Wohlforth, Jr.<br>**ROBINSON & COLE LLP**<br>666 Third Avenue, 20th Floor<br>New York, NY 10017<br>Telephone: (212) 451-2900<br>Facsimile: (212) 451-2999<br>ewohlforth@rc.com<br>sgalli@rc.com<br><br>Andrew R. Dunlap (admitted *pro hac vice*)<br>Meredith Nelson (admitted *pro hac vice*)<br>Elizabeth Snow (admitted *pro hac vice*)<br>**SELENDY GAY PLLC**<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: 212-390-9000<br>adunlap@selendygay.com<br>mnelson@selendygay.com<br>esnow@selendygay.com<br><br>*Attorneys for Defendant Save On SP, LLC* |

2