SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632 (JKS) (CLW) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| SAVE ON SP, LLC, | *Document electronically filed* |
| Defendant. | |

JEFFREY J. GREENBAUM, of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey, admitted to practice in the United States District Court for the District of New Jersey, and a Member of the law firm of Sills Cummis & Gross P.C., attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc. in the above-captioned action.

2. On March 12, 2024, a copy of the foregoing Application for *pro hac vice* admission of Cassandra Deskus, Ian Eppler, Saniya Suri, and Caroline Zielinski along with

2

supporting Declarations of Jeffrey J. Greenbaum, Cassandra Deskus, Ian Eppler, Saniya Suri, and Caroline Zielinski and a Proposed Order, were electronically filed and thereby served upon counsel for Defendant Save On SP, LLC.

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Jeffrey J. Greenbaum*<br>JEFFREY J. GREENBAUM

Dated: March 12, 2024

2