SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
  *Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | : | Civil Action No. 22-2632(JKS)(CLW) |
| | : | |
| Plaintiff, | : | Hon. Jamel K. Semper, U.S.D.J. |
| | : | Hon. Cathy L. Waldor, U.S.M.J. |
| vs. | : | |
| SAVE ON SP, LLC, | : | **NOTICE OF MOTION** |
| | : | **FOR LEAVE TO FILE AN** |
| Defendant. | | **AMENDED COMPLAINT** |
| | : | |

COUNSEL:

PLEASE TAKE NOTICE that on April 15, 2024 at 9:00 A.M. in the

forenoon, or as soon thereafter as counsel may be heard, the undersigned attorneys

for Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS") shall apply before the Honorable Jamel K. Semper at the United States District Court for the District of New Jersey, Frank R. Lautenberg Post Office & Courthouse, 2 Federal Square, Newark, New Jersey 07101 for an Order, pursuant to Fed. R. Civ. P. 15(a)(2) and 21, granting JJHCS leave to file an Amended Complaint, in the form submitted, also naming as additional parties Express Scripts Inc. and Accredo Health Group, Inc.

PLEASE TAKE FURTHER NOTICE that in support of this motion, JJHCS shall rely upon the accompanying Memorandum of Law and Declaration of Harry Sandick.  A proposed form of Order is also attached.

PLEASE TAKE FURTHER NOTICE that pursuant to L. Civ. R. 15.1, JJHCS is herein submitting a Proposed Amended Complaint (Exhibit A) along with a blackline showing changes from JJHCS's initial Complaint (Exhibit B). JJHCS is filing the Memorandum of Law, the Proposed Amended Complaint, and blackline under seal contemporaneously with the filing of this Notice.

PLEASE TAKE FURTHER NOTICE that JJHCS hereby requests oral argument.

Respectfully submitted,

SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

By:    s/ Jeffrey J. Greenbaum
        JEFFREY J. GREENBAUM
        KATHERINE M. LIEB

PATTERSON BELKNAP
    WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc.*

Dated:  March 14, 2024

Exhibit A to Notice of Motion for Leave to File an Amended Complaint

Confidential – Filed Under Seal

Exhibit B to Notice of Motion for Leave to File an
Amended Complaint

Confidential – Filed Under Seal