SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
  *Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHNSON & JOHNSON HEARTH CARE SYSTEMS INC., | : | Civil Action No. 22-2632(JKS)(CLW) |
| Plaintiff, | : | Hon. Jamel K. Semper, U.S.D.J. |
| vs. | : | Hon. Cathy L. Waldor, U.S.M.J. |
| SAVE ON SP, LLC, | : | **ORDER GRANTING** |
| Defendant. | : | **MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| | : | |

THIS MATTER having come before the Court by Sills Cummis & Gross P.C. and Patterson Belknap Webb and Tyler LLP, attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS"), on JJHCS's Motion for Leave to File an Amended Complaint, and the Court having reviewed and

considered the motion and submissions of the parties, and having heard oral argument, and it appearing to the Court, pursuant to Fed. R. Civ. P. 15(a)(2) and 21 that JJHCS should be granted leave to file the Proposed Amended Complaint, and for good cause shown;

    IT IS on this _____ day of _____, 2024,

    ORDERED that JJHCS's Motion for Leave to File an Amended Complaint is GRANTED; and

    IT IS FURTHER ORDERED that JJHCS shall file its Proposed Amended Complaint within 10 (ten) days of the date of this Order.

_____
HON. JAMEL K. SEMPER