SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | : | Civil Action No. 22-2632 (JKS)(CLW) |
| | : | |
| Plaintiff, | : | |
| | : | Hon. Jamel K. Semper, U.S.D.J. |
| v. | | Hon. Cathy L. Waldor, U.S.M.J. |
| | : | |
| | | **CERTIFICATION OF SERVICE** |
| SAVE ON SP, LLC, | : | |
| | | (Electronically Filed Document) |
| Defendant. | : | |
| | : | |

JEFFREY J. GREENBAUM, of full age, certifies that on the 14th day of March, I caused a copy of a Notice of Motion with proposed Amended Complaint (Exhibit A) and a blackline showing changes from the initial Complaint (Exhibit B), Declaration of Harry Sandick, Brief, and proposed form of Order, all in support of Plaintiff Johnson & Johnson Health Care Systems Inc.'s Motion for Leave to File an Amended Complaint to be served via CM/ECF and email to counsel for Defendant Save On SP, LLC.

I certify under penalty of perjury that the foregoing is true and correct.

*s/ Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM

Dated:     March 14, 2024