SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
  *Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632(JKS)(CLW) |
| Plaintiff, | Hon. Jamel K. Semper, U.S.D.J. |
| | Hon. Cathy L. Waldor, U.S.M.J. |
| vs. | |
| SAVE ON SP, LLC, | **ORDER GRANTING MOTION TO UNSEAL** |
| Defendant. | |

THIS MATTER having come before the Court by Sills Cummis & Gross P.C. and Patterson Belknap Webb and Tyler LLP, attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS"), on JJHCS's Motion to Unseal the Motion to Amend and the Proposed Amended Complaint, and the Court

having reviewed and considered the motion and submissions of the parties, and having heard oral argument, and it appearing to the Court that the Motion to Amend and the Proposed Amended Complaint should be unsealed, and for good cause shown;

   IT IS on this   day of     , 2024,

   ORDERED that JJHCS's Motion to Unseal the Motion to Amend and the Proposed Amended Complaint is GRANTED; and

   IT IS FURTHER ORDERED that the Motion to Amend and the Proposed Amended Complaint (D.E. ___) shall be unsealed and made available on the public docket.

                _____

                HON. JAMEL K. SEMPER