# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

**Jeffrey J. Greenbaum**
Member
Admitted In NJ, NY
Direct Dial:  973-643-5430
Email: jgreenbaum@sillscummis.com

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

March 20, 2024

**By ECF**

The Honorable Freda L. Wolfson
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, New Jersey 07068

Re: ***Johnson & Johnson Healthcare Systems Inc. v. Save On SP, LLC***
**Case No. 2:22-cv-02632 (JKS) (CLW)**

Dear Judge Wolfson:

Under L.Civ.R. 15.1(a), movants for leave to amend are to advise the Court whether the motion is opposed. In view of the contested nature of everything in these proceedings, we anticipated that SaveOn would oppose our applications, and expected that its counsel would want to see the amended pleading before they responded to any request as to its position. Since the Proposed Amended Complaint was not completed until late in the day on March 14, the date our motion was required to be filed under the scheduling order, we reached out to SaveOn counsel the following morning after they were served with a copy of the proposed complaint and asked for their position on both the motion for leave to amend and to unseal, or if they wanted to meet and confer on any issues raised in those motions. We were finally advised yesterday evening that they would oppose both motions, and therefore so advise the Court.

Respectfully yours,

/s/ *Jeffrey J. Greenbaum*

JEFFREY J. GREENBAUM

cc: All Counsel
(*by ECF and email*)