# Exhibit 1

| | |
|---|---|
| **From:** | Elizabeth Snow |
| **To:** | Long, Julia (x2878); LoBiondo, George (x2008); Mangi, Adeel A. (x2563); Sandick, Harry (x2723); Arrow, Sara (x2031); ~jgreenbaum@sillscummis.com; ~klieb@sillscummis.com; _cg J&J-SaveOn |
| **Cc:** | Philippe Selendy; Andrew Dunlap; Meredith Nelson; Wohlforth, E. Evans; Matthew Nussbaum |
| **Subject:** | JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW) |
| **Date:** | Thursday, March 14, 2024 6:06:13 PM |

Counsel,

In Dkt. 219-2, you indicate that you have caused to be served the proposed Amended Complaint that J&J has moved to file. Contrary to that statement, counsel for SaveOn has no record of receiving a copy of the proposed Amended Complaint. Please promptly provide a copy of the proposed Amended Complaint.

Thanks,

Elizabeth

**Elizabeth Snow**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: she, her, hers
------------------------------------------------
+1 212.390.9330  [O]
+1 540.409.7257  [M]