# Exhibit 3

| | |
|---|---|
| **From:** | Wohlforth, E. Evans |
| **To:** | Jeffrey Greenbaum; Fang, Wayne; Wolfson, Freda |
| **Cc:** | Sandick, Harry (x2723); globiondo@pbwt.com; Katherine Lieb; Katchen, Katherine M.; Andrew Dunlap; Meredith Nelson; Elizabeth Snow; Matthew Nussbaum; JJSaveOn@pbwt.com; Galli, Sabrina M.; Aine Carolan |
| **Subject:** | RE: 2:22-cv-02632-ES-CLW JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC. v. SAVE ON SP, LLC |
| **Date:** | Tuesday, March 5, 2024 11:22:59 AM |
| **Attachments:** | image007.png |

Wayne and Jeff: Unfortunately, our lead counsel is away for the week March 25. It appears that unavailabilities are consecutive, not concurrent. SaveOnSP can be available April 2 and 3. April 5 in the morning is possible. Please let us know what works. Regards, Evans

**From:** Jeffrey Greenbaum <JGREENBAUM@sillscummis.com>
**Sent:** Tuesday, March 5, 2024 11:06 AM
**To:** Fang, Wayne <WFang@lowenstein.com>; Wohlforth, E. Evans <EWohlforth@rc.com>; Wolfson, Freda <FWolfson@lowenstein.com>
**Cc:** Sandick, Harry (x2723) <hsandick@pbwt.com>; globiondo@pbwt.com; Katherine Lieb <klieb@sillscummis.com>; Katchen, Katherine M. <kkatchen@rc.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; JJSaveOn@pbwt.com; Galli, Sabrina M. <SGalli@rc.com>; Aine Carolan <acarolan@selendygay.com>
**Subject:** RE: 2:22-cv-02632-ES-CLW JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC. v. SAVE ON SP, LLC

**CAUTION:** **EXTERNAL EMAIL**

Wayne:

Thank you. That day works for our side. My only conflict is a 12:30 status call with Magistrate Judge Clark in another case.

Jeff

**Jeffrey J. Greenbaum**
Member



**website** | **bio** | **vCard** | **newsroom** | **email**

One Riverfront Plaza, Newark, NJ 07102
p (973) 643-5430 | f (973) 643-6500 **map**

101 Park Avenue, 28th Floor, New York, NY 10178

p (212) 643-7000 | f (212) 643-6500 **map**

---

**From:** Fang, Wayne <WFang@lowenstein.com>
**Sent:** Tuesday, March 5, 2024 9:54 AM
**To:** Jeffrey Greenbaum <JGREENBAUM@sillscummis.com>; Wohlforth, E. Evans <EWohlforth@rc.com>; Wolfson, Freda <FWolfson@lowenstein.com>
**Cc:** Sandick, Harry (x2723) <hsandick@pbwt.com>; globiondo@pbwt.com; Katherine Lieb <klieb@sillscummis.com>; Katchen, Katherine M. <kkatchen@rc.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; JJSaveOn@pbwt.com; Galli, Sabrina M. <SGalli@rc.com>; Aine Carolan <acarolan@selendygay.com>
**Subject:** RE: 2:22-cv-02632-ES-CLW JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC. v. SAVE ON SP, LLC

**\*\*\* External Email \*\*\***

---

Counsel:

Judge Wolfson is available by Zoom on March 28th. Please let me know if all counsel are available on that day. If so, I will send out a Zoom invite. Thank you.

Wayne

**Wayne Fang**
Senior Counsel
Lowenstein Sandler LLP

T: (862) 926-2813

 



---

**From:** Jeffrey Greenbaum <JGREENBAUM@sillscummis.com>
**Sent:** Tuesday, March 5, 2024 9:21 AM
**To:** Fang, Wayne <WFang@lowenstein.com>; Wohlforth, E. Evans <EWohlforth@rc.com>; Wolfson, Freda <FWolfson@lowenstein.com>
**Cc:** Sandick, Harry (x2723) <hsandick@pbwt.com>; globiondo@pbwt.com; Katherine Lieb <klieb@sillscummis.com>; Katchen, Katherine M. <kkatchen@rc.com>; Andrew Dunlap

<adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; JJSaveOn@pbwt.com; Galli, Sabrina M. <SGalli@rc.com>; Aine Carolan <acarolan@selendygay.com>
**Subject:** Re: 2:22-cv-02632-ES-CLW JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC. v. SAVE ON SP, LLC

Wayne:

Mr Sandick is on vacation that week. We have been conferring with SaveOn to find a convenient date and suggested March 28 at at 10 or 2 pm but have not heard back yet. Is that convenient for Judge Wolfson?

