# Exhibit 4

# Holland & Knight

10 St. James Avenue | Boston, MA 02116 | T 617.523.2700 | F 617.523.6850
Holland & Knight LLP | www.hklaw.com

Jeremy M. Sternberg
+1 617-854-1476
Jeremy.Sternberg@hklaw.com

March 19, 2024

*Via E-mail (hsandick@pbwt.com; kbrisson@pbwt.com; adunlap@selendygay.com); esnow@selendygay.com*

Harry Sandick
Katherine Brisson
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036

Andrew Dunlap
Elizabeth Snow
Selendy Gay PLLC
1290 6th Ave
New York, NY 10104

Re:    *Johnson & Johnson Health Care Systems, Inc. v. Save On SP , LLC,*
       *Civil Action No. 22-2632*

Dear Counsel:

We write today in regards to the March 14, 2024 Motion for Leave to File an Amended Complaint [D.E. 219] and the Motion to Unseal [D.E. 221] (the "Motions") filed by JJHCS, and the letter received from JJHCS counsel on that same date (the "Letter"). As you are all aware, Exhibits A and B to the Motion were filed under seal and we only received them from the Patterson Belknap team (on behalf of JJHCS) yesterday evening.

Based on information and documents now available to us, we intend to file a motion to intervene on behalf of Express Scripts and Accredo in the New Jersey Action in order to respond to JJHCS's Motion that seeks to add them as parties to the proposed amended complaint, as well as JJHCS's Motion to Unseal.

Atlanta | Austin | Birmingham | Boston | Century City | Charlotte | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale
Houston | Jacksonville | Los Angeles | Miami | Nashville | Newport Beach | New York | Orlando | Philadelphia
Portland | Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

Harry Sandick
Katherine Brisson
Andrew Dunlap
Elizabeth Snow
March 19, 2024
Page 2


Under the Rules, we have an obligation to meet and confer with the current parties to the case to determine whether they will oppose our motion to intervene. Please let us know by noon on March 20, 2024, if your clients will assent to (or at least not oppose) our motion to intervene.


Very truly yours,

HOLLAND & KNIGHT LLP


Jeremy M. Sternberg

JMS