Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, NJ 07601
(201) 441-9056
mberman@hdrbb.com
*Counsel of Record for Accredo Health Group, Inc.*
*and Express Scripts, Inc.*

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY** <br><br> Civil No. 22-2632 (JKS) (CLW) <br><br> **NOTICE OF MOTION TO INTERVENE AND FOR EXTENSION OF THE BRIEFING SCHEDULE FOR PLAINTIFF'S PENDING MOTION FOR LEAVE TO AMEND AND PLAINTIFF'S MOTION TO UNSEAL** |

**PLEASE TAKE NOTICE** that, at a date and time to be set by the Court, undersigned counsel for Express Scripts, Inc. ("Express Scripts") and Accredo Health Group, Inc. ("Accredo") will move before the Honorable Jamel K. Semper at the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07102, for entry of an Order (a) granting Express Scripts and Accredo permission to intervene in the above-captioned matter for the limited purpose of opposing Plaintiff's pending motion for leave to amend its complaint and, on Accredo's part, opposing Plaintiff's pending motion to unseal the proposed amended complaint, and (b) extending the briefing schedule set for Plaintiff's pending motions.

In support of this motion, Movants will rely upon the brief and proposed form of Order filed herewith.

Movants hereby request oral argument.

Respectfully submitted,

/s/Mark A. Berman
Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07601
201-441-9056
mberman@hdrbb.com

*Counsel of Record for Movants Express Scripts, Inc. & Accredo Health Group, Inc.*

- and -

**HOLLAND & KNIGHT**
Jeremy M. Sternberg*
Emily A. Robey-Phillips*
10 St. James Avenue, 11th Floor
Boston, MA 02116
(617) 523-6850
Jeremy.sternberg@hklaw.com
Emily.robey-phillips@hklaw.com

*Counsel for Accredo Health Group, Inc.*

- and-

**HUSCH BLACKWELL LLP**
Sarah C. Hellmann*
Christopher A. Smith*
Kate Ledden*
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
(314) 480-1500
Fax: (314) 480-1505
sarah.hellmann@huschblackwell.com
chris.smith@huschblackwell.com
kate.ledden@huschblackwell.com

*Counsel for Express Scripts, Inc.*

*pro hac vice application forthcoming*

Dated: March 22, 2024