| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** <br><br> Civil No. 22-2632 (JKS) (CLW) <br><br> **ORDER** |

**THIS MATTER** having come before the Court upon the motion of Express Scripts, Inc. ("Express Scripts") and Accredo Health Group, Inc. ("Accredo") (collectively, "Movants"), for entry of an Order (a) granting Movants permission to intervene in the above-captioned matter for the limited purpose of opposing Plaintiff's pending motion for leave to amend its complaint and, on Accredo's part, opposing Plaintiff's motion to unseal the proposed amended complaint, and (b) extending the briefing schedule set for Plaintiff's pending motions, and the Court having considered the submissions of the parties and the arguments of counsel, and for good cause shown;

IT IS on this ___ day of _____, 2024, ordered as follows:

1) Movants' motion to intervene as of right is hereby GRANTED;

2) Movants' motion for permissive intervention is hereby GRANTED; and

3) Movants shall file opposition papers to Plaintiff's pending motions for leave to file, and to unseal, the proposed amended complaint, on or before April ___, 2024;

_____
Hon. Jamel K. Semper, U.S.D.J.