# Exhibit 5

| | |
|---|---|
| **From:** | Elizabeth Snow |
| **To:** | Emily.Robey-Phillips@hklaw.com; Brisson, Katherine (x2552); Andrew Dunlap; hsandick |
| **Cc:** | LoBiondo, George (x2008); Jeremy.Sternberg@hklaw.com; Andrew.Solinger@hklaw.com; Kate.Ledden@huschblackwell.com; Wohlforth, E. Evans; Philippe Selendy; Meredith Nelson |
| **Subject:** | RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632 (JKS) (CLW)) |
| **Date:** | Tuesday, March 19, 2024 2:08:13 PM |

Counsel,

SaveOn consents to Express Scripts and Accredo's motion to intervene.

Thanks,

Elizabeth

**Elizabeth Snow**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: she, her, hers

+1 212.390.9330  [O]
+1 540.409.7257  [M]

**From:** Emily.Robey-Phillips@hklaw.com <Emily.Robey-Phillips@hklaw.com>
**Sent:** Tuesday, March 19, 2024 1:35 PM
**To:** Brisson, Katherine (x2552) <kbrisson@pbwt.com>; Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; hsandick <hsandick@pbwt.com>
**Cc:** LoBiondo, George (x2008) <globiondo@pbwt.com>; Jeremy.Sternberg@hklaw.com; Andrew.Solinger@hklaw.com; Kate.Ledden@huschblackwell.com
**Subject:** JJHCS v. SaveOnSP (Case No. 2:22-cv-02632 (JKS) (CLW))

Counsel,

Please see the attached correspondence.

Thank you,

**Emily Robey-Phillips** | **Holland & Knight**
Associate
She|Her|Hers
Holland & Knight LLP
10 St. James Avenue, 11th Floor | Boston, Massachusetts 02116
Phone 617.854.1466 | Fax 617.523.6850 | Mobile 404.285.8954
emily.robey-phillips@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

Case 2:22-cv-02632-CCC-CLW    Document 225-5    Filed 03/22/24    Page 3 of 3 PageID: 11293