**Freda Wolfson**
Chief U.S. Dist. Judge (ret.)
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

**T**: (862) 926-2708
**F**: (973) 597-2400
**E**: fwolfson@lowenstein.com

# SPECIAL MASTER ORDER

*Filed on ECF*
To: All counsel of Record

    Re:    *JJHCS v. SaveOnSp LLC*
                **Civil Action No. 22-2632 (JKS)**

On March 22, 2024, Defendant SaveOnSp LLC ("Defendant") moved for an extension of time to file its opposition to Plaintiff Johnson & Johnson Health Care Systems Inc.'s ("Plaintiff") motions to amend and to unseal (EFC No. 223). Due to the upcoming holiday and my finding that Plaintiff will suffer no prejudice, I will grant Plaintiff's request for extension.

Accordingly, Defendant's opposition to Plaintiff's Motion to Amend (ECF No. 219) and Motion to Unseal (ECF No. 221) must be filed no later than April 11, 2024. Plaintiff's reply, if any, shall be filed no later than April 25, 2024.

                                                     /s/ Freda L. Wolfson
                                                     Hon. Freda L. Wolfson (ret.)
                                                     Special Master