E. Evans Wohlforth, Jr.
**ROBINSON & COLE LLP**
666 Third Avenue, 20th Floor
New York, NY 10017
Telephone: (212) 451-2900
Facsimile: (212) 451-2999
ewohlforth@rc.com

Philippe Z. Selendy (admitted *pro hac vice*)
Andrew R. Dunlap (admitted *pro hac vice*)
Meredith Nelson (admitted *pro hac vice*)
Elizabeth Snow (admitted *pro hac vice*)
**SELENDY GAY PLLC**
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
pselendy@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com
esnow@selendygay.com

*Attorneys for Defendant Save On SP, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAVE ON SP, LLC,<br><br>Defendant. | Civil Action No.  2:22-cv-02632 (JKS)(CLW)<br><br>*Document electronically filed*<br><br>**NOTICE OF MOTION<br>FOR ADMISSION *PRO HAC VICE* OF EMMA C. HOLLAND, HANNAH MILES, MATTHEW NUSSBAUM, AND TAYLOR W. STONE.** |

**TO:**   All Persons on ECF Service List

**COUNSEL:**

**PLEASE TAKE NOTICE** that Defendant Save On SP, LLC, by and through its undersigned counsel, shall move before the Honorable Cathy L. Waldor, U.S.M.J., on May 6, 2024 or as soon thereafter as counsel may be heard, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for the entry of an order granting leave

for Emma C. Holland, Hannah Miles, Matthew Nussbaum, and Taylor W. Stone, to appear in the above-captioned matter *pro hac vice* on behalf of Defendant Save On SP, LLC. Plaintiff Johnson & Johnson Health Care Systems, Inc. consents to this motion.

**PLEASE TAKE FURTHER NOTICE THAT** in support of that motion, and pursuant to Local Civil Rule 101.1(c), Defendant Save On SP, LLC shall rely upon the Certifications of counsel being filed herewith.  Defendant Save On SP, LLC respectfully submits pursuant to Local Civil Rule 7.1(d)(4) that no brief in support of this motion is necessary, because the Certifications being filed herewith plainly establish the requirements necessary for the *pro hac vice* admission of the above counsel.

**PLEASE TAKE FURTHER NOTICE** that a proposed order is submitted herewith.

| | |
|---|---|
| Dated: March 28, 2024<br>Newark, New Jersey | By: /s/ E. Evans Wohlforth, Jr<br>E. Evans Wohlforth, Jr.<br>**ROBINSON & COLE LLP**<br>666 Third Avenue, 20th Floor<br>New York, NY 10017<br>Telephone: (212) 451-2900<br>Facsimile: (212) 451-2999<br>ewohlforth@rc.com<br><br>Philippe Z. Selendy (admitted *pro hac vice*)<br>Andrew R. Dunlap (admitted *pro hac vice*)<br>Meredith Nelson (admitted *pro hac vice*)<br>Elizabeth Snow (admitted *pro hac vice*)<br>**SELENDY GAY PLLC**<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: 212-390-9000<br>pselendy@selendygay.com<br>adunlap@selendygay.com<br>mnelson@selendygay.com<br>esnow@selendygay.com<br><br>*Attorneys for Defendant Save On SP, LLC* |