E. Evans Wohlforth, Jr.
**ROBINSON & COLE LLP**
666 Third Avenue, 20th Floor
New York, NY 10017
Telephone: (212) 451-2900
Facsimile: (212) 451-2999
ewohlforth@rc.com

Philippe Z. Selendy (admitted *pro hac vice*)
Andrew R. Dunlap (admitted *pro hac vice*)
Meredith Nelson (admitted *pro hac vice*)
Elizabeth Snow (admitted *pro hac vice*)
**SELENDY GAY PLLC**
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
pselendy@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com
esnow@selendygay.com

*Attorneys for Defendant Save On SP, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SAVE ON SP, LLC,<br><br>　　　　　　　Defendant. | Civil Action No.  2:22-cv-02632 (JKS)(CLW)<br><br>*Document electronically filed.*<br><br>**CERTIFICATION OF E. EVANS WOHLFORTH, JR. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF EMMA C. HOLLAND, HANNAH MILES, MATTHEW NUSSBAUM, AND TAYLOR W. STONE.** |

I, **E. EVANS WOHLFORTH, JR.,** of full age, do hereby certify as follows:

1.　　　　I am a Partner of Robinson & Cole LLP, and I submit this certification in support

of Defendant Save On SP, LLC's motion for an Order granting Emma C. Holland, Hannah Miles,

Matthew Nussbaum, and Taylor W. Stone admission *pro hac vice* in this matter pursuant to Local Civil Rule 101.1(c). Plaintiff Johnson & Johnson Health Care Systems, Inc. consents to the motion. I am personally familiar with the facts set forth in this Certification.

2.      I am a member in good standing of the bars of the State of New Jersey, the State of New York, the United States District Court for the District of New Jersey, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Federal Circuit, and the Supreme Court of the United States.

3.      If the Court grants Defendant's motion for the admission *pro hac vice* of Emma C. Holland, Hannah Miles, Matthew Nussbaum, and Taylor W. Stone, I or another member of Robinson & Cole LLP who is a member in good standing of the bars of the State of New Jersey and the United States District Court for the District of New Jersey will continue to serve as counsel of record in this matter, will review and sign all pleadings, briefs, and other papers filed with the Court, will be present for all appearances before the Court unless previously excused from appearing by the Court, will be responsible for the conduct of this action and for the conduct of Emma C. Holland, Hannah Miles, Matthew Nussbaum, and Taylor W. Stone, and will otherwise comply with all the terms and conditions of Local Civil Rule 101.1(c).

4.      For the foregoing reasons and those set forth in the Certifications of Emma C. Holland, Hannah Miles, Matthew Nussbaum, and Taylor W. Stone submitted herewith, it is respectfully requested that the Court execute and direct the entry of the attached Order admitting Emma C. Holland, Hannah Miles, Matthew Nussbaum, and Taylor W. Stone, *pro hac vice* for the purpose of representing Defendant Save On SP, LLC in this litigation.

I declare under penalty of perjury that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.


Dated: March 28, 2024                    By:  /s/ E. Evans Wohlforth, Jr
       Newark, New Jersey                    E. Evans Wohlforth, Jr.
                                                     **ROBINSON & COLE LLP**
                                                     666 Third Avenue, 20th Floor
                                                     New York, NY 10017
     Telephone: (212) 451-2900
     Facsimile: (212) 451-2999
     ewohlforth@rc.com

     Philippe Z. Selendy (admitted *pro hac vice*)
     Andrew R. Dunlap (admitted *pro hac vice*)
     Meredith Nelson (admitted *pro hac vice*)
     Elizabeth Snow (admitted *pro hac vice*)
     **SELENDY GAY PLLC**
     1290 Avenue of the Americas
     New York, NY 10104
     Telephone: 212-390-9000
     pselendy@selendygay.com
     adunlap@selendygay.com
     mnelson@selendygay.com
     esnow@selendygay.com

     *Attorneys for Defendant Save On SP, LLC*