Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, NJ 07601
(201) 441-9056
mberman@hdrbb.com
*Counsel of Record for Accredo Health Group, Inc.*
*and Express Scripts, Inc.*

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Civil No. 22-2632 (JKS) (CLW)<br><br>**CERTIFICATION OF**<br>**EMILY ROBEY-PHILLIPS, ESQ.**<br>**IN SUPPORT OF APPLICATION FOR**<br>**ADMISSION *PRO HAC VICE*** |

I, EMILY ROBEY-PHILLIPS, ESQ., being of due age and sound mind, hereby certify as follows under penalty of law:

1. I make this Certification in support of my application for admission to the Bar of this Court *pro hac vice* for purposes of appearing on behalf of Accredo Health Group, Inc. in the above-captioned matter.

2. I am an Associate with the firm of Holland & Knight, located at 10 St. James Avenue, 11th floor, Boston, Massachusetts 02116.

3. I am admitted to practice law in, and a member in good standing of, the following jurisdictions:

   a. Commonwealth of Massachusetts
      Admitted 2017

   b. United States District Court for the District of Massachusetts
      Admitted 2019

4. The address of the offices maintaining the roll of members in good standing of the Bars in which I am a member are:

    a. Massachusetts Board of Bar Overseers
       99 High Street
       2nd floor
       Boston, Massachusetts 02110

    b. United States District Court
       District of Massachusetts
       Office of the Clerk
       1 Courthouse Way
       Boston, Massachusetts 02210

5. There are no disciplinary proceedings pending against me in any jurisdiction.

6. No discipline has previously been imposed on me in any jurisdiction.

7. Accordingly, I respectfully request that the Court grant my application for admission *pro hac vice* on behalf of Accredo Health Group, Inc.

I certify under penalty of perjury that the foregoing is true and correct.

                                                  Emily Robey-Phillips, Esq.

Executed on March 27, 2024