Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, NJ 07601
(201) 441-9056
mberman@hdrbb.com
*Counsel of Record for Accredo Health Group, Inc.*
*and Express Scripts, Inc.*

|  |  |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br>                                     Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br>                                     Defendant. | **UNITED STATES DISTRICT COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> Civil No. 22-2632 (JKS) (CLW) <br><br> **ORDER GRANTING** <br> **ADMISSION *PRO HAC VICE*** |

**THIS MATTER** having come before the Court upon the motion of Express Scripts, Inc. and Accredo Health Group, Inc. through their attorneys Hartmann Doherty Rosa Berman & Bulbulia LLP (Mark A. Berman, Esq., appearing), for entry of an Order admitting Emily Robey-Phillips, Esq. *pro hac vice* in this action on behalf of Accredo Health Group, Inc.; and the Court having considered the moving papers and any opposition thereto; and for good cause shown:

**IT IS** on this _____ day of _____, 2024;

**ORDERED** that Emily Robey-Phillips, Esq. is hereby permitted to appear and participate *pro hac vice* on behalf of Accredo Health Group, Inc., in this action under Local Civil Rule 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court on behalf of Accredo Health Group, Inc. shall be reviewed and signed by local counsel of record, and all

notices, orders and pleadings shall be served upon local counsel of record, who shall promptly notify his or her specially admitted associate of their receipt; and it is further

**ORDERED** that Emily Robey-Phillips, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) in this year and any subsequent year in which he is admitted *pro hac vice* in this matter; and it is further

**ORDERED** that Emily Robey-Phillips, Esq. shall make payment of $150.00 to the Clerk of the United States District Court as required by Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Emily Robey-Phillips, Esq. shall have the continuing obligation during the period of his admission in this matter promptly to advise the Court of disciplinary proceedings against him in any other jurisdiction; and it is further

**ORDERED** that Emily Robey-Phillips, Esq. shall abide by all local rules, including disciplinary rules, of this Court, and consent to the appointment of the Clerk of this Court as agent upon whom service of process may be made for all actions against him or his law firm that may arise out of his participation in this matter.

_____
Hon. Jamel K. Semper, U.S.D.J.