Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, NJ 07601
(201) 441-9056
mberman@hdrbb.com
*Counsel of Record for Accredo Health Group, Inc. and Express Scripts, Inc.*

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | **UNITED STATES DISTRICT COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> Civil No. 22-2632 (JKS) (CLW) <br><br> **CERTIFICATION OF** <br> **JEREMY STERNBERG, ESQ.** <br> **IN SUPPORT OF APPLICATION FOR** <br> **ADMISSION _PRO HAC VICE_** |

I, JEREMY STERNBERG, ESQ., being of due age and sound mind, hereby certify as follows under penalty of law:

1. I make this Certification in support of my application for admission to the Bar of this Court *pro hac vice* for purposes of appearing on behalf of Accredo Health Group, Inc. in the above-captioned matter.

2. I am a Partner with the firm of Holland & Knight, located at 10 St. James Avenue, 11th floor, Boston, Massachusetts 02116.

3. I am admitted to practice law in, and a member in good standing of the bar of, the following jurisdictions:

   a. Commonwealth of Massachusetts
      Admitted 1990

   b. District of Columbia
      Admitted 1991

4. I have also been admitted to practice in the following courts:

    a. United States District Court for the District of Massachusetts
Admitted 1991

    b. United States Court of Appeals for the First Circuit
Admitted 1991

    c. Supreme Court of the United States
Admitted 2014

5. The address of the offices maintaining the roll of members in good standing of the bars in which I am a member and courts in which I have been admitted are:

    a. Massachusetts Board of Bar Overseers
99 High Street
2nd floor
Boston, Massachusetts 02110

    b. United States District Court
District of Massachusetts
Office of the Clerk
1 Courthouse Way
Boston, Massachusetts 02210

    c. United States Court of Appeals for the First Circuit
Maria R. Hamilton, Clerk of Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, Massachusetts 02210

    d. The District of Columbia Bar
901 4th Street, NW
Washington, D.C. 20001

    e. Clerk, Supreme Court of the U.S.
ATTN: Admissions Office
One First Street, NE
Washington, DC 20543

6. There are no disciplinary proceedings pending against me in any jurisdiction, including those not listed above in which I have been admitted *pro hac vice*.

7. No discipline has previously been imposed on me in any jurisdiction.

8. Accordingly, I respectfully request that the Court grant my application for admission *pro hac vice* on behalf of Accredo Health Group, Inc.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Jeremy M. Sternberg

Executed on March 26, 2024