Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, NJ 07601
(201) 441-9056
mberman@hdrbb.com
*Counsel of Record for Accredo Health Group, Inc.*
*and Express Scripts, Inc.*

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | **UNITED STATES DISTRICT COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> Civil No. 22-2632 (JKS) (CLW) <br><br> **CERTIFICATION OF** <br> **CHRISTOPHER A. SMITH, ESQ.** <br> **IN SUPPORT OF APPLICATION FOR** <br> **ADMISSION *PRO HAC VICE*** |

I, CHRISTOPHER A. SMITH, ESQ., being of due age and sound mind, hereby certify as follows under penalty of law:

1. I make this Certification in support of my application for admission to the Bar of this Court *pro hac vice* for purposes of appearing on behalf of Express Scripts, Inc. in the above-captioned matter.

2. I am a Partner with the firm of Husch Blackwell LLP, located at 8001 Forsyth Boulevard, Suite 1500, St. Louis, Missouri 63105.

3. I am admitted to practice law in, and a member in good standing of, the following jurisdictions:

   a. Missouri
      Admitted 2001

   b. United States District Court for the Eastern District of Missouri
      Admitted 2002

    c. United States District Court for the Northern District of Illinois
Admitted 2011

    d. District Court for the District of Colorado
Admitted 2015

    e. United States Court of Appeals, Sixth Circuit
Admitted 2014

    f. United States Court of Appeals, Eighth Circuit
Admitted 2010

    g. United States Court of Appeals, Ninth Circuit
Admitted 2005

    h. United States Court of Appeals, Tenth Circuit
    i. Admitted 2009

    j. United States Court of Appeals, Eleventh Circuit
Admitted 2009

4. The address of the offices maintaining the roll of members in good standing of the Bars in which I am a member are:

    a. Rita Schanzmeyer
Director, Attorney Enrollment Office
207 West High Street
P.O. Box 150
Jefferson City, Missouri 65101

    b. United States District Court for the Eastern District of Missouri
Nathan M. Graves, Clerk of Court
Thomas F. Eagleton Courthouse
111 South 10th Street, Suite 3.300
St. Louis, Missouri 63102

    c. United States District Court for the Northern District of Illinois
Thomas G. Bruton, Clerk of Court
219 South Dearborn Street
Chicago, Illinois 60604

    d. United States District Court for the District of Colorado
Clerk's Office
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street

        Denver, Colorado 80294-3589

  e.  Office of the Clerk
     United States Court of Appeals for the Sixth Circuit
     540 Potter Stewart U.S. Courthouse
     100 E. Fifth Street
     Cincinnati, Ohio 45404-3988

  f.  United States Court of Appeals for the Eighth Circuit
     Michael E. Gans, Clerk of the Court
     Thomas F. Eagleton Courthouse
     111 South 10th Street
     Room 24.329
  g.  St. Louis, Missouri 63102

  h.  Molly C. Dwyer, Clerk of Court
     The James R. Browning Courthouse
     95th Street
     San Francisco, California 94103

  i.  Clerk's Office
     United States Court of Appeals, Tenth Circuit
     Byron White U.S. Courthouse
     18232 Stout Street
     Denver, Colorado 80257

  j.  Clerk
     United States Court of Appeals, Eleventh Circuit
     56 Forsyth Street, N.W.
     Atlanta, Georgia 30303

5.    There are no disciplinary proceedings pending against me in any jurisdiction.

6.    No discipline has previously been imposed on me in any jurisdiction.

7.    Accordingly, I respectfully request that the Court grant my application for admission *pro hac vice* on behalf of Express Scripts, Inc.

- 4 -

I certify under penalty of perjury that the foregoing is true and correct.

                                             Christopher A. Smith, Esq.

Executed on March 27, 2024