Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, NJ 07601
(201) 441-9056
mberman@hdrbb.com
*Counsel of Record for Accredo Health Group, Inc. and Express Scripts, Inc.*

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br><br> Civil No. 22-2632 (JKS) (CLW) <br><br> **CERTIFICATION OF KATE LEDDEN, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, KATE LEDDEN, ESQ., being of due age and sound mind, hereby certify as follows under penalty of law:

1. I make this Certification in support of my application for admission to the Bar of this Court *pro hac vice* for purposes of appearing on behalf of Express Scripts, Inc. in the above-captioned matter.

2. I am a Senior Associate with the firm of Husch Blackwell LLP, located at 8001 Forsyth Boulevard, Suite 1500, St. Louis, Missouri 63105.

3. I am admitted to practice law in, and a member in good standing of, the following jurisdictions:

   a. Missouri
      Admitted 2013

   b. United States District Court for the Eastern District of Missouri
      Admitted 2022

      c. Illinois
         Admitted 2014

      d. United States District Court for the District of Colorado
         Admitted 2024

4.     The address of the offices maintaining the roll of members in good standing of the Bars in which I am a member are:

      a. Rita Schanzmeyer
         Director, Attorney Enrollment Office
         207 West High Street
         P.O. Box 150
         Jefferson City, Missouri 65101

      b. United States District Court for the Eastern District of Missouri
         Nathan M. Graves, Clerk of Court
         Thomas F. Eagleton Courthouse
         111 South 10th Street, Suite 3.300
         St. Louis, Missouri 63102

      c. Cynthia A. Grant, Clerk of the Supreme Court of Illinois
         Supreme Court Building
         200 E. Capitol Avenue
         Springfield, Illinois 62701

      d. United States District Court for the District of Colorado
         Clerk's Office
         Alfred A. Arraj United States Courthouse
         Room A105
         901 19th Street
         Denver, Colorado 80294-3589

5.     There are no disciplinary proceedings pending against me in any jurisdiction.

6.     No discipline has previously been imposed on me in any jurisdiction.

7.     Accordingly, I respectfully request that the Court grant my application for admission *pro hac vice* on behalf of Express Scripts, Inc.

- 3 -

I certify under penalty of perjury that the foregoing is true and correct.

_____
Kate Ledden, Esq.

Executed on March 26, 2024