Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, NJ 07601
(201) 441-9056
mberman@hdrbb.com
*Counsel of Record for Accredo Health Group, Inc.*
*and Express Scripts, Inc.*

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br>  Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br>  Defendant. | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY** <br><br> Civil No. 22-2632 (JKS) (CLW) <br><br> **CERTIFICATION OF SARAH C. HELLMANN, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, SARAH C. HELLMANN, ESQ., being of due age and sound mind, hereby certify as follows under penalty of law:

1. I make this Certification in support of my application for admission to the Bar of this Court *pro hac vice* for purposes of appearing on behalf of Express Scripts, Inc. in the above-captioned matter.

2. I am a Partner with the firm of Husch Blackwell LLP, located at 8001 Forsyth Boulevard, Suite 1500, St. Louis, Missouri 63105.

3. I am admitted to practice law in, and a member in good standing of, the following jurisdictions:

   a. Missouri
      Admitted 2000

   b. Illinois
      Admitted 2001

    c. United States District Court for the Eastern District of Missouri
Admitted 2000

    d. United States District Court for the Eastern District of Wisconsin
Admitted 2015

    e. United States District Court for the Eastern District of Michigan
Admitted 2023

4. The address of the offices maintaining the roll of members in good standing of the Bars in which I am a member are:

    a. Rita Schanzmeyer
Director, Attorney Enrollment Office
207 West High Street
P.O. Box 150
Jefferson City, Missouri 65101

    b. Cynthia A. Grant, Clerk of the Supreme Court
Supreme Court Building
200 E. Capitol Avenue
Springfield, Illinois 62701

    c. United States District Court for the Eastern District of Missouri
Nathan M. Graves, Clerk of Court
Thomas F. Eagleton Courthouse
111 South 10th Street, Suite 3.300
St. Louis, Missouri 63102

    d. United States Federal Building and Courthouse
517 East Wisconsin Avenue
Room 362, Milwaukee, Wisconsin 53202

    e. United States District Court for the Eastern District of Michigan
Clerk's Office
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 599
Detroit, Michigan 48226

5. There are no disciplinary proceedings pending against me in any jurisdiction.

6. No discipline has previously been imposed on me in any jurisdiction.

7. Accordingly, I respectfully request that the Court grant my application for admission *pro hac vice* on behalf of Express Scripts, Inc.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Sarah C. Hellmann, Esq.

Executed on March 26, 2024