E. Evans Wohlforth, Jr.
**ROBINSON & COLE LLP**
666 Third Avenue, 20th Floor
New York, NY 10017
Telephone: (212) 451-2900
Facsimile: (212) 451-2999
ewohlforth@rc.com

Philippe Z. Selendy (admitted *pro hac vice*)
Andrew R. Dunlap (admitted *pro hac vice*)
Meredith Nelson (admitted *pro hac vice*)
Elizabeth Snow (admitted *pro hac vice*)
**SELENDY GAY PLLC**
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
pselendy@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com
esnow@selendygay.com

*Attorneys for Defendant Save On SP, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civil Action No. 2:22-cv-02632 (JKS) (CLW) <br><br> *Document electronically filed.* <br><br> **ORDER GRANTING THE ADMISSION *PRO HAC VICE* OF EMMA C. HOLLAND, HANNAH MILES, MATTHEW NUSSBAUM, AND TAYLOR W. STONE** |

**THIS MATTER** having been brought before the Court upon the motion of Defendant Save On SP, LLC, for the admission of Emma C. Holland, Hannah Miles, Matthew Nussbaum, and Taylor W. Stone *pro hac vice* in the within case pursuant to Local Civil Rule 101.1(c); and for good cause having been shown;

**IT IS** on this 1st day of April, 2024,

**ORDERED** that Defendant Save On SP, LLC's motion for an Order granting Emma C. Holland, Hannah Miles, Matthew Nussbaum, and Taylor W. Stone admission *pro hac vice* in this matter, (ECF No. 229), shall be and hereby is granted; and

**IT IS FURTHER ORDERED** that Emma C. Holland, Hannah Miles, Matthew Nussbaum, and Taylor W. Stone, of the firm Selendy Gay PLLC are hereby granted admission *pro hac vice* for the purpose of appearing in this matter pursuant to Local Civil Rule 101.1(c); and

**IT IS FURTHER ORDERED** that Emma C. Holland, Hannah Miles, Matthew Nussbaum, and Taylor W. Stone are hereby required to abide by the Rules of Disciplinary Enforcement and the Local Civil Rules of the District of New Jersey; and

**IT IS FURTHER ORDERED** that Emma C. Holland, Hannah Miles, Matthew Nussbaum, and Taylor W. Stone shall notify the Court immediately of any matter affecting his or her standing at the bar of any other court; and

**IT IS FURTHER ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney at law employed by the law firm of Robinson & Cole LLP, said attorney being authorized to practice in the United States District Court for the District of New Jersey, who shall be held responsible for them and for the conduct of the matter and of Emma C. Holland, Hannah Miles, Matthew Nussbaum, and Taylor W. Stone, and

**IT IS FURTHER ORDERED** that pursuant to Local Civil Rule 101.1(c)(2), a copy of this Order shall be forwarded to the Treasurer of the New Jersey Lawyers' Fund for Client Protection. Emma C. Holland, Hannah Miles, Matthew Nussbaum, and Taylor W. Stone, shall each make payment, or cause payment to be made, to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) within 30 days of the entry of this order for this calendar year (if such payment for this year has not already been made)

and shall continue to make payment, or cause payment to be made, for each calendar year in which he or she continues to represent any Defendant before this Court; and

**IT IS FURTHER ORDERED** that pursuant to Local Civil Rule 101.1(c)(3), Emma C. Holland, Hannah Miles, Matthew Nussbaum, and Taylor W. Stone, shall each make payment of $250.00, or each cause payment of $250.00 to be made, to the Clerk of the United States District Court for the District of New Jersey.

                                                   s/ Cathy L. Waldor
                                                   Hon. Cathy L. Waldor, U.S.M.J.