SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
George LoBiondo
Harry Sandick (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
  *Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civil Action No. 22-2632 (JKS) (CLW) <br><br> **DECLARATION OF HARRY SANDICK IN OPPOSITION TO EXPRESS SCRIPTS, INC.'S AND ACCREDO HEALTH GROUP, INC.'S MOTION FOR LEAVE TO INTERVENE** <br><br> *Document electronically filed* |

HARRY SANDICK, of full age, hereby declares as follows:

1. I am a partner of the law firm Patterson Belknap Webb & Tyler LLP and counsel to Plaintiff Johnson & Johnson Health Care Systems Inc ("JJHCS").

2. I am a member of the bar of the State of New York and I am admitted *pro hac vice* in this matter.

3. I submit this Declaration in Opposition to Express Scripts, Inc.'s ("Express Scripts") and Accredo Health Group, Inc. ("Accredo")'s Motion for Leave to Intervene. As counsel to Plaintiff JJHCS, I am familiar with the facts and procedural history of this action.

### JJHCS's Efforts to Take Discovery From Accredo and Express Scripts

4. On May 4, 2022, JJHCS commenced this action against Defendant SaveOnSP.

5. After the commencement of this action, neither Express Scripts nor Accredo sought to intervene in this motion until March 22, 2024, when they filed the pending motion seeking to intervene in order to oppose JJHCS's Motion to Amend and Motion to Unseal.

6. On January 17, 2023, JJHCS served both Express Scripts and Accredo with subpoenas, dated January 13, 2023, for documents and records relevant to this action.

7. On more than one occasion in 2023, after the services of the subpoenas, counsel for Express Scripts and Accredo attended status conferences conducted by the Court. Counsel did not file a notice of appearance in this action or formally appear at those conferences.

8. On February 17, 2023, Express Scripts responded to JJHCS's subpoena, refusing to produce any documents. Express Scripts's position did not change despite several efforts at conferral with counsel for Express Scripts.

9. On March 10, 2023, Accredo responded to JJHCS's subpoena, refusing to produce any documents. Accredo's position did not change despite several efforts at conferral with counsel for Accredo.

10. On May 17, 2023, JJHCS moved, in the Eastern District of Missouri, to compel Express Scripts to comply with the subpoena. Express Scripts declined to consent to litigate the enforcement of the subpoena in the District of New Jersey.

11. On May 25, 2023, JJHCS moved, in the Western District of Tennessee, Western Division, to compel Accredo to comply with the subpoena. Accredo declined to consent to litigate the enforcement of the subpoena in the District of New Jersey.

12. On July 24, 2023, the District Court in the Western District of Tennessee issued an order granting in part JJHCS's motion to compel compliance with the subpoena.

13. On August 10, 2023, the District Court in the Eastern District of Missouri issued an order granting in part JJHCS's motion to compel compliance with the subpoena.

14. After the court orders requiring production of responsive documents, subsequent meet and confers with Accredo and Express Scripts have taken months.

15. JJHCS received Accredo's first custodial production on January 26, 2024 and received Express Script's first custodial production on March 28, 2024.

16. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: April 1, 2024

Harry Sandick