SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | : | Civil Action No. 22-2632 (JKS)(CLW) |
| Plaintiff, | : | |
| v. | : | Hon. Jamel K. Semper, U.S.D.J.<br>Hon. Cathy L. Waldor, U.S.M.J.<br>Hon. Freda L. Wolfson, Special Master |
| SAVE ON SP, LLC, | : | **CERTIFICATION OF SERVICE** |
| Defendant. | : | (Electronically Filed Document) |
| | : | |

JEFFREY J. GREENBAUM, of full age, certifies that on the 1st day of April, I caused a copy of Plaintiff Johnson & Johnson Health Care Systems Inc.'s Brief in Opposition to Express Scripts, Inc.'s and Accredo Health Group, Inc.'s Motion for Leave to Intervene and accompanying Declaration of Harry Sandick to be served via CM/ECF to counsel for Defendant Save On SP, LLC.

I certify under penalty of perjury that the foregoing is true and correct.

*s/ Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM

Dated: April 1, 2024