Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, NJ 07601
(201) 441-9056
mberman@hdrbb.com
*Counsel of Record for Accredo Health Group, Inc.*
*and Express Scripts, Inc.*

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,<br><br>                         Plaintiff,<br><br>v.<br><br>SAVE ON SP, LLC,<br><br>                         Defendant. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Civil No. 22-2632 (JKS) (CLW)<br><br>**ORDER GRANTING**<br>**ADMISSION *PRO HAC VICE*** |

**THIS MATTER** having come before the Court upon the motion of Express Scripts, Inc. and Accredo Health Group, Inc. through their attorneys Hartmann Doherty Rosa Berman & Bulbulia LLP (Mark A. Berman, Esq., appearing), for entry of an Order admitting Kate Ledden, Esq. *pro hac vice* in this action on behalf of Express Scripts, Inc.; and the Court having considered the moving papers and any opposition thereto; and for good cause shown:

**IT IS** on this 2nd day of April, 2024;

**ORDERED** that Kate Ledden, Esq. is hereby permitted to appear and participate *pro hac vice* on behalf of Express Scripts, Inc., in this action under Local Civil Rule 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court on behalf of Express Scripts, Inc. shall be reviewed and signed by local counsel of record, and all notices, orders

and pleadings shall be served upon local counsel of record, who shall promptly notify his or her specially admitted associate of their receipt; and it is further

**ORDERED** that Kate Ledden, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) in this year and any subsequent year in which she is admitted *pro hac vice* in this matter; and it is further

**ORDERED** that Kate Ledden, Esq. shall make payment of $250.00 to the Clerk of the United States District Court as required by Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Kate Ledden, Esq. shall have the continuing obligation during the period of his admission in this matter promptly to advise the Court of disciplinary proceedings against her in any other jurisdiction; and it is further

**ORDERED** that Kate Ledden, Esq. shall abide by all local rules, including disciplinary rules, of this Court, and consent to the appointment of the Clerk of this Court as agent upon whom service of process may be made for all actions against him or his law firm that may arise out of her participation in this matter.

                                                                                 s/Cathy L. Waldor  
                                                                                 Hon. Cathy L. Waldor, U.S.M.J.