Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, NJ 07601
(201) 441-9056
mberman@hdrbb.com
*Counsel of Record for Accredo Health Group, Inc.*
*and Express Scripts, Inc.*

|  |  |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,<br><br>                     Plaintiff,<br><br>v.<br><br>SAVE ON SP, LLC,<br><br>                     Defendant. | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Civil No. 22-2632 (JKS) (CLW)

**CERTIFICATION OF**
**ANDREW SOLINGER, ESQ.**
**IN SUPPORT OF APPLICATION FOR**
**ADMISSION *PRO HAC VICE***

I, ANDREW SOLINGER, ESQ., being of due age and sound mind, hereby certify as follows under penalty of law:

1.      I make this Certification in support of my application for admission to the Bar of this Court *pro hac vice* for purposes of appearing on behalf of Accredo Health Group, Inc. in the above-captioned matter.

2.      I am a Partner with the firm of Holland & Knight, located at Nashville City Center, 511 Union Street, Suite 2700, Nashville, Tennessee 37219.

3.      I am admitted to practice law in, and a member in good standing of, the following jurisdictions:

    a.  Maryland
       Admitted 2014

    b.  District of Columbia
       Admitted 2015

  c. United States District Court for the District of Columbia
    Admitted 2016

  d. Tennessee
    Admitted 2018

  e. United States District Court for the District of Maryland
    Admitted 2016

  f. Middle District of Tennessee
    Admitted 2019

  g. Fourth Circuit Court of Appeals
    Admitted 2023

  h. Sixth Circuit Court of Appeals
    Admitted 2023

  i. Western District of Tennessee
    Admitted 2019

4. The address of the offices maintaining the roll of members in good standing of the

Bars in which I am a member are:

  a. Supreme Court of Maryland
    Attn: Clerk's Office
    Robert C. Murphy Courts of Appeal Building
    361 Rowe Blvd., Fourth Floor
    Annapolis, Maryland 21401

  b. The District of Columbia Bar
    901 4th Street, N.W.
    Washington, D.C. 20001

  c. U.S. District Court for the District of Columbia
    333 Constitution Avenue, N.W.
    Washington D.C. 20001

  d. Board of Professional Responsibility
    10 Cadillac Dr.
    Suite 220
    Brentwood, Tennessee 37027

  e. United States District Court, District of Maryland
    Catherine M. Stavlas, Clerk of Court
    101 West Lombard Street
    Baltimore, Maryland 21201

    f.  United States District Court for the Middle District of Tennessee
Lynda M. Hill, Clerk of Court
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, Tennessee 37203

    g.  Clerk of the United States Court of Appeals
1100 E. Main Street
Suite 501
Richmond, Virginia 23219-3517

    h.  Office of the Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

    i.  Wendy Oliver, Clerk of Court
US District Court
Western District of Tennessee
167 North Main
Memphis, Tennessee 38103

5.    There are no disciplinary proceedings pending against me in any jurisdiction.

6.    No discipline has previously been imposed on me in any jurisdiction.

7.    Accordingly, I respectfully request that the Court grant my application for admission *pro hac vice* on behalf of Accredo Health Group, Inc.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Andrew Solinger, Esq.

Executed on April 5, 2024

- 3 -