**To:** Mccarthy, Cristina L. (STL)
**From:** Macknowski, Ray [JJCUS]
**Sent:** Mon 2/5/2018 2:52:06 PM (UTC)
**Subject:** [EXTERNAL] FW: Out of pocket

Saveon_Johnson_Johnson final.pdf

Looks like I have this.
Raymond J Macknowski
Sr. Manager, Health Plans & Data Management
Johnson & Johnson
P 732-524-3199
F 732-524-6429

**From:** Gardner, Jeffrey S. (FKN)
**Sent:** Wednesday, June 21, 2017 9:32 AM
**To:** Macknowski, Ray [JJCUS]
**Cc:** Mccarthy, Cristina L. (FKN)
**Subject:** RE: Out of pocket

Hi Ray, I have attached a deck that highlights the Saveon program. We can discuss on our next call but a few key points.
This requires exclusive Specialty (Accredo)
It's not applicable for HSA plans
Let me know if you have any questions
Jeff Gardner RPh.
Office 201-269-6568

**From:** Gardner, Jeffrey S. (FKN)
**Sent:** Thursday, June 15, 2017 2:36 PM
**To:** Macknowski, Ray [JJCUS]
**Cc:** Mccarthy, Cristina L. (NJ2)
**Subject:** Out of pocket

Hi Ray, per our discussion today attached is some information on our Out of Pocket Protection Plan. I am still looking for a deck for Saveon but have a high level overview below. One key point is both programs require exclusive specialty. Let me know if you have any questions. We can add this for discussion on next call as well

## SaveonSP

This program leverages our relationship with SaveonSP, a small team of experts in the healthcare and pharmaceutical industry.

SaveonSP and Express Scripts have an exclusive partnership and a mission to save patients and clients' money through the use of copay assistance programs. SaveonSP works directly with interested clients to create unique savings opportunities by consulting with them to maximize the use of available copay assistance funds provided by manufacturers. Specifically, this new offering utilizes plan design changes to exclude select drugs as non-essential health benefits and assistance programs to reduce overall plan and member costs. Clients can expect savings with this program to range from $2.00 to $4.50 PMPM, depending on utilization.

Jeff Gardner RPh.
Office 201-269-6568