# Johnson & Johnson

## Your Collaborative Planning Guide

August 30, 2017



**Confidential Information**
© 2017 Express Scripts Holding Company. All Rights Reserved.

**Confidential Information**

© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.



Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.



**Confidential Information**
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.



**Confidential Information**
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.



Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.



Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

# J&J Opportunities

| Solutions | Benefits | Estimated Savings | Member Impact |
|-----------|----------|-------------------|---------------|
| | | | |
| **SaveonSP** | Manufacturers make funds available to assist patients with their share of the cost. $0 copay for enrolled J&J members. | ▬ | ▬ |

**Confidential Information**
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.





**Confidential Information**
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

# SaveonSP Program



**Confidential Information**
© 2017 Express Scripts Holding Company. All Rights Reserved.

**SAVEONSP**

# Copay Offset Savings Program

 **About the Program**

 **Sample Medications Covered**

- Manufacturers make funds available to assist patients with their share of the cost

- Utilizes Affordable Care Act (ACA) state benchmark to **change client plan design**

- Targets **64** specialty drugs in **13** therapy classes

- Reduces patient's responsibility to **zero**

 Average savings range from $2.50 to $4.50 PMPM

| Therapy Class | # of Drugs | Assistance/Fill |
|---|---|---|
| Blood Cell Deficiency | 2 | $1,040 |
| Oncology | 27 | $1,878 |
| Endocrine | 1 | $1,666 |
| Hemophilia | 1 | $1,000 |
| Hepatitis C | 6 | $6,987 |
| HAE | 1 | $1,666 |
| HIV | 1 | $500 |
| Inflammatory | 10 | $1,141 |
| Iron toxicity | 2 | $1,250 |
| MS | 12 | $1,505 |
| PAH | 1 | $1,000 |

Note: ESI does not endorse the services provided by SaveonSP or provide any guidance or endorsement to SaveonSP on the legal structure of the services offered by SaveonSP, including without limitation, any representation of compliance with any applicable laws.

**Confidential Information**
© 2017 Express Scripts Holding Company. All Rights Reserved.

**SAVEONSP**

# Cost Comparison – Humira®

## The Scenario:

 **$25** initial patient copay

 **12** annual fills

 Total cost of treatment, including copay and plan cost is ▮▮▮▮▮ annually



No copay assistance

Using SaveonSP

■ Employer responsibility
■ Patient responsibility
■ SaveOnSP
■ Drug manufacturer

# SaveonSP helps the patient achieve a zero dollar copay

**Confidential Information**
© 2017 Express Scripts Holding Company. All Rights Reserved.

**SAVEONSP**

# Client Savings - Johnson & Johnson

## CLIENT EXAMPLE

- ███ lives
- ███ members   ███ refills
- ███ average copay per rx

## IMPACT FOR PATIENTS AND THE CLIENT

- ███ annual savings for the plan
- ███ PMPM client savings*
- **$0** member copay

## BY IMPLEMENTING SAVEON SP COPAY OFFSET PROGRAM

*Savings based on most expansive drug list and actual savings will vary based on state certification and are not guaranteed. Official savings will be provided by SaveonSP. ESI does not endorse the services provided by SaveonSP or provide any guidance or endorsement to SaveonSP on the legal structure of the services offered by SaveonSP, including without limitation, any representation of compliance with any applicable laws.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

# How Exclusive Specialty Works:
## Communications Focus on a Positive Experience

### Patient announcement campaign



**Letter**
30 days prior



**Patient Care Advocate Call**
30 days prior for members
with zero fills at retail

### Patient on STAT medications <u>post-announcement</u> notifications



**Trigger Letter(s)**
Patient fills a prescription as
part of their courtesy retail fill.



**Patient Care Advocate Call**
Patient fills LAST specialty medication as
part of their courtesy retail allowance.



**Opportunity Letter**
Sent when patient pays
100% copay at retail

### Patient new-to-therapy on standard specialty medications notification



**Patient
tries to fill at retail**

Drug not covered
at this location.
Call:
1 800 XXX-XXXX

Claim is rejected at retail. Message
states to call Accredo and provides
number. Call routes to a dedicated
team who can explain patient benefits
and start script with Accredo.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

**EXPRESS SCRIPTS®**





Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

Centers for Disease Control and Prevention's *Morbidity and Mortality Weekly Report (MMWR)*
Confidential Information

© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information

© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.



**Confidential Information**
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

**Confidential Information**
© 2017 Express Scripts Holding Company. All Rights Reserved.



Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

**Confidential Information**
© 2017 Express Scripts Holding Company. All Rights Reserved.

**Confidential Information**
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.





© 2016 Express Scripts Holding Company. All Rights Reserved.

© 2016 Express Scripts Holding Company. All Rights Reserved.

© 2016 Express Scripts Holding Company. All Rights Reserved.



© 2016 Express Scripts Holding Company. All Rights Reserved.

**Confidential Information**
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

**Confidential Information**
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.

Confidential Information
© 2017 Express Scripts Holding Company. All Rights Reserved.