# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> – vs – <br><br> SAVE ON SP LLC, <br><br> Defendant. | Civil No. 22-2632 (JKS) (CLW) <br><br> **REQUEST FOR NOTICE** <br> **OF ELECTRONIC FILING** |

Counsel of record respectfully requests that notice of electronic filing be provided to the following attorney, who has been admitted *pro hac vice* in the above-captioned matter and paid the admission fee in the amount of $150.00:

>Emily Robey-Phillips, Esq.
>**HOLLAND & KNIGHT**
>10 St. James Avenue, 11th Floor
>Boston, Massachusetts 02116
>e: emily.robey-phillips@hklaw.com

>/s/ Mark A. Berman
>Mark A. Berman, Esq.
>**HARTMANN DOHERTY ROSA**
>**BERMAN & BULBULIA LLP**
>433 Hackensack Avenue, Suite 1002
>Hackensack, New Jersey 07601
>t: 201-441-9056
>
>*Counsel of Record for Movants*
>*Express Scripts Inc. & Accredo Health*
>*Group, Inc.*

Dated: April 9, 2024