# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> – vs – <br><br> SAVE ON SP LLC, <br><br> Defendant. | Civil No. 22-2632 (JKS) (CLW) <br><br> **REQUEST FOR NOTICE** <br> **OF ELECTRONIC FILING** |

Counsel of record respectfully requests that notice of electronic filing be provided to the following attorney, who has been admitted *pro hac vice* in the above-captioned matter and paid the admission fee in the amount of $150.00:

> Christopher A. Smith, Esq.
> **HUSCH BLACKWELL LLP**
> 8001 Forsyth Boulevard
> Suite 1500
> St. Louis, Missouri 63105
> e: Chris.Smith@huschblackwell.com

> /s/ Mark A. Berman
> Mark A. Berman, Esq.
> **HARTMANN DOHERTY ROSA**
> **BERMAN & BULBULIA LLP**
> 433 Hackensack Avenue, Suite 1002
> Hackensack, New Jersey 07601
> t: 201-441-9056
>
> *Counsel of Record for Movants*
> *Express Scripts Inc. & Accredo Health*
> *Group, Inc.*

Dated: April 18, 2024