Sabrina M. Galli, Esq.
**ROBINSON & COLE LLP**
666 Third Avenue, 20th Floor
New York, NY 10017
Telephone: (212) 451-2900
Facsimile: (212) 451-2999
E-mail: sgalli@rc.com

*Attorneys for Defendant Save On SP, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br> v. <br> SAVE ON SP, LLC, <br><br> Defendant. | Civil Action No. 2:22-cv-02632 (JKS)(CLW) <br><br> *Document electronically filed* <br><br> **NOTICE OF APPEARANCE** |

Please enter the appearance of Sabrina M. Galli of Robinson & Cole LLP as counsel for the Defendant, Save On SP, LLC, in connection with the above-captioned matter.

Dated:   New York, NY
         April 18, 2024

                                         */s/ Sabrina M. Galli*
                                         Sabrina M. Galli
                                         **ROBINSON & COLE LLP**
                                         666 Third Avenue, 20th Floor
                                         New York, NY 10017
                                         Telephone: (212) 451-2900
                                         Facsimile: (212) 451-2999
                                         E-mail: sgalli@@rc.com

                                         *Attorneys for Defendant Save On SP, LLC*