# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

**Jeffrey J. Greenbaum**
Member
Direct Dial: (973) 643-5430
E-mail: jgreenbaum@sillscummis.com

101 Park Avenue
New York, NY 10178
Tel: 212-643-7000
Fax: 212-643-6500

April 18, 2024

**By ECF**

Clerk of Court
US District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07101

Re: *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*, Civil Action No. 22-2632 (JKS) (CLW)

Dear Clerk of Court:

We, along with Patterson Belknap Webb & Tyler, LLP, represent Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS") in the above matter. In a Letter Order dated April 18, 2024, *see* ECF No. 254, Special Master Freda L. Wolfson directed JJHCS to request the Clerk's Office to strike Exhibit 81 to ECF No. 165 from the Court's docket. Pursuant to that Order, we respectfully request the same.

We appreciate your time and consideration.

Respectfully submitted,

s/ *Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM

cc: Counsel of record for SaveOnSP
Special Master Freda L. Wolfson, U.S.D.J.