Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07601
t: 201-441-9056
*Counsel of Record for Movant*
*Accredo Health Group, Inc*

|  |  |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> – vs – <br><br> SAVE ON SP LLC, <br><br> Defendant. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** <br><br> Civil No. 22-2632 (JKS) (CLW) <br><br> **ORDER** |

THIS MATTER having come before the Court upon the motion of Plaintiff Johnson & Johnson Health Care Systems, Inc.'s ("JJHCS") for entry of an order unsealing its Proposed Amended Complaint, including Confidential Materials produced by Accredo that are referenced and quoted by JJHCS in its Proposed Amended Complaint, and the Court having considered the opposition of Intervenor Accredo Health Group, Inc. ("Accredo"), under Local Civil Rule 5.3(c), and the parties' proposals, and for good cause shown;

IT IS on this ___ day of _____, 2024:

**ORDERED** that JJHCS's Motion to Unseal its Proposed Amended Complaint is **DENIED**, specifically, the motion is denied as to JJHCS's motion to unseal those portions of the Proposed Amended Complaint that reference Accredo's Confidential Materials; and it is further

**ORDERED** that the Proposed Amended Complaint may be filed if it is redacted by excising the following references to and quotations of Accredo's Confidential Material:

1) Paragraph 66: Beginning with "An" and ending with "funds."

2) Paragraph 74: Beginning with "In" and ending with "strategies."

3) Paragraph 138: Beginning with "One" and ending with "medication."

4) Paragraph 141: Beginning with "For" and ending with "death."

HONORABLE FREDA L. WOLFSON (RET.)
SPECIAL MASTER