E. Evans Wohlforth, Jr., Esq.
Robinson & Cole LLP
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
ewohlforth@rc.com
Direct (212) 451-2954

*Attorneys for Defendant*
*Save On SP, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civil Action No.  2:22-cv-02632 (JKS)(CLW) <br><br> *Document electronically filed* <br><br> **STIPULATION AND ORDER EXTENDING TIME TO FILE MOTION TO SEAL** |

Counsel for Defendant Save On SP, LLC ("SaveOnSP"), Robinson & Cole LLP and Selendy Gay PLLC, and counsel for Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS"), Sills Cummis & Gross P.C. and Patterson Belknap Webb and Tyler LLP,  have conferred and agreed to extend the time upon which the parties may file any motions to seal pursuant to Local Civil Rule 5.3(c) relating to JJHCS's Motion to Unseal the Motion for Leave and Proposed Amended Complaint (the "Motion to Unseal," Dkt. No. 221) and JJHCS's Motion for Leave to Amend Complaint (the "Motion to Amend," Dkt. Nos. 219-220) and related briefing;

**IT IS HEREBY STIPULATED AND AGREED** on this 1st day of May 2024, that (i) the deadline to move to permanently seal portions of JJHCS's Motion to Unseal and related briefing is hereby extended to fourteen days after the Court's decision on the Motion to Unseal, and (ii) the

deadline to move to permanently seal portions of JJHCS's Motion to Amend and related briefing is hereby extended to fourteen days after the Court's decision on the Motion to Amend;

**IT IS FURTHER STIPULATED AND AGREED** that the present stipulation is without waiver of any of JJHCS's arguments for unsealing the Motion to Amend and/or the proposed Amended Complaint and that, by entering this stipulation, JJHCS does not concede that either the Motion to Amend or the Motion to Unseal contains information that warrants sealing.

| | |
|---|---|
| **ROBINSON & COLE LLP** | **SILLS CUMMIS & GROSS P.C.** |
| 666 Third Avenue, 20th Floor | One Riverfront Plaza |
| New York, NY 10017 | Newark, New Jersey 07102 |
| 212-451-2900 | 973-643-7000 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Save On SP, LLC* | *Johnson & Johnson Health Care Systems Inc.* |
| | |
| <u>s/ E. Evans Wohlforth, Jr.</u> | <u>/s/ *Katherine Lieb*</u> |
| E. Evans Wohlforth, Jr., Esq. | Katherine Lieb, Esq. |
| | |
| Dated: May 1, 2024 | Dated: May 1, 2024 |

**SO ORDERED**:

_____
Hon. Freda L. Wolfson, U.S.D.J. (ret.)

Dated: May __, 2024

-2-