**Robinson+Cole**

E. EVANS WOHLFORTH, JR.
ROBINSON & COLE LLP
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Facsimile: (212) 451-2999
ewohlforth@rc.com

May 3, 2024

**Document Electronically Filed**

Hon. Freda L. Wolfson, U.S.D.J.
Wayne Fang, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, New Jersey 07068

        Re:    *Johnson & Johnson Health Care Systems, Inc. v. Save On SP, LLC*
              **No. 2:22-cv-02632 (JKS) (CLW), Motion to Compel**

Dear Judge Wolfson:

      On behalf of Defendant Save On SP, LLC ("**SaveOn**") and in accordance with Your Honor's April 10, 2024 directive to electronically file applications previously submitted via email, enclosed is SaveOn's Motion to Compel dated December 28, 2023. Given that these are fully briefed, SaveOn also includes Johnson & Johnson Health Care Systems, Inc.'s (with its affiliates, "**J&J**") Opposition filed on January 4, 2024, and SaveOn's Reply filed on January 8, 2024.

                                     Respectfully submitted,

                                      */s/ E. Evans Wohlforth, Jr.*
                                      E. Evans Wohlforth, Jr.
                                      Robinson & Cole LLP
                                      666 Third Avenue, 20th floor
                                      New York, NY 10017-4132
                                      Main (212) 451-2900
                                      Fax (212) 451-2999
                                      ewohlforth@rc.com

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP

Hon. Freda L. Wolfson, U.S.D.J.
Page 2 of 2

        Philippe Z. Selendy (admitted *pro hac vice*)
        Andrew R. Dunlap (admitted *pro hac vice*)
        Meredith Nelson (admitted *pro hac vice*)
        Elizabeth H. Snow (admitted *pro hac vice*)
        SELENDY GAY PLLC
        1290 Avenue of the Americas
        New York, NY 10104
        (212) 390-9000

        pselendy@selendygay.com
        adunlap@selendygay.com
        mnelson@selendygay.com
        esnow@selendygay.com

*Attorneys for Defendant Save On SP, LLC*