# Sills Cummis & Gross
A Professional Corporation

101 Park Avenue, 28th Floor
New York, New York 10178
Tel: (212) 643-7000
Fax (212) 643-6500

**Katherine M. Lieb**
**Of Counsel**
**Admitted In NY, NJ**
**Direct Dial: 212-500-1580**
**Email: klieb@sillscummis.com**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

May 14, 2024

**By ECF**
Honorable Freda L. Wolfson, U.S.D.J.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

    Re:     **Request to Withdraw Exhibit 81;**
                *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*,
                **Civil Action No. 22-2632 (JKS) (CLW)**

Dear Judge Wolfson:

On behalf of Johnson & Johnson Health Care Systems Inc. ("JJHCS"), we write pursuant to the Court's directives from the April 8, 2024 conference and April 10, 2024 email to electronically file discovery applications that were previously submitted via email. In accordance with that directive, we are herein electronically filing a fully briefed version of JJHCS's application requesting that Exhibit 81 to ECF No. 165 be withdrawn from the Court's docket (the "Exhibit 81 Application") consisting of the below papers:

    1)    JJHCS's initial letter request, dated January 29, 2024 (also filed at ECF No. 191);
    2)    Opposition of Save On SP, LLC ("SaveOnSP") to Exhibit 81 Application, dated February 6, 2024;
    3)    JJHCS's Reply to Exhibit 81 Application, dated February 8, 2024;
    4)    JJHCS's Supplemental Letter to Exhibit 81 Application, dated February 9, 2024;
    5)    JJHCS's Response to February 14, 2024 Order, dated February 16, 2024;
    6)    SaveOnSP's Response to February 16, 2024 Letter, dated February 20, 2024;
    7)    JJHCS's Surreply to Exhibit 81 Application, dated February 22, 2024; and,

Honorable Freda L. Wolfson, U.S.D.J.
May 14, 2024
Page 2

        8)      JJHCS's Supplemental Letter to Exhibit 81 Application, dated March 29, 2024.

As noted in JJHCS's Surreply to the Exhibit 81 Application, per Your Honor's request, JJHCS also submitted *ex parte* (i) an unredacted copy of Exhibit 81 (JJHCS_00008989), and (ii) a copy of Exhibit 81 in the form in which it was originally filed with ECF No. 165.

Per the parties' agreement, we are filing these papers under temporary seal pending the filing of any related motions to seal.

                                                                         Respectfully submitted,

                                                                         */s/ Katherine M. Lieb*
                                                                         Katherine M. Lieb

cc: All counsel of record