# Sills Cummis & Gross
A Professional Corporation

101 Park Avenue, 28th Floor
New York, New York 10178
Tel: (212) 643-7000
Fax (212) 643-6500

**Katherine M. Lieb**
Of Counsel
Admitted In NY, NJ
Direct Dial: 212-500-1580
Email: klieb@sillscummis.com

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

May 14, 2024

**By ECF**
Honorable Freda L. Wolfson, U.S.D.J.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

   **Re:** Letter Update, dated February 2, 2024;
      *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*,
      Civil Action No. 22-2632 (JKS) (CLW)

Dear Judge Wolfson:

   On behalf of Johnson & Johnson Health Care Systems Inc. ("JJHCS"), we write pursuant to the Court's directives from the April 8, 2024 conference and April 10, 2024 email to electronically file discovery applications that were previously submitted via email. In accordance with that directive, we are herein electronically filing JJHCS's letter providing an update on searches related to terms and conditions, dated February 2, 2024. Per the parties' agreement, we are filing these papers under temporary seal pending the filing of any related motions to seal.

            Respectfully submitted,

            */s/ Katherine M. Lieb*
            Katherine M. Lieb

cc: All counsel of record