# Sills Cummis & Gross
A Professional Corporation

101 Park Avenue, 28th Floor
New York, New York 10178
Tel: (212) 643-7000
Fax (212) 643-6500

**Katherine M. Lieb**
**Of Counsel**
**Admitted In NY, NJ**
**Direct Dial:** 212-500-1580
**Email:** klieb@sillscummis.com

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

May 14, 2024

**By ECF**

Honorable Freda L. Wolfson, U.S.D.J.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

      Re:    **Motion to Compel Interrogatory Responses**
               *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*,
               **Civil Action No. 22-2632 (JKS) (CLW)**

Dear Judge Wolfson:

On behalf of Johnson & Johnson Health Care Systems Inc. ("JJHCS"), we write pursuant to the Court's directives from the April 8, 2024 conference and April 10, 2024 email to electronically file discovery applications that were previously submitted via email. In accordance with that directive, we are herein electronically filing a fully briefed version of JJHCS's Motion to Compel Interrogatory Responses (the "Motion to Compel") consisting of the below papers:

1) JJHCS's Letter Motion to Compel, dated March 12, 2024, with Exhibits 1-29;

2) Save On SP, LLC's Opposition to Motion to Compel, dated March 20, 2024, with Exhibits 1-22; and,

3) JJHCS's Reply to Motion to Compel, dated March 22, 2024, with Exhibits 30-42.

Honorable Freda L. Wolfson, U.S.D.J.
May 14, 2024
Page 2

    Per the parties' agreement, we are filing these papers under temporary seal pending the filing of any related motions to seal.

Respectfully submitted,

*/s/ Katherine M. Lieb*
Katherine M. Lieb

cc: All counsel of record for SaveOnSP