Johnson Johnson Activity Log



| ID# | Key Decision /Activity Name | Date Opened | Targeted Close Date | Comm / EGWP? | Comments / Resolution | Responsibility |
|---|---|---|---|---|---|---|
| 429 | ESI Announcements - Overview | 6/20/2017 | | | Overview of ▮▮▮ SaveOn Solution ▮▮▮ - determine later date to take a deeper dive into these programs at J&J's request Update 8/2 - To be discussed at the 8/30 1H2017 Review with J&J. | |