

Rosa, Ray, Lisa

8/30/17 1H17 CPS Jeff, Cristina, Frank, Helen, Angela, Stephen

- Saveem - send SPD language
- JNJ interested if 1TRP/CDH plans could be included