| | |
|---|---|
| **From:** | Cathers Jr, Frank F |
| **To:** | Macknowski, Ray [JJCUS] |
| **Cc:** | Gardner, Jeffrey S; Mccarthy, Cristina L; Cathers Jr, Frank F |
| **Subject:** | Out of Pocket Protection and Saveon enrollment |
| **Date:** | Wednesday, February 14, 2018 12:21:31 PM |
| **Importance:** | High |

Ray,

As we discussed during our call today, currently we have ▆ commercial division lives enrolled in the Out of Pocket Protection program and ▆ commercial division lives enrolled in the SaveOn program. As of right now, we do not have any pharmaceutical clients enrolled.

Thank you

Frank

**Frank Cathers, R.Ph.**
Sr. Clinical Account Executive, Commercial Division
Express Scripts Inc.
One Express Way
St. Louis, MO 63121

Office:  717-730-2120