# Sills Cummis & Gross
A Professional Corporation

**101 Park Avenue, 28th Floor**
**New York, New York 10178**
**Tel: (212) 643-7000**
**Fax (212) 643-6500**

**Katherine M. Lieb**
**Of Counsel**
**Admitted In NY, NJ**
**Direct Dial: 212-500-1580**
**Email: klieb@sillscummis.com**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

May 24, 2024

**By ECF**
Hon. Cathy L. Waldor
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4040
Newark, NJ 07102

> **Re:    Brisson Withdrawal**
> ***Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC,***
> **Civil Action No. 22-2632 (JKS) (CLW)**

Dear Judge Waldor:

Together with Patterson Belknap Webb & Tyler LLP ("PBWT"), we represent Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS") in the above-referenced action. Katherine Brisson, a member of the New York bar, was admitted *pro hac vice* in this matter on February 17, 2023. *See* Dkt. No. 77. Effective May 24, 2024, Ms. Brisson will be leaving PBWT for another position.

Accordingly, pursuant to Local Civil Rule 101.1(c)(5), we respectfully request the Court's approval of Ms. Brisson's withdrawal as *pro hac vice* counsel in this matter. Other attorneys from PBWT and my firm, Sills Cummis & Gross P.C., will remain as counsel for JJHCS in the above-referenced matter. If this request meets with Your Honor's approval, we respectfully request that Your Honor "So Order" this letter pursuant to Local Civil Rule 101.1(c)(5).

We thank the Court for its consideration of this request. Should Your Honor have any questions, we are available at your convenience.

Respectfully submitted,

*/s/ Katherine M. Lieb*
Katherine M. Lieb

cc: All counsel of record

**SO ORDERED.**

**s/ Cathy L. Waldor**
**Hon. Cathy L. Waldor, U.S.M.J.**

**Date:** May 28, 2024