Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, NJ 07601
(201) 441-9056
mberman@hdrbb.com
*Counsel of Record for Accredo Health Group, Inc.*
*and Express Scripts, Inc.*

|  |  |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | **UNITED STATES DISTRICT COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> Civil No. 22-2632 (JKS) (CLW) <br><br> **CERTIFICATION OF** <br> **KRITHIKA RAJKUMAR, ESQ.** <br> **IN SUPPORT OF APPLICATION FOR** <br> **ADMISSION *PRO HAC VICE*** |

I, KRITHIKA RAJKUMAR, ESQ., being of due age and sound mind, hereby certify as follows under penalty of law:

1. I make this Certification in support of my application for admission to the Bar of this Court *pro hac vice* for purposes of appearing on behalf of Accredo Health Group, Inc. in the above-captioned matter.

2. I am an associate with the firm of Holland & Knight, located at 10 St. James Avenue, 11th Floor, Boston, Massachusetts 02116.

3. I am admitted to practice law in, and a member in good standing of, the following jurisdictions:

   a. Ohio
      Admitted 2019

   b. Commonwealth of Massachusetts
      Admitted 2020

4. The address of the offices maintaining the roll of members in good standing of the Bars in which I am a member are:

    a. Attorney Registration
Supreme Court of Ohio
65 South Front Street, 5th Floor
Columbus, Ohio 43215-3431

    b. Massachusetts Board of Bar Overseers
99 High Street
2nd Floor
Boston, Massachusetts 02110

5. There are no disciplinary proceedings pending against me in any jurisdiction.

6. No discipline has previously been imposed on me in any jurisdiction.

7. Accordingly, I respectfully request that the Court grant my application for admission *pro hac vice* on behalf of Accredo Health Group, Inc.

I certify under penalty of perjury that the foregoing is true and correct.

*[signature]*
Krithika Rajkumar, Esq.

Executed on June 3, 2024