SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632 (JKS)(CLW) |
| Plaintiff, | |
| v. | Hon. Jamel K. Semper, U.S.D.J.<br>Hon. Cathy L. Waldor, U.S.M.J.<br>Hon. Freda L. Wolfson, Special Master |
| SAVE ON SP, LLC, | **CERTIFICATION OF SERVICE** |
| Defendant. | (Electronically Filed Document) |

JEFFREY J. GREENBAUM, of full age, certifies that on the 5th day of June, I caused a copy of Plaintiff Johnson & Johnson Health Care Systems Inc.'s Reply Brief in Further Support of Motion for Leave to Amend Complaint in Response to Express Scripts, Inc. & Accredo Health Group, Inc.'s Opposition to be served via CM/ECF and email to counsel for Defendant Save On SP, LLC, Accredo Health Group, Inc., and Express Scripts, Inc.

I certify under penalty of perjury that the foregoing is true and correct.

*s/ Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM

Dated:  June 5, 2024