E. Evans Wohlforth, Jr.
**ROBINSON & COLE LLP**
666 Third Avenue, 20th Floor
New York, NY 10017
Telephone: (212) 451-2900
Facsimile: (212) 451-2999
E-mail: ewohlforth@rc.com

Andrew R. Dunlap (admitted *pro hac vice*)
Meredith Nelson (admitted *pro hac vice*)
Elizabeth Snow (admitted *pro hac vice*)
**SELENDY GAY PLLC**
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
E-mail: adunlap@selendygay.com
E-mail: mnelson@selendygay.com
E-mail: esnow@selendygay.com

*Attorneys for Defendant Save On SP, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 2:22-cv-02632 (JKS)(CLW) |
|---|---|
| Plaintiff, | |
| v. | *Document electronically filed.* |
| SAVE ON SP, LLC, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

I, **E. EVANS WOHLFORTH, JR.**, hereby certify as follows:

1. I am an attorney at law admitted to practice before this Court and an attorney at the firm, Robinson & Cole LLC, and an attorney for Defendant Save On SP, LLC ("SaveOnSP") in the above-captioned matter. On June 17, 2024, pursuant to Local Civil Rule 5.2, I caused the following documents to be electronically filed and served:

- Defendant Save On SP, LLC's Notice of Motion for Admission *Pro Hac Vice* of Sarah W. Chase.;

- Certification of E. Evans Wohlforth, Jr.;
- Certification of Sarah W. Chase.;
- Proposed Order; and
- this Certificate of Service.

2. Service was made on this date upon all counsel of record in accordance with the Federal Rules of Civil Procedure and the District of New Jersey's Local Rules on Electronic Service.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: New York, New York
       June 17, 2024

By: */s/ E. Evans Wohlforth, Jr.*
E. Evans Wohlforth, Jr.
**ROBINSON & COLE LLP**
666 Third Avenue, 20th Floor
New York, NY 10017
Telephone: (212) 451-2900
Facsimile: (212) 451-2999
E-mail: ewohlforth@rc.com

Andrew R. Dunlap (admitted *pro hac vice*)
Meredith Nelson (admitted *pro hac vice*)
Elizabeth Snow (admitted *pro hac vice*)
**SELENDY GAY PLLC**
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
E-mail: adunlap@selendygay.com
E-mail: mnelson@selendygay.com
E-mail: esnow@selendygay.com

*Attorneys for Defendant Save On SP, LLC*

2