**Appendix A to the Declaration of E. Evans Wohlforth, Esq.**

| Document Title/ECF No. | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Letter dated December 20, 2024 [ECF No. 287] | Letter contains (1) references to sealed letter on docket (ECF No. 109); (2) a direct reference to a confidential presentation and business records produced by Save On SP, LLC ("SaveOn") that comprise proprietary business information, *see* ECF No. 287 at Ex. 1-2; and (3) a direct reference to a confidential deposition transcript, *see* ECF No. 287 at Ex. 3. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of the Letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | Yes, *see* ECF No. 109. | No objection. |
| Exhibit 1 to Letter dated December 20, 2024 [ECF No. 287] | Exhibit is a confidential presentation created by Express Scripts, Inc. comprising proprietary business information about SaveOn. *See* ECF No. 287 at Ex. 1. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |

| Exhibit 2 to Letter dated December 20, 2024 [ECF No. 287] | Exhibit 2 contains an evaluation of an employee's phone call to a patient, comprising proprietary business information. *See* ECF No. 287 at Ex. 2. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business in-formation. | No | No objection |
| Exhibit 3 to Letter dated December 20, 2024 [ECF No. 287] | Exhibit 3 is a confidential deposition transcript of a SaveOn employee, containing direct and substantive reference to the contents of SaveOn's business plan. *See* ECF No. 287 at Ex. 3. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business in-formation. | No | No objection |