# EXHIBIT F

**Exhibit F to the Declaration**

| Document Title/ECF No. | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Letter dated January 4, 2024 [ECF No. 271] | Letter contains direct quotations from internal Save On SP, LLC ("SaveOn") material discussing its marketing strategy, comprising proprietary business information, *see* ECF No. 271 at Ex. 2, 4. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of the Letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 2 to letter dated January 4, 2024 [ECF No. 271] | Exhibit 2 is an internal SaveOn document containing talking points for use with health plans, comprising proprietary marketing and business information. *See* ECF No. 271 at Ex. 2. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 3 to letter dated January 4, | Exhibit 3 is a letter from counsel for SaveOn to counsel for JJHCS, containing references to SaveOn's confidential | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's | No | No objection |

| 2024 [ECF No. 271] | drug lists, comprising proprietary business information. *See* ECF No. 271 at Ex. 3. | information be disclosed to competitors and other market participants. | proprietary business information. | | |
|---|---|---|---|---|---|
| Exhibit 4 to letter dated January 4, 2024 [ECF No. 271] | Exhibit 4 is a series of internal emails between SaveOn's leaders. The emails contain discussion of SaveOn's business and marketing strategy in response to a news article, comprising proprietary business information. *See* ECF No. 271 at Ex. 4. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 20 to letter dated January 8, 2024 [ECF No. 276] | Exhibit 20 is an email from a SaveOn executive to a J&J employee about SaveOn's services, comprising proprietary business information. *See* ECF No. 276 at Ex. 20. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 21 to letter dated January 8, 2024 [ECF No. 276] | Exhibit 21 is a slide deck created by Express Scripts about SaveOn's services, including about how it functions and who it assists, comprising proprietary business | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |

| | information. *See* ECF No. 276 at Ex. 21. | information be disclosed to competitors and other market participants. | | | |
|---|---|---|---|---|---|
| Exhibit 23 to letter dated January 8, 2024 [ECF No. 276] | Exhibit 23 is an email from a SaveOn executive to a J&J employee about SaveOn's services, comprising proprietary business information. *See* ECF No. 276 at Ex. 23. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |