# EXHIBIT G

# JJHCS INDEX IN SUPPORT OF MOTION TO SEAL
## LETTERS TO JUDGE WOLFSON REGARDING SCOPE OF CAP CUSTODIANS (JANUARY 16, 22 & 23, 2024)

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
|  | Letter from E. Evans Wohlforth, Jr. (Jan. 16, 2024) (2024.01.16 SaveOnSP Brief and Exhibits [Redactions]) | | | | |
| Page 3 ("Kinne . . . services"), ("wrote . . . claim"), ("This . . . program"), ("emails . . . lists"), ("an . . . video"); Page 4 ("In . . . interfered."), ("In . . . Program"), ("In . . . SaveOn"), ("In . . . support"), ("Longbothum . . . maximizers") | JJHCS requests the redaction of information and discussion in the January 16 letter and the exhibits thereto that are not known to the general public and which the parties agreed to keep confidential. JJHCS maintains that these documents and exhibits contain sensitive business information, including the administration of the CarePath program. | If filed on the public docket, these portions of the January 16 letter would reveal confidential material relating to JJHCS's sensitive business information. Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| | | competitors secured the information. | | | |
| Confidential emails related to the CarePath program<br><br>Exhibits 2–6 | JJHCS requests the redaction of information and discussion in certain exhibits to the January 16 letter that are not known to the general public and which the parties agreed to keep confidential. JJHCS maintains that these exhibits contain sensitive business information, including the administration of the CarePath program. | If filed on the public docket, the exhibits to the January 16 letter would reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |

2

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| Confidential notes related to the CarePath program<br><br>Exhibit 7 | JJHCS requests the redaction of information and discussion in certain exhibits to the January 16 letter that are not known to the general public and which the parties agreed to keep confidential. JJHCS maintains that these exhibits contain sensitive business information, including the administration of the CarePath program. | If filed on the public docket, the exhibits to the January 16 letter would reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |
| Confidential documents related to the CarePath program | JJHCS requests the redaction of information and discussion in certain exhibits to the January 16 letter that are not known to the general public and which the parties agreed | If filed on the public docket, the exhibits to the January 16 letter would reveal confidential material relating to JJHCS's | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the | None | None |

3

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| Exhibit 8 | to keep confidential. JJHCS maintains that these exhibits contain sensitive business information, including the administration of the CarePath program. | sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | general public. No less restrictive alternative is available or practicable. | | |
| Letter from Harry Sandick (Jan. 22, 2024) (2024.01.22 JJHCS Opp. to SOSP Mot. re CAP custodians [Redacted]) ||||||
| Page 3 ("in . . . is,"), ("a . . . payer"), ("August . . . patients"), ("In . . . 31"). | JJHCS requests the redaction of information and discussion in the January 22 letter and the exhibits thereto that are not known to the general public and which the parties agreed to keep confidential. JJHCS maintains that these | If filed on the public docket, these portions of the January 22 letter would reveal confidential material relating to JJHCS's | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive | ECF No. 200 | None |

4

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| Page 7, note 4 ("which . . . Jeffcoat") | documents and exhibits contain sensitive business information, including the administration of the CarePath program. | sensitive business information. Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | alternative is available or practicable. | | |
| across: Letter from E. Evans Wohlforth, Jr. (Jan. 23, 2024) (2024.01.23 SaveOnSP Reply and Exhibits [Redacted]) | | | | | |
| Page 2 ("Quinton . . . program"), ("William . . . patients") | JJHCS requests the redaction of information and discussion in the January 23 letter and the exhibits thereto that are not known to the general public and which the parties agreed to keep confidential. JJHCS maintains that these | If filed on the public docket, these portions of the January 23 letter would reveal confidential material relating to JJHCS's | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive | None | None |

5

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| | documents and exhibits contain sensitive business information, including the administration of the CarePath program. | sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | alternative is available or practicable. | | |
| Redactions to confidential discovery letters exchanged between counsel<br><br>Exhibit 9 | JJHCS requests the redaction of information and discussion in certain exhibits to the January 23 letter that are not known to the general public and which the parties agreed to keep confidential. JJHCS maintains that these exhibits contain sensitive business information, including the | If filed on the public docket, these portions of the exhibits to the January 23 letter would reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure of this confidential and | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| | administration of the CarePath program. | proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | JJHCS is providing redacted documents. | | |