# **EXHIBIT H**

**Exhibit H to the Declaration**

| Document Title/ECF No. | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Exhibit 10 to Letter dated January 23, 2024 [ECF No. 274] | Exhibit 10 is a letter from counsel for Save On SP, LLC ("SaveOn") to counsel for JJHCS, disclosing SaveOn's confidential and proprietary business information, including about SaveOn's drug lists, in response to JJHCS's RFP No. 83. *See* ECF No. 274 at SaveOn Ex. 10. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |