# **EXHIBIT J**

**Exhibit J to the Declaration**

| Document Title/ECF No. | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Letter dated February 7, 2024 [ECF No. 276] | Letter contains direct references to previously sealed docket entry, ECF No. 166, comprising confidential business information about the CAP program and Save On SP, LLC's ("SaveOn") strategy. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of the Letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Letter dated February 14, 2024 [ECF No. 276] | Letter contains direct references to previously sealed docket entry, ECF No. 166, comprising confidential business information about the CAP program and SaveOn's strategy. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of the Letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit A to letter dated February 14, 2024 | Exhibit A is a letter from counsel for JJHCS to counsel for SaveOn. The letter references SaveOn's response to JJHCS's interrogatory | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy | A redacted, public version of the Letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of | No | No objection |

| | | | | | |
|---|---|---|---|---|---|
| [ECF No. 276] | No. 18, which references SaveOn's confidential employee handbook disclosed to JJHCS during discovery, containing proprietary business information. *See* ECF No. 276 at JJHCS Ex. A. | be disclosed to competitors and other market participants. | SaveOn's proprietary business information. | | |
| Exhibit B to letter dated February 14, 2024 [ECF No. 276] | Exhibit B is a letter from counsel for JJHCS to counsel for SaveOn. The letter contains references to SaveOn's confidential motion to compel, ECF No. 165, 166, which comprises confidential business information about the CAP program and SaveOn's strategy. The letter further contains reference to the October 30, 2023 transcript that directly references the contents of SaveOn's business plan, comprising proprietary business information. *See* ECF No. 276 at JJHCS Ex. B. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of the Letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 12 to letter dated | Exhibit 12 is a letter from counsel for JJHCS to counsel for SaveOn. | If relief is not granted, SaveOn would be at a competitive disadvantage | A redacted, public version of the Letter is being filed. It is believed | No | No objection |

2

| February 16, 2024 [ECF No. 276] | The letter references SaveOn's response to JJHCS's interrogatory No. 18, which references SaveOn's confidential employee handbook disclosed to JJHCS during discovery, containing proprietary business information. *See* ECF No. 276 at Ex. 12. | should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | | |

3