# EXHIBIT L

**Exhibit L to the Declaration**

| Document Title/ECF No. | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Letter dated February 20, 2024 [ECF No. 280] | Letter contains reference to data analyzed by SaveOn for strategic purposes, comprising proprietary business information, *see* ECF No. 280 at Ex. 12. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of the letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 12 to letter dated February 20, 2024 [ECF No. 280] | Exhibit 12 is a SaveOn presentation analyzing patient and medication data, comprising proprietary business information. *See* ECF No. 280 at Ex. 12. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Letter dated March 1, 2024 [ECF No. 280] | Letter contains reference to data analyzed by SaveOn for strategic purposes, comprising proprietary business information, *see* ECF No. 280 at Ex. 2-4. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy | A redacted, public version of the letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of | No | No objection |

| | | be disclosed to competitors and other market participants. | SaveOn's proprietary business information. | | |
|---|---|---|---|---|---|
| Exhibit 2 to letter dated March 1, 2024 [ECF No. 280] | Exhibit 2 is an internal email chain between SaveOn employees discussing patient and medication data, comprising proprietary business information. *See* ECF No. 280 at Ex. 2. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 3 to letter dated March 1, 2024 [ECF No. 280] | Exhibit 3 is an email chain between Express Scripts and Accredo employees discussing patient and medication data in relation to SaveOn, comprising proprietary business information. *See* ECF No. 280 at Ex. 3. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 4 to letter dated March 1, 2024 [ECF No. 280] | Exhibit 4 is an email chain between Express Scripts and Accredo employees discussing patient and medication data in relation to SaveOn, comprising proprietary business information. *See* ECF No. 280 at Ex. 4. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |

2

| Letter dated March 11, 2024 [ECF No. 280] | Letter references letter dated March 1, 2024, *see* ECF No. 280, which references SaveOn's patient and medication data, comprising proprietary business information. *See* ECF No. 280. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of the letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | Yes, *see* ECF No. 280 at Letter Dated March 1, 2024. | No objection |

3