Keith J. Miller, Esq.
**ROBINSON MILLER LLC**
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Telephone No.: (973) 690-5400
Facsimile No.: (973) 466-2761
kmiller@rwmlegal.com

*Attorneys for Amicus Curiae Pharmaceutical Research and Manufacturers of America*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAVE ON SP, LLC,<br><br>　　　　　Defendant. | Civ. Action No. 2:22-cv-02632 (JMV) (CLW)<br><br>*Document electronically filed.*<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE FOR KEITH J. MILLER** |

PLEASE TAKE NOTICE that Robinson Miller LLC, counsel for Amicus Curiae Pharmaceutical Research and Manufacturers of America, informs the Court that Keith J. Miller, Esq. withdraws his appearance as counsel and requests that the Clerk discontinue electronic notifications to him in this action.

Dated: June 20, 2024　　　　　　　　　　ROBINSON MILLER LLC

　　　　　　　　　　　　　　　　　　　　By: *s/ Keith J. Miller*
　　　　　　　　　　　　　　　　　　　　Keith J. Miller, Esq.
　　　　　　　　　　　　　　　　　　　　**ROBINSON MILLER LLC**
　　　　　　　　　　　　　　　　　　　　Ironside Newark
　　　　　　　　　　　　　　　　　　　　110 Edison Place, Suite 302
　　　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　　　　　Telephone No.: (973) 690-5400
　　　　　　　　　　　　　　　　　　　　Facsimile No.: (973) 466-2761
　　　　　　　　　　　　　　　　　　　　kmiller@rwmlegal.com