# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

**Jeffrey J. Greenbaum**
Member
Direct Dial: (973) 643-5430
E-mail: jgreenbaum@sillscummis.com

101 Park Avenue
New York, NY 10178
Tel: 212-643-7000
Fax: 212-643-6500

June 24, 2024

**VIA ECF**
Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*,
Civil Action No. 22-2632 (JKS) (CLW)

Dear Magistrate Judge Waldor:

This firm represents Plaintiff Johnson & Johnson Health Care Systems Inc. in the above-captioned matter. We respectfully request that Your Honor permit Jacob I. Chefitz, Alexandra Mahler-Haug, and Bonita L. Robinson, all of whom are associated with the law firm of Patterson Belknap Webb & Tyler LLP, to appear *pro hac vice* on behalf of the above-listed Plaintiff. Counsel for Defendant has no objection to the admission *pro hac vice* of Mr. Chefitz, Ms. Mahler-Haug, and Ms. Robinson.

In support of this request we enclose the following documents: (1) Declaration of Jeffrey J. Greenbaum, Esq.; (2) Declaration of Jacob I. Chefitz, Esq.; (3) Declaration of Alexandra Mahler-Haug, Esq.; (4) Declaration of Bonita L. Robinson, Esq.; and (6) Proposed Order Granting Admission *Pro Hac Vice*.

We appreciate Your Honor's time and consideration.

Respectfully submitted,

*s/ Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM

cc: All counsel of record (by ECF)