SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
George LoBiondo
Harry Sandick (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632 (JKS) (CLW) |
| Plaintiff, | |
| vs. | **DECLARATION OF BONITA L. ROBINSON IN SUPPORT OF ADMISSION *PRO HAC VICE*** |
| SAVE ON SP, LLC, | |
| Defendant. | *Document electronically filed* |

BONITA L. ROBINSON, of full age, hereby declares as follows:

1. I am an associate of the law firm Patterson Belknap Webb & Tyler LLP. I submit this Declaration in support of the application to appear and participate *pro hac vice* in this matter on behalf of Plaintiff Johnson & Johnson Health Care Systems Inc.

2. I am counsel to Plaintiff and am familiar with the facts of this action, and have experience in the field of law relevant to this action.

3. I am a member in good standing of the Bar for New York State, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, and the United States Court of Appeals for the Second Circuit.

4. I was admitted to the New York State Bar in 2019. The New York State Office of Court Administration, located at 25 Beaver Street, Rm. 852, New York, NY 10004, maintains the roll of all members of the New York State Bar.

5. I was admitted to the Bar for the United States District Court for the Eastern District of New York in 2020. The Clerk's Office for the United States District Court for Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY 11201, maintains the roll of all members of the Bar of the United States District Court for the Eastern District of New York.

6. I was admitted to the Bar for the United States District Court for the Southern District of New York in 2022. The Clerk's Office for the United States District Court for Southern District of New York, located at 500 Pearl Street, New York, NY 10007, maintains the roll of all members of the Bar of the United States District Court for the Southern District of New York.

7. I was admitted to the Bar for the United States Court of Appeals for the Second Circuit in 2022. The Clerk's Office for the United States Court of Appeals for the Second Circuit, Attorney Admissions, located at 40 Foley Square, New York, NY 10007, maintains the roll of all members of the Bar of the United States Court of Appeals for the Second Circuit.

8. I have never been convicted of a felony crime, censured, suspended, disciplined, or disbarred by any court. I am not the subject of any pending disciplinary or contempt

proceedings in any jurisdiction, nor have I been disciplined in any jurisdiction within the past five years.

9. If this application to appear *pro hac vice* is granted I agree to:

   (a) Pay the fee for *pro hac vice* admission to the Clerk of the United States District Court for the District of New Jersey;

   (b) Pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a);

   (c) Abide by the Rules Governing this Court, including but not limited to L. Civ. R. 101.1(c);

   (d) Consent to the appointment of the Clerk of the United States District Court for the District of New Jersey as agent upon whom service of process may be made for all actions against me that may arise out of my participation in this matter;

   (e) Notify the Court immediately of any matter affecting my standing in the Bar of any other court; and

   (f) Having all pleadings, briefs and other papers filed with the Court signed by Jeffrey J. Greenbaum or another attorney licensed to practice law in the District of New Jersey.

10. I am willing to submit to the jurisdiction of this Court and to comply with all its rules and procedures. To ensure my familiarity with these regulations, I have reviewed the local rules of this Court.

11. In light of the foregoing, I respectfully request on behalf of the Plaintiff that I be admitted *pro hac vice* for the purpose of representing Johnson & Johnson Health Care Systems

Inc. in this matter in association with New Jersey counsel. I agree to be bound by the rules governing practices in the New Jersey Courts, including disciplinary rules. I declare under penalty of perjury that the foregoing is true and accurate.

Dated: June 18, 2024								Respectfully submitted,

										_____
										Bonita L. Robinson