E. Evans Wohlforth, Jr., Esq.
**ROBINSON & COLE LLP**
666 Third Avenue, 20th Floor
New York, New York 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
ewohlforth@rc.com
*Attorneys for Defendant Save on SP, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------ x
JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., :
: Case No. 2:22-cv-02632-JKS-CLW
    Plaintiff, :
        -against- : **NOTICE OF REQUEST FOR WITHDRAWAL OF APPEARANCE**
SAVE ON SP, LLC, :
: FILED ELECTRONICALLY
    Defendant. :
------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that as of May 30, 2024, Katherine M. Katchen, Esq., is no longer associated with Robinson & Cole LLP. We hereby respectfully request that the court withdraw Ms. Katchen's appearance as counsel for Defendant, Save on SP LLC ("Defendant") in this matter.

Defendant will continue to be represented by E. Evans Wohlforth, Jr. of Robinson & Cole LLP.

SO ORDERED.

s/ Cathy L. Waldor
**Hon. Cathy L. Waldor, U.S.M.J.**

Date:  July 9, 2024