# Exhibit 3



May 30, 2023

****************AUTO**MIXED AADC 140
S30 P1 T7 B11 865

Dear Dr. ▮,

    As an advisor to various commercial health plans, Save On SP, LLC ("SaveOnSP") writes to notify you that Johnson & Johnson Health Care Systems Inc. ("JJHCS") has informed us that it wants to withdraw copay assistance for members of plans advised by SaveOnSP who take one or more of the following specialty drugs manufactured by Janssen: Balversa, Darzelex, Darzelex Faspro, Erleada, Imbruvica, Opsumit, Prezcobix, Remicade, Rybrevant, Simponi, Stelara, Symtuza, Tracleer, Tremfya, Uptravi, Ventavis, and Zytiga ("Janssen Drugs").

    We understand that you may have prescribed one or more Janssen Drugs to a member of a SaveOnSP-advised plan. We also understand that JJHCS may have previously told you that it will provide copay assistance through its Janssen CarePath program to members of commercial health plans who are prescribed Janssen Drugs. On its website, JJHCS describes CarePath as providing resources to patients "to help them learn about, afford, and stay on their medication," and states that "[o]nce [a patient] and [her] doctor have decided a Janssen medication is right for [the patient], Janssen CarePath can help [the patient] … identify ways to help [her] pay for [her] Janssen medication and provide ongoing support." *Janssen CarePath*, https://www.janssencarepath.com/ (last accessed May 30, 2023).

    On May 16, 2023, JJHCS told SaveOnSP that it wishes to "remov[e] [patients on plans advised by SaveOnSP] from CarePath after due notice and after providing an appropriate period of time for insurers and SaveOnSP to ensure continuity of care for these patients." On May 24, 2023, JJHCS told SaveOnSP that it intends to ask a federal court for an order allowing it to begin disenrolling members of these plans from CarePath. JJHCS further stated that it wishes the court to hear this issue in a conference currently scheduled for June 6, 2023.

    Without copay assistance from CarePath, patients on affected plans may experience increased costs for their specialty medications. SaveOnSP is advising the plans that use its services that if JJHCS removes all their patients from CarePath, the plans will

 40 La Riviere Drive, Suite 310, Buffalo, NY 14202     800.683.1074

ATTORNEYS' EYES ONLY

JJHCS_00158775

need to consider options including changing benefits for Janssen Drugs or removing coverage for Janssen Drugs entirely.

If you have any questions about why JJHCS wishes to terminate copay assistance for these patients, you can contact your Janssen representative or Janssen area business specialist.

Sincerely,

SaveOnSP

40 La Riviere, Suite 310, Buffalo, NY 14202          800.683.1074

ATTORNEYS' EYES ONLY

JJHCS_00158776