**Robinson+Cole**

E. EVANS WOHLFORTH, JR.

666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
ewohlforth@rc.com
Direct (212) 451-2954

Admitted in New York and New Jersey

July 29, 2024

**VIA E-MAIL**

Hon. Freda L. Wolfson, U.S.D.J. (ret.)   Wayne Fang, Esq.
Lowenstein Sandler LLP                    Lowenstein Sandler LLP
One Lowenstein Drive                      One Lowenstein Drive
Roseland, New Jersey 07068                Roseland, New Jersey 07068

Re:   **Johnson & Johnson Health Care Systems, Inc. v. Save On SP, LLC,
       Civil Action No. 2:22-cv-02632 (JKS) (CLW)**

Your Honor and Mr. Fang:

      We write as a follow up to Johnson & Johnson Health Care Systems, Inc.'s ("JJHCS") June 12, 2024 letter, on behalf of Save On SP, LLC's ("SaveOn") and jointly with counsel for JJHCS, to provide an update to the Court with respect to upcoming motions to seal and to present the parties' joint request for a short extension of the filing deadline for the motions to seal.

      In the June 12, 2024 Letter, the parties proposed that in relation to certain Motions filed after April 3, 2024 through May 21, 2024, the parties would file corresponding Sealing Motions by July 30, 2024. Due to the volume of filings and exhibits pertaining to such sealing motions, as well as other scheduling conflicts, the parties have agreed to a short extension of the sealing deadline to **August 27, 2024**. Opposition(s) to the Sealing Motions, if any, would follow on the normal schedule. If this request meets with Your Honor's approval, we respectfully request that Your Honor endorse and so-order this extension request.

      We thank Your Honor and Mr. Fang for your kind attention to this letter. Please do not hesitate to contact me with any questions or concerns regarding this process, or if we may be of any assistance to the Court whatsoever.

Respectfully submitted,

/s/  Evans Wohlforth, Jr.

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP

Hon. Freda L. Wolfson
Wayne Fang, Esq.
Lowenstein Sandler LLP
July 29, 2024

Page 2

E. Evans Wohlforth, Jr.

Cc:  All counsel

The parties' joint request for an extension of time to file the aforementioned motions to seal is hereby **GRANTED**.

Dated: July 29, 2024

*/s/ Freda L. Wolfson*
Hon. Freda L. Wolfson (ret.)
Special Master

12321159.v2