# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

**Jeffrey J. Greenbaum**
**Member**
**Admitted In NJ, NY**
**Direct Dial: 973-643-5430**
**Email:**
**jgreenbaum@sillscummis.com**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

August 14, 2024

**By ECF**
The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07101

      Re:    **Shane Withdrawal**
                 *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*
                 **Civil Action No. 22-2632 (JKS-CLW)**

Dear Judge Waldor:

      Together with Patterson Belknap Webb & Tyler LLP ("PBWT"), we represent Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS") in the above-referenced action. Elisabeth Shane, a member of the New York bar, was admitted *pro hac vice* in this matter on February 17, 2023. *See* Dkt. No. 77. Effective August 14, 2024, Ms. Shane will be leaving PBWT for another position.

      Accordingly, pursuant to Local Civil Rule 101.1(c)(5), we respectfully request the Court's approval of Ms. Shane's withdrawal as *pro hac vice* counsel in this matter. Other attorneys from PBWT and my firm, Sills Cummis & Gross P.C., will remain as counsel for JJHCS in the above referenced matter. If this request meets with Your Honor's approval, we respectfully request that Your Honor "So Order" this letter pursuant to Local Civil Rule 101.1(c)(5).

      We thank the Court for its consideration of this request. Should Your Honor have any questions, we are available at your convenience.

                                                          Respectfully yours,

                                                          */s/ Jeffrey J. Greenbaum*
                                                          JEFFREY J. GREENBAUM

cc:      All counsel of record (by ECF)