**Appendix B to the Declaration of E. Evans Wohlforth, Esq.**

| Document Title/ECF No. | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Letter dated May 3, 2024 [ECF No. 327] | Letter motion discusses one of Save On SP LLC's ("SaveOn") offerings, Adapt, and SaveOn's business strategy for Adapt, comprising proprietary business information. *See* ECF No. 327. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of the Letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 4 to Letter dated May 3, 2024 [ECF No. 327] | Exhibit 4 is an email exchange between Express Scripts, Inc. employees and a health plan discussing SaveOn's business structure, comprising proprietary business information. *See* ECF No. 327 at Ex. 4. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 5 to Letter dated May 3, 2024 | Exhibit 5 is an email exchange between Express Scripts, Inc. employees, Accredo employees, and SaveOn | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's | No | No objection |

| | | | | | |
|---|---|---|---|---|---|
| [ECF No. 327] | employees discussing SaveOn's business strategy for Adapt and comprising proprietary business information. *See* ECF No. 327 at Ex. 5. | non-public business information and strategy be disclosed to competitors and other market participants. | proprietary business information. | | |
| Exhibit 6 to Letter dated May 3, 2024 [ECF No. 327] | Exhibit 6 is an email exchange between Express Scripts, Inc. employees, Accredo employees, and SaveOn employees discussing SaveOn's business strategy for Adapt and comprising proprietary business information. *See* ECF No. 327 at Ex. 6. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 7 to Letter dated May 3, 2024 [ECF No. 327] | Exhibit 7 is an email exchange between Express Scripts, Inc. employees, Accredo employees, a health plan, and SaveOn employees discussing SaveOn's business strategy for Adapt and comprising proprietary business information. *See* ECF No. 327 at Ex. 7. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 8 to Letter | Exhibit 8 is an email exchange between | If relief is not granted, SaveOn would be at a | It is believed that no less restrictive alternative is | No | No objection |

2

| | | | | | |
|---|---|---|---|---|---|
| dated May 3, 2024 [ECF No. 327] | Express Scripts, Inc. employees, a health plan, and SaveOn employees discussing SaveOn's business strategy for Adapt and comprising proprietary business information. *See* ECF No. 327 at Ex. 8. | competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | available to prevent the disclosure of SaveOn's proprietary business information. | | |
| Exhibit 9 to Letter dated May 3, 2024 [ECF No. 327] | Exhibit 9 is an email exchange between Express Scripts, Inc. employees and SaveOn employees discussing SaveOn's business strategy for Adapt and comprising proprietary business information. *See* ECF No. 327 at Ex. 9. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 10 to Letter dated May 3, 2024 [ECF No. 327] | Exhibit 10 is an email exchange between Express Scripts, Inc. employees, a health plan, and SaveOn employees discussing SaveOn's business strategy, including for Adapt, and comprising proprietary business information. *See* ECF No. 327 at Ex. 10. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |

| | | | | | |
|---|---|---|---|---|---|
| Exhibit 11 to Letter dated May 3, 2024 [ECF No. 327] | Exhibit 11 is an email exchange between Express Scripts, Inc. employees and health plans discussing SaveOn's business strategy for Adapt and comprising proprietary business information. *See* ECF No. 327 at Ex. 11. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |

4