# EXHIBIT B

INDEX IN SUPPORT OF MOTION TO SEAL
JANSSEN MARKET RESEARCH (ECF NOS. 330, 331, & 357)

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| <u>Letter from E. Evans Wohlforth, Jr. Esq. to Hon. Wolfson regarding SaveOnSP's Motion to Compel Janssen Market Research [dated May 21, 2024] (ECF No. 330)</u> | | JJHCS requests the redaction of information and discussion in the May 21 letter that is not known to the general public and which the parties agreed to keep confidential. JJHCS maintains that these documents and exhibits contain sensitive business information. | If filed on the public docket, these portions of the May 21 letter would reveal confidential material relating to JJHCS's sensitive business information.  Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |
| Page 1 | ("Market . . . need"), ("From . . . drugs") | | | | | |
| Page 2 | ("a . . . proposal"), ("to . . . programs"), ("CarePath . . . CarePath"), ("one . . . experience"), ("marketing . . . programs"), ("CarePath . . . drugs"), ("Objective . . . program"), ("J&J . . . drugs"), ("Immunology . . . research") | | | | | |
| Page 3 | (". . . brands"), (". . . planning"), ("includes . . . America"), ("appears . . . experience"), ("budgets . . . case"), ("J&J . . . conditions"), ("pulling . . . | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| | administration"), ("Market . . ."), ("utilizing . . . brochures") | | secured the information. | | | |
| Page 3, note 1 | ("Archbow . . . funds"), ("Review . . . ") | | | | | |
| Page 4 | ("email . . . changes"), ("Janssen . . . them"), ("Douglas . . . maximizers"), ("reactions . . . year"), ("J&J . . . programs"), ("Janssen . . . SaveOn"), ("Karen . . . year"), ("noted . . . dose"), ("Janssen . . . maximizers") | | | | | |
| Page 5 | ("a . . . Programs"), ("by . . . solution"), ("explicitly . . . withMe"), ("citing . . . maximizers"), ("It . . . Deep-Dive"), ("This . . . programs") | | | | | |
| Page 7 | ("patient . . . accumulators"), ("Janssen . . . expenses"), ("Janssen . . . confusion"), ("quoting . . . CarePath"), ("Janssen . . . confusing") | | | | | |

2

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| Page 9 | ("Janssen . . . programs"), ("Market . . . dose"), ("Janssen . . . research"), ("citing . . . Expectations") | | | | | |
| Page 10, note 7 | ("attempts . . . document") | | | | | |
| Page 11 | ("Janssen . . ."), ("Market . . . need"), ("Reviewed . . ."), ("This . . . them"), ("J&J . . . drugs"), ("contemplating . . . affordability"), ("Janssen . . . patients") | | | | | |
| Exhibits 1-3, 5-14, 18-22, 24, 27-33, 37 | Sealing of confidential emails and attachments regarding CarePath administration and/or business information and strategy | JJHCS requests the redaction of information in certain exhibits to the May 21 letter that is not known to the general public | If filed on the public docket, these exhibits to the May 21 letter would reveal confidential material relating to | JJHCS requests the sealing of only the information that will reveal confidential information | None | None |

3

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| Exhibit 15 | Sealing of confidential financial information | and which the parties agreed to keep confidential. JJHCS maintains that these documents and exhibits contain sensitive business information. | JJHCS's sensitive business information. Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | that is not known to the general public. No less restrictive alternative is available or practicable. | | |
| Exhibit 17 | Sealing of contract with non-party | | | | | |
| Exhibit 23 | Sealing of confidential notes | | | | | |
| Exhibits 25 & 34 | Redaction of discovery responses regarding CarePath administration | | | | | |
| Exhibit 36 | Redaction of discovery letter regarding CarePath confidential information | | | | | |
| 2024.05.31 JJHCS Opposition (ECF No. 357) | | JJHCS requests the redaction of information and discussion in the May 31 letter that is not known to the | If filed on the public docket, these portions of the May 31 letter would reveal confidential | JJHCS requests the sealing of only the information that will reveal confidential | None | None |
| Page 5 | ("previously . . . funds"), (". . . research"), ("opportunities . . ."), (". . ."), ("changes . . . "), (". . . | | | | | |

