SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632(JKS)(CLW) |
| Plaintiff, | Hon. Jamel K. Semper, U.S.D.J. |
| | Hon. Cathy L. Waldor, U.S.M.J. |
| v. | Hon. Freda L. Wolfson, Special Master |
| SAVE ON SP, LLC, | **NOTICE OF MOTION TO SEAL** |
| Defendant. | |

COUNSEL:

PLEASE TAKE NOTICE that on October 7, 2024 at 9:00 a.m. in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorneys for plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS"), together

with counsel for defendant Save On SP, LLC ("SaveOnSP"), will apply before the Honorable Freda L. Wolfson, Special Master at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order, to

(a) Permanently maintain under seal the following letters and supporting exhibits filed by counsel for the parties:

  (i) SaveOnSP's Motion to Compel JJHCS to Produce "Best Price" Certifications, dated April 18, 2024, with related briefing on May 2 and May 9, 2024 (ECF No. 285, filed May 13, 2024);

  (ii) SaveOnSP's Motion to Compel JJHCS to Produce TrialCard Documents, dated April 19, 2024, with related briefing on May 7 and May 17, 2024 (ECF No. 312, filed June 12, 2024); and

  (iii) SaveOnSP's Motion to Compel JJHCS to Produce Documents from the Janssen Entities, dated April 22, 2024, with related briefing on May 14 and May 21, 2024 (ECF No. 313, filed June 12, 2024);

(b) Permit JJHCS to file the proposed public versions of ECF Nos. 285, 312, and 313, attached as Exhibits A, B, & C to the Declaration of Jeffrey J. Greenbaum submitted in support of this motion ("Greenbaum Declaration").

PLEASE TAKE FURTHER NOTICE that in support of this motion, JJHCS will rely on the accompanying Greenbaum Declaration and the indices in support of Motion to Seal. A proposed form of Order is also attached.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 7.1(d)(4), no brief is necessary inasmuch as the application presents issues that are a matter of familiarity to the Court.

    Respectfully submitted,

    SILLS CUMMIS & GROSS P.C.
    One Riverfront Plaza
    Newark, New Jersey 07102
    (973) 643-7000

    By:   s/ *Jeffrey J. Greenbaum*
           JEFFREY J. GREENBAUM
           KATHERINE M. LIEB

    PATTERSON BELKNAP
    WEBB & TYLER LLP
    Adeel A. Mangi
    Harry Sandick (admitted *pro hac vice*)
    George LoBiondo
    1133 Avenue of the Americas
    New York, New York 10036
    (212) 336-2000

    *Attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc.*

    By: s/ *E. Evans Wohlforth, Jr.*
           E. EVANS WOHLFORTH, JR.
    ROBINSON & COLE LLP
    666 Third Avenue, 20th Floor

New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
ewohlforth@rc.com


Philippe Z. Selendy (admitted *pro hac vice*)
Andrew R. Dunlap (admitted *pro hac vice*)
Meredith Nelson (admitted *pro hac vice*)
Elizabeth H. Snow (admitted *pro hac vice*)
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
(212) 390-9000
pselendy@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com
esnow@selendygay.com

*Attorneys for Defendant Save On SP, LLC*

Dated: August 27, 2024

4