# EXHIBIT E

**Exhibit E to the Greenbaum Declaration**

| Document Title/ECF No. | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Exhibit 3 to Letter Dated April 18, 2024 [ECF No. 285] | Exhibit 3 is a letter from counsel for Johnson & Johnson Health Care Systems, Inc. (with its affiliates, "J&J") to counsel for Save On SP LLC ("SaveOn"). Exhibit 3 contains quotations from and characterization of internal SaveOn emails and communications describing SaveOn's strategy for communicating with patients, comprising proprietary business information. *See* ECF No. 285 at Ex. 3. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of the Letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 4 to Letter Dated April 18, | Exhibit 4 is a letter from counsel for J&J to counsel for SaveOn. Exhibit 3 contains quotations from and | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary | A redacted, public version of the Letter is being filed. It is believed that no less restrictive alternative is available to | No | No objection |

| | | | | | |
|---|---|---|---|---|---|
| 2024 [ECF No. 285] | characterization of documents produced by SaveOn during discovery discussing its marketing strategy and communications with patients, comprising business information. *See* ECF No. 285 at Ex. 4. | non-public business information and strategy be disclosed to competitors and other market participants. | prevent the disclosure of SaveOn's proprietary business information. | | |
| Letter Dated May 2, 2024 [ECF No. 285] | Letter motion contains a reference to (1) an allegation made by J&J about SaveOn's business strategy, the basis for which J&J learned during discovery from SaveOn's internal emails, and (2) an email produced during discovery from a SaveOn employee discussing SaveOn's business strategy, both comprising proprietary business information. *See* ECF No. 285. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of the Letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Letter Dated May 9, 2024 [ECF No. 285] | Letter motion contains discussion of SaveOn's business model and financial relationship with its clients, comprising proprietary | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy | A redacted, public version of the Letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of | No | No objection |

2

| | business information. *See* ECF No. 285. | be disclosed to competitors and other market participants. | SaveOn's proprietary business information. | | |
|---|---|---|---|---|---|
| Exhibit 30 to Letter dated May 9, 2024 [ECF No. 285] | Exhibit 30 is a contract between SaveOn and one of its clients, containing information about SaveOn's business model and comprising proprietary business information. *See* ECF No. 285 at Ex. 30. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |

3