# EXHIBIT G

**Exhibit G to the Greenbaum Declaration**

| Document Title/ECF No. | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Exhibit 12 to letter dated April 19, 2024 [ECF No. 312] | Exhibit 12 is a letter from counsel for Save On SP LLC ("SaveOn") to counsel for Johnson & Johnson Health Care Systems, Inc. (with its affiliates, "J&J"). Exhibit 12 references information about SaveOn's business strategy—comprising proprietary business information—obtained by J&J through discovery. *See* ECF No. 312 at Ex. 12. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of the Letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 39 to letter dated April 19, 2024 [ECF No. 312] | Exhibit 39 is a confidential deposition transcript of a SaveOn employee, containing direct and substantive reference to SaveOn's business strategy, comprising proprietary | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | Yes. *See, e.g.*, ECF No. 287 at Ex. 3. | No objection |

| | | | | | |
|---|---|---|---|---|---|
| | business information. *See* ECF No. 312 at Ex. 39. | | | | |
| Exhibit 40 to letter dated April 19, 2024 [ECF No. 312] | Exhibit 40 is a recording of a call made by a SaveOn employee to J&J. The call contains confidential patient health information, including a patient's birth date and address. *See* ECF No. 312 at Ex. 40. | If relief is not granted, the patient would be harmed by the disclosure of their confidential health information. | It is believed that no less restrictive alternative is available to prevent the disclosure of the patient's confidential health information. | No | No objection |
| Exhibit 41 to letter dated April 19, 2024 [ECF No. 312] | Exhibit 41 is a recording of a call made by a SaveOn employee to J&J. The call contains confidential patient health information, including a patient's birth date and address. *See* ECF No. 312 at Ex. 41. | If relief is not granted, the patient would be harmed by the disclosure of their confidential health information. | It is believed that no less restrictive alternative is available to prevent the disclosure of the patient's confidential health information. | No | No objection |
| Exhibit 46 to letter dated April 19, 2024 [ECF No. 312] | Exhibit 46 is a letter from counsel for J&J to counsel for SaveOn. The letter discusses SaveOn's designation of a deposition transcript, *see* ECF No. 312 at Ex. 39, as "Attorneys' Eyes Only." The letter quotes from and characterizes | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of the Letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |

2

| | | | | | |
|---|---|---|---|---|---|
| | the deposition transcript, which contains SaveOn's business strategy, comprising proprietary business information. *See* ECF No. 312 at Ex. 46. | | | | |
| Exhibit 47 to letter dated April 19, 2024 [ECF No. 312] | Exhibit 47 is a letter from counsel for J&J to counsel for SaveOn. Exhibit 47 references information about SaveOn's business strategy—comprising proprietary business information—obtained by J&J through discovery. *See* ECF No. 312 at Ex. 47. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of the Letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 31 to letter dated May 7, 2024 [ECF No. 312] | Exhibit 31 is a letter from counsel for SaveOn to counsel for J&J. Exhibit 31 references SaveOn's operating strategy and protocols for its call centers, comprising proprietary business information obtained by J&J through discovery. *See* ECF No. 312 at Ex. 31. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of the Letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |

3

| | | | | | |
|---|---|---|---|---|---|
| Exhibit 39 to letter dated May 7, 2024 [ECF No. 312] | Exhibit 39 is an image of a patient's profile from J&J's Salesforce platform. Exhibit 39 contains confidential patient health information, including identifying ID numbers and the patient's date of birth. | If relief is not granted, the patient would be harmed by the disclosure of their confidential health information. | A redacted, public version of the Image is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of the patient's confidential health information. | No | No objection |
| Exhibit 41 to letter dated May 7, 2024 [ECF No. 312] | Exhibit 41 is a recording and transcript of a call made by a SaveOn employee to J&J. The call contains confidential patient health information, including a patient's birth date and address. *See* ECF No. 312 at Ex. 41. | If relief is not granted, the patient would be harmed by the disclosure of their confidential health information. | A redacted, public version of the Transcript is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of the patient's confidential health information.<br><br>The recording is being sealed because it is believed that no less restrictive alternative is available to prevent the disclosure of the patient's confidential health information. | No | No objection |
| Exhibit 42 to letter dated May 7, 2024 [ECF No. 312] | Exhibit 42 is a recording and transcript of a call made by a SaveOn employee to J&J. The call contains confidential patient health | If relief is not granted, the patient would be harmed by the disclosure of their confidential health information. | A redacted, public version of the Transcript is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of | No | No objection |

4

| | | | | | |
|---|---|---|---|---|---|
| | information, including a patient's birth date and address. *See* ECF No. 312 at Ex. 42. | | the patient's confidential health information.<br><br>The recording is being sealed because it is believed that no less restrictive alternative is available to prevent the disclosure of the patient's confidential health information. | | |
| Exhibit 43 to letter dated May 7, 2024 [ECF No. 312] | Exhibit 43 is a confidential deposition transcript of a SaveOn employee, containing direct and substantive reference to the contents of SaveOn's business strategy. *See* ECF No. 312 at Ex. 43. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | Yes. *See, e.g.*, ECF No. 287 at Ex. 3. | No objection |
| Exhibit 56 to letter dated May 14, 2024 [ECF No. 312] | Exhibit 56 is a spreadsheet containing patient data for patients enrolled in CarePath. Exhibit 56 contains confidential patient health information, including patients' dates of birth and addresses. *See* ECF No. 312 at Ex. 56. | If relief is not granted, the patient would be harmed by the disclosure of their confidential health information. | It is believed that no less restrictive alternative is available to prevent the disclosure of the patient's confidential health information. | No | No objection |

5