# EXHIBIT H

INDEX IN SUPPORT OF MOTION TO SEAL
SCOPE OF DISCOVERY (ECF NO. 313)

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| Letter from E. Evans Wohlforth, Jr. Esq. to Honor Wolfson regarding SaveOnSP's Motion to Compel Scope of Discovery of the Janssen Entities [dated April 22, 2024] (ECF No. 313) | | JJHCS requests the redaction of information and discussion in the April 22 letter that is not known to the general public and which the parties agreed to keep confidential. JJHCS maintains that these documents and exhibits contain sensitive business information, including information related to non-party Janssen entities. | If filed on the public docket, these portions of the April 22 letter would reveal confidential material relating to JJHCS's sensitive business information. Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |
| Page 3 | ("Kevin . . . Stelera"), ("In . . . conditions"), ("Local . . . exploit") | | | | | |
| Page 4 | ("in . . . T&Cs"), ("draft . . . T&Cs"), ("Janssen . . . T&Cs"), ("Janssen . . . programs"), ("Janssen . . . programs"), ("term . . . support") | | | | | |
| Page 4, note 2 | ("describing . . . drug"), ("assists . . . J&J"), ("Janssen . . . payer") | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| Page 5 | (". . ."), ("2021 . . . utilization") | | competitive disadvantage if its competitors secured the information. | | | |
| Page 6 | ("Janssen . . . effort"), ("Janssen . . . accumulators"), ("Objective . . . groups"), ("The . . . programs"), ("worked . . . maximizers"), ("Draft . . . program") | | | | | |
| Page 7 | ("Proposal . . . employees"), ("Sylvia . . . programs"), ("executed . . . TrialCard"), ("Janssen . . . program"), ("Maximizer . . . impact") | | | | | |
| Page 7, note 7 | ("Mike . . . LLC") | | | | | |
| Page 8 | ("Sylvia . . . programs"), ("Janssen . . . presentation"), ("Actelion . . . branding"), ("J&J . . . exposure") | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| Page 9 | ("Janssen . . . budget"), ("presentation . . . assistance"), ("minutes . . . SaveOn"), ("email . . . letters"), ("Janssen . . . program") | | | | | |
| Page 10 | ("Janssen . . . Roll-Out"), ("Janssen . . . fair"), ("Janssen . . . patients"), ("meeting . . . SaveOn"), ("Janssen . . . complaints"), ("when . . . program"), ("patients . . . patients") | | | | | |
| Page 10, note 18 | ("Janssen . . . Inc."), ("Janssen . . . L.P.") | | | | | |
| Page 11 | ("are . . . discuss"), ("I . . . minimum"), ("Janssen . . . program"), ("Thanks . . . opportunity"), ("Will . . . received"), ("Janssen . . . litigation"), ("Janssen . . . | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| | communication"), ("Sylvia . . . letter") | | | | | |
| Page 12 | ("Janssen . . . research"), ("2020 . . . discontinuation"), ("Advocacy . . . patients"), ("meeting . . . document"), ("Janssen . . . outcomes"), ("Janssen . . . LLC") | | | | | |
| Page 13 | ("employee . . . urgency"), ("Study . . . Inc."), ("Janssen . . . leadership"), ("Janssen . . . programs"), ("email . . . programs"), ("Sylvia . . . patients"), ("Janssen . . . in") | | | | | |
| Page 14 | ("accumulator . . . patients"), ("Maximizer . . . support"), ("several . . . programs"), ("email . . . max"), ("Janssen . . . confusion"), ("Ingraham . . . argue") | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| Page 15 | ("that . . . midyear"), ("federal . . . employers"), ("email . . . non-adherence") | | | | | |
| Page 15, note 29 | ("Report . . . party") | | | | | |
| Page 17 | ("documents . . . Lade") | | | | | |
| Exhibit 1 | Redaction of discovery responses regarding CarePath strategy | JJHCS requests the redaction of information in certain exhibits to the April 22 letter that is not known to the general public and which the parties agreed to keep confidential. JJHCS maintains that these documents and exhibits contain sensitive business information, including information related to non-party Janssen entities. | If filed on the public docket, these exhibits to the April 22 letter would reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure of this confidential and proprietary | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive | None | None |
| Exhibits 3, 4, 5, 9, 10, 11, 13, 14, 15, 16, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28, 29, 30, 32, 33, | Sealing of emails and confidential attachments regarding business information | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 48, 49, 50, 52, 54, 60, 61, 62, 63, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 79 & 81 | | | information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | alternative is available or practicable. | | |
