# EXHIBIT I

**Exhibit I to the Greenbaum Declaration**

| Document Title/ECF No. | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Exhibit 78 to Letter dated April 22, 2024 [ECF No. 313] | Exhibit 78 is a letter from counsel for Johnson & Johnson Health Care Systems, Inc. (with its affiliates, "J&J") to counsel for Save On SP LLC ("SaveOn"). The letter references SaveOn's response to JJ&J's interrogatory No. 18, which describes provisions in SaveOn's confidential employee handbook disclosed to J&J during discovery, containing proprietary business information. *See* ECF No. 313 at Ex. 78. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of the Letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | Yes, ECF No. 298 at Ex. 21. | No objection |