**Robinson+Cole**

E. EVANS WOHLFORTH, JR.

666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
ewohlforth@rc.com
Direct (212) 451-2954

Admitted in New York
and New Jersey

September 6, 2024

<u>**Via ECF**</u>

Hon. Cathy L. Waldor, U.S.M.J.
U.S. District Court for the District of New Jersey
50 Walnut Street, Room 4040
Newark, NJ 07102

Re:   *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*
      **(Case No. 2:22-cv-02632-JMV-CLW)**

Dear Judge Waldor:

This law firm in association with the firm of Selendy Gay, PLLC, represents Defendant Save On SP, LLC, in the above-referenced matter. On April 1, 2024, the Court, granted Defendant's motion for admission *pro hac vice* of Emma C. Holland, Esq., of the Selendy Gay firm to appear in this matter. (ECF No. 235). We write now respectfully to request that you allow Emma C. Holland, Esq. to withdraw her appearance as *pro hac vice* counsel for Defendant in this matter.

Ms. Holland must withdraw as counsel, because she is no longer employed by Selendy Gay and she will no longer be representing Defendant. Of course, Defendant will continue to be represented by the undersigned and the several other attorneys at this firm and at Selendy Gay in the future. If this relief meets with the Court's approval, we ask that Your Honor endorse this letter as 'So Ordered' and enter it on the docket of the Clerk of the Court.

We thank Your Honor for your kind attention to this request. Please do not hesitate to have the Court's staff contact me with any question or if we may be of any assistance to the Court whatsoever.

Respectfully submitted,

*/s/ E. Evans Wohlforth, Jr.*

E. Evans Wohlforth, Jr., Esq.

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP

Hon. Cathy L. Waldor
September 6, 2024
Page 2

cc: All Counsel of Record (*via* ECF)