E. Evans Wohlforth, Jr.
Sabrina M. Galli
**ROBINSON & COLE LLP**
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Facsimile: (212) 451-2999
ewohlforth@rc.com
sgalli@rc.com

Philippe Z. Selendy (admitted *pro hac vice*)
Andrew R. Dunlap (admitted *pro hac vice*)
Meredith Nelson (admitted *pro hac vice*)
Elizabeth H. Snow (admitted *pro hac vice*)
**SELENDY GAY PLLC**
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
pselendy@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com
esnow@selendygay.com

*Attorneys for Defendant Save On SP, LLC*

## UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civil Action No. 22-2632 (JKS)(CLW) <br><br> *Document Electronically Filed* <br><br> **Return Date:** October 7, 2024 <br><br> **NOTICE OF MOTION TO SEAL** |

**PLEASE TAKE NOTICE** on October 7, 2024, or a date and time to be set by the Court, Defendant Save On SP, LLC ("SaveOn"), by and through its attorneys Robinson & Cole, LLP and Selendy Gay PLLC, together with counsel for Johnson and Johnson Health Care Systems Inc. ("JJHCS") shall move for the entry of an order, pursuant to Local Civil Rules 5.3(c) and 7.1, permanently sealing portions of JJHCS's August 12, 2024 Motion to Compel pre-2016

12637733 v1

Documents and Exhibits 4-8, 11-16, 18-20 [ECF No. 350], SaveOn's August 22, 2024 Opposition and Exhibits 2, 4-8 [ECF No. 354], and JJHCS's August 29, 2024 Reply [ECF No. 361].

This Motion is timely pursuant to Local Civil Rule 5.3(c)(2). All parties consent to the relief sought in this motion. Pursuant to Local Civil Rule 7.1(d)(4), no legal brief is required because all relevant proposed findings of fact and conclusions of law required by Local Civil Rule 5.3(c)(3) have been set forth in the Declaration of E. Evans Wohlforth, Jr., Esq. submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, Defendant shall rely upon the Declaration of E. Evans Wohlforth, Jr., Esq., and upon the pleadings and all prior proceedings in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that a copy of the proposed Findings of Fact and Conclusions of Law and Order Granting the Motion to Seal is submitted with this Notice.

**PLEASE TAKE FURTHER NOTICE** that a certificate attesting to the date and manner of service of these moving papers is submitted herewith.

Dated: September 12, 2024

By:   s/ *E. Evans Wohlforth, Jr.*
     E. Evans Wohlforth, Jr.
     Sabrina M. Galli
     **ROBINSON & COLE LLP**
     666 Third Avenue, 20th Floor
     New York, New York 10017
     Telephone: (212) 451-2900
     Facsimile: (212) 451-2999
     ewohlforth@rc.com
     sgalli@rc.com

     Philippe Z. Selendy (admitted *pro hac vice*)
     Andrew R. Dunlap (admitted *pro hac vice*)
     Meredith Nelson (admitted *pro hac vice*)

       Elizabeth H. Snow (admitted *pro hac vice*)
       **SELENDY GAY PLLC**
       1290 Avenue of the Americas
       New York, NY 10104
       Tel: 212-390-9000
       pselendy@selendygay.com
       adunlap@selendygay.com
       mnelson@selendygay.com
       esnow@selendygay.com

       *Attorneys for Defendant Save On SP, LLC*

SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

By: */Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM
KATHERINE M. LIEB

PATTERSON BELKNAP
WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc.*

3

12637733 v1