# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

**Jeffrey J. Greenbaum**
**Member**
**Admitted In NJ, NY**
**Direct Dial: 973-643-5430**
**Email:**
**jgreenbaum@sillscummis.com**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

September 30, 2024

**By ECF**
The Honorable Jamel K. Semper, U.S.D.J.
United States District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07101

      Re:   *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*
              Civil Action No. 22-2632 (JKS-CLW)

Dear Judge Semper:

      Together with Patterson Belknap Webb & Tyler LLP, we represent Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS") in the above-referenced action. On September 5, 2024, the Honorable Freda L. Wolfson (ret.), Special Master, issued a Report and Recommendation granting JJHCS's motion to amend the Complaint to add an additional claim against Defendant Save On SP, LLC and to add non-parties, Accredo Health Group, Inc. and Express Scripts, Inc. as defendants pursuant to Fed. R. Civ. P. 21 (ECF No. 381). As the deadline for the submission of objections has now passed, JJHCS respectfully requests that Your Honor enter an order adopting the Report and Recommendation in all respects. For the Court's convenience, we are enclosing a proposed order granting this relief.

      We appreciate the Court's attention to this request.

                                                      Respectfully yours,

                                                      */s/ Jeffrey J. Greenbaum*
                                                      JEFFREY J. GREENBAUM

Enclosure
cc:    All counsel of record (by ECF)