SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
  *Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632(JKS)(CLW) |
| Plaintiff, | Hon. Jamel K. Semper, U.S.D.J. |
| | Hon. Cathy L. Waldor, U.S.M.J |
| vs. | |
| SAVE ON SP, LLC, | **ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| Defendant. | |

THIS MATTER having come before the Court by Sills Cummis & Gross P.C. and Patterson Belknap Webb and Tyler LLP, attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS"), on JJHCS's Motion for Leave to File an Amended Complaint (the "Motion to Amend"), and (i) the Honorable Freda

L. Wolfson (ret.), Special Master, having reviewed and considered the motion and submissions of the parties, and having heard oral argument, issued a Special Master Report and Recommendation granting the Motion to Amend on September 5, 2024 (ECF No. 381, the "Report and Recommendation"), and (ii) this Court, having reviewed and having received no objections to the Report and Recommendation, and it appearing to the Court that the Report and Recommendation should be adopted in all respects, and for good cause shown;

IT IS on this _____ day of _____, 2024,

ORDERED that the Report and Recommendation is adopted in all respects;

IT IS FURTHER ORDERED that JJHCS's Motion to Amend is GRANTED for the reasons set forth in the Report and Recommendation; and

IT IS FURTHER ORDERED that JJHCS shall file its proposed Amended Complaint within ten (10) days of the date of this Order.

_____
HON. JAMEL K. SEMPER