<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civil Action No. 22-2632 (JKS) (CLW) <br><br> **ORDER** <br><br> October 1, 2024 |

**SEMPER**, District Judge.

**THIS MATTER** having come before the Court by Sills Cummis & Gross P.C. and Patterson Belknap Webb and Tyler LLP, attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS"), on JJHCS's Motion for Leave to File an Amended Complaint (the "Motion to Amend"), and (i) the Honorable Freda L. Wolfson (ret.), Special Master, having reviewed and considered the motion and submissions of the parties, and having heard oral argument, issued a Special Master Report and Recommendation granting the Motion to Amend on September 5, 2024 (ECF No. 381, the "Report and Recommendation"), and (ii) this Court, having reviewed and having received no objections to the Report and Recommendation, and it appearing to the Court that the Report and Recommendation should be adopted in all respects, and for good cause shown;

**IT IS** on this 1st day of October 2024,

**ORDERED** that the Report and Recommendation is adopted in all respects; and it is further

**ORDERED** that JJHCS's Motion to Amend is **GRANTED** for the reasons set forth in the Report and Recommendation; and it is further

**ORDERED** that JJHCS shall file its proposed Amended Complaint within ten (10) days of the date of this Order.

**SO ORDERED**.

<u>/s/ Jamel K. Semper</u><br>
**HON. JAMEL K. SEMPER**<br>
**United States District Judge**