Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, NJ 07601
(201) 441-9056
mberman@hdrbb.com
*Counsel of Record for Accredo Health Group, Inc.*
*and Express Scripts, Inc.*

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,<br><br>                                  Plaintiff,<br><br>v.<br><br>SAVE ON SP, LLC,<br><br>                                  Defendant. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Civil No. 22-2632 (JKS) (CLW)<br><br>**CERTIFICATION OF**<br>**JAMES LOCKETT, ESQ.**<br>**IN SUPPORT OF APPLICATION FOR**<br>**ADMISSION *PRO HAC VICE*** |

I, JAMES S. LOCKETT, ESQ., being of due age and sound mind, hereby certify as follows under penalty of law:

1. I make this Certification in support of my application for admission to the Bar of this Court *pro hac vice* for purposes of appearing on behalf of Accredo Health Group, Inc. in the above-captioned matter.

2. I am an associate with the firm of Holland & Knight, located at 10 St. James Avenue, 11th Floor, Boston, Massachusetts 02116.

3. I am admitted to practice law in, and a member in good standing of, the following jurisdictions:

    a. Commonwealth of Massachusetts
       Admitted 2022

    b. New York
       Admitted 2023

      c. District of Columbia
         Admitted 2023

4. The address of the offices maintaining the roll of members in good standing of the Bars in which I am a member are:

      a. Massachusetts Board of Bar Overseers
         99 High Street
         2nd Floor
         Boston, Massachusetts 02110

      b. New York State Unified Court System
         Office of Court Administration
         Attorney Registration Unit
         25 Beaver Street – room 840
         New York, New York 10004

      c. The District of Columbia Bar
         901 4th Street, N.W.
         Washington, D.C. 20001

5. There are no disciplinary proceedings pending against me in any jurisdiction.

6. No discipline has previously been imposed on me in any jurisdiction.

7. Accordingly, I respectfully request that the Court grant my application for admission *pro hac vice* on behalf of Accredo Health Group, Inc.

I certify under penalty of perjury that the foregoing is true and correct.

                                            */s/ James Lockett*
                                            James S. Lockett, Esq.

Executed on October 2, 2024

2