UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

Johnson & Johnson Health Care Sys. Inc.

Plaintiff(s),

v.

Save On SP, LLC, et al.

Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 22-2632 (JKS) (CLW)

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

s/ Jeffrey J. Greenbaum

Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Bonita Robinson

Address: Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036

E-mail: brobinson@pbwt.com

(One email address only)

DNJ-CMECF-002