SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
  *Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632(JKS)(CLW) |
| Plaintiff, | Hon. Jamel K. Semper, U.S.D.J. |
| vs. | Hon. Cathy L. Waldor, U.S.M.J. |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., and ACCREDO HEALTH GROUP, INC. | **NOTICE OF MOTION FOR LEAVE TO SUPPLEMENT THE AMENDED COMPLAINT** |
| Defendants. | |

COUNSEL:

PLEASE TAKE NOTICE that on November 4, 2024 at 9:00 A.M. in the forenoon, or as soon thereafter as counsel may be heard, the undersigned

attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS") shall apply before the Honorable Jamel K. Semper at the United States District Court for the District of New Jersey, Frank R. Lautenberg Post Office & Courthouse, 2 Federal Square, Newark, New Jersey 07101 for an Order, pursuant to Fed. R. Civ. P. 15(d), granting JJHCS leave to Supplement the Complaint, in the form submitted.

PLEASE TAKE FURTHER NOTICE that in support of this motion, JJHCS shall rely upon the accompanying Memorandum of Law and Declaration of Adeel A. Mangi. A proposed form of Order is also attached.

PLEASE TAKE FURTHER NOTICE that pursuant to L. Civ. R. 15.1, JJHCS is herein submitting a Proposed Supplemented Amended Complaint (Exhibit A) along with a redline showing changes from JJHCS's Amended Complaint (Exhibit B). JJHCS is filing the Memorandum of Law, the Proposed Supplemented Amended Complaint, and redline under seal contemporaneously with the filing of this Notice.

Respectfully submitted,

SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

By:  s/ Jeffrey J. Greenbaum
     JEFFREY J. GREENBAUM
     KATHERINE M. LIEB

PATTERSON BELKNAP
	WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc.*

Dated:  October 7, 2024

# Exhibit A to Notice of Motion for Leave to Supplement the Amended Complaint

# Confidential – Filed Under Seal

# Exhibit B to Notice of Motion for Leave to Supplement the Amended Complaint

# Confidential – Filed Under Seal