SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
  *Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632(JKS)(CLW) |
| Plaintiff, | Hon. Jamel K. Semper, U.S.D.J. |
| | Hon. Cathy L. Waldor, U.S.M.J. |
| vs. | |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., and ACCREDO HEALTH GROUP, INC. | **ORDER GRANTING MOTION FOR LEAVE TO SUPPLEMENT THE AMENDED COMPLAINT** |
| Defendants. | |

THIS MATTER having come before the Court by Sills Cummis & Gross P.C. and Patterson Belknap Webb and Tyler LLP, attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS"), on JJHCS's Motion for

Leave to Supplement the Amended Complaint, and the Court having reviewed and considered the motion and submissions of the parties, and it appearing to the Court pursuant to Fed. R. Civ. P. 15(d) that JJHCS should be granted leave to file the Proposed Supplemented Amended Complaint;

IT IS on this _____ day of _____, 2024,

ORDERED that JJHCS's Motion for Leave to Supplement the Amended Complaint is GRANTED; and

IT IS FURTHER ORDERED that JJHCS shall file its Proposed Supplemented Amended Complaint within 10 (ten) days of the date of this Order.

_____
HON. JAMEL K. SEMPER