SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632(JKS)(CLW) |
| Plaintiff, | Hon. Jamel K. Semper, U.S.D.J. |
| v. | Hon. Cathy L. Waldor, U.S.M.J. |
| | Hon. Freda L. Wolfson, Special Master |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., AND ACCREDO HEALTH GROUP, INC., | **NOTICE OF MOTION TO SEAL** |
| Defendants. | |

COUNSEL:

PLEASE TAKE NOTICE that on November 4, 2024 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS"), together with counsel for

defendant Save On SP, LLC ("SaveOnSP"), will apply before the Honorable Freda L. Wolfson, Special Master at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order:

(a) Permanently maintaining under seal the letters and supporting exhibits filed by the parties in connection with (i) SaveOnSP's Motion to Compel JJHCS to Produce Documents Regarding JJHCS's Mitigation Efforts by Its Vendors TrialCard and RISRx, dated August 30, 2024, with related briefing dated September 9, September 16, and September 18, 2024 (ECF Nos. 372, 376, 382 & 385, filed September 10, September 18, and September 19, 2024) (the "Mitigation Motion"); and (ii) SaveOnSP's Motion to Compel JJHCS to Add Incelli and Khalil as Custodians, dated August 26, 2024, with related briefing dated September 10 and September 19, 2024 (ECF Nos. 356, 378 & 388, filed August 27, September 10, and September 20, 2024) (the "Incelli/Khalil Motion");

(b) Permitting JJHCS to file the proposed public versions of ECF Nos. 372, 376, 382 & 385; and ECF Nos. 356, 378 & 388, attached as Exhibits A and B to the Declaration of Jeffrey J. Greenbaum submitted in support of this motion ("Greenbaum Declaration").

PLEASE TAKE FURTHER NOTICE that in support of this motion, JJHCS will rely on the accompanying Greenbaum Declaration and the indices in support of this motion. A proposed form of Order is also attached.

PLEASE TAKE FURTHER NOTICE that pursuant to L. Civ. R. 7.1(d)(4), no brief is necessary inasmuch as the application presents issues that are a matter of familiarity to the Court.

    Respectfully submitted,

    SILLS CUMMIS & GROSS P.C.
    One Riverfront Plaza
    Newark, New Jersey 07102
    (973) 643-7000

    By:   *s/ Jeffrey J. Greenbaum*
           JEFFREY J. GREENBAUM
           KATHERINE M. LIEB

    PATTERSON BELKNAP
    WEBB & TYLER LLP
    Adeel A. Mangi
    Harry Sandick (admitted *pro hac vice*)
    George LoBiondo
    1133 Avenue of the Americas
    New York, New York 10036
    (212) 336-2000

    *Attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc.*

    By:   *s/ E. Evans Wohlforth, Jr.*
           E. EVANS WOHLFORTH, JR.
    ROBINSON & COLE LLP
    666 Third Avenue, 20th Floor
    New York, NY 10017-4132

        Main (212) 451-2900
        Fax (212) 451-2999
        ewohlforth@rc.com


        Philippe Z. Selendy (admitted *pro hac vice*)
        Andrew R. Dunlap (admitted *pro hac vice*)
        Meredith Nelson (admitted *pro hac vice*)
        Elizabeth H. Snow (admitted *pro hac vice*)
        SELENDY GAY PLLC
        1290 Avenue of the Americas
        New York, NY 10104
        (212) 390-9000
        pselendy@selendygay.com
        adunlap@selendygay.com
        mnelson@selendygay.com
        esnow@selendygay.com

        *Attorneys for Defendant Save On SP, LLC*


Dated: October 8, 2024