# EXHIBIT D

**Exhibit D to the Declaration**

| Document Title/ECF No. | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Letter dated September 9, 2024 [ECF No. 376] | Letter motion characterizes and directly quotes from internal emails—obtained through discovery—of Save On SP, LLC ("SaveOn") and Express Scripts, Inc ("ESI") employees discussing SaveOn's and ESI's business strategy, comprising confidential and proprietary business information. *See* ECF No. 376. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of the Letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 1 to Letter dated September 9, 2024 [ECF No. 376] | Exhibit 1 is an email chain between ESI employees discussing ESI's and SaveOn's response to a drug manufacturer lowering the amount of available copay assistance, comprising confidential | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |

| | | | | | |
|---|---|---|---|---|---|
| | and proprietary business information. *See* ECF No. 376 at Ex. 1. | | | | |
| Exhibit 2 to Letter dated September 9, 2024 [ECF No. 376] | Exhibit 2 is an email chain between ESI employees memorializing an internal ESI meeting and recounting a discussion about SaveOn's business relationship with ESI, comprising confidential and proprietary business information. *See* ECF No. 376 at Ex. 2. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 3 to Letter dated September 9, 2024 [ECF No. 376] | Exhibit 3 is an email chain between ESI and Accredo Health Group ("Accredo") employees discussing SaveOn's business relationship with ESI and Accredo, comprising confidential and proprietary business information. *See* ECF No. 376 at Ex. 3. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 4 to Letter dated September 9, 2024 [ECF No. 376] | Exhibit 4 is an email chain between ESI employees, SaveOn employees, and a client health plan, discussing SaveOn's and ESI's marketing strategy, | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |

2

| | | | | | |
|---|---|---|---|---|---|
| | comprising confidential and proprietary business information. *See* ECF No. 376 at Ex. 4. | be disclosed to competitors and other market participants. | | | |
| Exhibit 5 to letter dated September 9, 2024 [ECF No. 376] | Exhibit 5 is a series of instant messages between SaveOn employees, discussing SaveOn's policy for communicating with patients, comprising confidential and proprietary business information. *See* ECF No. 3767 at Ex. 5. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |

3