# EXHIBIT F

**Exhibit F to the Declaration**

| Document Title/ECF No. | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Exhibit 2 to Letter dated August 26, 2024 [ECF No. 356] | Exhibit 2 is an email chain between counsel for Johnson and Johnson Health Care Systems Inc. (with its affiliates, "J&J") and counsel for Save On SP, LLC ("SaveOn") that characterizes and directly quotes from an internal communication—obtained through discovery—discussing SaveOn business strategy, comprising confidential and proprietary business information. *See* ECF No. 356 at Ex. 2. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of Exhibit 2 is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business in-formation. | No | No objection |
| Exhibit 7 to Letter dated August 26, | Exhibit 7 is the transcript of the July 15, 2024 Hearing before the Special Master, which mentions the confidential | If relief is not granted, the parties would be at a competitive disadvantage should their proprietary | A redacted, public version of the transcript is being negotiated and will be filed. It is believed | No | No objection |

| | | | | | |
|---|---|---|---|---|---|
| 2024 [ECF No. 356] | information of SaveOn, Express Scripts, Inc ("ESI") and J&J. *See* ECF No. 356 at Ex. 7. | non-public business information and strategy be disclosed to competitors and other market participants. | that no less restrictive alternative is available to prevent the disclosure of the parties' proprietary business information. | | |
| Exhibit 26 to Letter dated August 26, 2024 [ECF No. 356] | Exhibit 26 is a letter between counsel for J&J and SaveOn that characterizes and directly quotes from internal emails—obtained through discovery—of SaveOn employees discussing business strategy, comprising confidential and proprietary business information. *See* ECF No. 356 at Ex. 26. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of Exhibit 7 is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business in-formation. | No | No objection |
| Exhibit 4 to Letter dated September 10, 2024 [ECF No. 378] | Exhibit 4 is a spreadsheet listing clients of SaveOn and transaction data, comprising confidential and proprietary business information. *See* ECF No. 378 at Ex. 4. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 34 to Letter dated September 20, 2024 | Exhibit 2 is an email chain between counsel for J&J and SaveOn that characterizes and directly quotes from an internal | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary | A redacted, public version of the transcript is being filed. It is believed that no less restrictive alternative is available to | No | No objection |

| | | | | | |
|---|---|---|---|---|---|
| [ECF No. 388] | communication—obtained through discovery—discussing SaveOn business strategy, comprising confidential and proprietary business information. *See* ECF No. 388 at Ex. 34. | non-public business information and strategy be disclosed to competitors and other market participants. | prevent the disclosure of the parties' proprietary business information. | | |
| Exhibit 40 to Letter dated September 20, 2024 [ECF No. 388] | Exhibit 40 is the transcript of the January 24, 2024 Hearing before the Special Master, which mentions the confidential information of Save On SP, LLC ("SaveOn") and Johnson and Johnson Health Care Systems, Inc (with its affiliates, "J&J"). *See* ECF No. 388 at Ex. 40. | If relief is not granted, the parties would be at a competitive disadvantage should their proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of the transcript is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of the parties' proprietary business information. | No | No objection |
| Exhibit 43 to Letter dated September 20, 2024 [ECF No. 388] | Exhibit 40 is a letter motion dated September 9, 2024 that characterizes and directly quotes from internal emails—obtained through discovery—of Save On SP, LLC ("SaveOn") and Express Scripts, Inc ("ESI") employees discussing SaveOn's and ESI's | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of Exhibit 43 is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business in-formation. | No | No objection |

3

| | | | | | |
|---|---|---|---|---|---|
| | business strategy, comprising confidential and proprietary business information. See ECF No. 376. | | | | |

4