# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,

Plaintiff(s)

v.

SAVE ON SP, LLC

Defendant(s)

APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY
[Local Civil rule 6.1(b)]

Civil Action No. 2:22-CV-02632 (JKS) (CLW)

Application is hereby made for a Clerk's Order extending time within which defendant(s) Save On SP, LLC may answer, move, or otherwise reply to the Amended Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on Oct. 2, 2024 ; and
3. Time to Answer, Move or otherwise Reply expires on Oct. 16, 2024 .

E. Evans Wohlforth, Jr.
Attorney for Defendant(s)
Robinson & Cole LLP
666 Third Avenue, 20th Fl.
Mailing Address
New York, NY 10017
City, State, Zip Code

## ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to Oct. 24, 2024 .
ORDER DATED: _____

By:_____
Deputy Clerk