UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> - vs – <br><br> SAVE ON SP, LLC, *et al.*, <br><br> Defendants. | Civil No. 22-2632 (CLW) <br><br> **DEFENDANTS EXPRESS SCRIPTS, INC. AND ACCREDO HEALTH GROUP, INC.'s APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR <u>OTHERWISE REPLY</u>** |

Defendants Express Scripts, Inc. and Accredo Health Group Inc. hereby apply under Local Civil Rule 6.1(b), for a Clerk's Order extending by fourteen (14) days the time within which they must answer, move, or otherwise reply to Plaintiff's Amended Complaint filed by Plaintiff, that is, to <u>November 7, 2024</u>. In support of this application, Defendant rely upon the following:

1) Service of process was effected on October 3, 2024.

2) Defendants' time to answer, move or otherwise reply expires on October 24, 2024.

3) No previous extension has been requested or obtained.

Respectfully submitted,

_____
Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07106
t: 201-441-9056
e: mberman@hdrbb.com

*Attorneys for Defendants Express Scripts Inc. and Accredo Health Group, Inc.*