SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632(JKS)(CLW) |
| Plaintiff, | Hon. Jamel K. Semper, U.S.D.J. |
| v. | Hon. Cathy L. Waldor, U.S.M.J. |
| | Hon. Freda L. Wolfson, Special Master |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., AND ACCREDO HEALTH GROUP, INC., | **NOTICE OF MOTION TO SEAL** |
| Defendants. | |

COUNSEL:

PLEASE TAKE NOTICE that on November 18, 2024 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS"), together with counsel for

defendant Save On SP, LLC ("SaveOnSP"), will apply before the Honorable Freda L. Wolfson, Special Master at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order:

(a) Permanently maintaining under seal the letters and supporting exhibits filed by the parties in connection with SaveOnSP's Motion to Compel JJHCS to Produce Documents Sufficient to Show the Instances in Which It Investigated, Enforced, or Contemplated Enforcing Any Portion of the May-Not-Use Provision, dated September 16, 2024, with related briefing dated September 26 and October 3, 2024 (ECF Nos. 383, 391, 399, & 415, filed September 18, September 27, October 4, 2024, and October 16, 2024) (the "May-Not-Use Enforcement Motion"); and

(b) Permitting JJHCS to file the proposed public versions of the May-Not-Use Enforcement Motion, attached as Exhibits A, B, and C to the Declaration of Jeffrey J. Greenbaum submitted in support of this motion ("Greenbaum Declaration").

PLEASE TAKE FURTHER NOTICE that in support of this motion, JJHCS will rely on the accompanying Greenbaum Declaration and the indices in support of this motion. A proposed form of Order is also attached.

PLEASE TAKE FURTHER NOTICE that pursuant to L. Civ. R. 7.1(d)(4), no brief is necessary inasmuch as the application presents issues that are a matter of familiarity to the Court.

        Respectfully submitted,

        SILLS CUMMIS & GROSS P.C.
        One Riverfront Plaza
        Newark, New Jersey 07102
        (973) 643-7000

        By:   *s/ Jeffrey J. Greenbaum*
              JEFFREY J. GREENBAUM
              KATHERINE M. LIEB

        PATTERSON BELKNAP
        WEBB & TYLER LLP
        Adeel A. Mangi
        Harry Sandick (admitted *pro hac vice*)
        George LoBiondo
        1133 Avenue of the Americas
        New York, New York 10036
        (212) 336-2000

        *Attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc.*

        By:   *s/ E. Evans Wohlforth, Jr.*
              E. EVANS WOHLFORTH, JR.
        ROBINSON & COLE LLP
        666 Third Avenue, 20th Floor
        New York, NY 10017-4132
        Main (212) 451-2900
        Fax (212) 451-2999
        ewohlforth@rc.com

                                              Philippe Z. Selendy (admitted *pro hac vice*)
                                              Andrew R. Dunlap (admitted *pro hac vice*)
                                              Meredith Nelson (admitted *pro hac vice*)
                                              Elizabeth H. Snow (admitted *pro hac vice*)
                                              SELENDY GAY PLLC
                                              1290 Avenue of the Americas
                                              New York, NY 10104
                                              (212) 390-9000
                                              pselendy@selendygay.com
                                              adunlap@selendygay.com
                                              mnelson@selendygay.com
                                              esnow@selendygay.com

                                              *Attorneys for Defendant Save On SP, LLC*

Dated: October 18, 2024

4