# MOTION TO COMPEL RFPS 126, 127 & 129

# EXHIBIT 1

# FILED UNDER PERMANENT SEAL