# MOTION TO COMPEL RFPS 126, 127 & 129

# EXHIBITS 3-8

# FILED UNDER PERMANENT SEAL