# MOTION TO COMPEL RFPS 126, 127 & 129

# EXHIBITS 11-17

# FILED UNDER PERMANENT SEAL