# OPPOSITION TO MOTION TO COMPEL
# RFPS 126, 127 & 129

# EXHIBITS 2-5

# FILED UNDER PERMANENT SEAL