# REPLY TO MOTION TO COMPEL RFPS 126, 127 & 129

# EXHIBITS 21-22

# FILED UNDER PERMANENT SEAL