JOHNSON & JOHNSON HEALTH CARE
SYSTEMS INC.,

                       Plaintiff,

v.

SAVE ON SP, LLC,
EXPRESS SCRIPTS, INC., and
ACCREDO HEALTH GROUP, INC.,

                    Defendants.

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

Civil No. 22-2632 (JKS) (CLW)

**DEFENDANTS ACCREDO HEALTH GROUP, INC.'S AND EXPRESS SCRIPTS,
INC.'S NOTICE JOINING SAVE ON SP'S OPPOSITION TO
JOHNSON & JOHNSON HEALTH CARE SYSTEM'S
MOTION FOR LEAVE TO FILE SUPPLEMENTED AMENDED COMPLAINT**

Defendants Accredo Health Group, Inc. ("Accredo") and Express Scripts, Inc. ("Express

Scripts") hereby respectfully oppose Plaintiff Johnson & Johnson Health Care System's

("JJHCS") Motion for Leave to File Supplemented Amended Complaint for the reasons set forth

in Defendant Save On SP, LLC's Brief in Opposition to JJHCS's Motion.

                                     */s/ Mark. A. Berman*
                                     Mark A. Berman, Esq.
                                     **HARTMANN DOHERTY ROSA
BERMAN & BULBULIA LLP**
433 Hackensack Ave. Suite 1002
Hackensack, NJ 07601
(201) 441-9056
mberman@hdrbb.com

*Counsel of Record for Defendants
Accredo Health Group, Inc.
and Express Scripts, Inc.*

Jeremy M. Sternberg (*pro hac vice*)
Emily A. Robey-Phillips (*pro hac vice*)
Krithika Rajkumar (*pro hac vice*)
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
(617) 523-6850
Jeremy.sternberg@hklaw.com
Emily.robey-phillips@hklaw.com
Krithika.rajkumar@hklaw.com
Counsel for Accredo Health Group, Inc.

*Counsel for Defendant*
*Accredo Health Group, Inc.*

Sarah C. Hellmann (*pro hac vice*)
Christopher A. Smith (*pro hac vice*)
Kate Ledden (*pro hac vice*)
Husch Blackwell LLP
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
(314) 480-1500
Fax: (314) 480-1505
sarah.hellmann@huschblackwell.com
chris.smith@huschblackwell.com
kate.ledden@huschblackwell.com

*Counsel for Defendant*
*Express Scripts, Inc.*

Dated: November 4, 2024