# MOTION TO COMPEL ADDITIONAL CUSTODIANS

# EXHIBITS 1-16

# FILED UNDER PERMANENT SEAL