# MOTION TO COMPEL ADDITIONAL CUSTODIANS

# EXHIBIT 28

# FILED UNDER PERMANENT SEAL