# MOTION TO COMPEL ADDITIONAL CUSTODIANS

# EXHIBITS 30-36

# FILED UNDER PERMANENT SEAL