# MOTION TO COMPEL ADDITIONAL CUSTODIANS

# EXHIBITS 42-51

# FILED UNDER PERMANENT SEAL