# MOTION TO COMPEL ADDITIONAL CUSTODIANS

# EXHIBITS 61-62

# FILED UNDER PERMANENT SEAL