# MOTION TO COMPEL ADDITIONAL CUSTODIANS

# OPPOSITION EXHIBITS 1-23

# FILED UNDER PERMANENT SEAL