# MOTION TO COMPEL ADDITIONAL CUSTODIANS

# OPPOSITION EXHIBITS 25-29

# FILED UNDER PERMANENT SEAL