# MOTION TO COMPEL ADDITIONAL CUSTODIANS

# REPLY EXHIBITS 64-66

# FILED UNDER PERMANENT SEAL