# MOTION TO COMPEL ADDITIONAL CUSTODIANS

# REPLY EXHIBITS 71-75

# FILED UNDER PERMANENT SEAL