JOHNSON & JOHNSON HEALTH
CARE SYSTEMS INC.,

                Plaintiff,

v.

SAVE ON SP, LLC,
EXPRESS SCRIPTS, INC., and
ACCREDO HEALTH GROUP, INC.,

                Defendants.

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

Civil No. 22-2632 (JKS) (CLW)

**DEFENDANT ACCREDO HEALTH GROUP, INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel certifies that Defendant Accredo

Health Group, Inc. ("Accredo") is a non-governmental corporation and that:

This party's parent corporation, and all publicly held corporations owning 10% or more

of this party's stock are listed here: The Cigna Group, the ultimate parent, whose interest is

indirect.

/s/Mark A. Berman
Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA
BERMAN & BULBULIA LLP**
433 Hackensack Ave. Suite 1002
Hackensack, NJ 07601
(201) 441-9056
*Counsel of Record for Defendant
Accredo Health Group, Inc.*

Jeremy M. Sternberg (*pro hac vice*)
Emily A. Robey-Phillips (*pro hac vice*)
Krithika Rajkumar (*pro hac vice*)
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
(617) 523-6850
*Counsel for Defendant
Accredo Health Group, Inc.*

Dated: November 7, 2024