|  |  |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., and ACCREDO HEALTH GROUP, INC.,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil No. 22-2632 (JKS) (CLW)<br><br>**DEFENDANT EXPRESS SCRIPTS, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel certifies that Defendant Express Scripts, Inc. ("Express Scripts") is a non-governmental corporation and that:

This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock are listed here: The Cigna Group, the ultimate parent, whose interest is indirect.

/s/Mark A. Berman
Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA BERMAN & BULBULIA LLP**
433 Hackensack Ave. Suite 1002
Hackensack, New Jersey 07601
(201) 441-9056
*Counsel of Record for Defendant Express Scripts, Inc.*

Sarah C. Hellmann (*pro hac vice*)
Christopher A. Smith (*pro hac vice*)
Kate Ledden (*pro hac vice*)
Husch Blackwell LLP
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
(314) 480-1500
*Counsel for Defendant Express Scripts, Inc.*

Dated: November 7, 2024