# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

**Jeffrey J. Greenbaum**
Member
Direct Dial: (973) 643-5430
E-mail: jgreenbaum@sillscummis.com

101 Park Avenue
New York, NY 10112
Tel: 212-643-7000
Fax: 212-643-6500

November 7, 2024

**By Email**

Hon. Freda L. Wolfson
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Re:   **JJHCS's Response to SaveOnSP's October 28, 2024 Motion to Compel**
*Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*,
**Civil Action No. 22-2632 (JKS) (CLW)**

Dear Judge Wolfson:

On behalf of JJHCS, we write in response to SaveOnSP's October 28, 2024 motion to compel JJHCS to produce the financial modeling described in JJHCS_00281257, which SaveOnSP contends was "used to recommend a reduced amount of copay assistance." Mot. at 1.

The Court's prior rulings make clear that SaveOnSP is not entitled to this financial information.[1] Nevertheless, to resolve this dispute and avoid further burdening the Court, JJHCS has conducted a good-faith investigation concerning the financial modeling referenced in JJHCS_00281257; has located the modeling SaveOnSP seeks; and will produce it this week. Accordingly, any dispute between the parties concerning this modeling is now moot.

---

[1] *See, e.g.*, Dkt. No. 264 at 5 (denying SaveOnSP motion for reconsideration and rejecting SaveOnSP's renewed request for "discovery on the reasons why J&J set the annual maximum amounts of copay assistance for the drugs at issue at the levels that it did").

Honorable Freda L. Wolfson, U.S.D.J.
November 7, 2024
Page 2

    We appreciate Your Honor's attention to this matter.

                Respectfully submitted,

                s/ *Jeffrey J. Greenbaum*
                JEFFREY J. GREENBAUM

cc:  Counsel of record