# Exhibit A

**Bar and Court Admissions of Kevin Cryan**

| Admission | Year of Admission | Name and Address of the Official or Office Maintaining the Bar's Roll |
|---|---|---|
| State Bar of New York | 2024 | New York State Office of Court Administration<br>Attorney Registration Unit<br>25 Beaver Street<br>New York, NY 10004 |