# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., and ACCREDO HEALTH GROUP, INC. <br><br> Defendants. | Civil Action No. 2:22-cv-02632 (JKS)(CLW) <br><br> *Document electronically filed.* <br><br> **[PROPOSED] ORDER GRANTING THE ADMISSION *PRO HAC VICE* OF KEVIN CRYAN** |

**THIS MATTER** having been brought before the Court upon the motion of Defendant Save On SP, LLC, for the admission of Kevin Cryan *pro hac vice* in the within case pursuant to Local Civil Rule 101.1(c); and it appearing that all parties appearing in this matter have consented to the within relief; and for good cause having been shown;

**IT IS** on this _____ day of _____, 2024, **ORDERED:**

**ORDERED** that Defendant Save On SP, LLC's motion for an Order Granting Kevin Cryan admission *pro hac vice* in this matter shall be and hereby is granted; and

**IT IS FURTHER ORDERED** that Kevin Cryan, of the firm Selendy Gay PLLC is hereby granted admission *pro hac vice* for the purpose of appearing in this matter pursuant to Local Civil Rule 101.1(c); and

**IT IS FURTHER ORDERED** that Kevin Cryan is hereby required to abide by the Rules of Disciplinary Enforcement and the Local Civil Rules of the District of New Jersey; and

**IT IS FURTHER ORDERED** that Kevin Cryan shall notify the Court immediately of any matter affecting his or her standing at the bar of any other court; and

**IT IS FURTHER ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney at law employed by the law firm of Robinson & Cole LLP, said attorney being authorized to practice in the United States District Court for the District of New Jersey, who shall be held responsible for them and for the conduct of the matter and of Kevin Cryan, and

**IT IS FURTHER ORDERED** that pursuant to Local Civil Rule 101.1(c)(2), a copy of this Order shall be forwarded to the Treasurer of the New Jersey Lawyers' Fund for Client Protection. Kevin Cryan, shall make payment, or cause payment to be made, to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) within 30 days of the entry of this order for this calendar year (if such payment for this year has not already been made) and shall continue to make payment, or cause payment to be made, for each calendar year in which he continues to represent any Defendant before this Court; and

**IT IS FURTHER ORDERED** that pursuant to Local Civil Rule 101.1(c)(3), Kevin Cryan, shall make payment of $250.00, or cause payment of $250.00 each to be made, to the Clerk of the United States District Court for the District of New Jersey.

_____
Hon. Cathy L. Waldor, U.S.M.J.