# Exhibit A

**Bar and Court Admissions of Aine C. Carolan**

| Admission | Year of Admission | Name and Address of the Official or Office Maintaining the Bar's Roll |
|---|---|---|
| State Bar of New York | 2024 | New York State Office of Court Administration<br>Attorney Registration Unit<br>25 Beaver Street<br>New York, NY 10004 |
| United States District Court for the Southern District of New York | 2024 | Office of Attorney Services of the United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007 |