Case 2:22-cv-02632-JKS-CLW    Document 455    Filed 11/22/24    Page 1 of 2 PageID: 45998

SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
  *Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632(JKS)(CLW) |
| Plaintiff, | Hon. Jamel K. Semper, U.S.D.J. |
| vs. | Hon. Cathy L. Waldor, U.S.M.J. |
| | Hon. Freda L. Wolfson (ret.), Special Master |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., and ACCREDO HEALTH GROUP, INC., | **ORDER GRANTING MOTION TO UNSEAL THE AMENDED COMPLAINT** |
| Defendants. | |

THIS MATTER having come before the Special Master by Sills Cummis & Gross P.C. and Patterson Belknap Webb and Tyler LLP, attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS"), on JJHCS's

Motion to Unseal the Motion to Amend and the Proposed Amended Complaint (the "Motion to Unseal"), and the Special Master having reviewed and considered the motions and submissions of the parties, and it appearing to the Special Master that the Amended Complaint should be unsealed, and it appearing to the Special Master that Defendant Accredo Health Group, Inc. did not file objections to the Letter Order granting JJHCS's Motion to Unseal;

IT IS on this 22nd day of November, 2024,

ORDERED that, for the reasons set forth in the October 29, 2024 Special Master Letter Order (D.E. 424), JJHCS's Motion to Unseal is GRANTED; and

IT IS FURTHER ORDERED that the following docket entries shall be unsealed and made available on the public docket:

1. Report and Recommendation of the Special Master to Grant JJHCS's Motion to Amend the Complaint (D.E. 381); and

2. JJHCS's Amended Complaint (D.E. 395).

                                                         /s/ Freda L. Wolfson
                                                         Hon. Freda L. Wolfson (ret.)
                                                         Special Master