SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
  *Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632(JKS)(CLW) |
| Plaintiff, | Hon. Jamel K. Semper, U.S.D.J. |
| | Hon. Cathy L. Waldor, U.S.M.J. |
| vs. | Hon. Freda L. Wolfson (ret.), Special Master |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., and ACCREDO HEALTH GROUP, INC., | **ORDER EXTENDING DEADLINES FOR MOTIONS TO SEAL** |
| Defendants. | |

THIS MATTER having come before the Special Master by Sills Cummis & Gross P.C. and Patterson Belknap Webb and Tyler LLP, attorneys for

Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS"), on JJHCS's request that the deadlines for certain motions to seal be extended;

IT IS on this 25th day of November, 2024,

ORDERED that the following deadlines are extended as follows:

1. By December 4, 2024, JJHCS shall submit its motion to seal the answers of Defendant Accredo Health Group, Inc. ("Accredo") and Defendant Express Scripts, Inc. ("Express Scripts") (ECF Nos. 437 and 438). JJHCS, Accredo, and Express Scripts shall continue to meet and confer on this motion, and prior to December 4, 2024, shall submit to the Court a proposal for the procedures for the motion to seal these answers; and

2. By December 10, 2024, JJHCS and Save On SP, LLC ("SaveOnSP") shall file any motions to seal the following motions and related briefing: (i) SaveOnSP's motion to compel nine additional custodians, dated October 9, 2024; (ii) SaveOnSP's motion to compel documents from TrialCard, dated October 25, 2024, and related correspondence; (iii) SaveOnSP's motion to compel financial modeling, dated October 28, 2024; and (iv) SaveOnSP's motion to compel regarding Interrogatory No. 12, dated October 28, 2024.

                                                /s/ Freda L. Wolfson
                                                Hon. Freda L. Wolfson (ret.)
                                                Special Master