SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632 (JKS)(CLW) |
| Plaintiff, | |
| v. | Hon. Jamel K. Semper, U.S.D.J.<br>Hon. Cathy L. Waldor, U.S.M.J. |
| | **CERTIFICATION OF SERVICE** |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., AND ACCREDO HEALTH GROUP, INC., | (Electronically Filed Document) |
| Defendants. | |

JEFFREY J. GREENBAUM, of full age, certifies that on the 26th day of November, I caused a copy of Johnson & Johnson Health Care System Inc.'s Reply Memorandum and Declaration of Jeffrey J. Greenbaum, both in further support of Plaintiff Johnson & Johnson Health Care Systems Inc.'s Motion for Leave to Supplement the Amended Complaint to be served via CM/ECF and email to counsel for Defendants Save On SP, LLC, Express Scripts, Inc., and Accredo Health Group, Inc.

I certify under penalty of perjury that the foregoing is true and correct.

*s/ Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM

Dated: November 26, 2024