SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
  *Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | : | Civil Action No. 22-2632(JKS)(CLW) |
| Plaintiff, | : | Hon. Jamel K. Semper, U.S.D.J. |
| vs. | : | Hon. Cathy L. Waldor, U.S.M.J. |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., and ACCREDO HEALTH GROUP, INC. | : | **NOTICE OF MOTION TO STRIKE** |
| Defendants. | : | |

COUNSEL:

PLEASE TAKE NOTICE that, pursuant to the Special Master Discovery Scheduling Order, dated November 21, 2024 (ECF No. 454), on January

21, 2025 at 9:00 A.M. in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS") shall apply before the Honorable Jamel K. Semper at the United States District Court for the District of New Jersey, Frank R. Lautenberg Post Office & Courthouse, 2 Federal Square, Newark, New Jersey 07101 for an Order, pursuant to Fed. R. Civ. P. 12(f), striking Defendant Save On SP, LLC's ("SaveOnSP") October 30, 2024 Answer (Dkt. No. 428) in its entirety and the "Statement of Facts" from SaveOnSP's October 31, 2024 "corrected" Answer to JJHCS's Amended Complaint (Dkt. No. 429).

PLEASE TAKE FURTHER NOTICE that in support of this motion, JJHCS shall rely upon the accompanying Memorandum of Law and Declaration of Jeffrey J. Greenbaum. A proposed form of Order is also attached.

Respectfully submitted,

SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

By:   s/ Jeffrey J. Greenbaum
      JEFFREY J. GREENBAUM
      KATHERINE M. LIEB

PATTERSON BELKNAP
   WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo

            1133 Avenue of the Americas
            New York, New York 10036
            (212) 336-2000

            *Attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc.*

Dated: November 27, 2024