SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
  *Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632(JKS)(CLW) |
| Plaintiff, | Hon. Jamel K. Semper, U.S.D.J. |
| | Hon. Cathy L. Waldor, U.S.M.J. |
| vs. | |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., and ACCREDO HEALTH GROUP, INC. | **ORDER GRANTING MOTION TO STRIKE** |
| Defendants. | |

THIS MATTER having come before the Court by Sills Cummis & Gross P.C. and Patterson Belknap Webb and Tyler LLP, attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS"), on JJHCS's Motion to Strike, and the

Court having reviewed and considered the motion and submissions of the parties, and it appearing to the Court pursuant to Fed. R. Civ. P. 12(f) that Defendant Save On SP, LLC's ("SaveOnSP") October 30, 2024 Answer (Dkt. No. 428) should be stricken in its entirety and that the "Statement of Facts" should be stricken from SaveOnSP's October 31, 2024 "corrected" Answer to JJHCS's Amended Complaint (Dkt. No. 429);

IT IS on this _____ day of _____, 2024,

ORDERED that JJHCS's Motion to Strike is GRANTED;

IT IS FURTHER ORDERED that SaveOnSP's October 30, 2024 Answer (Dkt. No. 428) is stricken with prejudice;

IT IS FURTHER ORDERED that the "Statement of Facts" (paragraphs 1–178) of SaveOnSP's October 31, 2024 "corrected" Answer to JJHCS's Amended Complaint (Dkt. No. 429) is stricken with prejudice; and

IT IS FURTHER ORDERED that SaveOnSP shall re-file its Answer to JJHCS's Amended Complaint without the "Statement of Facts" within one week of the date of this Order.

_____
HON. JAMEL K. SEMPER