SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
  *Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632(JKS)(CLW) |
| Plaintiff, | Hon. Jamel K. Semper, U.S.D.J. |
| | Hon. Cathy L. Waldor, U.S.M.J. |
| vs. | Hon. Freda L. Wolfson (ret.), Special Master |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., and ACCREDO HEALTH GROUP, INC., | **ORDER ESTABLISHING DEADLINES AND PROCEDURES FOR JJHCS'S MOTION TO SEAL** |
| Defendants. | |

THIS MATTER having come before the Special Master by Sills Cummis & Gross P.C. and Patterson Belknap Webb and Tyler LLP, attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS"), on the request

of JJHCS, with the consent of Defendants Express Scripts, Inc. ("Express Scripts") and Accredo Health Group, Inc. ("Accredo"), that the deadlines and procedures for JJHCS's anticipated motion to seal (the "Motion to Seal") the Answer to the Amended Complaint and Demand for Jury Trial filed by each of Defendants Express Scripts and Accredo (ECF Nos. 437 and 438, respectively) be modified as follows;

IT IS on this 27th day of November, 2024,

ORDERED that:

1. By December 4, 2024, JJHCS shall file the Motion to Seal. By December 20, 2024, Express Scripts and Accredo shall file their opposition(s) (if any) to the Motion to Seal. By January 7, 2025, JJHCS shall file its reply (if any) in support of the Motion to Seal;

2. In lieu of the default procedures under Local Civil Rule 5.3, JJHCS, Express Scripts, and Accredo shall submit letter briefs in support of or in opposition to the Motion to Seal;

3. Opening and opposition letter briefs shall not exceed 15 pages of double-spaced text (exclusive of declarations or exhibits), and JJHCS's reply letter brief shall not exceed 8 pages of double-spaced text (exclusive of declarations or exhibits); and

4. Consistent with Local Civil Rule 5.3, the parties shall file the motion papers publicly.

*/s/      Freda L. Wolfson*
Hon. Freda L. Wolfson (ret.)
Special Master

15406443