# Robinson+Cole

E. EVANS WOHLFORTH, JR.
ROBINSON & COLE LLP
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Facsimile: (212) 451-2999
ewohlforth@rc.com

December 5, 2024

**Document Electronically Filed**

Hon. Freda L. Wolfson, U.S.D.J. (ret.)
Wayne Fang, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, New Jersey 07068

    **Re:**  *Johnson & Johnson Health Care Systems, Inc. v. Save On SP, LLC*
        *No. 2:22-cv-02632 (JKS) (CLW), Motion to Compel*

Dear Judge Wolfson:

  On behalf of Defendant Save On SP, LLC ("**SaveOn**") and in accordance with Your Honor's April 10, 2024 directive to electronically file applications previously submitted via email, enclosed is SaveOn's November 14, 2024 notice to the Court that SaveOn's Motion to Compel Johnson & Johnson Health Care Systems, Inc. (with its affiliates, "**J&J**") to Produce its Financial Modeling (ECF No. 426) is moot.

           Respectfully submitted,

           */s/ E. Evans Wohlforth, Jr.*
           E. Evans Wohlforth, Jr.

Cc: All counsel via ECF

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP

Philippe Z. Selendy (admitted *pro hac vice*)
Andrew R. Dunlap (admitted *pro hac vice*)
Meredith Nelson (admitted *pro hac vice*)
Elizabeth H. Snow (admitted *pro hac vice*)
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
(212) 390-9000

pselendy@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com
esnow@selendygay.com

*Attorneys for Defendant Save On SP, LLC*