# Long, Julia (x2878)

| | |
|---|---|
| **From:** | Meredith Nelson <mnelson@selendygay.com> |
| **Sent:** | Thursday, November 14, 2024 4:36 PM |
| **To:** | Wolfson, Freda; Fang, Wayne |
| **Cc:** | Philippe Selendy; Andrew Dunlap; Wohlforth, E. Evans; Matthew Nussbaum; ~klieb@sillscummis.com; Mangi, Adeel A. (x2563); Sandick, Harry (x2723); LoBiondo, George (x2008); Chefitz, Jacob (x2474); Hannah Miles; ~jgreenbaum@sillscummis.com; _cg J&J-SaveOn; Sternberg, Jeremy M (BOS - X71476); Andrew.Solinger@hklaw.com; Robey-Phillips, Emily (BOS - X71466); Krithika.Rajkumar@hklaw.com; Kate.Ledden@huschblackwell.com; Sarah.Hellmann@huschblackwell.com; chris.smith@huschblackwell.com; James.Lockett@hklaw.com; Long, Julia (x2878); Elizabeth Snow; Galli, Sabrina M. |
| **Subject:** | RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)-Response to Motion to Compel re: financial modeling |

**External: Think before you click.**


Dear Judge Wolfson and Mr. Fang,
After SaveOn filed its motion to compel J&J to produce the financial modeling that it used to recommend a reduced amount of copay assistance (as described in Exhibit 1 of SaveOn's opening motion), J&J produced the requested documents. SaveOn's motion is thus now moot.
Respectfully submitted,
Meredith Nelson

**Meredith Nelson**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: she, her, hers

---
+1 212.390.9069 [O]
+1 918.200.3148 [M]

---

**From:** Jeffrey Greenbaum <JGREENBAUM@sillscummis.com>
**Sent:** Thursday, November 7, 2024 4:48 PM
**To:** Fang, Wayne <WFang@lowenstein.com>; Wolfson, Freda <FWolfson@lowenstein.com>
**Cc:** Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Meredith Nelson <mnelson@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Katherine Lieb <klieb@sillscummis.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Chefitz, Jacob (x2474) <jchefitz@pbwt.com>; Hannah Miles <hmiles@selendygay.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; Sternberg, Jeremy M (BOS - X71476) <Jeremy.Sternberg@hklaw.com>; Andrew.Solinger@hklaw.com; Robey-Phillips, Emily (BOS - X71466) <Emily.Robey-Phillips@hklaw.com>; Krithika.Rajkumar@hklaw.com; Kate.Ledden@huschblackwell.com; Sarah.Hellmann@huschblackwell.com; chris.smith@huschblackwell.com; James.Lockett@hklaw.com; Long, Julia (x2878) <jlong@pbwt.com>; Elizabeth Snow <esnow@selendygay.com>; Galli, Sabrina M. <SGalli@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)-Response to Motion to Compel re: financial modeling

Dear Judge Wolfson and Mr. Fang:

Attached please find JJHCS's response to the motion to compel re: financial modeling, which we submit is now moot.

Respectfully,

**Jeffrey J. Greenbaum**
Member



website | bio | vCard | newsroom | email

One Riverfront Plaza, Newark, NJ 07102
p (973) 643-5430 | f (973) 643-6500 **map**

101 Park Avenue, 28th Floor, New York, NY 10178
p (212) 643-7000 | f (212) 643-6500 **map**

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.