SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632(JKS)(CLW) |
| Plaintiff, | Hon. Jamel K. Semper, U.S.D.J. |
| v. | Hon. Cathy L. Waldor, U.S.M.J. |
| | Hon. Freda L. Wolfson, Special Master |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., AND ACCREDO HEALTH GROUP, INC., | **NOTICE OF MOTION TO SEAL** |
| Defendants. | |

COUNSEL:

PLEASE TAKE NOTICE that on January 6, 2025 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS") will apply before the Honorable

Freda L. Wolfson, Special Master at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order:

(a) Permanently maintaining under seal the letters and supporting exhibits filed by the parties in connection with (i) the Motion of Defendant Save On SP, LLC ("SaveOnSP") to Compel JJHCS to Produce Documents Regarding its CAP Program from its Vendor TrialCard, dated October 25, 2024, with related briefing and status letters dated October 7, October 10, November 4, and November 12, 2024 (ECF Nos. 410, 425, 433, 450 & 464), filed October 14, October 29, November 5, November 13, and December 10, 2024 (the "TrialCard Motion"); and (ii) SaveOnSP's Motion to Compel JJHCS to Produce Financial Modeling, dated October 28, 2024 (ECF No. 426), filed October 29, 2024 (the "Financial Modeling Motion"); and

(b) Permitting JJHCS to file the proposed public versions of ECF Nos. 410, 425, 433, 450 & 464; and ECF No. 426, attached as Exhibits A, B, and C to the Declaration of Jeffrey J. Greenbaum submitted in support of this motion ("Greenbaum Declaration").

PLEASE TAKE FURTHER NOTICE that in support of this motion, JJHCS will rely on the accompanying Greenbaum Declaration and the indices in support

of this motion. A proposed form of Order is also attached.

PLEASE TAKE FURTHER NOTICE that pursuant to L. Civ. R. 7.1(d)(4), no brief is necessary inasmuch as the application presents issues that are a matter of familiarity to the Court.

PLEASE TAKE FURTHER NOTICE that no party objects to the relief requested.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 10, 2024 | SILLS CUMMIS & GROSS P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>(973) 643-7000<br>jgreenbaum@sillscummis.com<br>klieb@sillscummis.com<br><br>By:  *s/ Jeffrey J. Greenbaum*<br>       JEFFREY J. GREENBAUM<br>       KATHERINE M. LIEB<br><br>PATTERSON BELKNAP<br>WEBB & TYLER LLP<br>Adeel A. Mangi<br>Harry Sandick (admitted *pro hac vice*)<br>George LoBiondo<br>1133 Avenue of the Americas<br>New York, New York 10036<br>(212) 336-2000<br>amangi@pbwt.com<br>hsandick@pbwt.com<br>globiondo@pbwt.com<br><br>*Attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc.* |