# EXHIBIT E

INDEX IN SUPPORT OF MOTION TO SEAL PORTIONS OF SAVEONSP'S MOTION TO COMPEL JJHCS TO PRODUCE FINANCIAL MODELING (ECF NO. 426)

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury That Would Result if Relief Were Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|
| Letter from E. Evans Wohlforth, Jr. to Judge Wolfson regarding SaveOnSP's Motion to Compel JJHCS to Produce Financial Modeling, dated October 28, 2024 (ECF No. 426) | | JJHCS requests the redaction of information in and exhibits to the October 28 letter that is not known to the general public and which the parties agreed to keep confidential. JJHCS maintains that these documents and exhibits contain sensitive business information. | If filed on the public docket, these portions of the October 28 letter and the exhibits thereto would reveal confidential material relating to JJHCS's sensitive business information. Disclosure to the public of this confidential and proprietary information would cause irreparable harm to JJHCS because it would place JJHCS at a competitive | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |
| Pages 1–3 | Redactions discussing confidential exhibits | | | | | |
| Exhibits 1–4 | Sealing of emails containing confidential information | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury That Would Result if Relief Were Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|
| Exhibit 5 | Sealing of internal presentation containing confidential information | | disadvantage if its competitors secured the information. | | | |
| Exhibits 6 & 7 | Redactions to discovery letters discussing confidential documents | | | | | |