# EXHIBIT F

**Exhibit F to the Greenbaum Declaration**

| Document Title/ECF No. | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Exhibit 7 to Letter dated October 9, 2024 [ECF No. 409] | Exhibit 7 is a letter from counsel for Johnson & Johnson Health Care Systems Inc. ("J&J") to counsel for Save On SP, LLC ("SaveOn"). The letter describes the employment responsibilities of four SaveOn employees through characterizations and quotations of documents produced during discovery which reveal SaveOn's business practices for contacting drug manufacturers, comprising proprietary business information. *See* ECF No. 409 Ex. 7. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of the letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 8 to Letter dated October 9, | Exhibit 8 is a letter from counsel for J&J to counsel for SaveOn. The letter describes the | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary | A redacted, public version of the letter is being filed. It is believed that | No | No objection |

| | | | | | |
|---|---|---|---|---|---|
| 2024 [ECF No. 409] | employment responsibilities of Darcie Falsioni, a SaveOn employee and lawyer through characterizations and quotations of documents produced during discovery which reveal SaveOn's business practices for contracting with clients, comprising proprietary business information. *See* ECF No. 409 Ex. 7. | non-public business information and strategy be disclosed to competitors and other market participants. | no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | | |
| Letter dated October 29, 2024 [ECF No. 427] | Letter motion references SaveOn's business strategy for determining the copay amounts for certain drugs, comprising proprietary business information. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | A redacted, public version of the letter is being filed. It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection, including from co-defendant Express Scripts, Inc., by whom the confidential information was produced in discovery. |

2