APPENDIX B - JJHCS'S INDEX IN SUPPORT OF MOTION TO SEAL PORTIONS OF OPPOSITION TO MOTION TO SUPPLEMENT (ECF NO. 431)

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury That Would Result if Relief Were Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|
| SaveOnSP's Opposition to Johnson & Johnson Health Care Systems Inc.'s Motion for Leave to File Supplemented Amended Complaint (ECF No. 431) | | JJHCS requests the redaction of information in and exhibits to the Opposition that are not known to the general public and which the parties agreed to keep confidential. JJHCS maintains that the Opposition and exhibits contain sensitive business information. | If filed on the public docket, these portions of the Opposition and the exhibits thereto would reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure to the public of this confidential and proprietary information would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |
| Brief in Support | Redactions page 11 ("It . . . plans"), ("identifying . . ."), ("identifying . . ."), 17 n.9 ("J&J . . . year") ("patients . . . year") | | | | | |
| Exhibit 2 to the Nelson Declaration | Sealing of confidential spreadsheet | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury That Would Result if Relief Were Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|
| Exhibit 3 to the Nelson Declaration | Sealing of confidential spreadsheet produced by RIS Rx | | competitors secured the information. | | | |
| Exhibit 6 to the Nelson Declaration | Sealing of document regarding CAP program | | | | | |

2