Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA BERMAN & BULBULIA LLP**
433 Hackensack Ave. Suite 1002
Hackensack, New Jersey 07601
t: (201) 441-9056
e: mberman@hdrbb.com
*Attorneys for Defendants*
*Express Scripts, Inc.*
*and Accredo Health Group, Inc.*

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> - vs – <br><br> SAVE ON SP, LLC, *et al.*, <br><br> Defendants. | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY** <br><br> Civil Action No. 22-2632 (JKS)(CLW) <br><br> **ORDER EXTENDING DEFENDANTS EXPRESS SCRIPTS' AND ACCREDO'S TIME FOR RESPONDING TO JJHCS' REQUESTS FOR PRODUCTION** |

**THIS MATTER** having come before the Special Master upon the application of Defendants Express Scripts, Inc. and Accredo Health Group, Inc. for entry of an Order extending their time to respond to Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS")'s Requests for Production, and the Special Master having considered the submissions of the parties, and for good cause shown:

**IT IS** on this 13th day of December, 2024,

**ORDERED** that:

1. Defendants Express Scripts' and Accredo's application is granted; and

2. Defendants Express Scripts' and Accredo's deadline to respond to JJHCS's Requests for Production is extended to **February 3, 2025**.

      /s/ Freda L. Wolfson
      Hon. Freda L. Wolfson (ret.)
      Special Master