SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

PATTERSON BELKNAP WEBB & TYLER LLP
Adeel A. Mangi
Harry Sandick (admitted *pro hac vice*)
George LoBiondo
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632 (JKS)(CLW) |
| Plaintiff, | |
| v. | Hon. Jamel K. Semper, U.S.D.J. |
| | Hon. Cathy L. Waldor, U.S.M.J. |
| | **CERTIFICATION OF SERVICE** |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., AND ACCREDO HEALTH GROUP, INC., | (Electronically Filed Document) |
| Defendants. | |

2

JEFFREY J. GREENBAUM, of full age, certifies that on the 6th day of January 2025, I caused a copy of Plaintiff Johnson & Johnson Health Care Systems Inc.'s Reply in Further Support of its Motion to Strike the Statement of Facts From Defendant Save On SP, LLC's Answer to the Amended Complaint to be served via CM/ECF and email to counsel for Defendants Save On SP, LLC, Express Scripts, Inc., and Accredo Health Group, Inc.

I certify under penalty of perjury that the foregoing is true and correct.

<em>s/ Jeffrey J. Greenbaum</em><br>JEFFREY J. GREENBAUM

Dated:     January 6, 2025