# Sills Cummis & Gross
### A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102-5400**
**Tel: 973-643-7000**
**Fax: 973-643-6500**

Jeffrey J. Greenbaum
Member
Direct Dial: (973) 643-5430
E-mail: jgreenbaum@sillscummis.com

101 Park Avenue
New York, NY 10112
Tel: 212-643-7000
Fax: 212-643-6500

**CONTAINS INFORMATION MARKED AS AEO/CONFIDENTIAL UNDER THE DISCOVERY CONFIDENTIALITY ORDER**

September 26, 2024

**By Email**

Hon. Freda L. Wolfson, U.S.D.J.
Lowenstein Sandler
One Lowenstein Drive LLP
Roseland, NJ 07068

> Re:  **JJHCS's Motion to Compel Additional SaveOnSP Custodians**
> *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*,
> **Case No. 2:22-cv-02632 (JKS) (CLW)**

Dear Judge Wolfson:

JJHCS moves to compel SaveOnSP to designate four of its current and former employees as custodians: Leslie Kauffman, Brandon Bartz, Paula Mighells, and Jenna Quinn.

These individuals are carefully selected. Each possesses relevant and important documents that are not available elsewhere. These include documents bearing on critical issues like SaveOnSP's ceaseless efforts to evade detection by manufacturers, operational details of SaveOnSP's scheme, and the harm that this scheme causes patients. Indeed, some of the most damning admissions SaveOnSP has produced to date are the words of these very employees, but SaveOnSP produced them only where they happened to be conveyed to an existing custodian. SaveOnSP has never denied that these employees possess relevant documents and even mistakenly represented to JJHCS that two of them were *already* custodians. Yet SaveOnSP refuses to search

Hon. Freda Wolfson, U.S.D.J.
September 26, 2024
Page 2

the files of any of these four employees, offering only unsubstantiated, boilerplate explanations (or no explanation at all) for that refusal.  The parties have met and conferred regarding each of these custodians and are at an impasse.

Adding four custodians will not place any unreasonable or disproportionate burden on SaveOnSP.  This case is about SaveOnSP's conduct, but one would not know that by looking at the parties' custodian counts.  Because SaveOnSP seeks to mire this case in discovery and impose as much burden on JJHCS as possible, JJHCS already is producing documents from 45 custodians.  But it doesn't end there.  SaveOnSP seeks to add another 24 custodians from JJHCS and affiliated companies.  If the Court were to permit that (and it should not), JJHCS's total would increase to an astonishing 69.  By contrast, SaveOnSP—the company that engaged in the scheme that should be the focus of discovery, and about which JJHCS knew very little—has only 31 document custodians.  If the four custodians at issue in this motion were added, SaveOnSP's custodian count would be only 35—still 10 fewer than JJHCS's existing total.  And unlike SaveOnSP, JJHCS is not holding any requests for additional custodians in the wings or presenting them only piecemeal.

JJHCS respectfully requests that Your Honor order SaveOnSP to (1) designate Leslie Kauffman, Brandon Bartz, and Paula Mighells as full custodians, thereby requiring SaveOnSP to run all agreed-upon search terms for the relevant time period; and (2) designate Jenna Quinn as a limited custodian and apply search terms targeted to capturing SaveOnSP's efforts to evade detection by manufacturers.[1]

---

[1] Attached as Appendix 1 to this motion is a chart illustrating the wide array of discovery requests to which the subjects of this motion are relevant.

Hon. Freda Wolfson, U.S.D.J.
September 26, 2024
Page 3

## I.      Leslie Kauffman

### A.      Leslie Kauffman Possesses Highly Relevant Documents on Critical Issues

Leslie Kauffman was employed by SaveOnSP from June 2017 to approximately September 2023, during almost the entirety of the time period relevant to this litigation.  *See* Ex. 1 (SOSP_0447169) at -447170 (noting start date); Ex. 2 (SOSP_2267684) at .0002.  She began her tenure as a Patient Support Representative ("PSR"), and in that role, ███████████████████ ███████████████████████████.  *See, e.g.*, Ex. 3 (SOSP_1370342) at -1370342 (█████████████████████████████); Ex. 4 (SOSP_0920726) at -920727 (███████████████████████████████████████████████████████████████ █████████████); Ex. 5 (SOSP_1320852) at -1320854 (████████████████████ █████████████████████████████████████████████████████████████████).  Kauffman was also ██████████████████████████████████████████████.  *See* Ex. 6 (SOSP_0373734, SOSP_0373736).  Evidence of such patient harm is, of course, highly relevant to JJHCS's GBL claim.  *See* Dkt. No. 68 at 13.

In addition to her patient-facing responsibilities, Kauffman was ██████████████ ████████████████████████████████████████████████████████████████████████ ████████  *See* Ex. 7 (SOSP_0169175); *see also* Ex. 8 (SOSP_0115362) at -115363.  By 2021, Kauffman was promoted to ███████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████.  *See, e.g.*, Ex. 9 (SOSP_2389506) at .0070 ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████



Hon. Freda Wolfson, U.S.D.J.
September 26, 2024
Page 4

██████████████████████ ); Ex. 10 (SOSP_1159079) at -1159080 (████████████

███████████████████████████████████████████████████████████

██████████████ ).

Kauffman became her colleagues' go-to contact for questions on this topic. *See, e.g.*, Ex.

11 (SOSP_1944933) at .0040–45 ███████████████████████ .

Kauffman also served as a frequent liaison between PSRs and SaveOnSP management, ████████

███████████████████████████████████████████████

███████████████████ *See, e.g.*, Ex. 12 (SOSP_2159340) at .003, .011,

.0021 (████████████████████████████████████████████

███████████████████████████████████████████████████████████

██████████████████ ); Ex. 13 (SOSP_0776401) (████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████ ).[2]  Additionally, Kauffman was involved in ████████████

███████████████████████████████████████████████████████████

██████████████████████████████████████████████████ . Ex. 14

(SOSP_0748852) at -748852 (████████████████████████████████

███████████████████████████████████████████████████████████

---

[2] This motion cites many audio recordings of phone calls and training sessions called "Huddles." Because of the format and file sizes of these native audio files, JJHCS has not included them as exhibits, but has identified them by Bates number so that SaveOnSP is able to review the cited material.  If Your Honor wishes to review the native audio files, JJHCS will be happy to provide them through an FTP transfer or to arrange for transcriptions.

Hon. Freda Wolfson, U.S.D.J.
September 26, 2024
Page 5



(emphasis added)); *see id.* (███████████████████████████████████

████████████████████████████████"). There is no dispute that documents

concerning these topics are relevant and discoverable. *See* Dkt. No. 305 at 8 n.4 (JJHCS is

"entitled to discovery on any acts that Defendant employed to effectuate or implement the

[SaveOnSP] scheme").

**B.    The Evidence in Kauffman's Files Cannot Be Obtained Elsewhere**

Kauffman's custodial files are necessary to ensure that SaveOnSP makes adequate

productions regarding its deception of manufacturers and evasion of their attempts to identify

SaveOnSP enrolled patients. SaveOnSP has produced documents reflecting that "█████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

███████████████████ Ex. 15 (SOSP_1034492). SaveOnSP requested that ███████

█████████████████████████████████████████████████████████████

███████████████████████████ *Id.* To the best of JJHCS's knowledge, however,

SaveOnSP has not produced any such emails, presumably because they reside in Kauffman's

custodial files. Yet such documents would constitute key evidence of SaveOnSP's knowledge and

efforts to evade JJHCS's and other manufacturers' terms and conditions.

In addition, documents from Kauffman's early years at SaveOnSP—particularly those

involving PSRs' communications with patients and manufacturers—are poorly covered by

SaveOnSP's existing custodians. As of early 2018, SaveOnSP had only 15 employees, just two

of whom were PSRs that are existing custodians. Ex. 16 (SOSP_0000116) (Jan. 29, 2018 Org

Hon. Freda Wolfson, U.S.D.J.
September 26, 2024
Page 6

Chart); Ex. 17 (July 3, 2024 Ltr. from M. Nelson to S. Suri) at Exhibit A.  Additionally, many of

PSRs' communications at the time took place via the messaging application "Chatter," but

SaveOnSP did not retain (and therefore did not produce) Chatter messages prior to June 2021.  *See*

Ex. 18 (Feb. 20, 2024 Ltr. from E. Snow to S. Arrow) at 1.  Further, neither Kauffman's direct

supervisor, Armand Peoples, nor the next person in her reporting line, Gary Meyn, are custodians

(indeed, SaveOnSP did not even preserve Meyn's documents), so her communications with them

cannot otherwise be obtained.  JJHCS only has them if by happenstance an existing custodian was

added to the message or received a forwarded copy.  *See, e.g.*, Ex. 16 (SOSP_0000116)); *see also*

Ex. 19 (Mar. 29, 2023 Ltr. from A. Dunlap to H. Sandick) at 2.

**C.    SaveOnSP Has Not Offered Any Basis for Its Refusal to Designate Kauffman as a Custodian**

JJHCS requested that SaveOnSP add Kauffman as a custodian three months ago.  *See* Ex.

20 (June 28, 2024 Ltr. from B. Robinson to M. Nelson) at 2.  SaveOnSP has never denied that

Kauffman's custodial files contain relevant documents and has never suggested that those

documents are captured by its existing custodians.  *See* Ex. 21 (Aug. 5, 2024 Ltr. from B. Robinson

to M. Nelson).  But SaveOnSP refused to add Kauffman as a full custodian and requested instead

that JJHCS craft a "narrowed proposal" covering "the limited time period in which J&J alleges

that Kauffman engaged in" efforts to deceive manufacturers.  *See* Ex. 22 (July 19, 2024 Ltr. from

M. Nelson to B. Robinson) at 2.  JJHCS explained both that SaveOnSP's existing productions

made clear those efforts were not for a "limited time period" but spanned most of Kauffman's

tenure at SaveOnSP and that Kauffman's relevance was not limited to her efforts to evade

manufacturers, as described above.  *See* Ex. 23 (July 25, 2024 Ltr. from B. Robinson to M. Nelson)

Hon. Freda Wolfson, U.S.D.J.
September 26, 2024
Page 7

at 1–2; *see also* Ex. 8 (SOSP_0115362) at -115363 (

).[3]  SaveOnSP still refused to add Kauffman as a full custodian.  Ex. 27 (Aug. 15, 2024 Email from K. Cryan to B. Robinson) at 1.  The Court should compel SaveOnSP to do so.

## II.    Brandon Bartz

### A.    Brandon Bartz Possesses Relevant and Non-Duplicative Documents

Bartz is a Member Services Supervisor and "Training Specialist" who has been employed by SaveOnSP since at least 2020.  *See* Ex. 28 (SOSP_0464764); Ex. 29 (May 16, 2023 Ltr. from E. Snow to H. Sandick) at App'x 1.  Bartz has trained PSRs on their communications with patients and with drug manufacturers like Janssen, including on a wide range of subjects relevant to this litigation.  *See, e.g.*, SOSP_1144211 (

); Ex. 30 (SOSP_1031871) at -1031871 (

);  SOSP_1144208 (

); Ex. 31 (SOSP_1036202) at -103603

(

---

[3] In an effort to compromise, JJHCS offered to add one of SaveOnSP's requested custodians in exchange for SaveOnSP's addition of Kauffman as a full custodian.  Ex. 25 (July 18, 2024 Email from J. Long to M. Nussbaum).  SaveOnSP refused.  *See* Ex. 26 (Aug. 1, 2024 Ltr. from M. Nelson to B. Robinson).

Hon. Freda Wolfson, U.S.D.J.
September 26, 2024
Page 8

███████████████████████████████████████████████████████ ”).  That Bartz

possesses documents on subjects relevant to the litigation is undisputed and self-evident—training

on such subjects literally was his job.

To be sure, Bartz is not the only custodian who possesses any documents regarding these

subjects.  But Bartz is not duplicative of current custodians—and his documents are particularly

important—for at least two reasons.  **_First_**, because of his supervisory and training roles, Bartz

was one of the primary SaveOnSP employees to whom PSRs looked for questions as they tried to

adhere to SaveOnSP's policies.  Bartz's documents likely will show not only what SaveOnSP's

official policies were but also what SaveOnSP told PSRs about how and why to handle member

calls in practice, and bear on SaveOnSP's state of mind when communicating with manufacturers

and members.  Indeed, the addition of Bartz will obviate the need for SaveOnSP to add more PSRs

as custodians, given that many likely communicated with Bartz.

Consider, for example, ████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████. *See, e.g.*,

Ex. 30 (SOSP_1031871) at -1031871–71.0001 (████████████ ”).  The directive itself is, of

course, relevant and important, but JJHCS expects that SaveOnSP will contend it was irrelevant

and innocuous.  Bartz's communications show that SaveOnSP's policy was designed to mislead

manufacturers, so that SaveOnSP could continue misappropriating their patient assistance

programs without detection.  For example, ████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

Hon. Freda Wolfson, U.S.D.J.
September 26, 2024
Page 9

██████████████████████████████████████████████████████████████ Ex.

32 (SOSP_1991209) at .0004 (emphasis added).  These are key documents, which lay bare

SaveOnSP's understanding of its conduct, and JJHCS is entitled to them.

    **_Second_**, Bartz spoke with unique candor and color about SaveOnSP's business and the

harms it caused.  The above quoted Exhibit 32 is one example.  In another instance, Bartz agreed

in text messages with his colleague ████████████████████████████████

████████████████.  *See* Ex. 33 (MIGH000954) at -956.  Similarly, █████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████,[4] ████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████ Ex. 32 (SOSP_1991209) at .0002.

    In other documents, Bartz ████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████ Ex. 35 (MIGH00969) at -974, -977.  And, ████████████████████

████████████████████████████████████████████████████████

████████████████████████████ Ex. 36 (SOSP_0768975) at .0001.

---

[4] ████████████████████████████████████████████████████████
████████████ Ex. 34 (SOSP_1991001) at .0003.

Hon. Freda Wolfson, U.S.D.J.
September 26, 2024
Page 10

This is evidence that JJHCS has obtained *without* custodial discovery from Bartz—in part via a third-party subpoena to former SaveOnSP employee Ted Mighells. JJHCS expects that there are many similarly revealing documents in Bartz's as-yet-unsearched email and on his personal cell phone.[5] It is understandable why SaveOnSP does not want to produce any more such documents—they are powerful evidence of SaveOnSP's wrongdoing. But that is exactly why JJHCS is entitled to them.

**B.    SaveOnSP Has Lodged Only Conclusory Objections to Bartz's Designation**

JJHCS requested that SaveOnSP add Bartz as a custodian in July 2024. Ex. 37 (July 19, 2024 Ltr. from S. Suri to M. Nelson) at 2.[6] SaveOnSP refused to add Bartz as a full custodian on the grounds that JJHCS had not demonstrated that Bartz possesses "unique, relevant documents" and that reviewing and producing his documents would be "unduly burdensome and disproportionate." Ex. 40 (Aug. 9, 2024 Ltr. from M. Nussbaum to S. Suri) at 2; Ex. 41 (Aug. 21, 2024 Email from M. Nussbaum to S. Suri) at 1. As explained above, however, there is no basis on which SaveOnSP reasonably could dispute Bartz's relevance. If SaveOnSP objects that his documents are duplicative or that review and production would be unduly burdensome, it is SaveOnSP's obligation to explain why. *See* Dkt. No. 305 at 5 (explaining, in rejecting SaveOnSP's contention that requested discovery was duplicative, that "[a] party resisting discovery on the

---

[5] In one of his messages, Bartz ███████████████████████████████████ ███████, suggesting that Bartz regularly communicated with his coworkers ███████████████.

[6] SaveOnSP previously represented to JJHCS that Bartz *was* a custodian, but later informed JJHCS that Bartz and various others were "incorrectly included" on SaveOnSP's custodian list. *See* Ex. 38 (June 20, 2024 Ltr. from M. Nelson to S. Suri) at 1 & App'x A; Ex. 39 (June 25, 2024 Ltr. from S. Suri to M. Nelson); Ex. 17 (July 3, 2024 Ltr. from M. Nelson to S. Suri).

Hon. Freda Wolfson, U.S.D.J.
September 26, 2024
Page 11

grounds of burden or expense bears the burden of showing specifically how the request is burdensome" (citation and internal quotation marks omitted)).  SaveOnSP has not done so.

Accordingly, SaveOnSP should be compelled to designate Bartz as a full custodian.

## III.    Paula Mighells

### A.    Paula Mighells Possesses Relevant and Non-Duplicative Documents

Mighells worked for SaveOnSP from mid-2019 to approximately mid-2023, first as an PSR and then in Quality Assurance, ultimately becoming one of SaveOnSP's most senior quality assurance auditors.  She ███████████████████████████████████████████ ████████████████████████████████.  *See, e.g.*, Ex. 42 (SOSP_0683762) (███████ ███████████████████████████████████████████████████ ████████); Ex. 43 (SOSP_1405368) at .0001 (█████████████████████ ███████████████████████████████████"); Ex. 44 (SOSP_0716137) (███████████████████████████████████████████ *see also* Ex. 45 (SOSP_2117807) at .0014, .0022 ("███████████████████████ ███████████████████████████████████████████████████ ████████████████████████████████████████████").

Similarly, Mighells had unique responsibility for managing and reviewing calls concerning ███████████████████████████████████████████.  *See, e.g.*, Ex. 46 (SOSP_0855027) ("█████████████████████████████████████████ ████████████████████████████████████████).  The limited communications that SaveOnSP has produced to date regarding declined enrollment calls shed light on patients' concerns regarding SaveOnSP, but most of these communications would be in

Hon. Freda Wolfson, U.S.D.J.
September 26, 2024
Page 12

Mighells's possession. *See, e.g.*, Ex. 47 (SOSP_1158399) (███████████████ █████████████████████████████████████████"). These documents

are all relevant to JJHCS's GBL claim.

Further, Mighells trained SaveOnSP personnel on a wide variety of subjects, such as:

- the nature of SaveOnSP's business, *see, e.g.*, Ex. 48 (SOSP_1937709) at .0106 (███████████████████████████████████████); SOSP_2383087 at 2:19–2:45 (████████████████████████ ████████████████████");

- the information ███████████████████████, *see, e.g.*, SOSP_2383037 at 5:45–5:52 (████████████████ ████████████████); and

- SaveOnSP's ██████████████████ ████████████████████████████ *see, e.g.*, Ex. 49 (SOSP_2067013) at .0014, .0016 ███████████████████ ██████████").

Mighells ███████████████████████████. *See, e.g.*, Ex. 50

(SOSP_2068859) at .002–.003 (██████████████████████████

██████████████); Ex. 51 (SOSP_1019413) (████████████████████

██████████████████████). These documents shed light on

the role of SaveOnSP's Quality Assurance team in effecting SaveOnSP's scheme.

In addition, JJHCS understands that Mighells was likely fired from SaveOnSP because of

her concerns about signing a gag order that SaveOnSP sought to impose on all employees after a

former employee—Mighells's husband—spoke out about SaveOnSP and its practices and sought

to assist patients navigating the same. *See, e.g.*, Ex. 52 (Ted Mighells Facebook post); Ex. 53

(SaveOnSP Cease and Desist Letter to Ted Mighells). SaveOnSP's efforts to silence its employees

Hon. Freda Wolfson, U.S.D.J.
September 26, 2024
Page 13

in this way are an issue in the case, including through other discovery requests. *See, e.g.*, App'x 1, RFP No. 121. Mighells's emails are likely to reflect those efforts.

**B.    SaveOnSP Has Not Substantiated Its Objections to Adding Mighells as a Custodian**

JJHCS first requested that Mighells be added as a custodian with respect to certain Requests in May. Ex. 54 (May 24, 2024 Ltr. from B. Robinson to M. Nelson) at 3. SaveOnSP refused. Ex. 55 (Aug. 9, 2024 Email from K. Cryan to B. Robinson). Following review of additional discovery, JJHCS requested that SaveOnSP add Mighells as a full custodian on August 22, 2024. *See* Ex. 56 (Aug. 22, 2024 Ltr. from B. Robinson to M. Nelson). SaveOnSP delayed responding for nearly a month. *See* Ex. 57 (Sept. 18, 2024 Ltr. from M. Nussbaum to B. Robinson). In its belated response, SaveOnSP does not dispute Mighells's relevance but maintains that adding her would be "duplicative and unduly burdensome." *Id.* at 3. However, SaveOnSP has not even collected her documents, so SaveOnSP does not know what the associated burden would be. Moreover, SaveOnSP does not offer any explanation (and cannot explain) why Mighells's documents regarding her termination and SaveOnSP's efforts to silence employees more generally would be duplicative. SaveOnSP should thus be compelled to add her as a full custodian.

**IV.    Jenna Quinn**

**A.    Jenna Quinn Possesses Relevant and Non-Duplicative Documents**

JJHCS seeks Quinn's designation only as a limited custodian[7] on the subject of SaveOnSP's evasion of manufacturers— ████████████████████████

---

[7] JJHCS requests that SaveOnSP be compelled to run over Quinn's custodial files a narrow set of search terms that are designed to capture SaveOnSP's efforts to evade detection by manufacturers.

Hon. Freda Wolfson, U.S.D.J.
September 26, 2024
Page 14

SOSP_2383103 (███████████) at 5:00–5:50.  Quinn, who joined SaveOnSP in early 2019, is a member of SaveOnSP's Billing Department and has served as a Billing Specialist and Billing Services Supervisor.

Quinn was responsible for training Billing Department personnel, and her communications (much like Bartz's to PSRs) reveal the intent of SaveOnSP's business decisions and policies.  For example, SaveOnSP has sworn in this litigation ████████████████████████ ████████████████████████████████████████████████████ █████████████.  *See* Ex. 60 (Defendant's Supplemental Responses and Objections to Plaintiffs' Interrogatories), Response to Interrogatory No. 16.  But Quinn's statements tell a different story: they ██████████████████████████████ for precisely this reason.  Specifically, ███████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ██████████████████████████.  SOSP_2383014 (████████████████) at 16:25–16:55.

Similarly, ████████████████████████████████████████ ████████████████████████████████████████████████████

_____

These are the same search terms that the parties agreed would be run over the files of two other SaveOnSP employees, Jessica Johnson and Kelsey Leger, who were the subject of a prior motion and were similarly involved in evasion efforts.  *See* Ex. 58 (July 3, 2024 Email from A. Miner to J. Long); Ex. 59 (June 13, 2024 Email from J. Long to M. Nussbaum).

Hon. Freda Wolfson, U.S.D.J.
September 26, 2024
Page 15



That Quinn possesses documents relevant to SaveOnSP's efforts to ████ to manufacturers' detection attempts is plain. Quinn's documents are particularly important because they will reveal the Billing Department's role in those efforts. Billing personnel's evasion efforts focused not only on what SaveOnSP personnel should or should not say to members and

Hon. Freda Wolfson, U.S.D.J.
September 26, 2024
Page 16

manufacturers but also on the financial and technical questions relating to how manufacturers were detecting members enrolled in SaveOnSP, how those manufacturers modified their copay assistance programs to prevent SaveOnSP and similar companies from siphoning their funds, and what operational changes SaveOnSP should make in response. JJHCS's understanding of these questions is incomplete because the Billing Department is underrepresented among SaveOnSP's custodians. JJHCS is entitled to take further discovery into these tactics from Quinn, given her supervisory role in Billing and the already-produced documents evidencing her participation in those tactics.

### B.    SaveOnSP's Objections Are Unavailing

JJHCS renewed its prior request that SaveOnSP add Quinn as a limited custodian and search her documents for the agreed-to Johnson/Leger search terms targeted to manufacturer evasion efforts in July 2024 (after SaveOnSP mistakenly represented that Quinn, like Bartz, already had been designated as a custodian). *See* Ex. 38 (June 20, 2024 Ltr. from M. Nelson to S. Suri) at 1 & App'x A; Ex. 17 (July 3, 2024 Ltr. from M. Nelson to S. Suri); Ex. 37 (July 19, 2024 Ltr. from S. Suri to M. Nelson). SaveOnSP refuses on the basis that Quinn is "unlikely to have unique, responsive documents and that reviewing th[ose] documents is unduly burdensome and disproportionate." Ex. 63 (Aug. 28, 2024 Email from M. Nussbaum to S. Suri) at 1. SaveOnSP's only support for these objections were undifferentiated hit counts for Quinn and a second important Billing Department employee, Ingrid Vasquez. Those hit counts totaled 4,304 documents. *Id.* SaveOnSP has not revealed what the hit counts are for Quinn alone, though the number will, of course, be lower. Particularly given the targeted nature of the search terms at issue and the importance of the subject matter to the case, fewer than 4,304 documents is not unduly

Hon. Freda Wolfson, U.S.D.J.
September 26, 2024
Page 17

burdensome. *See* Dkt. No. 305 at 6 (holding that even "5,000 is not a prohibitive number of documents" where "the documents requested are relevant").

*      *      *

JJHCS therefore requests that Your Honor compel SaveOnSP to (1) designate Leslie Kauffman, Brandon Bartz, and Paula Mighells as full custodians, requiring SaveOnSP to run all agreed-upon search terms for the relevant period; and (2) designate Jenna Quinn as a custodian and apply the parties' previously agreed-upon search terms specific to SaveOnSP's efforts to evade detection by manufacturers.

