# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632(JKS)(CLW) |
| Plaintiff, | Hon. Jamel K. Semper, U.S.D.J. |
| v. | Hon. Cathy L. Waldor, U.S.M.J. |
| | Hon. Freda L. Wolfson, Special Master |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., AND ACCREDO HEALTH GROUP, INC., | **ORDER GRANTING MOTION TO SEAL** |
| Defendants. | |

**THIS MATTER** having been brought to the Court, referred to the undersigned Special Master, upon the motion to seal (ECF No. 465) of Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS"), by and through its attorneys, seeking an order (a) permanently maintaining under seal the letters and supporting exhibits filed by the parties in connection with (i) the Motion by Defendant Save On SP, LLC ("SaveOnSP") to Compel JJHCS to Produce Documents Regarding its CAP Program from its Vendor TrialCard, dated October 25, 2024, with related briefing and status letters dated October 7, October 10, November 4, and November 12, 2024 (ECF Nos. 410, 425, 433, 450 & 464), filed October 14, October 29, November 5, November 13, and December 10, 2024 (the "TrialCard Motion"); and (ii) SaveOnSP's Motion to Compel JJHCS to Produce

Financial Modeling, dated October 28, 2024 (ECF No. 426), filed October 29, 2024 (the "Financial Modeling Motion"); and (b) permitting JJHCS to file the proposed public versions of ECF Nos. 410, 425, 433, 450 & 464; and ECF No. 426, attached as Exhibits A, B and C, respectively, to the Declaration of Jeffrey J. Greenbaum submitted in support of this motion; and the Special Master having considered the motion, and no objections have been made, makes the following findings of fact and conclusions of law, pursuant to L. Civ. R. 5.3(c)(6):

(1) TrialCard Motion and the Financial Modeling Motion (collectively, the "Confidential Materials") contain material that is non-public business, trade secret or proprietary information relating to the administration and finances of the CarePath program, JJHCS's deliberative process and internal decision-making, and confidential information related to JJHCS and its vendor TrialCard, Inc.

(2) The Confidential Materials contain JJHCS's highly sensitive, proprietary business information that is not known to the general public.

(3) JJHCS has safeguarded and protected the confidentiality of the Confidential Materials, including throughout the pendency of this action.

(4) JJHCS would suffer substantial and specific harm, including potential financial damage and disclosure of competitive business information through the divulgence of such confidential information and that JJHCS

has a strong and legitimate interest in protecting this confidential information from being disclosed to the public. *See Goldenberg v. Indel, Inc.*, No. 09-5202 (JBS/AMD), 2012 U.S. Dist. LEXIS 479, at *8 (D.N.J. Jan. 3, 2012) ("Courts have recognized that the confidentiality of business agreements, trade secrets or commercial information are a legitimate private interest and the disclosure of this information can be used for the improper purpose of causing harm to the litigant's competitive standing in the marketplace."); *Bracco Diagnostics, Inc. v. Amersham Health, Inc.*, Civil Action No. 036025 (FLW), 2007 U.S. Dist. LEXIS 51828, at *27-28 (D.N.J. July 18, 2007) (granting motion to seal where release of confidential commercial information to the public would cause "clearly defined and serious injury" resulting in a party's "competitive disadvantage").

(5) No less restrictive alternative to sealing exists and that JJHCS has proposed redactions where appropriate to minimize the amount of sealing necessary.

**ACCORDINGLY**, for these reasons, good cause exists for protecting the JJHCS Confidential Materials pursuant to Fed. R. Civ. P. 26(c)(1)(G) and L. Civ. R. 5.3(c)(2),

IT IS on this <u>4th</u> day of <u>February</u>, 2025,

ORDERED that pursuant to L. Civ. R. 5.3, the Confidential Materials are confidential and entitled to protection; and it is further

ORDERED that the motion to seal is **GRANTED** and the TrialCard Motion and the Financial Modeling Motion are hereby permanently **SEALED;** and it is further

ORDERED that the Clerk of Court shall maintain the unredacted versions of ECF Nos. 410, 425, 433, 450, 464 and ECF No. 426 under seal; and it is further

ORDERED that JJHCS is directed to file the redacted versions of the TrialCard Motion and the Financial Modeling Motion, including all exhibits, consistent with their proposed redactions submitted herewith.

*/s/ Freda L. Wolfson*
Freda L. Wolfson
Special Master
