# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

**Jeffrey J. Greenbaum**
Member
Direct Dial: (973) 643-5430
E-mail: jgreenbaum@sillscummis.com

101 Park Avenue
New York, NY 10178
Tel: 212-643-7000
Fax: 212-643-6500

February 27, 2025

**VIA ECF**
Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re: *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC*,
       **Civil Action No. 22-2632 (JKS) (CLW)**

Dear Magistrate Judge Waldor:

  This firm represents Plaintiff Johnson & Johnson Health Care Systems Inc. in the above-captioned matter. We respectfully request that Your Honor permit Patrick Ashby, Peter Vogel, Katherine Brisson, Katherine Rumer, Dalia Elmelige, and Elizabeth Baran, all of whom are associated with the law firm of Linklaters LLP, to appear *pro hac vice* on behalf of the above-listed Plaintiff. Counsel for Defendants have no objection to the admission *pro hac vice* of Mr. Ashby, Mr. Vogel, Ms. Brisson, Ms. Rumer, Ms. Elmelige, and Ms. Baran.

  In support of this request, we enclose the following documents: (1) Declaration of Patrick Ashby, Esq.; (2) Declaration of Peter Vogel, Esq.; (3) Declaration of Katherine Brisson, Esq.; (4) Declaration of Katherine Rumer, Esq.; (5) Declaration of Dalia Elmelige, Esq.; (6) Declaration of Elizabeth Baran, Esq.; and (7) Proposed Order Granting Admission *Pro Hac Vice*.

  We appreciate Your Honor's time and consideration.

                Respectfully submitted,

                *s/ Jeffrey J. Greenbaum*

                JEFFREY J. GREENBAUM

cc: All counsel of record (by ECF)