Jeff

**Jeffrey J. Greenbaum**
Member

website | bio | vCard | newsroom | email

One Riverfront Plaza, Newark, NJ 07102
p (973) 643-5430 | f (973) 643-6500  map

101 Park Avenue, 28th Floor, New York, NY 10178
p (212) 643-7000 | f (212) 643-6500  map

---

**From:** Fang, Wayne <WFang@lowenstein.com>
**Sent:** Tuesday, March 5, 2024 7:35:51 AM
**To:** Wohlforth, E. Evans <EWohlforth@rc.com>; Wolfson, Freda <FWolfson@lowenstein.com>
**Cc:** Sandick, Harry (x2723) <hsandick@pbwt.com>; globiondo@pbwt.com <globiondo@pbwt.com>; Katherine Lieb <klieb@sillscummis.com>; Jeffrey Greenbaum <JGREENBAUM@sillscummis.com>; Katchen, Katherine M. <kkatchen@rc.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; JJSaveOn@pbwt.com <JJSaveOn@pbwt.com>; Galli, Sabrina M. <SGalli@rc.com>; Aine Carolan <acarolan@selendygay.com>
**Subject:** RE: 2:22-cv-02632-ES-CLW JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC. v. SAVE ON SP, LLC

**\*\*\* External Email \*\*\***

Counsel:

As noted in Judge Wolfson previous email, she intends to schedule a hearing on the following outstanding fully briefed motions: 1) claw back motion filed by Plaintiff; (2) Defendant's CAP motion related to Judge Waldor's November Order; and 3) Defendbant's CAP motion related to search terms applicable to newly ordered custodians.  Judge Wolfson will issue an order on Defendant's motion for reconsideration/clarification.

Judge Wolfson proposes the Zoom hearing to take place on March 18, 2024 at 11:30 am.  Please advise whether the parties are available on that date and time.

Thank you.

Wayne

**Wayne Fang**
Senior Counsel
Lowenstein Sandler LLP

T: (862) 926-2813





**From:** Wohlforth, E. Evans <EWohlforth@rc.com>
**Sent:** Monday, March 4, 2024 7:50 PM
**To:** Fang, Wayne <WFang@lowenstein.com>; Wolfson, Freda <FWolfson@lowenstein.com>
**Cc:** Sandick, Harry (x2723) <hsandick@pbwt.com>; globiondo@pbwt.com; klieb@sillscummis.com; Jeffrey J. Greenbaum <jgreenbaum@sillscummis.com>; Katchen, Katherine M. <kkatchen@rc.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; JJSaveOn@pbwt.com; Galli, Sabrina M. <SGalli@rc.com>; Aine Carolan <acarolan@selendygay.com>
**Subject:** RE: 2:22-cv-02632-ES-CLW JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC. v. SAVE ON SP, LLC

Your Honor and Mr. Fang:  Please find attached Defendant SaveOnSP's Letter in further support of its motion for an Order regarding CAP terms and in reply to Plaintiff's opposition to the same.  The Exhibits to this Letter appear in the following Dropbox link:

Link: https://www.dropbox.com/scl/fo/0f4rd51920m9ezch7m6x2/h?rlkey=arym4s1br6b0ve29r2zw5sw1j&dl=0
Password: ELTigfnh*3294

Thank you for your kind attention to this submission.  Please do not hesitate to contact me if you have any trouble with the attachment or exhibits, or if I can otherwise be of assistance.  Regards, --Evans

**E. Evans Wohlforth Jr.**

Robinson & Cole LLP
666 Third Avenue, 20th floor
New York, NY 10017
Direct 212.451.2954 | Fax 212.451.2999
ewohlforth@rc.com | Bio | V-Card
—

**Robinson+Cole**
**Embracing Change for Over 175 Years**

Boston  |  Hartford  |  New York  |  Washington, DC  |  Providence  |  Miami
Stamford  |  Wilmington  |  Philadelphia  |  Los Angeles  |  Albany  |  www.rc.com

---

This transmittal may be a confidential R+C attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it-admin@rc.com, and immediately delete this message and all its attachments.

---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.