4

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| | enhancements"), ("and . . . research") | general public and which the parties agreed to keep confidential. JJHCS maintains that these documents and exhibits contain sensitive business information. | material relating to JJHCS's sensitive business information. Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | information that is not known to the general public. No less restrictive alternative is available or practicable. | | |
| Page 5, note 2 | ("budget . . .") | | | | | |
| Page 6 | (". . . research") | | | | | |
| Page 7 | ("patient . . . maximizers"), ("a . . . programs"), (". . ."), ("a . . . Research"), ("reactions . . . patient"), ("it . . . findings") | | | | | |
| Page 8 | ("the . . . above") | | | | | |
| Page 10, note 3 | ("that . . . SaveOn"), ("patient . . . generally"), ("the . . . programs") | | | | | |
| Page 11, note 4 | ("passing . . . amount"), (". . . research") | | | | | |

5

| | Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| Exhibit 1 | Sealing of slide presentation regarding confidential business information | JJHCS requests the redaction of information in certain exhibits to the May 31 letter that is not known to the general public and which the parties agreed to keep confidential. JJHCS maintains that these documents and exhibits contain sensitive business information. | If filed on the public docket, these exhibits to the May 31 letter would reveal confidential material relating to JJHCS's sensitive business information. Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |
| Exhibit 2 | Redaction of letter regarding the CAP program | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| Letter from E. Evans Wohlforth, Jr. Esq. to Hon. Wolfson regarding SaveOnSP's Reply to J&J's Opposition to Motion to Compel Janssen Market Research [dated June 7, 2024] (ECF No. 331) | | JJHCS requests the redaction of information and discussion in the June 7 letter that is not known to the general public and which the parties agreed to keep confidential. JJHCS maintains that these documents and exhibits contain sensitive business information. | If filed on the public docket, these portions of the June 7 letter would reveal confidential material relating to JJHCS's sensitive business information.

Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |
| Page 3 | ("J&J's . . . T&Cs"), ("J&J . . . program") | | | | | |
| Page 3, note 1 | ("Meeting . . ."), (". . . research"), ("J&J . . . program"), ("universal . . . Programs"), ("market . . . T&Cs") | | | | | |
| Page 3, note 2 | ("they . . . Reform"), ("as . . . wide"), ("the . . . Programs"), ("J&J . . . benefit") | | | | | |
| Page 4, note 3 | ("showing . . ."), ("through . . ."), ("results . . . SaveOn"), ("chose . . . reasons"), ("anticipating . . . negative"), ("expressing . . . patients") | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| Page 6 | ("J&J . . . JCP"), ("McCool . . . research"), ("This . . . custodian") | | secured the information. | | | |
| Page 7 | ("Brand . . . insights"), (". . . planning"), ("indicating . . . planning") | | | | | |
| Page 7, note 5 | Various redactions | | | | | |
| Exhibit 38 | Sealing of email and confidential attachments regarding CAP program | JJHCS requests the redaction of information in certain exhibits to the June 7 letter that is not known to the general public and which the parties agreed to keep confidential. JJHCS maintains that these documents and exhibits contain sensitive business | If filed on the public docket, these exhibits to the June 7 letter would reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is | None | None |
| Exhibits 39 & 40 | Sealing of confidential benefits investigations | | | | | |
| Exhibit 41 | Sealing of email and attachments regarding confidential business information | | | | | |

8

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| | | information. Additionally, Exhibits 39 and 40 contain confidential health information. | public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. Additionally, disclosure of confidential health information would also improperly reveal confidential health information to the public. | available or practicable. | | |
| Exhibit 42 | Redaction of discovery letter containing confidential business information | | | | | |

9