| Exhibits 6, 17 & 25 | Sealing of confidential contracts | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| Exhibits 7, 31, & 47 | Sealing of emails and confidential attachments regarding the CarePath program | | | | | |
| Exhibit 8 | Sealing of confidential documents regarding CarePath information | | | | | |
| Exhibit 12 | Sealing of internal chat correspondence and confidential attachments regarding the CarePath program | | | | | |
| Exhibits 51, 53, 55, 56, 57, 58, 59, 64 & 80 | Sealing of confidential emails regarding business information | | | | | |
| Exhibits 78 & 82 | Redaction of discovery letters | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| 2024.05.14 Opposition to Non-JJHCS Motion to Compel (ECF No. 313-84) | | JJHCS requests the redaction of information and discussion in the May 14 letter that is not known to the general public and which the parties agreed to keep confidential. JJHCS maintains that these documents and exhibits contain sensitive business information, including information related to non-party Janssen entities. | If filed on the public docket, these portions of the May 14 letter would reveal confidential material relating to JJHCS's sensitive business information.\n\nDisclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |
| Page 5, note 4 | ("Hanculak . . . .com> . . . ") | | | | | |
| Page 13 | ("This . . . Deep-Dive"), ("Pennington . . . Rheum/Derm"), ("in . . . corner"), ("the . . . drugs"), ("another . . . 2022"), ("slides . . . Inc. ") | | | | | |
| Page 14 | ("JJHCS . . . performs"), ("Janssen . . . letter"), ("Janssen . . . slides"), ("bears . . . copyright"), ("Janssen . . . order"), ("Janssen . . . vendor"), ("the . . . vendor") | | | | | |
| Page 15 | ("Katie . . . chain"), ("Katie . . . "), ("Janssen . . . Invokana"), ("Janssen . . . | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| | doctors"), ("the . . . conditions") | | secured the information. | | | |
| Page 16 | ("explores . . . irrelevant"), ("an . . . T&Cs"), ("does . . . discussion"), ("September . . . methodology") | | | | | |
| Page 17 | ("all . . . logo"), ("presentation . . . slides"), ("presentation . . . logo"), ("presentation . . . slides"), ("talking . . . document"), ("presentation . . . footers"), ("talking . . . attorney"), ("an . . . Inc."), ("TrialCard . . . work") | | | | | |
| Page 18 | ("designate . . . work"), ("proposal . . . employee"), ("work . . . employee"), ("work . . . groups"), ("in . . . order"), ("Silas . . . order"), ("work . . . executed"), ("only . . . conversations"), ("copied | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| | . . . bystanders"), ("Cleveland . . . conversations"), ("regarding . . . in"), ("Cleveland . . . bystander") | | | | | |
| Page 19 | ("including . . . email"), ("group . . . Barnard"), ("Janssen . . . litigation"), ("the . . . employees"), ("This . . . this"), ("involves . . . responsibilities"), ("Mr. . . . involvement") | | | | | |
| Page 19, note 8 | ("This . . . Team"), ("one . . . Solutions") | | | | | |
| Page 20 | ("Brian . . . inquiries"), ("such . . . CarePath"), ("presentation . . . experience"), ("JJHCS . . . entities"), ("Lauren . . . solution"), ("only . . . comment"), ("Christi . . . Cruz") | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| Page 21 | ("audience . . . Cruz"), ("Alison . . . conversation"), ("existing . . . issues"), ("non-JJHCS . . . action"), ("Camille . . . custodians"), ("Dorsey . . . received") | | | | | |
| Page 22 | ("by . . . Program"), ("with . . . area"), ("Janssen . . . information"), ("Sylvia . . . letter"), ("Janssen . . . plan"), ("the . . . plan") | | | | | |
| Page 23 | ("Silas . . . bystander") | | | | | |
| Page 24 | ("presentation . . . CVS"), ("already . . . parameters"), ("no . . . SaveOnSP"), ("discussing . . . R&D"), ("discussing . . . program") | | | | | |