Respectfully submitted,

*/s/ Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM

cc: All Counsel of Record for SaveOnSP

## Appendix 1:  Relevant Requests for Production

| RFP No. | Request | Relevant Custodian(s) |
|---|---|---|
| 5 | All documents, including drafts, concerning communications with persons currently enrolled or eligible to enroll in CarePath. | Kauffman, Bartz, Mighells, Quinn |
| 6 | All communications between SaveOnSP and JJHCS, as well as all communications SaveOnSP has had relating to SaveOnSP's communications with JJHCS. | Kauffman, Bartz, Mighells, Quinn |
| 7 | All communications SaveOnSP has received from persons currently enrolled in CarePath, including patient complaints or inquiries regarding the SaveOnSP Program, and all documents regarding such patient complaints or inquiries. | Kauffman, Bartz, Mighells |
| 8 | All communications SaveOnSP has received from persons who (i) refused to enroll in the SaveOnSP Program; (ii) tried to opt out of enrollment in the SaveOnSP Program; or (iii) initially enrolled in the SaveOnSP Program, but later canceled their enrollment, as well as documents regarding such patient communications. | Kauffman, Bartz, Mighells |
| 13 | All documents and communications between Accredo and SaveOnSP concerning CarePath, including the terms and conditions of CarePath and the operation of the CarePath copay card. | Kauffman, Bartz, Mighells, Quinn |
| 23 | All documents and communications relating to CarePath, including documents and communications concerning (i) drugs for which CarePath assistance is available; (ii) the amount of CarePath copay assistance available for Janssen therapies; (iii) the terms and conditions of CarePath; and (iv) and corresponding or resulting changes to the SaveOnSP Program based on the "most lucrative copay assistance programs." | Kauffman, Bartz, Mighells, Quinn |
| 24 | All documents concerning SOSP's offer of $0 co-payments to patients, including any communications relating to whether to cease offering $0 co-payments for one or more pharmaceuticals. | Kauffman, Bartz, Mighells, Quinn |

| RFP No. | Request | Relevant Custodian(s) |
|---|---|---|
| 25 | All document concerning SaveOnSP call center locations, training materials, and call scripts used in communications regarding the SaveOnSP program with patients. | Kauffman, Bartz, Mighells, Quinn |
| 28 | All documents and communications concerning "the inflated co-pay" or increase to, SaveOnSP patients' copay or out-of-pocket obligations. | Kauffman, Bartz, Mighells, Quinn |
| 30 | All documents reflecting communications with pharmacies regarding the "[p]oint of sale claim rejection" to "facilitate warm transfer of member to SaveOnSP." | Kauffman, Bartz, Mighells |
| 32 | All documents and communications concerning SaveOnSP's methods to maintain or increase "savings" to health plan sponsors through manufacturer copay assistance programs. | Quinn |
| 33 | All documents and communications SaveOnSP has received reflecting complaints, concerns, or inquiries about SaveOnSP's operations, services, and/or business model, including without limitation from patients, patient advocacy groups, health plan sponsors, governmental agencies, Express Scripts and Accredo. | Kauffman, Bartz, Mighells, Quinn |
| 34 | All documents and communications concerning SaveOnSP's coverage for drugs after the exhaustion of available manufacturer's copay assistance. | Kauffman, Bartz, Mighells, Quinn |
| 51 | All documents and communications relating to steps taking by SaveOnSP, or any Entity associated with SaveOnSP, to determine the remaining CarePath funds available to a given Plan Member, including the submission of a false prescription claim charged to CarePath for the purpose of determining the remaining CarePath funds available to a given Plan Member. | Quinn |
| 53 | All communications SaveOnSP has had with Plan Members currently or previously enrolled in CarePath through its call centers, including, but not limited to, recordings of calls. | Kauffman, Bartz, Mighells |

| RFP No. | Request | Relevant Custodian(s) |
|---|---|---|
| 54 | All documents and communications from or to Plan Members about the SaveOnSP Program, including, but not limited to, any complaints or inquiries regarding the SaveOnSP Program, and all documents regarding such patient complaints or inquiries, including, but not limited to, recordings of calls. | Kauffman, Bartz, Mighells |
| 73 | All documents and communications concerning "Reject 73," including documents and communications related to "Reject 73 monitoring" and related processes to "[o]verride" the code. | Kauffman, Bartz, Mighells |
| 77 | Documents sufficient to show the identity of any patient whose claim was put on hold or rejected, temporarily or otherwise, or who was otherwise denied access to their prescribed medication, because that patient was not enrolled in the SaveOnSP Program. | Kauffman, Bartz, Mighells |
| 78 | Documents sufficient to show the identity of any patient whose claim was put on hold or rejected because that patient was not enrolled in the SaveOnSP Program, but whose claim was later permitted to proceed after that patient enrolled in the SaveOnSP Program. | Kauffman, Bartz, Mighells |
| 79 | All documents relating to any attempts by SaveOnSP to evade or avoid detection of the SaveOnSP Program by drug manufacturers, including but not limited to the creation of "one time" or temporary copay coupons or credit cards for the purpose of paying a patient's out-of-pocket responsibility. | Kauffman, Bartz, Mighells, Quinn |
| 80 | All documents and communications concerning "SOSP Temp Passthrough," "pass throughs," or "pass thrus, including but not limited to documents and communications related to activating a pass through for a patient's claim, and efforts to deactivate or reset a pass through. | Kauffman, Bartz, Mighells |
| 81 | All documents and communications from May 4, 2022 through the present relating to SaveOnSP's communications with Payors, Plan Members, and healthcare providers concerning the Action. | Kauffman, Bartz, Mighells |

| RFP No. | Request | Relevant Custodian(s) |
|---|---|---|
| 94 | All documents and communications, including any recordings, of any SaveOnSP "huddle," meeting, training, or any other presentation. | Kauffman, Bartz, Mighells, Quinn |
| 99 | From April 1, 2016 through the present, all Documents or Communications regarding any actual or contemplated changes to SaveOnSP's program or offerings to become effective January 1, 2024 that affect patients enrolled in a High Deductible Health Plan. | Kauffman, Bartz, Mighells |
| 102 | From April 1, 2016 through the present, all Documents or Communications concerning any changes to SaveOnSP's policies, programs, or offerings with the intent or effect of increasing SaveOnSP-affiliated patients' copay or out-of-pocket obligations. | Kauffman, Bartz, Mighells, Quinn |
| 103 | From January 1, 2022 to the present, all Documents or Communications related to SaveOnSP's claims that patients' "final cost will be as low as $0," *see, e.g.*, SOSP_0167738, including all Documents or Communications regarding the change in SaveOnSP's materials representing that patients' "final cost will be reduced." | Kauffman, Bartz, Mighells, Quinn |
| 119 | For the period March 1, 2023 to the present, all Documents and Communications relating to every reason why SaveOnSP implemented the May 2023 "Updated Confidentiality and Nondisclosure Policy" referenced in SaveOnSP's response to JJHCS's Interrogatory No. 18. *See* Apr. 10, 2024 Special Master Memorandum Order at 7. | Kauffman, Bartz, Mighells |
| 120 | For the period May 1, 2022 to the present, all Documents and Communications related to any actual or contemplated efforts to prevent employees from discussing patient harm associated with the SaveOnSP Program, or JJHCS's claims or allegations regarding SaveOnSP at issue in this Action, outside of SaveOnSP. *See* Apr. 3, 2024 Tr. at 119:19–25. | Kauffman, Bartz, Mighells |

| RFP No. | Request | Relevant Custodian(s) |
|---|---|---|
| 121 | For the period May 1, 2022 to the present, all Documents and Communications concerning any contemplated or actual efforts to discipline, fire, sue, retaliate against, or take any other adverse action against Theodore Mighells or Paula Mighells, including but not limited to all draft or final versions of the "two letters" sent to Mr. Mighells related to his confidentiality obligations. *See* Apr. 3, 2024 Tr. at 111:15–25. | Kauffman, Bartz, Mighells |
| 131 | All documents and communications concerning SaveOnSP's decision to stop using the term "program" to describe itself or the SaveOnSP Services. | Kauffman, Bartz, Mighells, Quinn |
| 132 | All documents and communications concerning SaveOnSP's decision to stop using the term "enroll" to describe the process by which Plan Members begin participating in the SaveOnSP Program and/or access the SaveOnSP Services. | Kauffman, Bartz, Mighells, Quinn |

# MOTION TO COMPEL ADDITIONAL CUSTODIANS

# EXHIBITS 1-16

# FILED UNDER PERMANENT SEAL

# Exhibit 17

Selendy Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000

Selendy|Gay

Meredith Nelson
Associate
212.390.9069
mnelson@selendygay.com

July 3, 2024

**Via E-mail**

Saniya Suri
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
ssuri@pbwt.com

**Re:**    ***Johnson & Johnson Health Care Systems Inc. v. Save On SP,***
***LLC*** **(Case No. 2:22-cv-02632-JKS-CLW)**

Dear Saniya,

We write in response to your June 25, 2024 letter regarding SaveOn's document production and custodians.

*First*, you ask about the custodian list included in the Appendix to our June 20, 2024 letter, and specifically about the note that we have produced documents from Jenna Ordonez under her maiden name of Jenna Quinn. This footnote contains an error. The footnote should have reflected that we have produced documents from Jenna Ordonez under her maiden name, Jenna Elliott.

*Second,* you request that we share the search parameters SaveOn has applied to Brandon Bartz, Hailey Kramer, Sandy Mozrall, Jenna Quinn, Lauren Pacillo, Shannon Sommer, and Ingrid Vasquez. These individuals were incorrectly included on the list of custodians SaveOn provided on June 20. A corrected version of Exhibit A is attached to this letter.

*Third,* you ask that we confirm the time period SaveOn intends to use and the search terms that it plans to run over the CPAQuestions@saveonsp.com email address. We confirm that we will review documents from the April 1, 2016 to November 7, 2023 time period. We intend to run all standard search terms the parties have negotiated for over this email address. As a courtesy, those search terms are listed in Exhibit B to this letter.

Saniya Suri
July 3, 2024

We reserve all rights.

Best,

/s/ Meredith Nelson

Meredith Nelson
Associate

Saniya Suri
July 3, 2024

## **<u>Exhibit A</u>**

| | |
|---|---|
| Alissa Langley | Rob Saeli |
| Amanda Larsen | Ron Krawczyk |
| Andrea Waker | Sarah Kancar |
| Ayesha Zulqarnain | Sarah Segerson |
| Brianna Reed | Ted Mighells |
| Claudia Dunbar | |
| Danielle Wagner | |
| Darcie Falsioni | |
| Dave Chelus | |
| Emily Reckinger | |
| Florencio Calderon | |
| Jenna Benkelman | |
| Jenna Ordonez[1] | |
| Jennifer Menz | |
| Jessica Johnson | |
| Jill Stearns | |
| Jillian Vincheski | |
| Jody Miller | |
| Kelsey Leger | |
| Laura McClung | |
| Mariah DuRant | |
| Melanie Jerred | |
| Michael Heinrichs | |
| Michelle Tabone | |
| Nick Morrissey | |
| Nicole Haas | |

---

[1] We have also produced documents from Jenna Ordonez under her maiden name, Jenna Elliott.

3

Saniya Suri
July 3, 2024

## Exhibit B

- "Affordable Care Act" OR ACA
- "DARZALEX FASPRO" OR DARZALEX OR daratumumab OR hyaluronidase*
- "First View" AND (credit w/2 card)
- "First View" w/10 card
- "Intergovernmental Personnel Benefit Cooperative" OR IPBC OR (Rachel W/2 Harmon) OR rharmon@expressscripts.com OR ((presentation OR training OR video) W/5 (ESI OR "Express Scripts"))
- "Johnson & Johnson" OR "Johnson and Johnson"
- "Lash Group"
- "open enrollment" OR ((summar* OR term) W/30 (program* OR plan* OR benefit* OR coverage* OR coinsurance OR deductible OR OOP OR "out-of-pocket"))
- "SaveOnSP Program Impacted"
- "Summary of Benefits"
- "Summary Plan"
- "zero cost share" OR "$0 cost share"
- ("non-med* switch*" OR "nonmed* switch*" OR ((patient OR non-med* OR nonmed*) W/15 switch*))
- (("transfer*" OR reject* OR POS OR "point of sale" OR step edit*) W/15 pharm*) OR "Error Code 73" OR ((drug* OR med* OR fill*) W/15 (cover*))
- ((essential or "non-essential" or nonessential) W/10 (benefit*)) or EHB* OR NEHB*
- ((patient* OR chang* OR mov* OR switch*) W/30 (new W/5 (drug* OR med* OR brand*)))
- ((SaveOnSP OR SaveOn OR "Save On SP" OR "Save On" OR SOSP) w/15 ("Johnson & Johnson" OR "Johnson and Johnson" OR J&J OR JnJ OR JJHCS OR Janssen)) w/5 (revenue OR sales OR profits OR "return on investment" OR "ROI")
- ("don't" OR "not" OR allowed OR never OR permit OR "can't" OR cannot) W/5 (mention OR disclose OR say OR inform* OR divulge) W/15 (SaveOn OR SaveOnSP OR SOSP OR "Save On" OR manufacturer* OR mfgr* OR program)
- (Accredo OR "accredo.com") W/30 (agr* OR contract OR memor* OR fee* OR shar* OR relat*)
- (adher* OR complian* OR comply* OR discontinue*) W/10 (trend* OR rate* or stat*)

Saniya Suri
July 3, 2024

- (adherence W/5 trend*)
- (avoid* OR conceal*) AND (co-insurance OR variable OR copay OR "co-pay")
- (Business w/15 plan) OR "Business plan"
- (chang* or edit*) W/25 website
- (copay* OR co-pay* OR coins* OR co-ins* OR "cost share" OR "specialty med*" OR "specialty drug*" OR biolog* OR infus*) W/15 (transfer* OR reduc* OR saving*)
- (copay* OR co-pay* OR coins* OR co-ins* OR "cost share") W/15 (zero OR "no cost" OR "free of charge")
- (copay* OR co-pay* OR coins* OR co-ins* OR "cost share") W/15 (zero OR 0 OR $0 OR "no cost" OR "free of charge")
- (copay* OR co-pay* OR coins* OR co-ins* OR "out of pocket" OR OOP OR bucket* OR "ingredient cost") W/30 (infla* OR increase)
- (counter* OR strateg* OR "course correct" OR "bypass" OR respon* OR solution OR solv*) W/25 (manufacturer OR mfgr* OR Biogen OR Abbvie OR Amgen OR Vertex OR Exelixis OR Takeda OR Sanofi)
- (counter* OR strateg* OR "course correct" OR "bypass" OR respon* OR solution OR solv*) W/25 (manufacturer OR mfgr* OR Biogen OR Abbvie OR Amgen OR Vertex OR Exelixis OR Takeda OR Sanofi OR Novartis)
- (detect* OR evade* OR avoid* OR hide OR conceal*) AND (manufacturer OR mfgr* OR Biogen OR Abbvie OR Amgen OR Vertex OR Exelixis OR Takeda OR Sanofi)
- (detect* OR evade* OR avoid* OR hide OR conceal*) w/15 manufacturer*
- (detect* OR evade* OR hide OR conceal*) AND (co-insurance OR coinsurance OR variable)
- (ESI OR "Express Scripts" OR Evernorth) W/15 (fee* OR (master W/2 agreement) OR assistance OR "savings card" OR "copay card" OR "co-pay card" OR enroll* OR accumulat* OR maximiz*)
- (exhaust* OR drain* OR complain*) W/15 (co-pay OR copay* OR support* or cover*)
- (inc* W/10 (save* OR saving*)) W/15 (manuf* OR assist*)
- (inclu* OR add* OR remov* OR Structure) W/10 (benefit* OR "drug list*")
- (manufacturer OR mfgr* OR Biogen OR Abbvie OR Amgen OR Vertex OR Exelixis OR Takeda OR Sanofi OR Novartis) w/25 (maximizer* OR accumulator* OR reduce* OR modif* OR change*)
- (manufacturer OR mfgr* OR Biogen OR Abbvie OR Amgen OR Vertex OR Exelixis OR Takeda OR Sanofi) w/25 (maximizer* OR accumulator* OR reduce* OR modif* OR change*)

3

Saniya Suri
July 3, 2024

- (patient* OR member*) W/5 (adher* OR complian* OR comply* OR discontinu*)
- (therap* or drug* OR medication) w/15 (adhere* OR continu* OR discontinu*)
- (therap* OR drug* OR medication) w/15 (transition OR "same class" OR "same category")
- @notionpartners.com
- Accredo W/15 (transfer* OR assistance OR "savings card" OR "copay card" OR "co-pay card" OR enroll* OR accumulat* OR maximiz*)
- analy* OR "white paper*" OR "research" OR report* OR publication* OR review* OR article* OR study OR studies W/15 "specialty med*" OR "specialty drug*" OR biolog* OR infus* or accumul* OR maximizer* OR copay* OR co-pay* OR coins* OR co-ins*
- avoid* w/10 coinsurance
- BALVERSA OR erdafitinib
- benchmark* W/10 (plan OR state OR EHB OR essential* OR NEHB or non-essential* OR non-essential*)
- bi-weekly W/2 (call* OR meeting*)
- care W/2 path
- CarePath OR Carpath OR Carepth
- close* W/15 (business OR customer*)
- Cobicistat
- Darunavir
- EJR AND emilyjreckinger@gmail.com
- email W/10 template
- Emitricitabine
- ERLEADA OR apalutamide
- ESI W/10 fees
- FirstView AND (credit w/2 card)
- FirstView w/10 card
- https://saveonsp.com
- https://www.saveonsp.com* OR www.saveonsp.com* OR "reduce this exorbitant cost" OR "we offer an innovative specialty solution" OR "is committed to making expensive medications more affordable for companies" OR "modifying their plan design" OR "how will our plan see savings generated"
- IMBRUVICA OR ibrutinib
- its.jnj.com
- J&J OR JnJ

Saniya Suri
July 3, 2024

- Janssen OR Jannsen OR Jansen OR Jannssen
- JJHCS OR JHCS OR JJCHS OR JJHS
- manufacturer* W/10 (maximizer* OR accumulator*)
- non-med* switch* OR "nonmed* switch*" OR ((patient OR non-med* OR nonmed*) W/15 switch*) OR "switch rationale" OR "switch card" OR "economic switch*" OR ((force* or mandate*) w/5 switch*)
- OPSUMIT OR macitentan
- Passthrough OR "pass through*" OR "pass thru" OR passthru OR passthrus
- Premera W/15 (article OR alert* OR news*)
- Prezcobix
- Project Recapture OR "Rescue Study" OR "adherence data"
- questex
- Reject* w/2 73
- REMICADE OR infliximab
- RYBREVANT OR amivantamab*
- SIMPONI OR golimumab
- STELARA OR ustekinumab
- strategic steering committee OR "steering committee" OR (strateg* w/10 (monthly OR meet*))
- strategy plan OR (strategy W/15 plan) OR "monthly plan" OR (monthly W/15 plan) OR "transition plan" OR (growth W/15 plan)
- structure* W/4 (benefit* OR "drug list*")
- Symtuza
- Tenofovir Alafenamide
- TRACLEER OR bosentan
- TREMFYA OR guselkumab
- TrialCard OR "Trial Card"
- UPTRAVI OR selexipag
- Ventavis OR iloprost
- ZYTIGA OR abiraterone
- EDURANT OR rilpivirine
- INTELENCE OR etravirine
- PONVORY OR ponesimod
- (High Deductible Health Plan OR HDHP) w/30 (copay* OR co-pay* OR OOP OR MOOP OR "out-of-pocket" OR "out of pocket" OR deductible* OR co-ins* or coins* OR "patient cost*" OR "cost share" OR "patient obligation*" OR "financial obligation*" OR "final cost")

Saniya Suri
July 3, 2024

- (increase* OR raise* or infla*) w/30 (copay* OR co-pay* OR OOP OR MOOP OR "out-of-pocket" OR "out of pocket" OR deductible* OR co-ins* or coins* OR "patient cost*" OR "cost share" OR "patient obligation*" OR "financial obligation*" OR "final cost")
- (reduc* OR lower* OR "as low as" OR decreas* OR zero OR "no cost" OR "free of charge" OR "$0") w/20 (copay* OR co-pay* OR OOP OR "out-of-pocket" OR "out of pocket" OR "patient cost*" OR "final cost")

# Exhibit 18

Selendy Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000

Selendy | Gay

Elizabeth H. Snow
Associate
212.390.9330
esnow@selendygay.com

February 20, 2024

**Via E-mail**

Sara Arrow
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
sarrow@pbwt.com

Re:    ***Johnson & Johnson Health Care Systems Inc. v. Save On SP,
       LLC* (Case No. 2:22-cv-02632-JKS-CLW)**

Dear Sara,

We write in response to your February 9, 2024 letter regarding Chatter messages.

*First*, as we have explained, SaveOn accurately represented that it "preserved all communications on the 'Chatter' platform and will produce relevant communications therefrom." May 12, 2023 Ltr. from A. Dunlap to H. Sandick at 1. To the extent that you misunderstood us to represent that SaveOn had preserved all communications ever made on the Chatter platform, we have now clarified that point several times. As we have explained, SaveOn transferred from one Salesforce platform to another in June 2021, eleven months prior to this litigation, as part of which Chatter messages prior to that date were not retained. Any pre-June 2021 Chatter messages in SaveOn's possession exist solely in the "Daily Digest" emails that SaveOn has produced.

*Second*, you accuse us of a "lie" that SaveOn's prior productions contained all responsive Chatter messages from after June 2021, because we agreed to produce three Chatter messages that you said were "missing" from those prior productions. Not so. We included those messages in our prior productions as part of SaveOn's "Daily Digests," as you note in your January 26 Letter; *see* SOSP_0710014 (Daily Digest from October 7, 2021); SOSP_0771243 (Daily Digest from May 12, 2022); SOSP_0778531 (Daily Digest from June 9, 2022). We simply agreed to produce them again in a different format at your request.

Sara Arrow
February 20, 2024

     *Third*, you ask us to investigate whether SaveOn has not produced any relevant Chatter messages. We will review SaveOn's Chatter messages—again—and will produce any additional relevant, non-privileged messages.

     *Finally*, you say that SaveOn appears to have produced only standalone Chatter messages and not same-day surrounding messages and you ask us to produce the latter. The majority of Chatter messages produced in SOSP_1004931 are either the sole message sent in the conversation that day or cover distinct topics from other messages sent in the same conversation that day. To avoid a dispute, however, SaveOn will produce same-day Chatter messages between the same senders and recipients for all responsive standalone Chatter messages.

     We reserve all rights and are available to meet and confer.

Best,

/s/ Elizabeth H. Snow

Elizabeth H. Snow
Associate

# Exhibit 19

Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000



Andrew R. Dunlap
Partner
212.390.9005
adunlap@selendygay.com

March 29, 2023

<u>Via E-mail</u>

Harry Sandick
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
hsandick@pbwt.com

**Re:**  *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*
     **(Case No. 2:22-cv-02632-JMV-CLW)**

Dear Harry,

      We write in response to your March 9, 2023 letter regarding SaveOnSP's organizational charts, proposed custodians, and proposed collection and search protocol, and to your March 22, 2023 letter regarding potential additional search terms.

**I.    Organization Charts**

      You say that JJHCS was unable to read several of the organization charts in our February 22, 2023 production. We produced the documents as they were collected and in accordance with the November 22, 2022 ESI Protocol; we are working to see if it is possible to re-image them. We will produce any re-imaged documents as soon as we are able.

      You note that we have not produced organization charts covering the period of January 1, 2017 to January 29, 2018. Our searches have not identified any organization charts for this period; if we identify any such charts, we will produce them.

**II.   Custodians**

      You ask if we have conducted a reasonable investigation of whether SaveOnSP's custodian Danielle Wagner would have been included on relevant communications received by Ted Mighells and Sarah Segerson, both of whom JJHCS requested as additional custodians. We have. Based on that investigation, it is unlikely that Mighells received unique relevant communications not also received by Wagner. There is some chance that Segerson received unique relevant communications; we will add her as a custodian.

You ask that we add three more custodians (Gary Meyn, Jennifer Menz, and Mariah DuRant) in addition to the four we agreed to add in our March 3, 2023 letter (Nicole Haas, Sarah Kancar, Brianna Reed, Laura McClung).

We will not add Gary Meyn as a custodian. Meyn stopped working for SaveOnSP on March 1, 2021. After a reasonable investigation, we do not believe that SaveOnSP retained Meyn's files.

We will also not add Jennifer Menz or Mariah DuRant as custodians. After a reasonable investigation, we believe they are unlikely to possess unique relevant documents.

## III.    Search Methodology

You ask if we will add four search terms proposed by JJHCS in its February 17, 2023 letter that we accepted in our March 3, 2023 letter (but inadvertently reproduced with minor variations) exactly as requested by JJHCS. We confirm we will run these searches exactly as requested by JJHCS, as follows:

- ((essential or "non-essential" or nonessential) W/10 (benefit*)) or EHB* OR NEHB*

- "non-med* switch*" OR "nonmed* switch*" OR ((patient OR non-med* OR non-med*) W/15 switch*) OR ((patient* OR chang* OR mov* OR switch*) W/30 (new W/5 (drug* OR med* OR brand*)))

- "open enrollment" OR ((summar* OR term) W/30 (program* OR plan* OR benefit* OR coverage* OR coinsurance OR deductible OR OOP OR "out-of-pocket"))

- "Intergovernmental Personnel Benefit Cooperative" OR IPBC OR (Rachel W/2 Harmon) OR rharmon@express-scripts.com OR ((presentation OR training OR video) W/5 (ESI OR "Express Scripts"))

You ask us to use seven additional or modified search terms (two requested in your February 17, 2023 letter and five in your March 9, 2023 letter). We will add the following terms:

- (("transfer*" OR reject* OR POS OR "point of sale" OR step edit*) W/15 pharm*) OR "Error Code 73" OR ((drug* OR med* OR fill*) W/15 (cover*))

- (adher* OR complian* OR comply* OR discontinue*) W/10 (trend* OR rate* or stat*)

- Accredo W/15 (transfer* OR assistance OR "savings card" OR "copay card" OR "co-pay card" OR enroll* OR accumulat* OR maximiz*)

- https://www.saveonsp.com* OR www.saveonsp.com* OR "reduce this exorbitant cost" OR "we offer an innovative specialty solution" OR "is committed to making

2

expensive medications more affordable for companies" OR "modifying their plan design" OR "how will our plan see savings generated"

We will not add the remaining terms, which generate an unduly burdensome number of additional unique documents:

| Search Proposed by JJHCS | Unique Additional Documents |
|---|---|
| ((infla* OR incr* OR 1,250 OR 1250 OR 1,666 OR 1666 OR 2,000 OR 2000 OR 5000 OR 5,000 OR 30%) W/30 (copay* OR co-pay* OR coins* OR co-ins* OR "out of pocket" OR OOP OR bucket*)) OR "ingredient cost" | 22,634 |
| (ESI OR "Express Scripts" OR Evernorth) W/15 (fee* OR ((master W/2 agreement) OR assistance OR "copay card" OR "co-pay card" OR "savings card" OR enroll* OR accumulat* OR maximiz* OR @express-scripts.com)) | 221,797 |
| exhaust* OR 'us* up" OR drain* OR complain* OR "r*n out" W/15 co-pay OR copay* OR support* OR cover* | 43,425 |

You ask (in your March 22, 2023 letter) if we intend to add any search terms or custodians following the parties' resolution of several outstanding RFP disputes. We will not add additional custodians. We will add the following search terms, which are names of Janssen drugs not yet represented in our search terms:

- Prezcobix

- Symtuza

- Valchlor

A full list of agreed custodians and search terms is attached as Appendix 1. These search parameters are more than sufficient to identify documents potentially responsive to JJHCS's requests. All told, using these parameters produces a total of almost 600,000 unique custodial documents for review.

## IV. Non-Custodial Sources

You ask us to confirm that we will produce custodial documents in response to JJHCS's RFP No. 31. We will.

## V. Call Center Recordings and Transcripts

You ask about our collection and production of call center records.



We intend to proceed as follows. We will search Salesforce records using the names of members of SaveOnSP-advised plans who use a Janssen drug. We will produce the relevant portions of the Salesforce records for those plan members. We invite you to use these records to identify a reasonable number of calls for which you would like us to attempt to identify and produce the associated audio recording and/or transcript. We will attempt to identify those recordings or transcripts using the dates and times recorded in Salesforce of when those members spoke with SaveOnSP. We will then export from Chronicall and Calabrio the audio recordings and/or transcripts in those systems that match those dates and times and review them for production.

We reserve all rights and are available to meet and confer.