| Exhibit 1 | Redaction of discovery responses regarding administration of CarePath | JJHCS requests the redaction of information in certain exhibits to the | If filed on the public docket, these exhibits to | JJHCS requests the sealing of | None | None |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| Exhibit 2 | Redaction of discovery letter regarding CarePath administration | May 14 letter that is not known to the general public and which the parties agreed to keep confidential. JJHCS maintains that these documents and exhibits contain sensitive business information, including information related to the administration of the CarePath program. | the May 14 letter would reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| 2024.05.21 SaveOnSP Reply (ECF No. 313-89) | | JJHCS requests the redaction of information and discussion in the May 21 letter that is not known to the general public and which the parties agreed to keep confidential. JJHCS maintains that these documents and exhibits contain sensitive business information, including information related to non-party Janssen entities. | If filed on the public docket, these portions of the May 21 letter would reveal confidential material relating to JJHCS's sensitive business information. Disclosure of this confidential and proprietary information to the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |
| Page 5, note 1 | ("Alison . . . Janssen"), ("Hoffman . . . day"), ("John . . . Janssen"), ("naming . . . positions"), ("Karen . . . employee"), ("Scott . . . Inc."), ("Scott . . . Johnson") | | | | | |
| Page 11 | ("Biotech . . . T&Cs"), ("presenting . . . T&Cs"), ("directing . . . efforts"), ("and . . . "), ("presenting . . . program") | | | | | |
| Page 12 | ("for . . . program"), ("in . . . employee"), ("stated . . . "), ("In . . . complaints"), ("shows . . . employee"), ("provides . . . risk") | | | | | |
| Page 13 | ("two . . . T&Cs"), ("they . . . logo"), ("were . . . | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| | employee"), ("July . . . 13"), ("January . . . 13"), ("April . . . block"), ("July . . . logo"), ("Pennington . . . intentional") | | secured the information. | | | |
| Page 14 | ("lists . . . Biotech"), ("reviewing . . . accumulation/maximization"), ("JJHCS's . . . order"), ("JJHCS . . . uninvolved"), ("if . . . involvement"), ("Archbow . . . employee"), ("does . . . contracting"), ("Biotech . . . work") | | | | | |
| Page 15 | (". . . JJHCS"), (". . . subject"), ("Katie . . . conditions"), ("Revising . . . exposure"), ("bystander . . . chain"), ("Avalere . . . the"), ("Biotech . . . accumulators"), ("asking . . . authority"), (". . . discussion"), ("participation | | | | | |

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| . . . personnel"), ("and . . . edits") | | | | | |
| Page 15, note 11 ("indicates . . . employee") | | | | | |
| Page 16 ("Biotech . . . program"), ("merely . . . comment"), ("the . . . tactic"), ("sought . . ."), ("shows . . ."), (". . . litigation"), ("email . . ."), ("it . . . responsibilities"), ("chain . . . conversation"), (". . . Anneke") | | | | | |
| Page 17 ("Biotech . . . help"), ("After . . . activities"), ("Karen . . . program"), ("She . . . "), ("the . . . SaveOn") | | | | | |
| Page 18 ("Biotech . . . SaveOn"), ("shows . . . area"), ("shows . . . SaveOn"), (". . . "), ("an . . . T&Cs"), ("Biotech . . . plan"), ("they . . . | | | | | |

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| employees"), ("Weinlein's . . . Inc.") | | | | | |
| Page 19 ("Weinlein's . . . Biotech), ("Biotech . . . complaints"), ("documents . . . Program"), ("Biotech . . . program"), ("these . . . minimum"), ("later . . . program"), ("Thanks . . . opportunity") | | | | | |
| Page 20 ("Kevin . . . Stelera"), ("only . . . Program"), ("whether . . . drug"), ("The . . . 4-6"), ("that . . . Stelera"), ("No . . . plan"), ("assessing . . . patients"), ("developing . . . exposure"), ("impact . . .") | | | | | |
| Page 21 ("merely . . . conversation"), ("Immunology . . . updates"), ("this . . . damages"), ("showing . . . 2021"), ("discussing . . ."), ("only . . . comment"), ("Biotech . . . | | | | | |

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|
| | withMe"), ("Included . . . CAPa"), ("show . . . that"), ("Adrienne . . . programs") | | | | |
| Page 21, note 15 | ("Tahir . . . employee"), ("he . . .") | | | | |
| Page 22 | ("worked . . . programs"), ("Marzullo . . . program"), ("Marzullo . . . program") ("shows . . . program"), ("JJHCS . . . entities"), ("JJHCS . . ."), ("calls . . . question"), ("assists . . . J&J"), ("involved . . . CarePath"), ("Michelle . . . exposure") | | | | |
| Page 22, note 16 | ("describing . . . ") | | | | |
| Page 23 | ("Pharmaceuticals . . . SaveOn"), ("work . . ."), ("copy . . . Program"), ("benefits . . . Inc."), | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| | ("Pharmaceuticals . . . T&Cs") | | | | | |