Best,

/s/ Andrew R. Dunlap

Andrew R. Dunlap
Partner

## Appendix 1

Agreed custodians as of March 29, 2023:

- Jody Miller
- Claudia Dunbar
- Ron Krawczyk
- Robert Saeli
- Nick Morrissey
- Jill Stearns
- Florencio Calderon
- Jenna Ordonez
- Amanda Larsen
- Emily Reckinger
- Jenna Benkelman
- Dave Chelus
- Alissa Langley
- Melanie Jerred
- Danielle Wagner
- Michelle Tabone
- Michael Heinrichs
- Nicole Haas
- Sarah Kancar
- Laura McClung
- Brianna Reed
- Sarah Segerson

Agreed search terms as of March 29, 2023:

- adherence W/5 trend*
- "Affordable Care Act" OR ACA
- analy* OR "white paper*" OR "research" OR report* OR publication* OR review* OR article* OR study OR studies W/15 "specialty med*" OR "specialty drug*" OR biolog* OR infus* or accumul* OR maximizer* OR copay* OR co-pay* OR coins* OR co-ins*
- BALVERSA OR erdafitinib
- benchmark* /10 (plan OR state OR EHB OR essential* OR NEHB or non-essential* OR non-essential*)
- CarePath OR Carpath OR Carepth
- care W/2 path
- (chang* or edit*) W/25 website
- "DARZALEX FASPRO" OR DARZALEX OR daratumumab OR hyaluronidase*
- email W/10 template

- ERLEADA OR apalutamide
- ESI W/10 fees
- ((essential or "non-essential" or nonessential) W/10 (benefit*)) or EHB* OR NEHB*
- "https://saveonsp.com"
- IMBRUVICA OR ibrutinib
- (inc* W/10 (save* OR saving*) W/15 manuf* OR assist*
- (inclu* OR add* OR remov* OR Structure) W/10 (benefit* OR "drug list*")
- "Intergovernmental Personnel Benefit Cooperative" OR IPBC OR (Rachel W/2 Harmon) OR rharmon@expressscripts.com OR ((presentation OR training OR video) W/5 (ESI OR "Express Scripts"))
- its.jnj.com
- J&J OR JnJ
- Janssen OR Jannsen OR Jansen OR Jannssen
- JJHCS OR JHCS OR JJCHS OR JJHS
- "Johnson & Johnson" OR "Johnson and Johnson"
- "Lash Group"
- "non-med* switch*" OR "nonmed* switch*" OR ((patient OR non-med* OR nonmed*) W/15 switch*) OR ((patient* OR chang* OR mov* OR switch*) W/30 (new W/5 (drug* OR med* OR brand*)))
- "open enrollment" OR ((summar* OR term) W/30 (program* OR plan* OR benefit* OR coverage* OR coinsurance OR deductible OR OOP OR "out-of-pocket"))
- OPSUMIT OR macitentan
- (patient* OR member*) W/5 (adher* OR complian* OR comply* OR dis-continu*)
- REMICADE OR infliximab
- RYBREVANT OR amivantamab*
- SIMPONI OR golimumab
- STELARA OR ustekinumab
- structure* W/4 (benefit* OR "drug list*")
- "Summary of Benefits"
- "Summary Plan"
- TRACLEER OR bosentan
- TREMFYA OR guselkumab
- TrialCard OR "Trial Card"
- UPTRAVI OR selexipag
- Ventavis OR iloprost
- ZYTIGA OR abiraterone
- (("transfer*" OR reject* OR POS OR "point of sale" OR step edit*) W/15 pharm*) OR "Error Code 73" OR ((drug* OR med* OR fill*) W/15 (cover*))
- (adher* OR complian* OR comply* OR discontinue*) W/10 (trend* OR rate* or stat*)

7

- Accredo W/15 (transfer* OR assistance OR "savings card" OR "copay card" OR "co-pay card" OR enroll* OR accumulat* OR maximiz*)
- https://www.saveonsp.com* OR www.saveonsp.com* OR "reduce this exorbitant cost" OR "we offer an innovative specialty solution" OR "is committed to making expensive medications more affordable for companies" OR "modifying their plan design" OR "how will our plan see savings generated"
- Prezcobix
- Symtuza
- Valchlor

# Exhibit 20



www.pbwt.com

June 28, 2024

Bonita L. Robinson
(212) 336-2554

**By Email**

Meredith Nelson, Esq.
Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104

> Re:  **Apparent Deficiencies in SaveOnSP's Document Productions**
> *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC,*
> Case No. 2:22-cv-02632 (JKS) (CLW)

Dear Meredith:

We write regarding several apparent deficiencies in SaveOnSP's productions to date, and to request that SaveOnSP designate Leslie Kauffman as a document custodian.

First, SaveOnSP has produced several documents that expressly refer to e-mails or other communications that SaveOnSP has not produced, but that plainly are relevant to SaveOnSP's efforts to evade or avoid detection by drug manufacturers and are thus responsive to JJHCS's requests for production. *See* JJHCS No. 79 (seeking "All documents relating to any attempts by SaveOnSP to evade or avoid detection of the SaveOnSP Program by drug manufacturers"). For example:

- SaveOnSP has produced individual messages comprising a Teams conversation in which ███████████████████████████████████████████████████████ ███████████████████████████████████████████████████████ ███████████████████████████████████████████████████████ ████████████████████████████ *See* SOSP_1032197; SOSP_2056606; SOSP_2056608; SOSP_2056610; SOSP_2056613; SOSP_2056617; SOSP_2056619. The conversation includes a message from ██████████████████ ███████████████████████████ SOSP_2056631. We have not found the email from ████████████████████████████ in SaveOnSP's productions to date. Please produce this email and all related documents and communications. If the email has already been produced, please identify it by Bates number.

Patterson Belknap Webb & Tyler LLP    1133 Avenue of the Americas, New York, NY 10036    T 212.336.2000    F 212.336.2222

Meredith Nelson, Esq.
June 28, 2024
Page 2

- SaveOnSP has produced Teams messages from ███████████████████████████████████████████ ██████████████████████████████ SOSP_2158575; SOSP_2158587. Please confirm that you will produce all calls that Ms. Zulqarnain ███████████████████████████████████[1] These call recordings are squarely responsive to JJHCS's RFP No. 79, and, to the extent the calls were with JJHCS, are also responsive to at least JJHCS's RFP Nos. 6 and 114.[2]

Second, these materials also demonstrate that SaveOnSP employee Leslie Kauffman is key to central issues in this case—and in particular, played a central role in SaveOnSP's efforts to evade detection by drug manufacturers—and must be added as a custodian. For example, ████████████

████████████████████████████████████████████████
███████████ SOSP_1034492.

█████████████████████████████████████████████████
█████████████████████████ *Id.* Moreover ████████
████████ SOSP_1034493. Similarly, ██████████████
████████████████████ SOSP_0786717. However, SaveOnSP has not made Ms. Kauffmann a custodian, and we have not found any emails or messages ████████ ████████████ in SaveOnSP's productions to date. Please confirm that you will add Ms. Kauffmann as a custodian and produce all such emails and messages to Ms. Kauffman and all related documents and communications relating to those emails and messages. If these communications have already been produced, please identify them by Bates number.

Third, SaveOnSP has produced several documents ████████████
████████████████████████████████████ *See* SOSP_1346903
█████████████████████████████████████████████████
; *see also, e.g.*, SOSP_1035742; SOSP_1037895; SOSP_1066393. Please produce all documents and communications regarding ████████████████████ training material, or manufacturer

---

[1] As SaveOnSP is aware, JJHCS has served a request for production specifically concerning these recordings. *See* JJHCS RFP No. 130. However, the recordings should have been produced in connection with JJHCS's prior requests and JJHCS requests prompt production of the same.

[2] JJHCS understands that at present, SaveOnSP refuses to search for or produce documents in response to RFP No. 114 on the ground that the Request is duplicative of RFP Nos. 6 and 79. JJHCS reserves all rights with respect to RFP No. 114, including its right to move to compel production in response to this request.

Meredith Nelson, Esq.
June 28, 2024
Page 3


terms and conditions, including participant lists, associated emails, agendas, meeting minutes, and calendar invitations.

      We request a response by July 9, 2024.

                Very truly yours,

                */s/ Bonita Robinson*
                Bonita L.  Robinson

# Exhibit 21



August 5, 2024

Bonita L. Robinson
(212) 336-2554

**By Email**

Meredith Nelson, Esq.
Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104

>           Re:     **Addition of Leslie Kauffman as a Custodian**
>                   ***Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC,***
>                   **Case No. 2:22-cv-02632 (JKS) (CLW)**

Dear Meredith:

We write in response to your August 1, 2024 letter and in furtherance of our June 28, 2024, July 18, 2024, and July 25, 2024 correspondence requesting that SaveOnSP add Leslie Kauffman as a custodian.

As we have explained in our prior correspondence, SaveOnSP's productions to date make clear that Ms. Kauffman is central to multiple relevant issues in this litigation. Her custodial files are likely to contain evidence—including evidence unlikely to be captured by existing custodians—of SaveOnSP's long-running efforts to track and evade manufacturer terms and conditions and of the harm that SaveOnSP's scheme caused patients. *See* June 28, 2024 Letter from B. Robinson to M. Nelson at 2; July 18, 2024 Email from J. Long to M. Nussbaum; July 25, 2024 Letter from B. Robinson to M. Nelson at 1–2.

You have not disputed any of these points on the merits, nor otherwise explained why you refuse to add Ms. Kauffman as a full custodian. *See generally* July 19, 2024 Letter from M. Nelson to B. Robinson; August 1, 2024 Letter from M. Nelson to B. Robinson. Instead, gesturing to a compromise proposal we offered by which JJHCS would add Joseph Incelli as a custodian if SaveOnSP added Ms. Kauffman, *see* July 18, 2024 E-mail from J. Long to M. Nussbaum, you write that SaveOnSP will "provide a narrowed set of search terms for Incelli" if we "provide a narrowed proposal for Ms. Kauffman." August 1, 2024 Letter from M. Nelson to B. Robinson. To be clear: we offered our July 18, 2024 compromise only in an effort to avoid unnecessary and protracted negotiations over Ms. Kauffman—whose propriety as a full custodian could not be more plain, and whom SaveOnSP should have identified and added of its own accord long ago—after you ignored our request for her addition for three weeks. Our offer was not an invitation to negotiate any "narrowed proposal," and we will not agree to any such proposal. Please

Meredith Nelson, Esq.
August 5, 2024
Page 2


confirm by Thursday, August 8 that you will add Ms. Kauffman as a full custodian.  Otherwise, we will file a motion for her addition.

Very truly yours,

*/s/ Bonita Robinson*
Bonita L. Robinson

# Exhibit 22

Selendy Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000

Selendy|Gay

Meredith Nelson
Associate
212.390.9069
mnelson@selendygay.com

July 19, 2024

**Via E-mail**

Bonita L. Robinson
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
brobinson@pbwt.com

**Re:** ***Johnson & Johnson Health Care Systems Inc. v. Save On SP,
LLC* (Case No. 2:22-cv-02632-JKS-CLW)**

Dear Bonnie,

We write in response to your June 28, 2024 letter concerning alleged deficiencies in SaveOn's productions, your July 17, 2024 letter concerning call recordings allegedly made by Ayesha Zulqarnain, and your colleague's July 18, 2024 email concerning J&J's offer to add Joseph Incelli as a custodian in exchange for SaveOnSP's agreement to add Leslie Kauffman as a custodian.

*First*, you state in your June 28, 2024 letter that SaveOn "has produced several documents that expressly refer to e-mails or other communications that Save-OnSP has not produced." You then point to one such Teams message, in which ███████████████████████████████████████████████. We have reviewed the email exchange between ███████████████████ from that date. It is not responsive to any of J&J's Requests for Production, nor is it relevant to any of the issues in the case. SaveOn declines to produce it.

*Second*, in your July 17, 2024 letter, you disagree with our position that ████████████████████████████████████████████████████████, pointing us to a subsequent message at SOSP_2158587. We reviewed that message as part of our investigation, and it does not change our understanding. This dispute is moot, however, because—as we told you in our July 15 letter—SaveOn has produced and will continue to produce recordings in its possession, custody, and control responsive to JJHCS's RFP Nos. 6 and 79. That includes recorded calls from Zulqarnain's personal folders saved in SaveOn's shared drives, which we

understand to be the only location where she stored any recordings of calls with manufacturers.

   *Third*, in your June 28, 2024 letter you ask that SaveOn add Leslie Kauffman as a custodian and state that she "played a central role in SaveOnSP's efforts to evade detection by drug manufacturers." We disagree with this characterization. The two documents cited in your letter do not show Kauffman participating in any efforts to "evade detection"; at most, they show her asking coworkers for information about changes in manufacturer practices. SOSP_1034492, SOSP_0786717.

   On July 18, you proposed a trade in which J&J would add Joseph Incelli as a custodian if SaveOn would add Leslie Kauffman as a custodian. As you are aware, however, SaveOn has not proposed that Incelli be added as a full custodian but has rather proposed targeted search terms for his files targeted to the relevant work that he performed. *See* June 28, 2014 Letter from E. Snow to J. Long. SaveOn will not agree to add Kauffman as a full custodian, but we are willing to consider a narrowed proposal similarly targeted to relevant work that J&J believes she performed. For instance, the two documents you cite in your letter to show that Kauffman played "a central role" in so-called evasion efforts are from June 2022. SOSP_1034492, SOSP_0786717; any narrowed proposal should, at a minimum, account for the limited time period in which J&J alleges that █████████████████ ████████.

   *Finally*, you ask SaveOn to produce "all documents and communications regarding ██████████████████████ training material, or manufacturer terms and conditions, including participant lists, associated emails, agendas, meeting minutes, and calendar invitations." ████████ stands for ████████████████████. Based on our investigation, the ███████████████████████████████████████████████████████████████████████████████████████████████████████████ As Saeli, Reckinger, Calderon, Miller and Dunbar are all full custodians, it is our understanding that any relevant, responsive materials connected with the ██████ that hit on SaveOn's search terms are already being produced.

   We are available to meet and confer.

Sincerely,

/s/ Meredith Nelson

Meredith Nelson
Associate

# Exhibit 23



www.pbwt.com

July 25, 2024

Bonita L. Robinson
(212) 336-2554

**By Email**

Meredith Nelson, Esq.
Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104

> **Re:** **Apparent Deficiencies in SaveOnSP's Document Productions**
> *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC,*
> Case No. 2:22-cv-02632 (JKS) (CLW)

Dear Meredith:

We write in response to your July 19, 2024 letter and in furtherance of our June 28, 2024 letter regarding various deficiencies in SaveOnSP's productions. We will address the portion of your letter that concerns Ms. Zulqarnain's call recordings under separate cover.

First, as described in our June 28, 2024 letter, SaveOnSP employee ███████████████████████████████████████████████████████████████████████████████████ *See* June 28, 2024 Ltr. from B. Robinson to M. Nelson at 1. ████████████████████████████ SOSP_2056631; SOSP_2056608. You refuse to produce the referenced email exchange between ██████████████████████ on the ground that the exchange is not responsive to existing document requests and is irrelevant to any issues in this case. *See* July 19, 2024 Ltr. from M. Nelson to B. Robinson at 1. We are surprised by your position that communications in connection with SaveOnSP members' apparent violation of manufacturer terms and conditions—and SaveOnSP's attempts to prevent manufacturers from learning of such violations—are nonresponsive and irrelevant. Indeed, this position raises serious doubts regarding the responsiveness criteria that SaveOnSP has applied to JJHCS's requests to date. Please explain the basis for your assertion that an email about manufacturer terms and conditions is not relevant to this litigation about whether the SaveOnSP Program causes members to violate manufacturer terms and conditions.

Second, our June 28 letter requested that you add Leslie Kauffman as a custodian, given that even SaveOnSP's existing productions make plain that Ms. Kauffman played a central

Meredith Nelson, Esq.
July 25, 2024
Page 2

role in SaveOnSP's tracking of and efforts to evade manufacturer terms and conditions. *See* June 28, 2024 Ltr. from B. Robinson to M. Nelson at 2. We cited several documents from June 2022, but those documents were merely illustrative, not exhaustive. Indeed, only months after the start of her employment with SaveOnSP in 2017, ███████████████████████████ ████████████████████████████████████████ SOSP_0169171, and ████████████████████████████████████████████, *see* SOSP_1216240. Moreover, Ms. Kauffman's documents are relevant and highly significant to JJHCS's claims for other reasons: for example, in Ms. Kauffman's prior role as a patient support representative, ████████████████████████████████████████████████████████ ████. *See, e.g.*, SOSP_0052444, SOSP_0671816, SOSP_0839422.

Three weeks after we made our request—having received no response to our request, but numerous demands from SaveOnSP in the interim that JJHCS add new custodians—we wrote to you that we would agree to add Joseph Incelli as a custodian provided that SaveOnSP confirm it would add Ms. Kauffman. *See* July 18, 2024 E-mail from J. Long to M. Nussbaum. In response, you refuse to add Ms. Kauffman as a full custodian and suggest that we offer a "narrowed proposal" that is "similar[]" to SaveOnSP's proposal regarding Mr. Incelli. July 19, 2024 Ltr. from M. Nelson to B. Robinson at 2. As an initial matter, your proposal regarding Mr. Incelli was hardly narrow: You requested that JJHCS run a lengthy set of expansive search terms[1] over Mr. Incelli's custodial files "across the full Relevant Time Period" of more than seven years. June 28, 2024 Ltr. from E. Snow to J. Long at 4–6. In any event, Ms. Kauffman's manufacturer evasion efforts appear to have spanned much of her career at SaveOnSP, and while those efforts are particularly noteworthy (and SaveOnSP's failure to identify Ms. Kauffman as a custodian thus particularly troubling), Ms. Kauffman's custodial files are likely to contain other important and relevant documents from throughout her tenure at SaveOnSP. Accordingly, we decline to agree to the addition of Ms. Kauffman as only a limited custodian. Please confirm that you will add Ms. Kauffman as a full custodian.

Finally, thank you for your explanation regarding the ██████ Based on your representations, we will not pursue the requested ████ documents further at this time. Of course, we may revisit this request if it appears that relevant material regarding the ██████████ has not been captured by SaveOnSP's existing custodians and search terms.

We request a response by August 1, 2024, and remain available to meet and confer.

---

[1] To be clear, our July 18, 2024 proposal did not accept SaveOnSP's proposed search terms, but was expressly "subject to agreement on appropriate search terms." July 18, 2024 E-mail from J. Long to M. Nussbaum.

Meredith Nelson, Esq.
July 25, 2024
Page 3

Very truly yours,

*/s/ Bonita Robinson*
Bonita L.  Robinson

# Exhibit 24

| From: | Leslie Kauffman [lkauffman@saveonsp.com] |
|---|---|
| Sent: | 7/31/2023 7:19:14 PM |
| To: | Mariah Hoffhines [mhoffhines@saveonsp.com] |
| CC: | Brianna Reed [breed@saveonsp.com]; Michelle Tabone [mtabone@saveonsp.com] |
| Subject: | FW: Avonex Cases |
| Attachments: | Sample of Biogen terms from CPA.xlsx |

**From:** Leslie Kauffman <lkauffman@saveonsp.com>
**Sent:** Monday, July 31, 2023 3:13 PM
**To:** Leslie Kauffman <lkauffman@saveonsp.com>
**Subject:** RE: Avonex Cases

Mariah,

In March some more diligent Biogen members began calling in.

They received either a letter, an-email or a phone call advising they are no longer eligible for their CPA program either :
1. They were identified as being in an offset program.
2. Because they with SOSP.

E-mails were shared w/ management.

Initially, MSRs were sending to billing for an exclusion if it was because of maximizer or accumulator. If they were told they were not eligible because of SOSP, the TLs used a TT and advised them to CB manufacturer basically saying SOSP is not a program they are enrolled in.

It was decided quickly that for Biogen members , we would not advise them to CB, and the TL would send to billing for either manufacturer excluded or early exhaust.

One member we asked to call back and explain that they are not enrolled w/ a program w/ SOSP did receive a VCC which paid $9400.00 before terming.

It was expected that most members would not call in, and denied claims from billing would be coming.

Because the examples you sent over were all checked (I think) w/ Biogen through ESI, I don't know if we want to make calls out to members. I did leave one VM , similar to the Dupixent Plan Sponsor VM..

If you want calls out, I can call them in morning. Advise please.

*these are not all of the call ins, only the ones the TLS follow procedure and add to a SS .

The 3 blue on bottom were from billing.

Let me know how I can help : )

Attorneys Eyes Only & Confidential Health Information

**From:** Leslie Kauffman
**Sent:** Friday, July 28, 2023 12:14 PM
**To:** Mariah Hoffhines <mhoffhines@saveonsp.com>
**Cc:** Brianna Reed <breed@saveonsp.com>; Michelle Tabone <MTabone@saveonsp.com>
**Subject:** RE: Avonex Cases

Mariah!

I will dig into these and see what I can find, but have a few things ahead.

Stand by--

**From:** Mariah Hoffhines <mhoffhines@saveonsp.com>
**Sent:** Friday, July 28, 2023 12:11 PM
**To:** Leslie Kauffman <lkauffman@saveonsp.com>
**Cc:** Brianna Reed <breed@saveonsp.com>; Michelle Tabone <mtabone@saveonsp.com>
**Subject:** RE: Avonex Cases

There has now been 3 more cases that came back same as below
00335970
00342717
00342962

## Mariah Hoffhines

Billing Supervisor

SaveOnSP, LLC | 40 La Riviere Drive, Suite 310| Buffalo, NY 14202
**telephone:** 716.800.3061 x105 | **email:** mhoffhines@saveonsp.com



**From:** Mariah Hoffhines
**Sent:** Friday, July 28, 2023 11:46 AM
**To:** Leslie Kauffman <lkauffman@saveonsp.com>
**Cc:** Brianna Reed <breed@saveonsp.com>; Michelle Tabone <MTabone@saveonsp.com>
**Subject:** FW: Avonex Cases

Hi there,

Has there been any update to avonex and the re enrollment rule? The cases below are stating that they were termed and need to be re enrolled? We are just trying to have a better understanding of why these are coming back.

Any information helps!

Thank you

## Mariah Hoffhines

Billing Supervisor

Attorneys Eyes Only & Confidential Health Information

SOSP_1270882

SaveOnSP, LLC | 40 La Riviere Drive, Suite 310| Buffalo, NY 14202
**telephone:** 716.800.3061 x105 | **email:** mhoffhines@saveonsp.com



**From:** Mariah Hoffhines
**Sent:** Friday, July 28, 2023 11:18 AM
**To:** Brianna Reed <breed@saveonsp.com>
**Cc:** Michelle Tabone <MTabone@saveonsp.com>
**Subject:** Avonex Cases

Case comment states: Spoke with rep as per rep patient card has been terminated on 3/19/2023 so the patient needs to call on 8004562255 for re-enroll with program.
00350435

Case comment states: spoke with rep as per rep patient card has been terminated on 3/19/2023 so the patient needs to call on 8004562255 for re-enroll with program.
00349657

Case comment states: spoke with rep as per rep patient card has been terminated on 04/10/2023 so the patient needs to call on 8004562255 for re-enroll with program.
00348906

Case comment states: Spoke with rep as per rep patient card has been terminated on 3/5/2023 so the patient needs to call on 8004562255 for re-enroll with program.
00370494

Case comment states: per rep , she said that patient card is terminated and patient is enrolled in another program of financial assistance program on 4/3/2023
00380784

Case comment: As per rep, she said that patient card is terminated, and patient is enrolled in another program of financial assistance program on 4/3/2023.
00316960

Case comment: spoke with program rep Patient termed with copay assistance program on 03/02/2023.
00442565

Case comment: Patient termed with copay assistance program on 03/06/2023.
00437347

Case comment: Patient termed with copay assistance program on 3/19/2023
00471320

Thank you,

Attorneys Eyes Only & Confidential Health Information

**Mariah Hoffhines**

Billing Supervisor

SaveOnSP, LLC | 40 La Riviere Drive, Suite 310| Buffalo, NY 14202
telephone: 716.800.3061 x105 | email: mhoffhines@saveonsp.com



# **Exhibit 25**

**Long, Julia (x2878)**

| | |
|---|---|
| **From:** | Long, Julia (x2878) |
| **Sent:** | Thursday, July 18, 2024 4:21 PM |
| **To:** | Matthew Nussbaum; Mangi, Adeel A. (x2563); Sandick, Harry (x2723); LoBiondo, George (x2008); Eppler, Ian (x2205); Chefitz, Jacob (x2474); _cg J&J-SaveOn; ~jgreenbaum@sillscummis.com; ~klieb@sillscummis.com |
| **Cc:** | Philippe Selendy; Andrew Dunlap; Meredith Nelson; Elizabeth Snow; Hannah Miles; Wohlforth, E. Evans; Galli, Sabrina M. |
| **Subject:** | RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW) |
| **Attachments:** | 2024.06.21 Letter from J. Chefitz to M. Nelson re pre-April 2016 documents.pdf; 2024.06.25 Ltr. from E. Shane to E. Snow re Production Deficiencies.pdf; 2024.6.28 Ltr. from B. Robinson to M. Nelson re Production Deficiencies.pdf |

Matt,

Thanks again for your email on Friday.  We still haven't heard back from you on the enclosed letters—despite SaveOnSP sending JJHCS scores of offensive letters in the same period, including four yesterday alone.  We understand that SaveOnSP will respond to our June 21 and June 25 letters this week, and look forward to conferring promptly on any remaining disputes between the parties.

As you know, in our June 28 letter, among other issues, we requested that you add Leslie Kauffman as a custodian based on her central role in SaveOnSP's efforts to evade detection by drug manufacturers.  SaveOnSP has produced numerous documents



The documents that SaveOnSP has produced, moreover, make apparent that Ms. Kauffman's custodial files contain important and responsive documents that have not been produced to us from other custodians.  We provided an example of a document where

SOSP_1034492.

*Id.*  We have not received those emails, presumably because they are not captured by existing custodians.

In an effort to reach agreement on this issue, and subject to agreement on appropriate search terms, JJHCS is prepared to add Joseph Incelli as a custodian, subject to SaveOnSP's agreement to add Leslie Kauffman as a document custodian.

Please let us know if SaveOnSP agrees to this proposal by July 23, 2024.  If not, please provide your availability to confer on July 24 or 25, 2024.

Best,
Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas

1

New York, NY 10036

T 212.336.2878

**jlong@pbwt.com**

---

**From:** Long, Julia (x2878) <jlong@pbwt.com>
**Sent:** Friday, July 12, 2024 6:45 PM
**To:** Matthew Nussbaum <mnussbaum@selendygay.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Eppler, Ian (x2205) <ieppler@pbwt.com>; Chefitz, Jacob (x2474) <jchefitz@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Cc:** Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <EWohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Matt,

Thanks for your email, and we look forward to receiving SaveOnSP's responses to our June 21 and June 25 letters next week.  As you know, by then, both will be just shy of a month old.  Can you confirm when SaveOnSP will respond to the balance of our correspondence, including the June 28 letter enclosed here?

We also look forward to receiving SaveOnSP's forthcoming production of adherence data, which you represented would be in a "forthcoming production" on April 16.  Please let us know if SaveOnSP's intended production date slips further.  As to SaveOnSP's forthcoming Teams production, SaveOnSP "anticipated" that the entirety of its Teams production would "take about a month" on June 20, as part of the parties' agreement.  You now state that SaveOnSP is "in the process of preparing our first rolling Teams production."  When can we expect the balance?

Finally, we anticipate providing a narrowed proposal as to call recordings early next week.