| Page 23, note 17 | ("The . . . programs"), ("The . . . decisions"), ("The . . . week"), ("It . . . Pharmaceuticals") | | | | | |
| Page 23, note 18 | ("Walker . . . Inc.") | | | | | |
| Page 24 | ("it . . . comment"), ("Walker . . . solutions"), ("The . . . program"), ("features . . . conversation"), ("was . . . program"), ("relates . . . CarePath"), ("the . . . maximizers"), ("discussing . . ."), ("developed . . . entities") | | | | | |
| Page 25 | ("email . . . project"), ("Orlacchio . . . email"), ("the . . . CAP"), ("Orlacchio . . . program"), ("Actelion's . . . | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| | maximizers"), ("does . . . Program"), ("Actelion's . . . Programs"), ("addressing . . . ") | | | | | |
| Page 26 | ("for . . . Actelion"), ("Actelion . . . Orlacchio"), ("Orlacchio . . . maximizers"), ("When . . . yet"), ("showing . . . Products") | | | | | |
| Page 27 | ("they . . . conversation"), ("Christopher . . . used"), ("Blasine . . . SaveOn"), ("that . . . SaveOn"), ("stray . . . responsibility"), ("Jean . . . awareness"), ("The . . . letter"), ("Far . . . it") | | | | | |
| Page 28 | ("simply . . . litigation"), ("discusses . . . fashion"), ("includes . . . Programs"), ("which . . . today"), ("This . . . SaveOn"), ("Scientific . . . topic"), ("Scientific . . . | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| | internally"), ("And . . . accumulators") | | | | | |
| Page 29 | ("which . . ."), ("Scientific . . ."), ("contains . . ."), ("Appendix . . . groups"), ("responding . . . did"), ("indication . . ."), ("J&J . . . executed"), ("shows . . . issues"), ("proposal . . . Impact"), ("Though . . . day"), ("Scientific . . .") | | | | | |
| Page 30 | ("It . . . maximizers"), ("Scientific . . . conversation"), ("shows . . . Martin"), ("Doherty . . . program"), ("attaches . . . covered"), ("shows . . . outcomes") | | | | | |
| Page 31 | ("shows . . . document"), ("shows . . . populations"), ("an . . . project"), ("an . . . Programs"), ("shows . . . | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| | patients"), ("shows . . . telling"), ("show . . . maximizers") | | | | | |
| Page 32 | ("five . . . Shea"), ("an . . . forward"), ("Scientific . . . programs"), ("Martin . . . Programs"), ("the . . . Scientific") | | | | | |
| Page 32, note 23 | ("email . . . max"), ("an . . . Martin"), ("it . . . Consequences"), ("the . . . harm"), ("associating . . . abandonment"), ("describing . . . adherence"), ("saving . . . services") | | | | | |
| Page 33 | ("Global . . . TrialCard"), ("Global . . . patients"), ("running . . . others"), ("Global . . . CarePath"), ("assigns . . . Global"), ("does . . . work"), ("that . . . contract"), ("TrialCard . . . | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| | work"), ("assigns . . . all"), ("talking . . . only") | | | | | |
| Page 34 | ("Including . . . shortly"), ("with . . .") | | | | | |
| Exhibits 83 & 85 | Sealing of emails and attachments regarding the administration of Carepath | JJHCS requests the redaction of information in certain exhibits to the May 21 letter that is not known to the general public and which the parties agreed to keep confidential. JJHCS maintains that these documents and exhibits contain sensitive business information, including information related to non-party Janssen entities | If filed on the public docket, these exhibits to the May 21 letter would reveal confidential material relating to JJHCS's sensitive business information.

Disclosure of this confidential and proprietary information to | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is | None | None |
| Exhibits 86 & 88 | Sealing of emails and confidential attachments regarding business information | | | | | |
| Exhibit 87 | Sealing of contract regarding the CarePath program | | | | | |
| Exhibit 91 | Redaction of discovery letter regarding confidential business information and the CarePath program | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury that Would Result if Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing |
|---|---|---|---|---|---|---|
| Exhibit 94 | Redaction of discovery responses regarding the CarePath program | and the CarePath program. | the public would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its competitors secured the information. | available or practicable. | | |
| Exhibits 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 108 & 109 | Sealing of emails and confidential attachments regarding the CarePath program and administration and confidential business information | | | | | |