Best,
Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2878

**jlong@pbwt.com**

---

**From:** Matthew Nussbaum <mnussbaum@selendygay.com>
**Sent:** Friday, July 12, 2024 6:07 PM
**To:** Long, Julia (x2878) <jlong@pbwt.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Eppler, Ian (x2205) <ieppler@pbwt.com>; Chefitz, Jacob (x2474) <jchefitz@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Cc:** Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>;

Wohlforth, E. Evans <[EWohlforth@rc.com](mailto:EWohlforth@rc.com)>; Galli, Sabrina M. <[SGalli@rc.com](mailto:SGalli@rc.com)>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

<mark>**External: Think before you click.**</mark>

Julia,

Thank you for your email. We look forward to your responses to the letters we referenced.
SaveOn intends to produce the relevant adherence data next week and the Johnson and Leger documents by the end of this month. We are in the process of preparing our first rolling Teams production and will update you when we have more information on when we will be able to make that production.

SaveOn intends to respond to both J&J's June 21 letter, which requests an extension of the discovery period, and June 25 letter, about the [Communications@SaveOnSP.com](mailto:Communications@SaveOnSP.com) email box and other topics, next week. As to the remaining letters, SaveOn continues to investigate the issues raised and will respond when we have finished our investigations. Regarding call recordings, you stated that J&J would provide a narrowed proposal this week. *See* July 3, 2024 Email from I. Eppler to M. Nussbaum. Please let us know when you will provide that proposal.
Thank you,

Matt

**Matthew Nussbaum**
Associate   [[Email](mailto:)]
Selendy Gay PLLC   [[Web](http://)]
Pronouns: he, him, his
---------------------------------------
+1 212.390.9062 [O]
+1 856.534.8606 [M]

---

**From:** Long, Julia (x2878) <[jlong@pbwt.com](mailto:jlong@pbwt.com)>
**Sent:** Thursday, July 11, 2024 6:11 PM
**To:** Hannah Miles <[hmiles@selendygay.com](mailto:hmiles@selendygay.com)>; Mangi, Adeel A. (x2563) <[aamangi@pbwt.com](mailto:aamangi@pbwt.com)>; Sandick, Harry (x2723) <[hsandick@pbwt.com](mailto:hsandick@pbwt.com)>; LoBiondo, George (x2008) <[globiondo@pbwt.com](mailto:globiondo@pbwt.com)>; Eppler, Ian (x2205) <[ieppler@pbwt.com](mailto:ieppler@pbwt.com)>; Chefitz, Jacob (x2474) <[jchefitz@pbwt.com](mailto:jchefitz@pbwt.com)>; _cg J&J-SaveOn <[JJSaveOn@pbwt.com](mailto:JJSaveOn@pbwt.com)>; [~jgreenbaum@sillscummis.com](mailto:~jgreenbaum@sillscummis.com) <[jgreenbaum@sillscummis.com](mailto:jgreenbaum@sillscummis.com)>; [~klieb@sillscummis.com](mailto:~klieb@sillscummis.com) <[klieb@sillscummis.com](mailto:klieb@sillscummis.com)>
**Cc:** Philippe Selendy <[pselendy@selendygay.com](mailto:pselendy@selendygay.com)>; Andrew Dunlap <[adunlap@selendygay.com](mailto:adunlap@selendygay.com)>; Meredith Nelson <[mnelson@selendygay.com](mailto:mnelson@selendygay.com)>; Elizabeth Snow <[esnow@selendygay.com](mailto:esnow@selendygay.com)>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Hannah,

Thanks for your email.  As you know, we have already acknowledged receipt of four of these letters to let you know we are investigating the issues cited therein.  We will respond to those inquiries as promptly as feasible.  For the avoidance of doubt, we are also in receipt of your June 28 letter on TrialCard custodians, and anticipate responding to that letter on the same timeframe.

Can you confirm when your team will respond to the attached correspondence?  As you will see, most of these pre-date the letters cited in your email.  In addition, we'd appreciate if you could confirm when we'll hear back on the adherence data you referenced in an April 16 email; when we can expect your production of documents from Ms. Johnson's and

Ms. Leger's emails; and when you will commence your rolling productions of threaded Teams messages referenced in Meredith's June 21 email.

Best,
Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2878

**jlong@pbwt.com**

---

**From:** Hannah Miles <hmiles@selendygay.com>
**Sent:** Thursday, July 11, 2024 5:10 PM
**To:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; Eppler, Ian (x2205) <ieppler@pbwt.com>; Chefitz, Jacob (x2474) <jchefitz@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Cc:** Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>
**Subject:** JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

**External: Think before you click.**

Counsel,

We requested responses to the attached letters regarding (1) J&J's withholding and redacting documents for relevance; (2) TrialCard's CAP custodians; (3) mitigation documents; and (4) Adam Fein search terms, by July 8. We requested a response to the attached letter regarding PAFA+ by July 3.

Please let us know when you intend to respond.

Best,
Hannah

**Hannah Miles**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: she, her, hers

+1 212.390.9055 [O]
+1 347.731.1404 [M]

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

# Exhibit 26

Selendy Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000

Selendy|Gay

Meredith Nelson
Associate
212 390 9069
mnelson@selendygay.com

August 1, 2024

**Via E-mail**

Bonita L. Robinson
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
brobinson@pbwt.com

Re:    *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC* **(Case No. 2:22-cv-02632-JKS-CLW)**

Dear Bonnie,

We write in response to your July 25, 2024 letter regarding J&J's request to add Leslie Kauffman as a custodian.

SaveOn proposed that it would consider adding Kauffman as a limited custodian, subject to further negotiations on search terms, if J&J agreed to make Joseph Incelli a custodian as requested by SaveOn. *See* July 19, 2024 Ltr. from M. Nelson to B. Robinson at 2. In response, J&J explained its unwillingness to agree because, in part, SaveOn's requested search terms for Incelli were not "narrow." *See* July 25, 2024 Ltr. from B. Robinson to M. Nelson at 2.

SaveOn is willing to provide a narrowed set of search terms for Incelli if J&J will provide a narrowed proposal for Kauffman, as we requested in our July 19 letter. To facilitate these negotiations, please provide hit counts broken down by term for the search terms originally proposed for Incelli so that SaveOn may begin to craft a narrower proposal.

We request a response by August 8, 2024. We are available to meet and confer.

Sincerely,

/s/ Meredith Nelson

Bonita L. Robinson
August 1, 2024

Meredith Nelson
Associate

# Exhibit 27

**Long, Julia (x2878)**

| | |
|---|---|
| **From:** | Kevin Cryan <kcryan@selendygay.com> |
| **Sent:** | Thursday, August 15, 2024 11:27 AM |
| **To:** | Matthew Nussbaum; Robinson, Bonita (x2554); Mangi, Adeel A. (x2563); Sandick, Harry (x2723); LoBiondo, George (x2008); Arrow, Sara (x2031); Eppler, Ian (x2205); Long, Julia (x2878); ~jgreenbaum@sillscummis.com; ~klieb@sillscummis.com; _cg J&J-SaveOn |
| **Cc:** | Philippe Selendy; Andrew Dunlap; Meredith Nelson; Elizabeth Snow; Wohlforth, E. Evans; Galli, Sabrina M. |
| **Subject:** | RE: JJHCS v. SaveOnSP // Production Deficiencies |

<mark>**External: Think before you click.**</mark>

Bonnie,

We understand J&J's position is that it will not add Joseph Incelli as a custodian unless SaveOn agrees to add Leslie Kauffman as a full custodian. For the reasons we have stated previously, SaveOn declines to add Kauffman as a full custodian. We understand, therefore, that J&J is refusing to add Incelli as a custodian and that the parties are at impasse on this issue. We're happy to discuss this issue further on our meet and confer this afternoon.

Best,
Kevin Cryan

**Kevin Cryan**
Law Clerk  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he/him/his
––––––––––––––––––––––––––––
+1 212.390.9373 [O]
+1 332.201.6763 [M]

---

**From:** Matthew Nussbaum <mnussbaum@selendygay.com>
**Sent:** Thursday, August 8, 2024 6:11 PM
**To:** Robinson, Bonita (x2554) <brobinson@pbwt.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Eppler, Ian (x2205) <ieppler@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Kevin Cryan <kcryan@selendygay.com>; Wohlforth, E. Evans <EWohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP // Production Deficiencies

Bonnie,

We are in receipt of the below correspondence and intend to respond next week.

Thank you,

Matt

**Matthew Nussbaum**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he, him, his
––––––––––––––––––––––
+1 212.390.9062 [O]
+1 856.534.8606 [M]

---

**From:** Robinson, Bonita (x2554) <brobinson@pbwt.com>
**Sent:** Monday, August 5, 2024 5:44 PM
**To:** Kevin Cryan <kcryan@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Eppler, Ian (x2205) <ieppler@pbwt.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP // Production Deficiencies

Kevin and Meredith,

Please see the attached letter.

Best,
Bonnie

**Bonita L. Robinson**
She | Her | Hers
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY  10036
T: 212.336.2554
brobinson@pbwt.com | www.pbwt.com

---

**From:** Kevin Cryan <kcryan@selendygay.com>
**Sent:** Thursday, August 1, 2024 9:59 PM
**To:** Robinson, Bonita (x2554) <brobinson@pbwt.com>; Meredith Nelson <mnelson@selendygay.com>; Eppler, Ian (x2205) <ieppler@pbwt.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>
**Subject:** Re: JJHCS v. SaveOnSP // Production Deficiencies

<mark>**External: Think before you click.**</mark>

Bonnie,

Please see the attached correspondence.

Best,
Kevin

**Kevin Cryan**
Law Clerk  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he/him/his

---

+1 212.390.9373  [O]
+1 332.201.6763  [M]

---

**From:** Robinson, Bonita (x2554) <brobinson@pbwt.com>
**Sent:** Thursday, July 25, 2024 3:57:15 PM
**To:** Meredith Nelson <mnelson@selendygay.com>; Kevin Cryan <kcryan@selendygay.com>; Eppler, Ian (x2205) <ieppler@pbwt.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP // Production Deficiencies

Meredith,

Please see the attached correspondence.

Best,
Bonnie

**Bonita L. Robinson**
She | Her | Hers
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY  10036
T: 212.336.2554
brobinson@pbwt.com | www.pbwt.com

---

**From:** Meredith Nelson <mnelson@selendygay.com>
**Sent:** Friday, July 19, 2024 5:13 PM
**To:** Robinson, Bonita (x2554) <brobinson@pbwt.com>; Kevin Cryan <kcryan@selendygay.com>; Eppler, Ian (x2205) <ieppler@pbwt.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP // Zulqarnain Call Recordings

**External: Think before you click.**

Counsel,

Please see the attached letter.

Regards,
Meredith

**Meredith Nelson**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: she, her, hers
_____
+1 212.390.9069 [O]
+1 918.200.3148 [M]

---

**From:** Robinson, Bonita (x2554) <brobinson@pbwt.com>
**Sent:** Wednesday, July 17, 2024 6:08 PM
**To:** Kevin Cryan <kcryan@selendygay.com>; Eppler, Ian (x2205) <ieppler@pbwt.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP // Zulqarnain Call Recordings

Counsel,

Please see the attached letter.

Best,
Bonnie

**Bonita L. Robinson**
She | Her | Hers
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY 10036
T: 212.336.2554
brobinson@pbwt.com | www.pbwt.com

---

**From:** Kevin Cryan <kcryan@selendygay.com>
**Sent:** Monday, July 15, 2024 5:05 PM
**To:** Eppler, Ian (x2205) <ieppler@pbwt.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP // JJHCS's Thirteenth Set of RFPs

4

**External: Think before you click.**

Counsel,

Please find attached SaveOnSP's R&O's to JJHCS's 13th Set of Requests for Production. Please also see the attached correspondence.

Best,
Kevin Cryan

**Kevin Cryan**
Law Clerk  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he/him/his
_____

+1 212.390.9373 [O]
+1 332.201.6763 [M]

---

**From:** Kevin Cryan
**Sent:** Tuesday, June 18, 2024 3:50 PM
**To:** Eppler, Ian (x2205) <ieppler@pbwt.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP // JJHCS's Thirteenth Set of RFPs

Ian,

Thank you for sending these re-numbered RFPs. SaveOn agrees that this scrivener's error does not affect SaveOn's timeline for serving R&Os.

Best,
Kevin

**Kevin Cryan**
Law Clerk  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he/him/his
_____

+1 212.390.9373 [O]
+1 332.201.6763 [M]

---

**From:** Eppler, Ian (x2205) <ieppler@pbwt.com>
**Sent:** Monday, June 17, 2024 4:51 PM
**To:** Kevin Cryan <kcryan@selendygay.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow

<esnow@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP // JJHCS's Thirteenth Set of RFPs

Kevin,

Please find attached an updated copy of JJHCS's Thirteenth Set of RFPs.

Because JJHCS served its Thirteenth Set of RFPs on Friday, June 14, and this document is a non-substantive correction of a scrivener's error in JJHCS's Thirteenth Set of RFPs that was undertaken at the request of SaveOnSP, we expect that SaveOnSP will serve its Responses and Objections to JJHCS's Thirteenth Set of RFPs by Monday, July 15. *See* Fed. R. Civ. P. 34(b)(2)(A).

Best,
Ian

---

**From:** Kevin Cryan <kcryan@selendygay.com>
**Sent:** Monday, June 17, 2024 3:44 PM
**To:** Eppler, Ian (x2205) <ieppler@pbwt.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP // JJHCS's Thirteenth Set of RFPs

> **External: Think before you click.**

Ian,

We are in receipt of J&J's 13th set of RFPs. We noticed that the numbering overlaps with J&J's 12th set of RFPs, which also begin at No. 116.

We assume this was inadvertent; please re-send these 13th RFPs so that they begin with No. 123.

Thank you,
Kevin Cryan

**Kevin Cryan**
Law Clerk [Email]
Selendy Gay PLLC  [Web]
Pronouns: he/him/his
—————————————
+1 212.390.9373 [O]
+1 332.201.6763 [M]

---

**From:** Eppler, Ian (x2205) <ieppler@pbwt.com>
**Sent:** Friday, June 14, 2024 5:30:32 PM

**To:** Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Wohlforth, E. Evans <EWohlforth@rc.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** JJHCS v. SaveOnSP // JJHCS's Thirteenth Set of RFPs

Counsel,

Please find attached JJHCS's Thirteenth Set of Requests for Production of Documents.

Best,
Ian


**Ian D. Eppler**
He | Him | His
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Tel.: 212.336.2205
ieppler@pbwt.com

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise

immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

# MOTION TO COMPEL ADDITIONAL CUSTODIANS

# EXHIBIT 28

# FILED UNDER PERMANENT SEAL

# Exhibit 29

Selendy Gay Elsberg PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000



Elizabeth H. Snow
Associate
212.390.9330
esnow@selendygay.com

May 16, 2023

<u>**Via E-mail**</u>

Harry Sandick
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
hsandick@pbwt.com

Re:   ***Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC***
      **(Case No. 2:22-cv-02632-ES-CLW)**

Dear Harry,

We write in response to your May 10, 2023 letter regarding SaveOnSP's search parameters.

## I.    Search Terms

You ask that SaveOnSP add the search term (copay* OR co-pay* OR coins* OR co-ins* OR "cost share") W/15 (zero OR 0 OR $0 OR "no cost" OR "free of charge"). SaveOnSP will add this term.

## II.    Standing Meetings with ESI

You assert, again, that SaveOnSP refuses to search for relevant materials from weekly meetings with ESI. This remains untrue. As we have explained, we searched for those materials by running our search parameters and producing any relevant materials. As noted in our May 2, 2023 letter, SaveOnSP's productions to date have included over 100 communications related to these standing meetings. We will also add the search terms "Weekly Touch Base" or "Bi-weekly call" to our search parameters.

## III.    Organization Charts

You ask that SaveOnSP re-produce the information contained in the organization chart on page 7 of SOSP_0000154. We enclose the text of that chart as Appendix 1.

## IV.    Custodians

You ask that SaveOnSP add Andrew Walker, Armand Peoples, and Jillian Vincheski as custodians. Please note that Appendix 1 of our April 20, 2023 letter inadvertently listed "Andrew Walker" as a Member Services Senior Team Lead. The name of this Member Services Senior Team Lead was in fact Andrea Waker. We are investigating whether Andrea Waker, Armand Peoples, or Jillian Vincheski may possess any unique relevant documents and will revert once we have completed our investigation.

## V.    Notion Partners

You ask, again, that SaveOnSP confirm that it will produce all correspondence and work product between SaveOnSP and Notion Partners. SaveOnSP agrees, again, to produce any such documents identified by its search parameters that are relevant and non-privileged. You now seem to suggest that SaveOnSP's search parameters are insufficient to identify such documents. While we disagree, SaveOnSP will add the search term "Notion" to its search parameters.

*        *        *

We reserve all rights and are available to meet and confer.

Best,

/s/ Elizabeth H. Snow

Elizabeth H. Snow
Associate

2

## Appendix 1

Justin Catalano: Member Services Manager

Amanda Ongley: Member Services Supervisor

Brandon Bartz: Member Services Supervisor

Brianna Reed: Member Services Senior Supervisors

David Thornbury: Member Services Supervisor

Eve Szafranski: Member Services Supervisor

Kristen Bonnet: Member Services Supervisor

Lauren Pacillo: Member Services Supervisor

Lesli Kauffman: Program Retention Specialist

Sarah Segerson: Quality Assurance Supervisor

Theodore Mighells: Member Services Training

Vasilios Tsirtsakis: Member Services Support

Amber Black: Member Services Representative

Brianne Bauman: Member Services Representative

Frances Shimburski: Member Services Representative

Jermaine Roseboro: Member Services Representative

Jessica Norton: Member Services Representative

John Wilson: Member Services Representative

Marqueda Martin: Member Services Representative

Mary McIver: Member Services Representative

Philip DiFrancesco: Member Services Representative

Sandra Ojeda-Joiner: Member Services Representative

Terry Holihan: Member Services Representative

Timothy Lane: Member Services Representative

Yiselis Burgos: Member Services Representative

Abigail Wasmer: Member Services Representative

Amber Flint: Member Services Representative

Arshia Muqtadir: Member Services Representative

Ashley Iwanenko: Member Services Representative

Austin Payne: Member Services Representative

3

Breanna Decarlo: Member Services Representative

Daniela McGaughny: Member Services Representative

Jaton Baker: Member Services Representative

Michelle Ferington: Member Services Representative

Myllisa Mansfield: Member Services Representative

Natasha Aviles-Torres: Member Services Representative

Rachael Polley: Member Services Representative

Sharon Rebmann: Member Services Representative

Shelby Olivas: Member Services Representative

Alyssa White: Member Services Team Lead

Andrea Waker: Member Services Senior Team Lead

Beth Brown: Member Services Team Lead

Cayla Swiatek: Member Services Team Lead

Joy Schrader: Member Services Team Lead

Julia Shevchuk: Member Services Team Lead

Kimberly Martin: Member Services Team Lead

Leanne Schurr: Member Services Team Lead

Mara Klosin: Member Services Team Lead

Rachel Kropczynski: Member Services Team Lead

Terra Ellis: Member Services Team Lead

Aaron Montgomery: Member Services Representative

Alexander Smith: Member Services Representative

Allison Keane: Member Services Representative

Cathy Petri: Member Services Representative

Herbert Daniels: Member Services Representative

Janie Webb: Member Services Representative

John Delecki: Member Services Representative

Kayla Collins: Member Services Representative

Patricia Brown: Member Services Representative

Rayel Washington: Member Services Representative

Ryan MacKinnon: Member Services Representative

Samantha Godert: Member Services Representative

4

Shirley Balus: Member Services Representative

Allisa Dypka: Member Services Representative

Alyssa Mech: Member Services Representative

Ashly Titus: Member Services Representative

Elizabeth Mehlenbacher: Member Services Representative

Frederick Searles: Member Services Representative

Jennifer Canaan: Member Services Representative

Jessica Gray: Member Services Representative

Matthew Abrams: Member Services Representative

Nicole Granados: Member Services Representative

Sara Hoch: Member Services Representative

Shelby Ruhland: Member Services Representative

Annette Spurlock: Member Services Representative

Jamie Bruscia: Member Services Representative

Jayson Borum: Member Services Representative

John Ward: Member Services Representative

Kay Lawrence: Member Services Representative

Kristin Yetter: Member Services Representative

Laurie Kemp: Member Services Representative

Lynea McCarter: Member Services Representative

Steven Holihan: Member Services Representative

Taja Evans: Member Services Representative

Tatiana Mercedes: Member Services Representative

Tina Bremiller: Member Services Representative

Akillah Proctor: Member Services Representative

Angelica Cole: Member Services Representative

Charmaine Kincannon: Member Services Representative

Cierra Weaver: Member Services Representative

Eric Fontaine: Member Services Representative

Erica Hoare: Member Services Representative

Frances Dailey: Member Services Representative

Kurstyn Riccio: Member Services Representative

Lesley Gaydon: Member Services Representative

Marisa Jones: Member Services Representative

Nichole Thomas: Member Services Representative

Victoria Hearn: Member Services Representative

Ashley Gilbert: Quality Assurance Auditor

Hailey Kramer: Quality Assurance Auditor

Heather Sullivan: Quality Assurance Auditor

Jonathon Haynes: Quality Assurance Auditor

Patricia Burgos: Quality Assurance Auditor

Paula Mighells: Quality Assurance Auditor

Kylie Anderson: Quality Assurance Auditor

# MOTION TO COMPEL ADDITIONAL CUSTODIANS

# EXHIBITS 30-36

# FILED UNDER PERMANENT SEAL

# Exhibit 37



www.pbwt.com

July 19, 2024

Saniya Suri
(212) 336-2226

**By Email**

Meredith Nelson, Esq.
Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104

> Re:   **Deficiencies in SaveOnSP's Document Productions and Custodians**
> *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*,
> **Case No. 2:22-cv-02632 (JKS) (CLW)**

Dear Meredith:

We write in response to your July 3, 2024 letter and further to JJHCS's May 24 and June 25, 2024 letters regarding SaveOnSP's document production and custodians.

As you know, in our May 24, 2024 letter, we requested that SaveOnSP "provide a complete list of SaveOnSP's document custodians" following SaveOnSP's belated notice that it had added Jessica Johnson and Kelsey Leger as custodians. May 24, 2024 Ltr. from S. Suri to M. Nelson at 2. After nearly a month, in your June 20, 2024 letter, you provided a list of all SaveOnSP document custodians, which included, *inter alia*, Brandon Bartz, Hailey Kramer, Sandy Mozrall, Jenna Quinn, Lauren Pacillo, Shannon Sommer, and Ingrid Vasquez. *See* June 20, 2024 Ltr. from M. Nelson to S. Suri App'x A. On June 25, 2024, we then asked that you share "the applicable search parameters for [those custodians]." June 25, 2024 Ltr. from S. Suri to M. Nelson at 1. Only then did SaveOnSP reverse course and claim in its July 3, 2024 letter that these seven individuals "were incorrectly included on the list of custodians SaveOn provided." July 3, 2024 Ltr. from M. Nelson to S. Suri at 1.

This change in position is troubling. JJHCS's investigation of SaveOnSP's production shows that there have been over 1,700 documents produced from these seven individuals' custodial files collectively, yet SaveOnSP has not identified what specifically has been produced from their files or what search terms may have been applied in doing so. Please do so promptly.

In any event, SaveOnSP should—at a minimum—add the following individuals as custodians:

Meredith Nelson, Esq.
July 19, 2024
Page 2

**Jenna Quinn and Ingrid Vasquez.** JJHCS first requested SaveOnSP add Ms. Quinn and Ms. Vasquez as custodians in February 2024. *See* Feb. 16, 2024 Ltr. from K. Brisson to E. Snow. The parties exchanged various correspondence and met and conferred on this issue for over two months.[1] In its last letter on April 19, 2024, JJHCS asked SaveOnSP to "reconsider its relevance objection to JJHCS's request that SaveOnSP designate . . . Quinn, and Vazquez as custodians"; "propose search terms you would be willing to run for . . . Quinn, and Vazquez and provide hit counts for each custodian, individually and in the aggregate, for each proposed term"; and provide availability to meet and confer. Apr. 19, 2024 Ltr. from K. Brisson to A. Miner. But SaveOnSP never responded, despite JJHCS's request that SaveOnSP "provide a response by April 26." *Id.*

JJHCS now renews its request to add Ms. Quinn and Ms. Vazquez as custodians, particularly insofar as SaveOnSP has apparently already collected at least some of their documents. As JJHCS has previously made clear, Ms. Quinn and Ms. Vazquez are likely to possess highly relevant documents concerning SaveOnSP's ongoing scheme to evade manufacturer detection. *See generally* Feb. 16, 2024 Ltr. from K. Brisson to E. Snow (detailing at length how the proposed custodians have engaged in deceptive tactics, including mock enrollments into manufacturers' copay assistance programs, intended to prevent manufacturers from identifying SaveOnSP employees and patients).

**Brandon Bartz.** Documents and communications demonstrate that Mr. Bartz played a role in SaveOnSP's efforts to evade detection by drug manufacturers and perpetuating its deceptive practices. In his role as Member Services Training Specialist, Mr. Bartz



*See* SOSP_0849497 & SOSP_0849498 (                                    ");
SOSP_1144208 (                                    ); SOSP_1144211 (                                    ). Specifically, Mr. Bartz trained PSRs                                    , *see* SOSP_1144212 (                                    ); emphasized that                                    ," SOSP_1078528 (emphasis in original); *id.* He also                                    SOSP_1031645; *see also* SOSP_1031646 ("                                    

---

[1] *See* Mar. 1, 2024 Ltr. from M. Nussbaum to K. Brisson; Mar. 4, 2024 Email from K. Brisson to M. Nussbaum; Mar. 6, 2024 Email from M. Nussbaum to K. Brisson; Mar. 8, 2024 Email from M. Nussbaum to K. Brisson; Mar. 15, 2024 Ltr. from K. Brisson to M. Nussbaum; Apr. 1, 2024 Ltr. from M. Nussbaum to K. Brisson; Apr. 1, 2024 Ltr. from K. Brisson to M. Nussbaum; Apr. 18, 2024 Ltr. from A. Miner to K. Brisson; Apr. 19, 2024 Ltr. from K. Brisson to A. Miner.

Meredith Nelson, Esq.
July 19, 2024
Page 3

███████████████████████████████.").  Additionally, he discussed ████████
███████████████████████████████.  *See* SOSP_2085041 (████████████
████████████████████████████████████████████████████████████████
██████████████████████████████████████).

**Shannon Sommer.**  SaveOnSP's production demonstrates that Sommer has relevant documents and communications.  For example, Sommer ████████████
█████████████████████████  *See* SOSP_0566671 (███████████████████
███████████████████████████████████████████████████████████████
████████████████████████████████████); *see also* SOSP_0945862 (█████
██████████████████████).  Sommer also was involved in discussions about █████
███████████████████████  *see* SOSP_1097426, and communications ████████
███████████████████████████████, *see* SOSP_1220985 (███████████████
██████); SOSP_1143088 ████████████████████████████████████████
████████████████████████).

**Hailey Kramer.**  SaveOnSP's production demonstrates that Ms. Kramer also has relevant documents and communications, especially related to manufacturer evasion.  In her role as a quality assurance auditor, Ms. Kramer ████████████████████████████████
█████████████████  *See* SOSP_1116400 ████████████████████████████████
████████████████████████████████████████████████████████████████
███████████████████████████████"); *see also* SOSP_1144213 (████████
████████████████████████████████████); SOSP_1144214 (████████████████
███████████████████████████).  For example, Ms. Kramer advised employees on ██████████████████████████████████████████████████████████████████
█████████" SOSP_1116400 ████████████████████████████████████████████
███████████████████████████████████.").  She specifically ██████████████
██████████████████████████████████████████████████████████████████
█████████." *Id.*; *see also* SOSP_1144264 ███████████████████████████████
██████████████████████████████████████████████████████████████████").  These issues of manufacturer evasion and deception are squarely relevant.  *See* Apr. 10, 2024 Order at 8 n.4.

Please confirm that you will collect and review all relevant custodial files, including messages, hard drives, mobile devices, and personal email accounts, if applicable, for all five individuals identified above.  As to Ms. Quinn and Ms. Vazquez, please confirm SaveOnSP will run the same search terms the parties agreed upon for Ms. Johnson and Ms. Leger.  *See* July 3,

Meredith Nelson, Esq.
July 19, 2024
Page 4


2024 Email from A. Miner to J. Long; June 13, 2024 Email from J. Long to M. Nussbaum.  Please further confirm that Mr. Bartz, Ms. Sommer, and Ms. Kramer will be added as "full" custodians— i.e., SaveOnSP will run all agreed upon search terms for the entire relevant period.  *See* Dec. 22, 2023 Ltr. from J. Long to E. Snow at Appendix 3.

      Please provide a response by July 26, 2024.

                  Very truly yours,

                  */s/ Saniya Suri*
                  Saniya Suri

15176083

# Exhibit 38

Selendy Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000

Selendy|Gay

Meredith Nelson
Associate
212.390.9069
mnelson@selendygay.com

June 20, 2024

**Via E-mail**

Saniya Suri
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
ssuri@pbwt.com

Re:   ***Johnson & Johnson Health Care Systems Inc. v. Save On SP,
      LLC*** **(Case No. 2:22-cv-02632-JKS-CLW)**

Dear Saniya,

        We write in response to your May 24, 2024 letter alleging deficiencies in
SaveOn's productions to date.

        *First,* you request recordings for four Huddle meetings, referenced in documents SOSP_1073892, SOSP_1104796, MIGH000453, and SOSP_1069773. The recording for the meeting referenced in SOSP_1073892 was produced as SOSP_1989351; however, a technical error caused it to be produced as a zero-kilobyte file. We will reproduce this recording in a forthcoming production. We have investigated the Team Lead Huddle meeting from March 28, 2023 referenced in SOSP_1104796. Based on that investigation, we do not believe that this meeting was recorded. We will produce recordings of the Huddle meetings referenced in MIGH000453 and SOSP_1069773 in a forthcoming production.

        *Second*, you ask that we confirm that we will produce all relevant, non-privileged communications from the "CPAQuestions@saveonsp.com" email address in a forthcoming production. We agree to add this email address as a custodian and to review and produce relevant, non-privileged documents captured by the parties' existing search protocol.

        *Finally,* you request a list of all SaveOn document custodians. That list is attached to this letter as Appendix A.

Saniya Suri
June 20, 2024

We reserve all rights.

Best,

/s/ Meredith Nelson

Meredith Nelson
Associate

Saniya Suri
June 20, 2024

# **Appendix A**

Brandon Bartz

Jenna Benkelman

Florencio Calderon

Dave Chelus

Claudia Dunbar

Mariah DuRant

Darcie Falsioni

Nicole Haas

Michael Heinrichs

Melanie Jerred

Jessica Johnson

Sarah Kancar

Hailey Kramer

Ron Krawczyk

Alissa Langley

Amanda Larsen

Kelsey Leger

Laura McClung

Jennifer Menz

Ted Mighells

Jody Miller

Nick Morrissey

Sandy Mozrall

Jenna Ordonez[1]

Lauren Pacillo

Emily Reckinger

Brianna Reed

Rob Saeli

Sarah Segerson

Shannon Sommer

Jill Stearns

Michelle Tabone

Ingrid Vasquez

Jillian Vincheski

Danielle Wagner

Andrea Waker

Ayesha Zulqarnain

---

[1] We have also produced documents from Jenna Ordonez under her maiden name, Jenna Quinn.

# **Exhibit 39**



www.pbwt.com

June 25, 2024

Saniya Suri<br>(212) 336-2226

**By Email**

Meredith Nelson, Esq.
Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104

Re:    **Deficiencies in SaveOnSP's Document Productions and Custodians**
       *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*,
       Case No. 2:22-cv-02632 (JKS) (CLW)

Dear Meredith:

We write in response to your June 20, 2024 letter and in furtherance of our May 24, 2024 letter regarding SaveOnSP's document production and custodians.

In your letter, you provided a list of all SaveOnSP document custodians. Upon further investigation, JJHCS has identified various issues that require clarification.

First, you state that you have "produced documents from Jenna Ordonez under her maiden name, Jenna Quinn." June 20 Ltr. from M. Nelson to S. Suri App'x A n.1. But SaveOnSP documents suggest that Jenna Quinn and Jenna Ordonez are in fact different individuals. *See* SOSP_0000144 (identifying Jenna Ordonez as an Account Manager, reporting to Jill Stearns and Jennifer Thompson, and Jenna Quinn as a Billing Specialist, reporting to Ingrid Vasquez); SOSP_0097967 (email sent to both Jenna Quinn and Jenna Ordonez, with sender stating "Hi Jenna and Jenna,"). Documents also suggest that Ms. Ordonez's maiden name was Jenna Elliott. *See* SOSP_0073005 (identifying Ms. Ordonez as "Jenna Ordonez ▇▇▇▇▇▇▇▇▇▇▇▇"). Please provide clarity with regards to these individuals, including whether (1) Jenna Quinn has been added as a custodian; (2) Ms. Ordonez's previous email address, ▇▇▇▇▇▇▇▇▇▇▇▇, has been collected and searched using the parties' agreed-upon search terms; and (3) what search parameters SaveOnSP is using for Jenna Ordonez's custodial files, including her prior email address ▇▇▇▇▇▇▇▇▇▇.

Second, SaveOnSP has not shared what search parameters it is running for several custodians. Please provide the applicable search parameters for Brandon Bartz, Hailey Kramer, Sandy Mozrall, Jenna Quinn, Lauren Pacillo, Shannon Sommer, and Ingrid Vasquez.

Meredith Nelson, Esq.
June 25, 2024
Page 2

       Third, in your June 20 letter, you agreed to add the CPAQuestions@saveonsp.com
email address as a custodian and "to review and produce, relevant non-privileged documents
captured by the parties' existing protocol." Please confirm the search terms that you plan to run
over this email address and that SaveOnSP will search this email address for April 1, 2016 to
November 7, 2023 time period.

       Please provide a response by July 2, 2024.

                 Very truly yours,

                 */s/ Saniya Suri*

                 Saniya Suri

15146051

# Exhibit 40

Selendy Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000

Selendy|Gay

Matthew Nussbaum
Associate
212.390.9062
mnussbaum@selendygay.com

August 9, 2024

**Via E-mail**

Saniya Suri
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
ssuri@pbwt.com

Re:  ***Johnson & Johnson Health Care Systems Inc. v. Save On SP,
LLC*** **(Case No. 2:22-cv-02632-JKS-CLW)**

Dear Saniya,

We write in response to your July 19, 2024 letter in which you request the
addition of five custodians.

You request that SaveOn add Jenna Quinn, Ingrid Vasquez, Brandon Bartz,
Shannon Sommer, and Hailey Kramer, each of whom was erroneously included in
a list of current custodians that SaveOn provided on June 20, 2024. *See* July 3,
2024 Ltr. from M. Nelson to S. Suri (explaining that these individuals, as well as
two others, "were incorrectly included on the list of custodians SaveOn provided"
and providing a corrected list).

You characterize SaveOn inadvertently including these individuals on its list
of current custodians and then correcting that error as a "change in position." But
it was not a "position" taken by SaveOn; it was merely a mistake. The accidental
inclusion of Quinn and Vasquez, for example, was the result of collecting docu-
ments to run search terms and provide hit counts that J&J requested. These indi-
viduals appear as custodians on documents that SaveOn has already produced be-
cause their documents were de-duplicated against the documents of existing cus-
todians. Bartz and Kramer appear as the custodians of various Huddle recordings
because SaveOn's system automatically saves such recordings to the personal
folder on the SaveOn shared drive of whomever recorded the meeting. SaveOn has

not added any of the seven individuals inadvertently included on its June 20, 2024 list as custodians or run search terms over their unique files.[1]

You assert that, because of this error, SaveOn must "at a minimum" include all five individuals listed above as full custodians. SaveOn declines to do so.

**Jenna Quinn and Ingrid Vasquez**. We explained in March 2024 why Quinn and Vasquez are unlikely to possess unique, relevant documents. *See* Mar. 1, 2024 Ltr. from M. Nussbaum to K. Brisson. We nonetheless provided J&J with hit counts for them and for Kelsey Leger and Jessica Johnson, explaining that reviewing any of these individuals' documents would be unduly burdensome. J&J filed a motion to compel the production of Leger's and Johnson's documents, but not Quinn's or Vasquez's. *See* May 10, 2024 Mot. to Compel. After extensive negotiations, the parties agreed to search terms for Leger's and Johnson's documents. *See* July 3, 2024 email from J. Long to J. Wolfson. J&J now demands that SaveOn add Quinn or Vasquez as custodians without offering any new evidence. You also request that SaveOn search their mobile devices and personal email accounts without any evidence that those sources would contain relevant materials. Because the evidence that J&J has cited to date does not indicate that Quinn or Vazquez are likely to have unique, relevant documents, SaveOn declines to add them as custodians.

**Brandon Bartz**. J&J requests that Bartz be added as a custodian because, in his position training junior employees, he purportedly "played a role in SaveOnSP's efforts to evade detection by drug manufacturers and perpetuating its deceptive practices." None of the evidence that J&J cites supports this conclusion. Only one document, a Teams conversation, SOSP_1031645-46, is even arguably relevant to alleged evasion, and it shows that ███████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████. *See, e.g.*, April 24, 2024 Response to J&J's Interrogatory No. 20. Because J&J has failed to demonstrate that Bartz is likely to possess unique, relevant documents, SaveOn declines to do add him as a custodian.

**Shannon Sommer**. J&J argues, first, that Sommer's work as a "Pharmacy Data Manager" means she is likely to possess unique, relevant documents because she "assisted with modeling the impact of SaveOnSP's coinsurance model." J&J cites two documents in which Sommer discusses ██████████████████████ ██████████████. SaveOn has produced voluminous data and communications from other custodians detailing the amounts that patients on SaveOn-advised plans receive in CarePath funds. J&J does not explain why it needs additional information regarding the impact of SaveOn's services on J&J, nor explain why Sommer's communications about that impact are likely to contain unique information.

---

[1] For Huddle recordings, SaveOn identified the relevant files through a non-custodial collection of files saved to SaveOn's shared drives.

2

J&J then claims that Sommer "also was involved in ██████████████████ ████████████████████████ ... and communications █████████████████████████████" The three documents J&J cites do not support this conclusion. Two are lengthy email chains in which Sommer is not the sender of any emails (she is copied) while a third is a Teams message ████████████████████████ These three passive messages do not show that Sommer is likely to have any unique information. SaveOn thus declines to add her as a custodian.

**Hailey Kramer**. J&J asserts that Kramer's conduct "related to manufacturer evasion." SaveOn has produced ample discovery on so-called "manufacturer evasion," including adding Leger and Johnson as custodians and collecting personal emails from each, as well as extensive discovery from Zulqarnain. The single document and three huddle recordings that J&J cites do not justify adding Kramer as an additional custodian on these issues. J&J points to an email in which ████████████████████████████████ ███, SOSP_1116400, ████████████████ █████████. *See, e.g.*, SOSP_0162987 ("███ SOSP_1346614 ████████████████████"). This does not indicate that Kramer played any substantive role in so-called "evasion" or is likely to have unique, relevant documents. SaveOn declines to add her as a custodian.

We are available to meet and confer.

Sincerely,

/s/ Matthew Nussbaum

Matthew Nussbaum
Associate

3

# **Exhibit 41**

**Long, Julia (x2878)**

| | |
|---|---|
| **From:** | Matthew Nussbaum <mnussbaum@selendygay.com> |
| **Sent:** | Wednesday, August 21, 2024 3:34 PM |
| **To:** | Suri, Saniya (x2226); Andrew Dunlap; Philippe Selendy; Meredith Nelson; Elizabeth Snow; Hannah Miles; Wohlforth, E. Evans; Galli, Sabrina M.; Emma Ashe O'Toole; Kevin Cryan |
| **Cc:** | Mangi, Adeel A. (x2563); Sandick, Harry (x2723); LoBiondo, George (x2008); Long, Julia (x2878); _cg J&J-SaveOn; ~jgreenbaum@sillscummis.com; ~klieb@sillscummis.com |
| **Subject:** | RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW) |

**External: Think before you click.**

Good afternoon, Saniya,

SaveOn's position remains that neither Bartz nor Kramer should be added as custodians. J&J has not shown that these custodians are likely to possess relevant, non-duplicative documents and we maintain that reviewing and producing their documents is unduly burdensome and disproportionate. We were willing to consider a limited proposal to avoid a dispute, and we understood based on our meet-and-confer that you would were considering providing one. We now understand that J&J is unwilling to provide such a proposal.

Thank you,

Matt

**Matthew Nussbaum**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he, him, his
––––––––––––––––––––
+1 212.390.9062 [O]
+1 856.534.8606 [M]

**From:** Suri, Saniya (x2226) <ssuri@pbwt.com>
**Sent:** Tuesday, August 20, 2024 10:30 AM
**To:** Matthew Nussbaum <mnussbaum@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole <eashe@selendygay.com>; Kevin Cryan <kcryan@selendygay.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Dear Matt,

We disagree with your representations regarding the conferral. As you know, we asked SaveOnSP to add Mr. Bartz and Ms. Kramer as full custodians and explained our basis for doing so. *See also* July 19, 2024 Ltr. from S. Suri to M. Nelson. SaveOnSP, though, failed to provide any counterproposal to our request. *See* Aug. 16, 2024 Ltr. from S. Suri to M.

1

Nussbaum.  Should SaveOnSP wish to provide a counterproposal, we would be happy to consider it. But absent doing so, the parties remain at impasse.


Sincerely,
Saniya Suri


**Saniya Suri**
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2226

ssuri@pbwt.com

**From:** Matthew Nussbaum <mnussbaum@selendygay.com>
**Sent:** Monday, August 19, 2024 12:27 PM
**To:** Suri, Saniya (x2226) <ssuri@pbwt.com>; Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole <eashe@selendygay.com>; Kevin Cryan <kcryan@selendygay.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

**External: Think before you click.**

Saniya,

Thank you for your letter. We intend to respond in full this week.

We were surprised by your statement that "the parties are at impasse as to Mr. Bartz and Ms. Kramer." Aug. 16 Ltr. from S. Suri to M. Nussbaum at 2. You had asked SaveOn to add Bartz and Kramer as full custodians; when we asked why they should be added as full custodians with all search terms, you did not provide an explanation. In the interest of compromise, we stated that if you provided limited search terms—targeted to the topics for which you think Bartz and Kramer might possess relevant documents—we would be happy to consider those terms and provide hit counts. You indicated that you were willing to do so.

Before J&J files any motion to compel, we ask that you explain why you believe that Bartz and Kramer should be added as full custodians with all search terms run over their documents, including why a more limited set of search terms would not be acceptable.

Thank you,

Matt

**Matthew Nussbaum**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he, him, his

+1 212.390.9062 [O]
+1 856.534.8606 [M]

---

**From:** Suri, Saniya (x2226) <ssuri@pbwt.com>
**Sent:** Friday, August 16, 2024 10:29 AM
**To:** Matthew Nussbaum <mnussbaum@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole <eashe@selendygay.com>; Kevin Cryan <kcryan@selendygay.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Dear Counsel,

Please see the attached correspondence.

Sincerely,
Saniya Suri


**Saniya Suri**
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2226

**ssuri@pbwt.com**

**From:** Long, Julia (x2878) <jlong@pbwt.com>
**Sent:** Wednesday, August 14, 2024 6:43 PM
**To:** Matthew Nussbaum <mnussbaum@selendygay.com>; Suri, Saniya (x2226) <ssuri@pbwt.com>; Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole <eashe@selendygay.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Matt,

Thanks for your email.  Tomorrow at 4:00 p.m. works for us.

Best,

Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2878

jlong@pbwt.com

---

**From:** Matthew Nussbaum <mnussbaum@selendygay.com>
**Sent:** Wednesday, August 14, 2024 3:05 PM
**To:** Long, Julia (x2878) <jlong@pbwt.com>; Suri, Saniya (x2226) <ssuri@pbwt.com>; Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole <eashe@selendygay.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

External: Think before you click.

Julia,

We are available to meet and confer at 4 p.m. tomorrow. Please let us know if that works and we will circulate a dial-in.

Thank you,

Matt

**Matthew Nussbaum**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he, him, his
————————————————
+1 212.390.9062 [O]
+1 856.534.8606 [M]

---

**From:** Long, Julia (x2878) <jlong@pbwt.com>
**Sent:** Tuesday, August 13, 2024 6:08 PM
**To:** Matthew Nussbaum <mnussbaum@selendygay.com>; Suri, Saniya (x2226) <ssuri@pbwt.com>; Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>;

Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole
<eashe@selendygay.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George
(x2008) <globiondo@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com
<jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Matt,

Thanks for your email.  We disagree that it would be productive to discuss 31 custodians in a single
conferral.  Nonetheless, you now have our position in response to your requests that we add 26 custodians.

In an effort to avoid impasse and to plan sufficient time this week, please provide your availability for a conferral
Thursday or Friday.  To the extent that your colleague, Elizabeth, also would like to discuss our August 7 letter on
SaveOnSP's requested search term, we are happy to add that to our agenda as well.

Best,
Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2878

**jlong@pbwt.com**

---

**From:** Matthew Nussbaum <mnussbaum@selendygay.com>
**Sent:** Tuesday, August 13, 2024 8:36 AM
**To:** Long, Julia (x2878) <jlong@pbwt.com>; Suri, Saniya (x2226) <ssuri@pbwt.com>; Andrew Dunlap
<adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson
<mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>;
Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole
<eashe@selendygay.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George
(x2008) <globiondo@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com
<jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

**External: Think before you click.**

Good morning, Julia,
Thank you for your email. In the interest of efficiency, we propose that the meet-and-confer regarding J&J's
proposed addition of five custodians take place at the same time as the anticipated meet-and-confer regarding
SaveOn's July 19, 2024 proposed addition of 26 custodians.

You told us that J&J would provide its response on those custodians early this week. *See* Aug. 8, 2024 Email from J. Long to H. Miles. Once we have had the chance to review that response, we will propose availability for a meet-and-confer covering both sides' requests.

Thank you,

Matt

**Matthew Nussbaum**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he, him, his
_____

+1 212.390.9062 [O]
+1 856.534.8606 [M]

---

**From:** Long, Julia (x2878) <jlong@pbwt.com>
**Sent:** Monday, August 12, 2024 1:30 PM
**To:** Matthew Nussbaum <mnussbaum@selendygay.com>; Suri, Saniya (x2226) <ssuri@pbwt.com>; Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole <eashe@selendygay.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Counsel,

We are in receipt of your August 9, 2024 letter regarding our request that SaveOnSP add Jenna Quinn, Ingrid Vasquez, Brandon Bartz, Shannon Sommer, and Hailey Kramer as custodians, and would like to meet and confer. Are you available on Wednesday, August 14 after 2:00 p.m. or Thursday, August 15 between 12:00 p.m. and 3:00 p.m.?

Best,
Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2878

**jlong@pbwt.com**

---

**From:** Matthew Nussbaum <mnussbaum@selendygay.com>
**Sent:** Friday, August 9, 2024 4:41 PM
**To:** Suri, Saniya (x2226) <ssuri@pbwt.com>; Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole <eashe@selendygay.com>

**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

<mark>External: Think before you click.</mark>

Good afternoon, Saniya,

Please see the attached correspondence.

Thank you,

Matt

**Matthew Nussbaum**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he, him, his
————————————————————
+1 212.390.9062 [O]
+1 856.534.8606 [M]

---

**From:** Suri, Saniya (x2226) <ssuri@pbwt.com>
**Sent:** Friday, July 19, 2024 5:10 PM
**To:** Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole <eashe@selendygay.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Counsel,

Please see the attached correspondence.

Sincerely,
Saniya Suri

**Saniya Suri**
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2226

ssuri@pbwt.com

---

**From:** Emma Ashe O'Toole <eashe@selendygay.com>
**Sent:** Wednesday, July 3, 2024 11:27 AM
**To:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Suri, Saniya (x2226) <ssuri@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>
**Subject:** JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

---

External: Think before you click.

Counsel,

Please find attached a letter in the above-captioned matter.

Best,
Emma

**Emma Ashe O'Toole**
Associate [Email]
Selendy Gay PLLC [Web]
Pronouns: she, her, hers
––––––––––––––––
+1 212.390.9339 [O]
+1 646.417.3643 [M]

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

# MOTION TO COMPEL
# ADDITIONAL CUSTODIANS

# EXHIBITS 42-51

# FILED UNDER PERMANENT SEAL

# Exhibit 52

10:16    •ıll LTE 83

<  **DOWN WITH Express Scripts and Accredo!**
Sean Klinetobe · Dec 29, 2022 ·     •••

Anyone else gotten a call from someone at SAVEONSP? Apparently they're partnering with acreedo, and your insurance to more or less force you to get a manufacturer copay card, and if you don't have one or there isn't one available your specialty Med can now cost you as much as 30% of the price of the drug?

5 comments

 Like     Comment    Send

 2

Top comments ⌄

 **Ashley Brown**
I found this group because of this weird BS. It seems extremely fishy to me that they're forcing us to do this.

14w    **Like**    **Reply**

 **Amy Jay**

Write a comment...      GIF 

 Home     Friends     Watch     Marketplace     Notifications     Menu

10:19  •••• LTE  83

<  **DOWN WITH Express Scripts and Accredo!**
Rebecca Jones · Feb 15 ·   •••

 **Maureen Curry**
Michael Meyer yep
3w    Like    Reply

  Write a reply...

 **Ted Mighells**
You do have the option of declining enrollment. It's not mandatory. But the cost share of your medication is such that you don't want to opt out as you will max out the copay program. You're insurance is through an employer that is self funded. What that means is they pay the full cost of your medication minus your copay or coinsurance. So they guarantee that you will never pay anything as your employer who would be paying it any way pays it. I used to be the training supervisor for SOSP. I can answer your questions. Feel free to DM me as they monitor this group. I'm one of the few here that actually has experience with SOSP and accredo that isn't afraid to show my name lol. Also remember SOSP doesn't work for you they work to save your employer money. You're just stuck in the middle.

8w    Like    Reply                    6  

  Write a comment...            

                            
Home        Friends      Watch      Marketplace   Notifications    Menu

# Exhibit 53

**BOND** SCHOENECK
& KING

Avant Building - Suite 900 | 200 Delaware Avenue | Buffalo, NY 14202-2107 | **bsk.com**

**MARK A. MOLDENHAUER, ESQ.**
mmoldenhauer@bsk.com
P: 716-416-7036
F: 716-416-7336

May 26, 2023

Mr. Theodore Mighells
5768 Broadway Street, Apt. Right
Lancaster, NY 14086

Re:     *Notice to Cease and Desist*
        *SaveOnSP, LLC*
        *40 LaRiverie Drive*

Dear Mr. Mighells:

SaveOnSP, LLC is a benefit management company contracted by pharmacy benefit managers and employers to assist with the administration of their various prescription benefit plans.

It has been brought to our attention that post termination of your employment, September 23, 2022, you have on one or more occasions given advice and assistance to customers of SaveOnSP using information you obtained while employed by SaveOnSP, LLC.  This is in clear violation of the company's Data Privacy and Security policy, which you attested to having reviewed, requiring you to keep confidential all company data, policies, procedures and trade secrets during and after your employment.

In addition, you have on one or more occasions publicly disparaged the SaveOnSP name and the services it provides to its many customers.

Continuing to proceed in this manner may cause harm to the customer and SaveOnSP.  Further, disseminating protectible information belonging to SaveOnSP violates its property rights and is very clearly being done in an attempt to damage the company and its reputation.

By this letter, you are hereby directed to immediately cease and desist your unauthorized use and disclosure of any confidential and trade secret information obtained by you as a result of your former employment at SaveOnSP.  You are also directed to cease and desist holding yourself out as an agent of SaveOnSP or someone otherwise authorized to speak on behalf of SaveOnSP's policies and practices.

SaveOnSP reserves all rights with respect to your failure to comply with this cease and desist demand, including but not limited to seeking monetary damage and equitable relief for any past and continued damaging activity.  Please be advised that SaveOnSP will also seek injunctive relief and payment of all attorney fees.  Your liability and exposure under such legal action could be considerable.

Attorneys At Law | A Professional Limited Liability Company

Mr. Meghells
May 26, 2023
Page 2

In an effort to avoid potential legal action and to provide SaveOnSP assurances that you are no longer engaging in the improper activities described above, it is requested that you contact Jody Miller at 716-440-0192. **You are also to notify SaveOnSP immediately if you have shared company information or of any attempts by outside parties to obtain such information.**

In the meantime, SaveOnSP wishes to give you the opportunity to discontinue this damaging conduct by complying with this demand immediately. Thank you for your compliance in this important matter.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Mark A. Moldenhauer
Member

MAM/tsh

15982757.1 5/26/2023

# Exhibit 54



www.pbwt.com

May 24, 2024

Bonita L. Robinson
(212) 336-2554

**By Email**

Meredith Nelson, Esq.
Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104

Re:     **SaveOnSP's Responses & Objections to JJHCS's 12th Set of Requests
for Production,**
*Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC,*
<u>Case No. 2:22-cv-02632 (JKS) (CLW)</u>

Dear Meredith:

       We write to memorialize our conferral on May 20, 2024 regarding SaveOnSP's Responses & Objections to JJHCS's Twelfth Set of Requests for Production and further to our correspondence regarding the same. We also request, again, that SaveOnSP provide hit counts, individually and in the aggregate, for each of our proposed searches. *See* Apr. 12, 2024 Ltr. from I. Eppler to E. Snow.

       As you know, SaveOnSP asserted in its R&Os that it would not produce any documents at all in response to any of JJHCS's seven Requests. During the meet and confer, you stated that you have investigated or are in the process of investigating the matters underlying each of JJHCS's Requests; that SaveOnSP is amenable to producing a subset of the requested documents; and that you will make counterproposals to JJHCS shortly after the Memorial Day holiday. Below, we have summarized specific items we discussed as to each Request.

       **Request No. 116.** This Request seeks "[a]ll Documents or Communications regarding any actual or contemplated efforts to provide money, gift cards, or any other benefit to any person enrolled in a health or pharmacy benefit plan offered by a SaveOnSP Client, as an incentive to enroll in or use the SaveOnSP Program or any other service that SaveOnSP offers or provides." You stated that you are investigating this Request and noted that JJHCS's proposed search terms generate approximately 40,000 documents. You intend to make a counterproposal. You also noted that your investigation has not thus far uncovered evidence of discussions of incentives for member enrollment other than gift cards. Please confirm the results of your investigation.

---

Patterson Belknap Webb & Tyler LLP    1133 Avenue of the Americas, New York, NY 10036    T 212.336.2000    F 212.336.2222

15109325

Meredith Nelson, Esq.
May 24, 2024
Page 2

**Request No. 117.** This Request seeks "[a]ll Documents and Communications related to the 'talk track' regarding the 'Johnson & Johnson . . . lawsuit against SaveOnSP' described in SOSP_0815168, as well as all Documents and Communications related to any other 'talk track' regarding this Action." You confirmed that you understand the Request to cover documents and communications relating to drafts of the referenced "talk track," not merely final, circulated versions. You further stated that you have extensively investigated the subject of this Request and represented that, while you still have further investigation to do, at this time you do not believe that a "talk track" was actually drafted or circulated. Please confirm the final results of your investigation. You further stated JJHCS's proposed search terms for this Request only hit on one document. Please confirm that you will produce that document if it is responsive.

**Request No. 118.** This Request seeks "[d]ocuments sufficient to show SaveOnSP's document retention policies, including but not limited to all final versions of any document retention policy that SaveOnSP may have maintained during the Relevant Time Period." You stated that you have identified case law that you believe may be relevant this Request; we remain willing to consider such authority. You further agreed that there presently are some "issues" on SaveOnSP's end regarding, at a minimum, the retention of text messages. We also note that during the course of discovery, you have identified a number of issues related to SaveOnSP's retention of certain data. *See, e.g.*, Jan. 10, 2024 Ltr. from J. Long to E. Snow (deleted transaction data); Jan. 26, 2024 Ltr. from S. Arrow to E. Snow (deleted Chatter messages). You also acknowledged the Request is not burdensome, because such policies likely would be located in a centralized noncustodial source. Finally, you suggested that it is not necessary to employ search terms in connection with this Request. As we stated, we are willing to consider a counterproposal.

**Request Nos. 119–22.** We discussed certain issues applicable to Requests 119–22. We explained that these Requests were the product of our efforts to narrow prior Requests (Nos. 95 and 96) to comply with guidance from Special Master Wolfson, and you recognized that these Requests reflect such efforts. You further noted that our proposed search terms for these four requests hit on roughly 17,000 to 20,000 documents when run across all custodians. You suggested that, in connection with these Requests, search terms should be run only on a subset of custodians because the Requests seek documents and communications that likely would have been discussed among only a handful of individuals at a higher level of the company. We stated that we are open to considering a narrower custodian list, but that we would need to understand on what basis you have identified the relevant custodians.

We also discussed matters specific to certain of these four Requests.

As to **Request No. 120**, which seeks, "[f]or the period May 1, 2022 to the present, all Documents and Communications related to any actual or contemplated efforts to prevent employees from discussing patient harm associated with the SaveOnSP Program, or JJHCS's claims or allegations regarding SaveOnSP at issue in this Action, outside of SaveOnSP," you contended that the Request is similar to an interrogatory to which SaveOnSP has previously responded. You acknowledged that this Request differs from the interrogatory in question because

15109325

Meredith Nelson, Esq.
May 24, 2024
Page 3

the latter did not encompass "*contemplated* efforts," but noted that you were not aware of any such contemplated efforts. You intend to share a counterproposal to address this Request. We stated that we would be willing to consider a counterproposal, but that we would not agree to any counterproposal without understanding how you sought to identify "contemplated efforts" to prevent employees from discussing patient harm associated with the SaveOnSP Program, or JJHCS's claims or allegations regarding SaveOnSP at issue in this Action.

As to **Request No. 121**, which seeks, "[f]or the period May 1, 2022 to the present, all Documents and Communications concerning any contemplated or actual efforts to discipline, fire, sue, retaliate against, or take any other adverse action against Theodore Mighells or Paula Mighells, including but not limited to all draft or final versions of the 'two letters' sent to Mr. Mighells related to his confidentiality obligations," you agreed that the documents sought are relevant in light of remarks that you made to the Special Master on the subject. You stated that you have conducted extensive investigation with respect to the subject matter of this Request and intend to make a counterproposal. You also represented that this Request, in particular, involved decisions at a very high level of the company. We pointed out that custodians who were not at a high level (like Paula Mighells) would also be appropriate.

As to **Request No. 122**, which seeks "[f]or the period May 1, 2022 to the present, all Documents and Communications concerning any contemplated or actual efforts to enforce against any person (other than Theodore Mighells or Paula Mighells) any confidentiality or nondisclosure policy that SaveOnSP may have maintained," you stated that our proposed search terms were hitting on "many" documents and that you were not inclined to agree to those terms because SaveOnSP had already represented that it did not take actual enforcement action against persons other than Mr. Mighells and that you were not presently aware of any contemplated actions. You will identify whether particular search terms are responsible for generating many of the hits and intend to share a counterproposal. We emphasized, as with respect to Request No. 120, that we would be willing to consider a counterproposal but that we would not agree to any such proposal without an understanding of how you fully investigated the existence of any contemplated enforcement efforts. Moreover, to the extent SaveOnSP did contemplate such efforts, the relevant custodians may be broader than senior employees.

We look forward to receiving hit count information and your counterproposals.

Very truly yours,

*/s/ Bonita Robinson*
Bonita L. Robinson

# **Exhibit 55**

**Long, Julia (x2878)**

| | |
|---|---|
| **From:** | Kevin Cryan <kcryan@selendygay.com> |
| **Sent:** | Friday, August 9, 2024 4:33 PM |
| **To:** | Robinson, Bonita (x2554); Meredith Nelson; Philippe Selendy; Andrew Dunlap; Elizabeth Snow; Hannah Miles; Matthew Nussbaum; Taylor Stone; Wohlforth, E. Evans; Galli, Sabrina M. |
| **Cc:** | Mangi, Adeel A. (x2563); Sandick, Harry (x2723); LoBiondo, George (x2008); Long, Julia (x2878); ~jgreenbaum@sillscummis.com; ~klieb@sillscummis.com; _cg J&J-SaveOn |
| **Subject:** | RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW) - JJHCS's 12th Set of RFPs |
| **Attachments:** | 2024.08.09 Per-Custodian Hit Counts re J_J's RFP Nos. 119-121.pdf |

<mark>External: Think before you click.</mark>

Bonnie,

Please find attached the requested additional per-custodian hit counts.

As you know, Paula Mighells is not an existing custodian, so to provide the hit counts you have requested for her would require SaveOn to undertake the burden of collecting and processing her documents. Given the at best marginal relevance of J&J's request, we decline to do so.

Based on our investigation to date, the three executives we identified were the ones with substantive involvement with the decision to terminate Mighells. One additional executive may have communicated with Paula Mighells regarding her termination after SaveOn's CEO, Rob Saeli, retired, but we understand that this executive's involvement was limited. We believe that our previous offer to review and produce documents from the three top executives who were involved in the decision to update SaveOn's confidentiality policy and to terminate Mighells's employment—exactly what J&J's counsel told the Court it was seeking—is more than sufficient.

Best,
Kevin

**Kevin Cryan**
Law Clerk  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he/him/his
—————————————————————
+1 212.390.9373 [O]
+1 332.201.6763 [M]

---

**From:** Robinson, Bonita (x2554) <brobinson@pbwt.com>
**Sent:** Wednesday, August 7, 2024 11:04 PM
**To:** Kevin Cryan <kcryan@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com

<jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn
<JJSaveOn@pbwt.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW) - JJHCS's 12th Set of RFPs

Counsel,

We asked you to "provide a breakdown of search hits by custodian *for each of JJHCS' proposed search terms*, as well as for the narrowed term that SaveOnSP has proposed in connection with Request No. 121." *See* June 12, 2024 Ltr. from B. Robinson to M. Nelson at 2 (emphasis added).  You have not provided us with that breakdown, so that we are still unable to reasonably evaluate your proposal to limit your searches for each of these RFPs to just three custodians.  Please provide by Friday the hit count breakdown that we requested and that you agreed to share.

You also continue to ignore our request for hit counts relating to Paula Mighells and our explanation why Ms. Mighells is a necessary custodian at least as to RFP No. 121.  *See* June 25, 2024 Ltr. from B. Robinson to M. Nelson at 3; July 11, 2024 Ltr. from B. Robinson to M. Nelson at 2; July 24, 2024 Ltr. from B. Robinson to M. Nelson at 1.  Please provide hit counts by search term for Ms. Mighells, as well, and explain why she is not an appropriate custodian—particularly in light of your refusal to confirm that any communications from SaveOnSP to her regarding the subject matter of RFP No. 121 would have come from Jody Miller, Claudia Dunbar, or Robert Saeli.

Best,
Bonnie

**Bonita L. Robinson**
She | Her | Hers
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY  10036
T: 212.336.2554
brobinson@pbwt.com | www.pbwt.com

---

**From:** Kevin Cryan <kcryan@selendygay.com>
**Sent:** Monday, August 5, 2024 6:13 PM
**To:** Robinson, Bonita (x2554) <brobinson@pbwt.com>; Meredith Nelson <mnelson@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW) - JJHCS's 12th Set of RFPs

<mark>External: Think before you click.</mark>

Bonnie,

Please see the attached correspondence.

Best,
Kevin

**Kevin Cryan**
Law Clerk  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he/him/his

--------------------------------------

+1 212.390.9373 [O]
+1 332.201.6763 [M]

---

**From:** Robinson, Bonita (x2554) <brobinson@pbwt.com>
**Sent:** Friday, August 2, 2024 6:21 PM
**To:** Kevin Cryan <kcryan@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW) - JJHCS's 12th Set of RFPs

Thanks, Kevin.

---

**From:** Kevin Cryan <kcryan@selendygay.com>
**Sent:** Friday, August 2, 2024 6:20 PM
**To:** Robinson, Bonita (x2554) <brobinson@pbwt.com>; Meredith Nelson <mnelson@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** Re: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW) - JJHCS's 12th Set of RFPs


**External: Think before you click.**



Bonnie,

Thank you for following up. We anticipate sending these hit counts Monday. Our eDiscovery team encountered a tech issue that took longer than anticipated to resolve.

Best,
Kevin

**Kevin Cryan**
Law Clerk  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he/him/his

--------------------------------------

+1 212.390.9373  [O]
+1 332.201.6763  [M]

---

**From:** Robinson, Bonita (x2554) <brobinson@pbwt.com>
**Sent:** Friday, August 2, 2024 6:10 PM
**To:** Kevin Cryan <kcryan@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW) - JJHCS's 12th Set of RFPs

Kevin,

If you have received the per-custodian hit counts in connection with our 12th set of RFPs, which we asked for long ago and which you requested of your e-Discovery team last week, please send them to us as promised below. If you have not received them, please let us know when you anticipate you will provide them.

Best,
Bonnie

**Bonita L. Robinson**
She | Her | Hers
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY  10036
T: 212.336.2554
brobinson@pbwt.com | www.pbwt.com

---

**From:** Kevin Cryan <kcryan@selendygay.com>
**Sent:** Monday, July 29, 2024 5:17 PM
**To:** Robinson, Bonita (x2554) <brobinson@pbwt.com>; Meredith Nelson <mnelson@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW) - JJHCS's 12th Set of RFPs

External: Think before you click.

Bonnie,

We are in receipt of your letter. We sent your request for per-custodian hit counts to our e-Discovery team last week, but we have not received them yet. We will send those hit counts as soon as we have them and will respond to your letter at that time.

Thanks,
Kevin

**Kevin Cryan**
Law Clerk  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he/him/his

———————————————————

+1 212.390.9373 [O]
+1 332.201.6763 [M]

---

**From:** Robinson, Bonita (x2554) <brobinson@pbwt.com>
**Sent:** Wednesday, July 24, 2024 3:45 PM
**To:** Kevin Cryan <kcryan@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW) - JJHCS's 12th Set of RFPs

Meredith and Kevin,

Please see the attached letter.

Best,
Bonnie

**Bonita L. Robinson**
She | Her | Hers
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY 10036
T: 212.336.2554
brobinson@pbwt.com | www.pbwt.com

---

**From:** Kevin Cryan <kcryan@selendygay.com>
**Sent:** Friday, July 19, 2024 12:37 PM
**To:** Robinson, Bonita (x2554) <brobinson@pbwt.com>; Meredith Nelson <mnelson@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW) - JJHCS's 12th Set of RFPs

**External: Think before you click.**

Bonnie,

Please see the attached correspondence.

Best,
Kevin Cryan

**Kevin Cryan**
Law Clerk  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he/him/his
_____
+1 212.390.9373 [O]
+1 332.201.6763 [M]

---

**From:** Robinson, Bonita (x2554) <brobinson@pbwt.com>
**Sent:** Thursday, July 11, 2024 11:33 AM
**To:** Kevin Cryan <kcryan@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW) - JJHCS's 12th Set of RFPs

Counsel,

Please see the attached correspondence.

Best,
Bonnie

**Bonita L. Robinson**
She | Her | Hers
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY  10036
T: 212.336.2554
brobinson@pbwt.com | www.pbwt.com

---

**From:** Kevin Cryan <kcryan@selendygay.com>
**Sent:** Wednesday, July 3, 2024 9:36 AM
**To:** Robinson, Bonita (x2554) <brobinson@pbwt.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>

**Cc:** Meredith Nelson <mnelson@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

**External: Think before you click.**

Bonnie,

Please see the attached correspondence.

Best,
Kevin Cryan

**Kevin Cryan**
Law Clerk  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he/him/his

+1 212.390.9373 [O]
+1 332.201.6763 [M]

**From:** Robinson, Bonita (x2554) <brobinson@pbwt.com>
**Sent:** Monday, July 1, 2024 9:50 AM
**To:** Kevin Cryan <kcryan@selendygay.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Meredith Nelson <mnelson@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Kevin,

Please provide your response no later than July 3 to avoid further delaying resolution of SaveOnSP's responses and objections to JJHCS's requests.  We met and conferred about this set of RFPs six weeks ago.

Best,
Bonnie

**Bonita L. Robinson**
She | Her | Hers
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY  10036
T: 212.336.2554
brobinson@pbwt.com | www.pbwt.com

**From:** Kevin Cryan <kcryan@selendygay.com>
**Sent:** Friday, June 28, 2024 4:42 PM
**To:** Robinson, Bonita (x2554) <brobinson@pbwt.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Meredith Nelson <mnelson@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

**External: Think before you click.**

Bonnie,

We are in receipt of your June 25, 2024 letter and will respond in due course.

Best,
Kevin

**Kevin Cryan**
Law Clerk  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he/him/his
—————————————————
+1 212.390.9373  [O]
+1 332.201.6763  [M]

---

**From:** Robinson, Bonita (x2554) <brobinson@pbwt.com>
**Sent:** Tuesday, June 25, 2024 11:53 AM
**To:** Kevin Cryan <kcryan@selendygay.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Meredith Nelson <mnelson@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Kevin and Meredith,

Please see the attached letter.

Best,
Bonnie

**Bonita L. Robinson**
She | Her | Hers
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY 10036
T: 212.336.2554
brobinson@pbwt.com | www.pbwt.com

---

**From:** Kevin Cryan <kcryan@selendygay.com>
**Sent:** Friday, June 21, 2024 5:32 PM
**To:** Robinson, Bonita (x2554) <brobinson@pbwt.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Meredith Nelson <mnelson@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

<mark>External: Think before you click.</mark>

Bonnie,

Please see the attached correspondence.

Best,
Kevin Cryan

**Kevin Cryan**
Law Clerk  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he/him/his

+1 212.390.9373 [O]
+1 332.201.6763 [M]

---

**From:** Kevin Cryan
**Sent:** Friday, June 14, 2024 12:34 PM
**To:** Robinson, Bonita (x2554) <brobinson@pbwt.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Meredith Nelson <mnelson@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Bonnie,

We are in receipt of your June 12 letter and are continuing to investigate these issues and discuss with our client. For clarity, the parties are not at impasse on any of the issues described in your letter.

We intend to respond next week.

Thanks,
Kevin

**Kevin Cryan**
Law Clerk  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he/him/his
_____

+1 212.390.9373 [O]
+1 332.201.6763 [M]

---

**From:** Robinson, Bonita (x2554) <brobinson@pbwt.com>
**Sent:** Wednesday, June 12, 2024 5:32 PM
**To:** Kevin Cryan <kcryan@selendygay.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Meredith Nelson <mnelson@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Counsel,

Please see the attached letter.

Best,
Bonnie

**Bonita L. Robinson**
She | Her | Hers
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY 10036
T: 212.336.2554
brobinson@pbwt.com | www.pbwt.com

---

**From:** Kevin Cryan <kcryan@selendygay.com>
**Sent:** Friday, June 7, 2024 6:44 PM
**To:** Robinson, Bonita (x2554) <brobinson@pbwt.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Meredith Nelson <mnelson@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>;

Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)


**External: Think before you click.**


Counsel,

Please see the attached correspondence.

Best,
Kevin Cryan

**Kevin Cryan**
Law Clerk  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he/him/his

_____

+1 212.390.9373 [O]
+1 332.201.6763 [M]

---

**From:** Robinson, Bonita (x2554) <brobinson@pbwt.com>
**Sent:** Thursday, June 6, 2024 10:30 AM
**To:** Kevin Cryan <kcryan@selendygay.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Meredith Nelson <mnelson@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Esti Ness <eness@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Kevin,

Thanks for providing this hit report.  Please provide a deduplicated total (with and without families) for all of the terms by tomorrow, by when we also expect to receive your counterproposals regarding this set of requests for production.

Best,
Bonnie

---

**From:** Kevin Cryan <kcryan@selendygay.com>
**Sent:** Wednesday, June 5, 2024 3:08 PM
**To:** Robinson, Bonita (x2554) <brobinson@pbwt.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Meredith Nelson <mnelson@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap

<adunlap@selendygay.com>; Esti Ness <eness@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <Ewohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)


**External: Think before you click.**



Bonnie,

Please find attached the requested hit counts for J&J's proposed search terms, which accompanied the 12th RFPs.

Best,
Kevin

**Kevin Cryan**
Law Clerk  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he/him/his

_____

+1 212.390.9373  [O]
+1 332.201.6763  [M]

---

**From:** Robinson, Bonita (x2554) <brobinson@pbwt.com>
**Sent:** Tuesday, June 4, 2024 11:08 AM
**To:** Meredith Nelson <mnelson@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <EWohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)


Meredith,

During our conferral on May 20, you referred to hit counts you had run for the search terms we identified.  At a minimum, please provide the hit counts for those search terms today.

Best,
Bonnie

**Bonita L. Robinson**
She | Her | Hers
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY  10036
T: 212.336.2554
brobinson@pbwt.com | www.pbwt.com

**From:** Meredith Nelson <mnelson@selendygay.com>
**Sent:** Friday, May 31, 2024 12:15 PM
**To:** Robinson, Bonita (x2554) <brobinson@pbwt.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <EWohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)


<mark>External: Think before you click.</mark>



Bonnie,

We expect to provide our proposal next week.

Thanks,
Meredith

**Meredith Nelson**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: she, her, hers
_____
+1 212.390.9069 [O]
+1 918.200.3148 [M]

---

**From:** Robinson, Bonita (x2554) <brobinson@pbwt.com>
**Sent:** Friday, May 31, 2024 10:45 AM
**To:** Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Taylor Stone <tstone@selendygay.com>; Wohlforth, E. Evans <EWohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Meredith,

Based on our discussion on Monday, May 20, we were expecting counterproposals and additional information from SaveOnSP regarding JJHCS's twelfth set of requests for production earlier this week.  Please send them today.

Best,
Bonnie

**Bonita L. Robinson**
She | Her | Hers
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY  10036
T: 212.336.2554
brobinson@pbwt.com | www.pbwt.com

---

**From:** Robinson, Bonita (x2554)
**Sent:** Friday, May 24, 2024 4:00 PM
**To:** 'Philippe Selendy' <pselendy@selendygay.com>; 'Andrew Dunlap' <adunlap@selendygay.com>; 'Meredith Nelson' <mnelson@selendygay.com>; 'Elizabeth Snow' <esnow@selendygay.com>; 'Hannah Miles' <hmiles@selendygay.com>; 'Matthew Nussbaum' <mnussbaum@selendygay.com>; 'Taylor Stone' <tstone@selendygay.com>; 'Wohlforth, E. Evans' <EWohlforth@rc.com>; 'Galli, Sabrina M.' <SGalli@rc.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Counsel,

Please see the attached correspondence.

Best,
Bonnie

**Bonita L. Robinson**
She | Her | Hers
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY  10036
T: 212.336.2554
brobinson@pbwt.com | www.pbwt.com

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise

immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

# **Exhibit 56**



www.pbwt.com

August 22, 2024

Bonita L. Robinson
(212) 336-2554

**By Email**

Meredith Nelson, Esq.
Selendy Gay PLLC
1290 Avenue of the Americas
New York, NY 10104

Re:    **Addition of Paula Mighells as a Custodian**
*Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC,*
<u>Case No. 2:22-cv-02632 (JKS) (CLW)</u>

Dear Meredith:

         We write to request that SaveOnSP add Paula Mighells as a full custodian.

         Ms. Mighells was a long-tenured SaveOnSP employee, working for the company from at least 2019 to at least mid-2023 as both a member services representative and a quality assurance auditor. In those roles, Ms. Mighells regularly ███████████████████████████████ . Ms. Mighells also had significant responsibility for training other SaveOnSP personnel and for auditing SaveOnSP representatives' communications with members and manufacturers and identifying and addressing perceived problems with those communications. As such, her custodial documents are highly likely to contain documents and information that are responsive to JJHCS's existing discovery requests and that concern a number of subjects relevant to this litigation.[1]

         For example, SaveOnSP's productions to date demonstrate that throughout her tenure at SaveOnSP Ms. Mighells routinely encountered and recognized the harm caused to members by SaveOnSP's and its partners' conduct. *See, e.g.*, SOSP_0683762 (████████████████████████████ ); SOSP_1405368 ██████████████ ); SOSP_0716137 (████████ "); *see also* SOSP_2117807 (█

---

[1] Given her roles at SaveOnSP, Ms. Mighells's custodial documents are likely to contain documents and information responsive to at least JJHCS's Request Nos. 5, 6, 7, 8, 10, 13, 23, 24, 28, 30, 33, 34, 53, 54, 77, 78, 79, 80, 93, 99, 119, 120, 121, 131, and 132.

Meredith Nelson, Esq.
August 22, 2024
Page 2

████████████████████████████████████████████████████████████

████████████████████████████████████████ ).  Documents and communications on this subject are central to JJHCS's GBL claim and clearly responsive to JJHCS's existing discovery requests.  *See, e.g.*, Request Nos. 7, 8, 28, 30, 33, 34, 73, 77, 78, 93.

SaveOnSP's productions also show that Ms. Mighells regularly trained SaveOnSP personnel, as confirmed by dozens of recordings of team "Huddles" led by Ms. Mighells that SaveOnSP recently has produced.  Ms. Mighells' instruction covered a wide variety of subjects, such as ████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████  Moreover,

as one of SaveOnSP's most senior quality assurance auditors, Ms. Mighells ████████

████████████████████████████████████████████████████████████

Documents and communications on these subjects plainly are relevant to this case, as they shed light on (among other things) SaveOnSP's deception of both members and manufacturers and SaveOnSP's efforts to evade detection by manufacturers like JJHCS, and responsive to multiple JJHCS discovery requests.  *See, e.g.*, Request Nos. 5, 6, 7, 8, 23, 28, 30, 34, 53, 54, 73, 77, 78, 79, 131, 132.

Finally, as we have previously discussed in the context of JJHCS's Twelfth Set of Request for Production, *see* June 25, 2024 Ltr. from B. Robinson to M. Nelson at 3; July 11, 2024 Ltr. from B. Robinson to M. Nelson at 2-3, Ms. Mighells is the obvious and most appropriate custodian for JJHCS's RFP No. 121, which seeks documents and communications regarding efforts by SaveOnSP to take adverse action against her.  Ms. Mighells should be added as a custodian for this reason, as well.

Please confirm whether you will add Ms. Mighells as a custodian by Tuesday, August 27, 2024.  To the extent you will not agree to add her as a custodian, please provide your availability any day next week to meet and confer.

Very truly yours,

*/s/ Bonita Robinson*
Bonita L. Robinson

# Exhibit 57

Selendy Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212.390.9000

Selendy|Gay

Matthew Nussbaum
Associate
212.390.9062
mnussbaum@selendygay.com

September 18, 2024

**Via E-mail**

Bonita L. Robinson
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
brobinson@pbwt.com

**Re:** ***Johnson & Johnson Health Care Systems Inc. v. Save On SP,
LLC* (Case No. 2:22-cv-02632-JKS-CLW)**

Dear Bonita,

We write in response to your August 22, 2024 letter requesting SaveOn add
Paula Mighells as a full custodian. For the reasons explained below, we decline to
do so.

*First*, you claim that Mighells's roles as a member services representative
("MSR") and "quality assurance auditor" justify adding her as an additional custo-
dian because, in those roles, she interacted with plan members, including by re-
solving their issues and complaints, and trained other SaveOn employees. SaveOn
has already produced extensive discovery on both its interactions with plan mem-
bers and its training materials. At least ten other custodians held positions in which
they interacted with plan members and trained other SaveOn employees on com-
munications with plan members, including:

- **Brianna Reed**. Reed joined SaveOn as a Patient Services Representa-
  tive ("PSR"), a role in which she worked directly with patients. *See*
  SOSP_0302534. Reed then became a Patient Support Center Supervi-
  sor, where she continued to resolve patient-facing issues, *see, e.g.*,
  SOSP_0686494, a Member Services Supervisor, where she worked
  alongside Nicole Haas on training materials, *see, e.g.*, SOSP_0704569,
  and a Member Services Senior Supervisor, where she continued to man-
  age patient-facing employees, *see, e.g.*, SOSP_0735601. Reed also
  worked in Quality Assurance—and even evaluated Paula Mighells's pa-
  tient-facing calls (before Mighells transitioned to work in Quality

Assurance herself). *See, e.g.*, SOSP_0335100. J&J requested Reed as a custodian because of her roles as Member Services Senior Supervisor, Quality Assurance Auditor, and Member Services Team Lead. *See* Feb. 17, 2023 Ltr. at 1.

- **Sarah Segerson**. Segerson joined SaveOn as a PSR, where she worked alongside Paula Mighells. *See* SOSP_0386810 (PSR messages including both Mighells and Segerson on the thread). Segerson then moved to Quality Assurance, *see, e.g.*, SOSP_0389583, then worked as a Quality Assurance Supervisor—making her Paula Mighells's direct supervisor within that department. *See, e.g.*, SOSP_0706363. The pair worked together to address patient issues. *See, e.g.*, SOSP_1214196. J&J requested Segerson as a custodian because of her role as a Quality Assurance Auditing Supervisor. *See* Feb. 17, 2023 Ltr. at 1.

- **Nicole Haas**. Haas joined SaveOn in 2020 as a PSR. *See* SOSP_0266806. By 2021, Haas was a PSR Supervisor, *see* SOSP_0413349, then a Member Services Senior Supervisor, *see* SOSP_0735374. In 2022 Haas became an Enrollment Manager. *See* SOSP_0608889. As a supervisor and Enrollment Manager, Haas supervised employees who worked directly with patients. *See, e.g.*, SOSP_2276962. J&J requested Haas as a custodian in February 2023 because of her position as an Enrollment Manager. *See* Feb. 17, 2023 Ltr. from H. Sandick to M. Nelson at 1.

- **Laura McClung**. In 2021, McClung was the Member Services Director for SaveOn's Denver office. *See* SOSP_0720832. In that role, McClung managed MSRs and their supervisors, who worked directly with patients. *See, e.g.*, SOSP_1138282. J&J requested McClung as a custodian in February 2023 because of her position as a Member Services Director. *See* Feb. 17, 2023 Ltr. at 1.

- **Ted Mighells.** Mighells joined SaveOn as a PSR, where he interfaced directly with patients. *See, e.g.*, SOSP_0940961. Mighells then became a Patient Support Coach/Trainer, *see, e.g.,* SOSP_0842731; SOSP_0680080, and finally a Member Services Training Supervisor, where he created training materials, *see, e.g.*, SOSP_0943830; SOSP_0569262, and led larger-scale trainings for SaveOn's patient-facing employees, s*ee, e.g.*, SOSP_0601906. J&J requested Mighells as a custodian because of his roles as a Member Services Supervisor and Member Services Training Supervisor. *See* Feb. 17, 2023 Ltr. at 1.[1]

---

[1] In addition to these five custodians, current custodians Ayesha Zulqarnain, Andrea Waker, Danielle Wagner, Jennifer Menz, and Dave Chelus also held positions in which they communicated with plan participants and/or trained other SaveOn employees regarding those communications.

SaveOn has also produced voluminous non-custodial discovery on these issues. SaveOn has produced hundreds of thousands of Salesforce records detailing its interactions with patients on Janssen drugs, *see, e.g.*, SOSP_0446832, SOSP_0446833, SOSP_1230402, SOSP_1320403, SOSP_0132404, and has agreed in principle to produce call recordings requested by J&J corresponding to those records, *see* Aug. 2, 2024 Letter from M. Nelson to J. Chefitz. SaveOn has also produced non-custodial materials related to its training efforts, including responsive Huddle recordings and hundreds of MSR grading checklists, *see, e.g.* SOSP_0296650, SOSP_0297354, SOSP_0297327.

Given the extensive discovery that SaveOn has already provided regarding its plan member communications and SaveOn employee trainings, adding Mighells as an additional custodian would be duplicative and unduly burdensome. If J&J has reason to believe that Mighells possesses responsive, non-duplicative documents related to these topics, please provide us with the basis for that belief.

*Second*, you state that Mighells is "the obvious and most appropriate custodian for" J&J's RFP No. 121. As you know, this request has been the subject of extensive, separate correspondence. *See, e.g.*, June 21, 2024 Ltr. from M. Nelson to B. Robinson; July 19, 2024 Ltr. from M. Nelson to B. Robinson; August 5, 2024 Ltr. from M. Nelson to B. Robinson; August 30, 2024 Letter from M. Nelson to B. Robinson. SaveOn has made a proposal to produce documents responsive to J&J's RFP No. 121 that is more than sufficient to provide the information J&J told the Court it was seeking. *See* August 30, 2024 Letter from M. Nelson to B. Robinson. As we have previously stated, given the at most marginal relevance of the documents sought by this Request, SaveOn does not believe that the burden of collecting and processing documents from new, additional custodians is appropriate.

We are available to meet and confer.

Sincerely,

/s/ Matthew Nussbaum

Matthew Nussbaum
Associate

3

# Exhibit 58

**Long, Julia (x2878)**

---

| | |
|---|---|
| **From:** | Amanda Miner <aminer@selendygay.com> |
| **Sent:** | Wednesday, July 3, 2024 12:02 PM |
| **To:** | Long, Julia (x2878); Mangi, Adeel A. (x2563); Sandick, Harry (x2723); LoBiondo, George (x2008); Arrow, Sara (x2031); ~jgreenbaum@sillscummis.com; ~klieb@sillscummis.com; _cg J&J-SaveOn |
| **Cc:** | Andrew Dunlap; Philippe Selendy; Elizabeth Snow; Matthew Nussbaum; Hannah Miles; Wohlforth, E. Evans; Galli, Sabrina M.; kkatchen@rc.com; Meredith Nelson |
| **Subject:** | RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW) |

**External: Think before you click.**

Julia,

We write to follow up on Monday's meet-and-confer regarding the search terms for Johnson & Leger.

While SaveOn continues to take issue with your proposals for the remaining terms at issue for the reasons discussed on the call, in the interest of coming to a global agreement, SaveOn will run your search term proposals for Terms 1, 4, 5, 14 & 17.

Best,
Amanda

**Amanda Miner**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: she, her, hers
---------------------------------
+1 212.390.9313 [O]
+1 617.378.8462 [M]

---

**From:** Amanda Miner
**Sent:** Monday, July 1, 2024 1:28 PM
**To:** Long, Julia (x2878) <jlong@pbwt.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <EWohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>; kkatchen@rc.com; Meredith Nelson <mnelson@selendygay.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Julia,

Please find below deduplicated hit counts for J&J's proposed Terms 5, 14 & 17.

- **Term 5:**  (counter* OR strateg* OR "course correct" OR "bypass" OR respon* OR solution OR solv*) w/15 (manufacturer OR mfgr* OR Biogen OR Abbvie OR Amgen OR Vertex OR Exelixis OR Takeda OR Sanofi)
  - Documents with Hits: 410
  - Documents with Hits + Families: 1,950
  - <u>Additional Documents To Review</u>: <mark>1,842</mark>

- **Term 14:**  (call* OR contract* OR speak OR spoke OR talk* OR phone* OR chat* OR (obtain* w/2 info*)) w/10 (J&J OR JNJ OR Janssen OR Jannsen OR Jannssen OR JJHCS OR JHCS OR JHS OR HCS OR CPA OR "copay assistance" OR "co-pay assistance" OR CarePath OR "JCP") AND ("lie" OR lied OR liar* OR lying OR "fib" OR misrepresent* OR fake* OR fals* OR "made-up" OR mock OR dummy)
  - Documents with Hits: 243
  - Documents with Hits + Families: 4,562
  - <u>Additional Documents To Review</u>: <mark>4,545</mark>

- **Term 17:**  (manufacturer OR mfgr*) w/15 (maximizer* OR accumulator* OR SaveOn OR SaveOnSP OR SOSP OR "Save On") w/30 (reduce* OR modif* OR chang*)
  - Documents with Hits: 389
  - Documents with Hits + Families: 668
  - <u>Additional Documents To Review</u>: <mark>595</mark>

We look forward to discussing this afternoon.

Best,
Amanda

**Amanda Miner**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: she, her, hers
------------------------------
+1 212.390.9313 [O]
+1 617.378.8462 [M]

---

**From:** Meredith Nelson <mnelson@selendygay.com>
**Sent:** Friday, June 28, 2024 4:56 PM
**To:** Long, Julia (x2878) <jlong@pbwt.com>; Amanda Miner <aminer@selendygay.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <EWohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>; kkatchen@rc.com
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Thanks, Julia. We will send you the hit reports as soon as we receive them, but that may not be until Monday.

**Meredith Nelson**
Associate  [Email]
Selendy Gay PLLC  [Web]

2

Pronouns: she, her, hers

+1 212.390.9069 [O]
+1 918.200.3148 [M]

**From:** Long, Julia (x2878) <jlong@pbwt.com>
**Sent:** Friday, June 28, 2024 4:45 PM
**To:** Meredith Nelson <mnelson@selendygay.com>; Amanda Miner <aminer@selendygay.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <EWohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>; kkatchen@rc.com
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Meredith,

Thank you.  I circulated a calendar invitation for our conferral on Monday.  We look forward to receiving the requested hit reports today to aid in our discussion.

Best,
Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2878

**jlong@pbwt.com**

**From:** Meredith Nelson <mnelson@selendygay.com>
**Sent:** Friday, June 28, 2024 4:37 PM
**To:** Long, Julia (x2878) <jlong@pbwt.com>; Amanda Miner <aminer@selendygay.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <EWohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>; kkatchen@rc.com
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

**External: Think before you click.**

3

Julia,

We are available at 3pm on Monday.

Thanks,
Meredith

**Meredith Nelson**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: she, her, hers
_____

+1 212.390.9069 [O]
+1 918.200.3148 [M]

**From:** Long, Julia (x2878) <jlong@pbwt.com>
**Sent:** Friday, June 28, 2024 4:34 PM
**To:** Meredith Nelson <mnelson@selendygay.com>; Amanda Miner <aminer@selendygay.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <EWohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>; kkatchen@rc.com
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Meredith,

I'm following up to ask this for a third time.  Is your team willing to meet and confer this Monday, July 1 between 2:00 p.m. and 4:30 p.m.?  I note that we also asked for a conferral on June 24 but did not hear back until after our proposed time passed.

Best,
Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2878

**jlong@pbwt.com**

**From:** Long, Julia (x2878) <jlong@pbwt.com>
**Sent:** Thursday, June 27, 2024 2:52 PM
**To:** Meredith Nelson <mnelson@selendygay.com>; Amanda Miner <aminer@selendygay.com>; Mangi, Adeel A. (x2563)

<aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <EWohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>; kkatchen@rc.com
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Meredith,

Following up on the below, please advise whether your team is available to confer as to the Johnson and Leger search terms on Monday, July 1 between 2:00 p.m. and 4:30 p.m.

Best,
Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2878

**jlong@pbwt.com**

---

**From:** Long, Julia (x2878) <jlong@pbwt.com>
**Sent:** Tuesday, June 25, 2024 11:59 AM
**To:** Meredith Nelson <mnelson@selendygay.com>; Amanda Miner <aminer@selendygay.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <EWohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>; kkatchen@rc.com
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Meredith,

Thank you for your email. On the remaining Falsioni search term, in light of your June 21, 2024 representation that SaveOnSP's proposed search term captures 1,677 additional documents, JJHCS agrees to the term below. By June 28, please confirm when JJHCS can expect to receive SaveOnSP's forthcoming production.

- (PHI OR BAA OR "business associate agreement" OR joinder OR "service agreement" OR contract OR amendment) w/20 (question* OR concern* OR hesitat* OR explain* OR guidance OR discuss* OR deal* OR partner* OR negotiat* OR sell OR sale* OR sold OR pitch* OR complain* OR satisf* OR challeng*OR problem* OR confus* OR troubl* OR comfor*)

As to the Johnson and Leger search terms, JJHCS does not agree to narrow its May 31 proposals as to Terms 1 and 4. On Terms 5, 14, and 17, by Friday, June 28, 2024, please provide deduplicated hit counts (with and without family) as to the following terms.

- **Term 5:** (counter* OR strateg* OR "course correct" OR "bypass" OR respon* OR solution OR solv*) w/15 (manufacturer OR mfgr* OR Biogen OR Abbvie OR Amgen OR Vertex OR Exelixis OR Takeda OR Sanofi)

- **Term 14:** (call* OR contract* OR speak OR spoke OR talk* OR phone* OR chat* OR (obtain* w/2 info*)) w/10 (J&J OR JNJ OR Janssen OR Jannssen OR JJHCS OR JHCS OR JHS OR HCS OR CPA OR "copay assistance" OR "co-pay assistance" OR CarePath OR "JCP") AND ("lie" OR lied OR liar* OR lying OR "fib" OR misrepresent* OR fake* OR fals* OR "made-up" OR mock OR dummy)

- **Term 17:** (manufacturer OR mfgr*) w/15 (maximizer* OR accumulator* OR SaveOn OR SaveOnSP OR SOSP OR "Save On") w/30 (reduce* OR modif* OR chang*)

JJHCS is available to confer as to the Johnson and Leger search terms on Monday, July 1 after 2:00 p.m. Please provide your availability during that window.

Best,
Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2878

jlong@pbwt.com

---

**From:** Meredith Nelson <mnelson@selendygay.com>
**Sent:** Monday, June 24, 2024 8:03 PM
**To:** Long, Julia (x2878) <jlong@pbwt.com>; Amanda Miner <aminer@selendygay.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <EWohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>; kkatchen@rc.com
**Subject:** Re: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

**External: Think before you click.**

Julia,

6

SaveOn provided you with our proposals on the outstanding Falsioni search term and on the Johnson and Leger search terms on Friday and Sunday, respectively. If you believe it would be helpful to discuss those proposals, we are available to meet and confer.

Regards,
Meredith

**From:** Long, Julia (x2878) <jlong@pbwt.com>
**Sent:** Thursday, June 20, 2024 09:39
**To:** Amanda Miner <aminer@selendygay.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <EWohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>; kkatchen@rc.com <kkatchen@rc.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Counsel,

SaveOnSP has had JJHCS's proposal as to the Johnson and Leger search terms since May 31.  Last week, you stated that we should expect SaveOnSP's counterproposal on the five remaining Johnson and Leger search terms "as early as possible [this] week."  It is now Thursday, and we still have not received your counterproposal.  Please provide it without further delay.  Consistent with our prior correspondence, with any proposal, please provide deduplicated hit counts (with and without families).

SaveOnSP also promised a counterproposal on the outstanding Falsioni search term "soon."  When can we expect to receive that proposal?

JJHCS is available to confer on both topics on June 24 between 10:00 a.m. and 1:30 p.m. or after 3:30 p.m.  Please let us know if there's a time during either window that works for your team.

Best,
Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2878

**jlong@pbwt.com**

**From:** Amanda Miner <aminer@selendygay.com>
**Sent:** Friday, June 14, 2024 6:12 PM
**To:** Long, Julia (x2878) <jlong@pbwt.com>; Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>;

_cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <EWohlforth@rc.com>; Galli, Sabrina M. <SGalli@rc.com>; kkatchen@rc.com
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)


<mark>External: Think before you click.</mark>


Julia,

SaveOn agrees to run J&J's proposed Terms 3, 6, 9, and 12 for Leger and Johnson for the agreed upon time period, in addition to the six terms that SaveOn already agreed to run in its reply to the motion to compel.

We are preparing counterproposals for Terms 1, 4, 5, 14, and 17 and intend to send those to you as early as possible next week.

Best,
Amanda


**Amanda Miner**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: she, her, hers
————————————————
+1 212.390.9313  [O]
+1 617.378.8462  [M]

**From:** Long, Julia (x2878) <jlong@pbwt.com>
**Sent:** Thursday, June 13, 2024 11:27 AM
**To:** Matthew Nussbaum <mnussbaum@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; ewohlforth@rc.com; sgalli@rc.com; kkatchen@rc.com
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Matt,

Thank you again for your emails from June 4 and June 6 with the requested hit counts for JJHCS's narrowed search terms as to Jessica Johnson and Kelsey Leger and your email of June 7 confirming that SaveOnSP will "collect" Ms. Johnson's and Ms. Leger's non-SaveOnSP email addresses used for SaveOn-related communications and "search them using the same terms used to search Leger's and Johnson's SaveOn accounts."

During our June 10 conferral, you stated that the parties had reached agreement on the following terms (numbered using the same sequence as your June 4 hit report):

    Term 2:  ((two OR 2) w/2 card) AND (solution OR Stelara OR Tremfya)

    Term 7:  (detect* OR evade* OR avoid* OR hide OR conceal*) w/15 manufacturer*

    Term 8:  (detect* OR evade* OR hide OR conceal*) AND (co-insurance OR coinsurance OR variable)

    Term 10:  (FirstView OR "First View") AND (credit w/2 card)

    Term 11:  (FirstView OR "First View") w/10 card

    Term 13:  manufacturer* w/10 (maximizer* OR accumulator*)

You also acknowledged that SaveOnSP was not planning to request further narrowing to the following terms, but needed to revert on whether the parties had reached agreement.  Please do so by tomorrow, June 14.

    Term 3:  (avoid* OR conceal*) w/50 (co-insurance OR variable OR copay OR "co-pay")

    Term 6:  (detect* OR evade* OR avoid* OR hide OR conceal*) w/25 (manufacturer OR mfgr* OR Biogen OR Abbvie OR Amgen OR Vertex OR Exelixis OR Takeda OR Sanofi)

    Term 9:  (dummy OR fake OR false* OR mock OR lie* OR lying OR truth) w/25 enroll*

    Term 12:  (lie* OR liar* OR lying OR fib* OR misrepresent* OR fake* OR fals* OR "made-up" OR mock OR dummy) w/20 (J&J OR JnJ OR Janssen OR Jannsen OR Jannssen OR JJHCS OR JHCS OR JHS OR HCS OR CPA OR "copay assistance" OR "co-pay assistance" OR "CarePath" OR "JCP")

Finally, during our conferral, you indicated that SaveOnSP was unwilling to run the following search terms as narrowed by JJHCS's most recent proposal, but wanted to take our discussion back to your team before confirming SaveOnSP's position and/or making a counterproposal.  Please provide SaveOnSP's position as to these terms by tomorrow, June 14.

    Term 1:  (("don't" OR "not" OR allowed OR never OR permit OR "can't" OR cannot) w/5 (mention OR disclose OR say OR inform* OR divulge)) w/10 (SaveOn OR SaveOnSP OR SOSP OR "Save On" OR manufacturer* OR mfgr*)

    Term 4:  (Biogen OR Abbvie OR Amgen OR Vertex OR Exelixis OR Takeda OR Sanofi) w/15 (reduce* OR modif* OR change*))

    Term 5:  (counter* OR strateg* OR "course correct" OR "bypass" OR respon* OR solution OR solv*) w/20 (manufacturer OR mfgr* OR Biogen OR Abbvie OR Amgen OR Vertex OR Exelixis OR Takeda OR Sanofi)

    Term 14:  (call* OR contract* OR speak OR spoke OR talk* OR phone* OR chat* OR (obtain* w/2 info*)) w/10 (J&J OR JNJ OR Janssen OR Jannsen OR Jannssen OR JJHCS OR JHCS OR JHS OR HCS OR CPA OR "copay assistance" OR "co-pay assistance" OR CarePath OR "JCP") AND (lie* OR liar* OR lying OR fib* OR misrepresent* OR fake* OR fals* OR "made-up" OR mock OR dummy)

    Term 17:  (manufacturer OR mfgr*) w/15 (maximizer* OR accumulator* OR SaveOn OR SaveOnSP OR SOSP OR "Save On") AND (reduce* OR modif* OR chang*)

As discussed during our conferral and consistent with JJHCS's reply brief, we intend to provide Judge Wolfson with a status update on Monday, June 17.

Best,
Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2878

jlong@pbwt.com

**From:** Matthew Nussbaum <mnussbaum@selendygay.com>
**Sent:** Friday, June 7, 2024 5:12 PM
**To:** Long, Julia (x2878) <jlong@pbwt.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; ewohlforth@rc.com; sgalli@rc.com; kkatchen@rc.com
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)


<mark>External: Think before you click.</mark>


Julia,

SaveOn has determined that Kelsey Leger and Jessica Johnson each had a single non-SaveOn email address which may have been used for SaveOn-related communications. SaveOn will collect those accounts and search them using the same terms used to search Leger's and Johnson's SaveOn accounts.

Thank you,

Matt

**Matthew Nussbaum**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he, him, his
_____
+1 212.390.9062 [O]
+1 856.534.8606 [M]

**From:** Matthew Nussbaum <mnussbaum@selendygay.com>
**Sent:** Thursday, June 6, 2024 7:27 PM
**To:** Long, Julia (x2878) <jlong@pbwt.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; ewohlforth@rc.com; sgalli@rc.com; kkatchen@rc.com
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** Re: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Julia,

You requested that SaveOn "conduct a reasonable investigation into whether [Leger and Johnson] have used personal email addresses to conduct SaveOnSP business and if so, to confirm that they will run the same terms over those email addresses by June 6, 2024."

SaveOn is still investigating and intends to provide the results of its investigation promptly.

Thank you,

Matt

**Matthew Nussbaum**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he, him, his

---

+1 212.390.9062  [O]
+1 856.534.8606  [M]

---

**From:** Long, Julia (x2878) <jlong@pbwt.com>
**Sent:** Thursday, June 6, 2024 11:18:43 AM
**To:** Matthew Nussbaum <mnussbaum@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; ewohlforth@rc.com <ewohlforth@rc.com>; sgalli@rc.com <sgalli@rc.com>; kkatchen@rc.com <kkatchen@rc.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Matt,

Thank you for the deduplicated hit count below.  I will circulate a calendar invitation for Monday at 3:00 p.m. momentarily.

Best,
Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2878

**jlong@pbwt.com**

---

**From:** Matthew Nussbaum <mnussbaum@selendygay.com>
**Sent:** Thursday, June 6, 2024 11:15 AM
**To:** Long, Julia (x2878) <jlong@pbwt.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow

<esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; ewohlforth@rc.com; sgalli@rc.com; kkatchen@rc.com
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

External: Think before you click.

Julia,

Deduplicated totals for J&J's narrowed request are in the chart below.

| Total Hits | Total with Families | Total Additional Documents for SaveOn to Review |
|------------|---------------------|-------------------------------------------------|
| 2,806      | 14,615              | 14,031                                          |

We are available to meet and confer on Monday, June 10 at 3 p.m.

Thank you,

Matt

**Matthew Nussbaum**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he, him, his

+1 212.390.9062 [O]
+1 856.534.8606 [M]

**From:** Long, Julia (x2878) <jlong@pbwt.com>
**Sent:** Wednesday, June 5, 2024 9:27 AM
**To:** Matthew Nussbaum <mnussbaum@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; ewohlforth@rc.com; sgalli@rc.com; kkatchen@rc.com
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Matt:

Thanks for providing these hit reports.  SaveOnSP's Appendix to its opposition brief included a total number of documents at issue.  Please provide a deduplicated total as to JJHCS's narrowed request (with and without families) this week.

As to a meet and confer, JJHCS is available on Monday, June 10 between 3:00 p.m. and 5:00 p.m.  Please advise whether a time during that window works for SaveOnSP.

Best,
Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2878

jlong@pbwt.com

---

**From:** Matthew Nussbaum <mnussbaum@selendygay.com>
**Sent:** Tuesday, June 4, 2024 9:20 PM
**To:** Long, Julia (x2878) <jlong@pbwt.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; ewohlforth@rc.com; sgalli@rc.com; kkatchen@rc.com
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** Re: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

External: Think before you click.

Good evening, Julia,
Attached, please find the hit counts J&J requested in its reply in support of its motion to compel SaveOn to add Johnson and Leger as custodians.
We anticipate providing the additional information you requested regarding personal emails by Thursday, and we will be available to meet and confer by June 10.

Thank you,

Matt

**Matthew Nussbaum**
Associate  [Email]
Selendy Gay PLLC  [Web]

13

Pronouns: he, him, his

+1 212.390.9062  [O]
+1 856.534.8606  [M]

**From:** Long, Julia (x2878) <jlong@pbwt.com>
**Sent:** Friday, May 31, 2024 5:34:57 PM
**To:** Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; ewohlforth@rc.com <ewohlforth@rc.com>; sgalli@rc.com <sgalli@rc.com>; kkatchen@rc.com <kkatchen@rc.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Counsel:

Consistent with JJHCS's reply brief in further support of its motion to compel the addition of Jessica Johnson and Kelsey Leger as custodians, enclosed please find JJHCS's counterproposal on search terms for these custodians. Please provide hit counts for the original search terms, SaveOnSP's counterproposal, and JJHCS's current proposal (with and without families) by June 4.

Best,
Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2878

**jlong@pbwt.com**

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

# **Exhibit 59**

**Long, Julia (x2878)**

| | |
|---|---|
| **From:** | Long, Julia (x2878) |
| **Sent:** | Thursday, June 13, 2024 11:27 AM |
| **To:** | Matthew Nussbaum; Philippe Selendy; Andrew Dunlap; Meredith Nelson; Elizabeth Snow; Hannah Miles; ewohlforth@rc.com; sgalli@rc.com; kkatchen@rc.com |
| **Cc:** | Mangi, Adeel A. (x2563); Sandick, Harry (x2723); LoBiondo, George (x2008); Arrow, Sara (x2031); ~jgreenbaum@sillscummis.com; ~klieb@sillscummis.com; _cg J&J-SaveOn |
| **Subject:** | RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW) |

Matt,

Thank you again for your emails from June 4 and June 6 with the requested hit counts for JJHCS's narrowed search terms as to Jessica Johnson and Kelsey Leger and your email of June 7 confirming that SaveOnSP will "collect" Ms. Johnson's and Ms. Leger's non-SaveOnSP email addresses used for SaveOn-related communications and "search them using the same terms used to search Leger's and Johnson's SaveOn accounts."

During our June 10 conferral, you stated that the parties had reached agreement on the following terms (numbered using the same sequence as your June 4 hit report):
- Term 2: ((two OR 2) w/2 card) AND (solution OR Stelara OR Tremfya)
- Term 7: (detect* OR evade* OR avoid* OR hide OR conceal*) w/15 manufacturer*
- Term 8: (detect* OR evade* OR hide OR conceal*) AND (co-insurance OR coinsurance OR variable)
- Term 10: (FirstView OR "First View") AND (credit w/2 card)
- Term 11: (FirstView OR "First View") w/10 card
- Term 13: manufacturer* w/10 (maximizer* OR accumulator*)

You also acknowledged that SaveOnSP was not planning to request further narrowing to the following terms, but needed to revert on whether the parties had reached agreement. Please do so by tomorrow, June 14.
- Term 3: (avoid* OR conceal*) w/50 (co-insurance OR variable OR copay OR "co-pay")
- Term 6: (detect* OR evade* OR avoid* OR hide OR conceal*) w/25 (manufacturer OR mfgr* OR Biogen OR Abbvie OR Amgen OR Vertex OR Exelixis OR Takeda OR Sanofi)
- Term 9: (dummy OR fake OR false* OR mock OR lie* OR lying OR truth) w/25 enroll*
- Term 12: (lie* OR liar* OR lying OR fib* OR misrepresent* OR fake* OR fals* OR "made-up" OR mock OR dummy) w/20 (J&J OR JnJ OR Janssen OR Jannsen OR Jannssen OR JJHCS OR JHCS OR JHS OR HCS OR CPA OR "copay assistance" OR "co-pay assistance" OR "CarePath" OR "JCP")

Finally, during our conferral, you indicated that SaveOnSP was unwilling to run the following search terms as narrowed by JJHCS's most recent proposal, but wanted to take our discussion back to your team before confirming SaveOnSP's position and/or making a counterproposal. Please provide SaveOnSP's position as to these terms by tomorrow, June 14.
- Term 1: (("don't" OR "not" OR allowed OR never OR permit OR "can't" OR cannot) w/5 (mention OR disclose OR say OR inform* OR divulge)) w/10 (SaveOn OR SaveOnSP OR SOSP OR "Save On" OR manufacturer* OR mfgr*)
- Term 4: (Biogen OR Abbvie OR Amgen OR Vertex OR Exelixis OR Takeda OR Sanofi) w/15 (reduce* OR modif* OR change*))
- Term 5: (counter* OR strateg* OR "course correct" OR "bypass" OR respon* OR solution OR solv*) w/20 (manufacturer OR mfgr* OR Biogen OR Abbvie OR Amgen OR Vertex OR Exelixis OR Takeda OR Sanofi)
- Term 14: (call* OR contract* OR speak OR spoke OR talk* OR phone* OR chat* OR (obtain* w/2 info*)) w/10 (J&J OR JNJ OR Janssen OR Jannsen OR Jannssen OR JJHCS OR JHCS OR JHS OR HCS OR CPA OR "copay assistance" OR "co-pay assistance" OR CarePath OR "JCP") AND (lie* OR liar* OR lying OR fib* OR misrepresent* OR fake* OR fals* OR "made-up" OR mock OR dummy)

- Term 17:  (manufacturer OR mfgr*) w/15 (maximizer* OR accumulator* OR SaveOn OR SaveOnSP OR SOSP OR "Save On") AND (reduce* OR modif* OR chang*)

As discussed during our conferral and consistent with JJHCS's reply brief, we intend to provide Judge Wolfson with a status update on Monday, June 17.

Best,
Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2878

**jlong@pbwt.com**

---

**From:** Matthew Nussbaum <mnussbaum@selendygay.com>
**Sent:** Friday, June 7, 2024 5:12 PM
**To:** Long, Julia (x2878) <jlong@pbwt.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; ewohlforth@rc.com; sgalli@rc.com; kkatchen@rc.com
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

**External: Think before you click.**

Julia,

SaveOn has determined that Kelsey Leger and Jessica Johnson each had a single non-SaveOn email address which may have been used for SaveOn-related communications. SaveOn will collect those accounts and search them using the same terms used to search Leger's and Johnson's SaveOn accounts.

Thank you,

Matt

**Matthew Nussbaum**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he, him, his

+1 212.390.9062 [O]
+1 856.534.8606 [M]

---

**From:** Matthew Nussbaum <mnussbaum@selendygay.com>
**Sent:** Thursday, June 6, 2024 7:27 PM
**To:** Long, Julia (x2878) <jlong@pbwt.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; ewohlforth@rc.com; sgalli@rc.com; kkatchen@rc.com
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** Re: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Julia,

You requested that SaveOn "conduct a reasonable investigation into whether [Leger and Johnson] have used personal email addresses to conduct SaveOnSP business and if so, to confirm that they will run the same terms over those email addresses by June 6, 2024."

SaveOn is still investigating and intends to provide the results of its investigation promptly.

Thank you,

Matt


**Matthew Nussbaum**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he, him, his

---

+1 212.390.9062 [O]
+1 856.534.8606 [M]

---

**From:** Long, Julia (x2878) <jlong@pbwt.com>
**Sent:** Thursday, June 6, 2024 11:18:43 AM
**To:** Matthew Nussbaum <mnussbaum@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; ewohlforth@rc.com <ewohlforth@rc.com>; sgalli@rc.com <sgalli@rc.com>; kkatchen@rc.com <kkatchen@rc.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Matt,

Thank you for the deduplicated hit count below. I will circulate a calendar invitation for Monday at 3:00 p.m. momentarily.

Best,
Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2878

jlong@pbwt.com

---

**From:** Matthew Nussbaum <mnussbaum@selendygay.com>
**Sent:** Thursday, June 6, 2024 11:15 AM
**To:** Long, Julia (x2878) <jlong@pbwt.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; ewohlforth@rc.com; sgalli@rc.com; kkatchen@rc.com
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

External: Think before you click.

Julia,

Deduplicated totals for J&J's narrowed request are in the chart below.

| Total Hits | Total with Families | Total Additional Documents for SaveOn to Review |
|---|---|---|
| 2,806 | 14,615 | 14,031 |

We are available to meet and confer on Monday, June 10 at 3 p.m.

Thank you,

Matt

**Matthew Nussbaum**
Associate  [Email]
Selendy Gay PLLC  [Web]

Pronouns: he, him, his

+1 212.390.9062 [O]
+1 856.534.8606 [M]

**From:** Long, Julia (x2878) <jlong@pbwt.com>
**Sent:** Wednesday, June 5, 2024 9:27 AM
**To:** Matthew Nussbaum <mnussbaum@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; ewohlforth@rc.com; sgalli@rc.com; kkatchen@rc.com
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Matt:

Thanks for providing these hit reports.  SaveOnSP's Appendix to its opposition brief included a total number of documents at issue.  Please provide a deduplicated total as to JJHCS's narrowed request (with and without families) this week.

As to a meet and confer, JJHCS is available on Monday, June 10 between 3:00 p.m. and 5:00 p.m.  Please advise whether a time during that window works for SaveOnSP.

Best,
Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2878

**jlong@pbwt.com**

**From:** Matthew Nussbaum <mnussbaum@selendygay.com>
**Sent:** Tuesday, June 4, 2024 9:20 PM
**To:** Long, Julia (x2878) <jlong@pbwt.com>; Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; ewohlforth@rc.com; sgalli@rc.com; kkatchen@rc.com
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** Re: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

External: Think before you click.

Good evening, Julia,

Attached, please find the hit counts J&J requested in its reply in support of its motion to compel SaveOn to add Johnson and Leger as custodians.

We anticipate providing the additional information you requested regarding personal emails by Thursday, and we will be available to meet and confer by June 10.

Thank you,

Matt

**Matthew Nussbaum**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he, him, his
_____

+1 212.390.9062  [O]
+1 856.534.8606  [M]

---

**From:** Long, Julia (x2878) <jlong@pbwt.com>
**Sent:** Friday, May 31, 2024 5:34:57 PM
**To:** Philippe Selendy <pselendy@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; ewohlforth@rc.com <ewohlforth@rc.com>; sgalli@rc.com <sgalli@rc.com>; kkatchen@rc.com <kkatchen@rc.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Arrow, Sara (x2031) <sarrow@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>
**Subject:** JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Counsel:

Consistent with JJHCS's reply brief in further support of its motion to compel the addition of Jessica Johnson and Kelsey Leger as custodians, enclosed please find JJHCS's counterproposal on search terms for these custodians. Please provide hit counts for the original search terms, SaveOnSP's counterproposal, and JJHCS's current proposal (with and without families) by June 4.

Best,
Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

6

T 212.336.2878

jlong@pbwt.com

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

# Exhibit 60

E. Evans Wohlforth, Jr., Esq.
**ROBINSON & COLE LLP**
666 Third Avenue, 20th Floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
ewohlforth@rc.com

Philippe Z. Selendy (admitted *pro hac vice*)
Andrew R. Dunlap (admitted *pro hac vice*)
Meredith Nelson (admitted *pro hac vice*)
Elizabeth Snow (admitted *pro hac vice*)
**SELENDY GAY PLLC**
1290 Avenue of the Americas
New York, NY 10104
212-390-9000
pselendy@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com
esnow@selendygay.com

*Attorneys for Defendant Save On SP, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civ. A. No. 22-2632 (JKS) (CLW) <br><br> **DEFENDANT'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF'S INTERROGATORIES** |

To:    Jeffrey J. Greenbaum, Esq.
       SILLS CUMMIS & GROSS, P.C.
       One Riverfront Plaza
       Newark, New Jersey 07102
       973-643-7000

Adeel A. Mangi, Esq.
Harry Sandick, Esq.
George LoBiondo, Esq.
PATTERSON BELKNAP WEBB
& TYLER LLP
1133 Avenue of the Americas
New York, New York

*Attorneys for Plaintiff Johnson & Johnson
Health Care Systems Inc.*

Pursuant to Federal Rules of Civil Procedure 26 and 33, and Local Civil Rule 33.1, Defendant Save On SP, LLC ("SaveOnSP"), by and through its undersigned counsel, hereby supplements its Responses and Objections to Plaintiff Johnson & Johnson Health Care Systems Inc.'s ("JJHCS") Interrogatory Nos. 4 and 16, contained in SaveOnSP's previously-served Responses and Objections. These responses should be deemed to supplement and amend SaveOnSP's disclosures under Rule 26(a) of the Federal Rules of Civil Procedure. If SaveOnSP learns that in some material respect its responses are incomplete or incorrect, SaveOnSP will supplement or correct them if the additional or corrective information has not otherwise been made known to JJHCS during the discovery process or in writing. Fed. R. Civ. P. 26(e)(1)(A). SaveOnSP's responses to these Interrogatories are based on information available to it at the time it made them. SaveOnSP reserves the right to modify or supplement its responses.

## GENERAL OBJECTIONS

1.      JJHCS does not limit any of its Interrogatories to nonprivileged material. SaveOnSP objects to each Interrogatory to the extent that it seeks a disclosure of information which is subject to the attorney-client privilege, the work product doctrine, the common-interest privilege, or any other applicable privileges, immunities, or doctrines.

2.      JJHCS does not limit any of its Interrogatories to information withing SaveOnSP's possession, custody, or control. SaveOnSP objects to each Interrogatory to the extent that it seeks

2

disclosure of information that is not within SaveOnSP's possession, custody, or control that Save-OnSP can locate after a reasonable inquiry.

## **OBJECTIONS TO DEFINITIONS**

3.      SaveOnSP objects to the definition of "SaveOnSP" as including attorneys and accountants who may be outside of SaveOnSP's possession, custody, and control. SaveOnSP interprets the term "SaveOnSP" to mean SaveOnSP, LLC, and any and all predecessors and successors in interest, assignees, parents, subsidiaries, affiliates, divisions or departments, agents, representatives, directors, officers, employees, committees, and all persons or entities acting or purporting to act on behalf or under the control of SaveOnSP, LLC.

4.      SaveOnSP objects to the definition of "SaveOnSP Program," as described in Complaint ¶¶ 9-17, because it mischaracterizes SaveOnSP's services. SaveOnSP will not use this definition.

5.      SaveOnSP objects to the definition of "You" and "Your" to the same extent that it objects to the definition of "SaveOnSP."

6.      SaveOnSP objects to the term "or other substance" in the definition of "Pharmaceutical Manufacturer" as vague and ambiguous. SaveOnSP will interpret the term "Pharmaceutical Manufacturer" to mean any entity that develops, produces, manufactures, creates, licenses, or distributes any pharmaceutical, drug, or medicine used in the treatment, cure, prevention or diagnosis of any illness, disease, disorder, or other condition.

## **OBJECTIONS TO INSTRUCTIONS**

1.      SaveOnSP objects to Instruction No. 23 in Plaintiff's First Set of Interrogatories to the extent that JJHCS attempts to impose requirements on SaveOnSP beyond those required by the Federal Rules of Civil Procedure, agreed to by the parties, or ordered by the Court.

2.      SaveOnSP objects to Instruction No. 24 in Plaintiff's First Set of Interrogatories to the extent it purports to require SaveOnSP to answer Plaintiff's Interrogatories based on knowledge obtained from all available sources. SaveOnSP will answer Plaintiff's Interrogatories based on information in its possession, custody, and control available to it following a reasonable inquiry.

3.      SaveOnSP objects to Instruction No. 25 in Plaintiff's First Set of Interrogatories to the extent that JJHCS attempts to impose requirements on SaveOnSP beyond those required by the Federal Rules of Civil Procedure, agreed to by the parties, or ordered by the Court.

4.      SaveOnSP uses the term "Janssen Drugs" as defined in SaveOnSP's First Request for Production of Documents to JJHCS.

5.      SaveOnSP objects to Instruction No. 16 in Plaintiff's Third Set of Interrogatories to the extent that JJHCS attempts to impose requirements on SaveOnSP beyond those required by the Federal Rules of Civil Procedure, agreed to by the parties, or ordered by the Court.

6.      SaveOnSP objects to Instruction No. 17 in Plaintiff's Third Set of Interrogatories to the extent it purports to require SaveOnSP to answer Plaintiff's Interrogatories based on knowledge obtained from all available sources. SaveOnSP will answer Plaintiff's Interrogatories based on information in its possession, custody, and control available to it following a reasonable inquiry.

7.      SaveOnSP objects to Instruction No. 18 in Plaintiff's Third Set of Interrogatories to the extent that JJHCS attempts to impose requirements on SaveOnSP beyond those required by the Federal Rules of Civil Procedure, agreed to by the parties, or ordered by the Court.

8.      SaveOnSP objects to Instruction No. 19 in Plaintiff's Third Set of Interrogatories because it attempts to require SaveOnSP to provide information that is irrelevant to the claims and

defenses in this action. SaveOnSP will provide information on its interactions with JJHCS and on its general business practices applicable to multiple Pharmaceutical Manufacturers that include such practices applicable to JJHCS.


Dated:  February 23, 2024     By: _/s/ E. Evans Wohlforth, Jr._

E. Evans Wohlforth, Jr., Esq.
**ROBINSON & COLE LLP**
666 Third Avenue, 20th Floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
ewohlforth@rc.com

Philippe Z. Selendy (admitted *pro hac vice*)
Andrew R. Dunlap (admitted *pro hac vice*)
Meredith Nelson (admitted *pro hac vice*)
Elizabeth Snow (admitted *pro hac vice*)
**SELENDY GAY PLLC**
1290 Avenue of the Americas
New York, NY 10104
212-390-9000
pselendy@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com
esnow@selendygay.com

*Attorneys for Defendant Save On SP, LLC*

## SUPPLEMENTAL RESPONSES TO PLAINTIFF'S INTERROGATORIES

**INTERROGATORY NO. 4:**

Describe, in as much detail as possible, the process by which SaveOnSP determines the size of the "inflated co-pay," or increase to Plan Members' Copayment or Co-insurance, including any and all criteria used to inform how that Co-payment or Co-insurance is determined.

**RESPONSE:**

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████

SaveOnSP designates its response to this Interrogatory as Attorneys' Eyes Only under the

Discovery Confidentiality Order, so-ordered November 22, 2022, ECF No. 62.

**INTERROGATORY NO. 16:**

Describe, in as much detail as possible, all measures that You have utilized to prevent any Pharmaceutical Manufacturer or manufacturers from being able to identify patients that are enrolled in the SaveOnSP Program, or to make it more difficult for them to do so.

**RESPONSE:**

████████████████████████████████████████████████████

██████████████████████████████████████████.



SaveOnSP designates its response to this Interrogatory as Attorneys' Eyes Only under the

Discovery Confidentiality Order, so-ordered November 22, 2022, ECF No. 62.

## CERTIFICATION OF SAVE ON SP, LLC

I, Jody Miller, am the President of Save On SP, LLC ("SaveOnSP"). I am authorized to submit this certification on behalf of SaveOnSP. I certify that the foregoing answers made by me to these Interrogatories are true. I further certify that all previously-submitted answers to Interrogatories, including where supplemented, are true. I am aware that if any of the foregoing answers are willfully false, SaveOnSP and I are subject to punishment. I certify that in responding to the foregoing Interrogatories, I have furnished all information available to SaveOnSP, its agents, employees and attorneys. As to those answers which are not within my personal knowledge, I certify that I have provided the name and address of every person from whom such information was received or, where the source of such information is documentary, a full description of the document including its location.

Save On SP, LLC

By: _____
Jody Miller
President

Date: February 23, 2024

# MOTION TO COMPEL
# ADDITIONAL CUSTODIANS

# EXHIBITS 61-62

# FILED UNDER PERMANENT SEAL

# Exhibit 63

**Long, Julia (x2878)**

| | |
|---|---|
| **From:** | Matthew Nussbaum <mnussbaum@selendygay.com> |
| **Sent:** | Wednesday, August 28, 2024 7:02 PM |
| **To:** | Suri, Saniya (x2226); Andrew Dunlap; Philippe Selendy; Meredith Nelson; Elizabeth Snow; Hannah Miles; Wohlforth, E. Evans; Galli, Sabrina M.; Emma Ashe O'Toole; Kevin Cryan |
| **Cc:** | Mangi, Adeel A. (x2563); Sandick, Harry (x2723); LoBiondo, George (x2008); Long, Julia (x2878); _cg J&J-SaveOn; ~jgreenbaum@sillscummis.com; ~klieb@sillscummis.com |
| **Subject:** | RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW) |

**External: Think before you click.**

Saniya,

Adding Quinn and Vazquez using the same search terms as Leger and Johnson would require SaveOn to review an additional 4,304 documents. SaveOn continues to believe that these custodians are unlikely to have unique, responsive documents and that reviewing their documents is unduly burdensome and disproportionate.

On Sommer, SaveOn has reviewed the additional documents that J&J has provided. SOSP_1265826, SOSP_1138626 and SOSP_1138652 each show Sommer playing a limited role in discussions related to estimated invoices and savings. But as we stated in our August 9 letter, J&J has not explained why it needs additional information on estimated savings, given the voluminous data and communications from other custodians that SaveOn has already produced detailing the amounts that patients on SaveOn-advised plans receive in CarePath funds.

SOSP_1101250 ███████████████████████████████████████████████
███████████████████████████████

SOSP_2180196 ███████████████████████████████████████████████
███████████████████████

We remain available to meet and confer.

Thank you,

Matt

**Matthew Nussbaum**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he, him, his
_____
+1 212.390.9062 [O]
+1 856.534.8606 [M]

**From:** Suri, Saniya (x2226) <ssuri@pbwt.com>
**Sent:** Monday, August 26, 2024 11:40 AM
**To:** Matthew Nussbaum <mnussbaum@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole <eashe@selendygay.com>; Kevin Cryan <kcryan@selendygay.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Dear Matt,

During our August 15th conferral, you represented that you would provide hit counts as to Ms. Quinn and Ms. Vasquez and your position as to Ms. Sommer by early last week. When can we expect SaveOnSP's response as to Ms. Quinn, Ms. Vasquez, and Ms. Sommer?

Sincerely,
Saniya

**Saniya Suri**
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2226

**ssuri@pbwt.com**

---

**From:** Matthew Nussbaum <mnussbaum@selendygay.com>
**Sent:** Wednesday, August 21, 2024 3:34 PM
**To:** Suri, Saniya (x2226) <ssuri@pbwt.com>; Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole <eashe@selendygay.com>; Kevin Cryan <kcryan@selendygay.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)


**External: Think before you click.**


Good afternoon, Saniya,

SaveOn's position remains that neither Bartz nor Kramer should be added as custodians. J&J has not shown that these custodians are likely to possess relevant, non-duplicative documents and we maintain that reviewing and producing their documents is unduly burdensome and disproportionate. We were willing to consider a limited

proposal to avoid a dispute, and we understood based on our meet-and-confer that you would were considering providing one. We now understand that J&J is unwilling to provide such a proposal.

Thank you,

Matt

**Matthew Nussbaum**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he, him, his

_____

+1 212.390.9062 [O]
+1 856.534.8606 [M]

---

**From:** Suri, Saniya (x2226) <ssuri@pbwt.com>
**Sent:** Tuesday, August 20, 2024 10:30 AM
**To:** Matthew Nussbaum <mnussbaum@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole <eashe@selendygay.com>; Kevin Cryan <kcryan@selendygay.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Dear Matt,

We disagree with your representations regarding the conferral. As you know, we asked SaveOnSP to add Mr. Bartz and Ms. Kramer as full custodians and explained our basis for doing so. *See also* July 19, 2024 Ltr. from S. Suri to M. Nelson. SaveOnSP, though, failed to provide any counterproposal to our request. *See* Aug. 16, 2024 Ltr. from S. Suri to M. Nussbaum.  Should SaveOnSP wish to provide a counterproposal, we would be happy to consider it. But absent doing so, the parties remain at impasse.

Sincerely,
Saniya Suri

**Saniya Suri**
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2226

ssuri@pbwt.com

---

**From:** Matthew Nussbaum <mnussbaum@selendygay.com>
**Sent:** Monday, August 19, 2024 12:27 PM
**To:** Suri, Saniya (x2226) <ssuri@pbwt.com>; Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole <eashe@selendygay.com>; Kevin Cryan <kcryan@selendygay.com>

**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

<mark>**External: Think before you click.**</mark>

Saniya,

Thank you for your letter. We intend to respond in full this week.

We were surprised by your statement that "the parties are at impasse as to Mr. Bartz and Ms. Kramer." Aug. 16 Ltr. from S. Suri to M. Nussbaum at 2. You had asked SaveOn to add Bartz and Kramer as full custodians; when we asked why they should be added as full custodians with all search terms, you did not provide an explanation. In the interest of compromise, we stated that if you provided limited search terms—targeted to the topics for which you think Bartz and Kramer might possess relevant documents—we would be happy to consider those terms and provide hit counts. You indicated that you were willing to do so.

Before J&J files any motion to compel, we ask that you explain why you believe that Bartz and Kramer should be added as full custodians with all search terms run over their documents, including why a more limited set of search terms would not be acceptable.

Thank you,

Matt

**Matthew Nussbaum**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he, him, his
_____

+1 212.390.9062 [O]
+1 856.534.8606 [M]

---

**From:** Suri, Saniya (x2226) <ssuri@pbwt.com>
**Sent:** Friday, August 16, 2024 10:29 AM
**To:** Matthew Nussbaum <mnussbaum@selendygay.com>; Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole <eashe@selendygay.com>; Kevin Cryan <kcryan@selendygay.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Dear Counsel,

Please see the attached correspondence.

Sincerely,
Saniya Suri

**Saniya Suri**
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2226

[ssuri@pbwt.com](mailto:ssuri@pbwt.com)

**From:** Long, Julia (x2878) <jlong@pbwt.com>
**Sent:** Wednesday, August 14, 2024 6:43 PM
**To:** Matthew Nussbaum <mnussbaum@selendygay.com>; Suri, Saniya (x2226) <ssuri@pbwt.com>; Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole <eashe@selendygay.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Matt,

Thanks for your email.  Tomorrow at 4:00 p.m. works for us.

Best,
Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2878

[jlong@pbwt.com](mailto:jlong@pbwt.com)

**From:** Matthew Nussbaum <mnussbaum@selendygay.com>
**Sent:** Wednesday, August 14, 2024 3:05 PM
**To:** Long, Julia (x2878) <jlong@pbwt.com>; Suri, Saniya (x2226) <ssuri@pbwt.com>; Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole <eashe@selendygay.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com

<jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>;
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

<mark>**External: Think before you click.**</mark>

Julia,

We are available to meet and confer at 4 p.m. tomorrow. Please let us know if that works and we will circulate a dial-in.

Thank you,

Matt

**Matthew Nussbaum**
Associate   [Email]
Selendy Gay PLLC   [Web]
Pronouns: he, him, his

+1 212.390.9062  [O]
+1 856.534.8606  [M]

**From:** Long, Julia (x2878) <jlong@pbwt.com>
**Sent:** Tuesday, August 13, 2024 6:08 PM
**To:** Matthew Nussbaum <mnussbaum@selendygay.com>; Suri, Saniya (x2226) <ssuri@pbwt.com>; Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole <eashe@selendygay.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Matt,

Thanks for your email.  We disagree that it would be productive to discuss 31 custodians in a single conferral.  Nonetheless, you now have our position in response to your requests that we add 26 custodians.

In an effort to avoid impasse and to plan sufficient time this week, please provide your availability for a conferral Thursday or Friday.  To the extent that your colleague, Elizabeth, also would like to discuss our August 7 letter on SaveOnSP's requested search term, we are happy to add that to our agenda as well.

Best,
Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2878

**jlong@pbwt.com**

---

**From:** Matthew Nussbaum <mnussbaum@selendygay.com>
**Sent:** Tuesday, August 13, 2024 8:36 AM
**To:** Long, Julia (x2878) <jlong@pbwt.com>; Suri, Saniya (x2226) <ssuri@pbwt.com>; Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole <eashe@selendygay.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

<mark>External: Think before you click.</mark>

Good morning, Julia,
Thank you for your email. In the interest of efficiency, we propose that the meet-and-confer regarding J&J's proposed addition of five custodians take place at the same time as the anticipated meet-and-confer regarding SaveOn's July 19, 2024 proposed addition of 26 custodians.
You told us that J&J would provide its response on those custodians early this week. *See* Aug. 8, 2024 Email from J. Long to H. Miles. Once we have had the chance to review that response, we will propose availability for a meet-and-confer covering both sides' requests.
Thank you,

Matt

**Matthew Nussbaum**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he, him, his
_____
+1 212.390.9062 [O]
+1 856.534.8606 [M]

---

**From:** Long, Julia (x2878) <jlong@pbwt.com>
**Sent:** Monday, August 12, 2024 1:30 PM
**To:** Matthew Nussbaum <mnussbaum@selendygay.com>; Suri, Saniya (x2226) <ssuri@pbwt.com>; Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole <eashe@selendygay.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com

<jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

Counsel,

We are in receipt of your August 9, 2024 letter regarding our request that SaveOnSP add Jenna Quinn, Ingrid Vasquez, Brandon Bartz, Shannon Sommer, and Hailey Kramer as custodians, and would like to meet and confer.  Are you available on Wednesday, August 14 after 2:00 p.m. or Thursday, August 15 between 12:00 p.m. and 3:00 p.m.?

Best,
Julia

**Julia Long**
She | Her | Hers
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2878

**jlong@pbwt.com**

---

**From:** Matthew Nussbaum <mnussbaum@selendygay.com>
**Sent:** Friday, August 9, 2024 4:41 PM
**To:** Suri, Saniya (x2226) <ssuri@pbwt.com>; Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole <eashe@selendygay.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)

**External: Think before you click.**

Good afternoon, Saniya,

Please see the attached correspondence.

Thank you,

Matt

**Matthew Nussbaum**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: he, him, his

+1 212.390.9062 [O]
+1 856.534.8606 [M]

**From:** Suri, Saniya (x2226) <ssuri@pbwt.com>
**Sent:** Friday, July 19, 2024 5:10 PM
**To:** Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>; Emma Ashe O'Toole <eashe@selendygay.com>
**Cc:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)


Counsel,


Please see the attached correspondence.


Sincerely,
Saniya Suri


**Saniya Suri**
Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2226

**ssuri@pbwt.com**


**From:** Emma Ashe O'Toole <eashe@selendygay.com>
**Sent:** Wednesday, July 3, 2024 11:27 AM
**To:** Mangi, Adeel A. (x2563) <aamangi@pbwt.com>; Sandick, Harry (x2723) <hsandick@pbwt.com>; LoBiondo, George (x2008) <globiondo@pbwt.com>; Suri, Saniya (x2226) <ssuri@pbwt.com>; Long, Julia (x2878) <jlong@pbwt.com>; _cg J&J-SaveOn <JJSaveOn@pbwt.com>; ~jgreenbaum@sillscummis.com <jgreenbaum@sillscummis.com>; ~klieb@sillscummis.com <klieb@sillscummis.com>
**Cc:** Andrew Dunlap <adunlap@selendygay.com>; Philippe Selendy <pselendy@selendygay.com>; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; Wohlforth, E. Evans <ewohlforth@rc.com>; Galli, Sabrina M. <sgalli@rc.com>
**Subject:** JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-JKS-CLW)


==External: Think before you click.==


Counsel,

Please find attached a letter in the above-captioned matter.

Best,
Emma


**Emma Ashe O'Toole**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: she, her, hers
––––––––––––––––––––––––––––––
+1 212.390.9339  [O]
+1 646.417.3643  [M]

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to receiving email messages of this
kind.

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to receiving email messages of this
kind.

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to receiving email messages of this
kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.