SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

LINKLATERS LLP
Adeel A. Mangi
George LoBiondo
1290 Avenue of the Americas
New York, New York 10104
(212) 903-9000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632 (JKS) (CLW) |
| Plaintiff, | |
| vs. | **ORDER GRANTING *PRO HAC VICE* ADMISSION** |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., and ACCREDO HEALTH GROUP, INC. | *Document electronically filed* |
| Defendants. | |

This matter having come before the Court on the application of Sills Cummis & Gross P.C., attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS"), in the above-captioned action, for the admission *pro hac vice* of Patrick Ashby, Peter Vogel, Katherine Brisson, Katherine Rumer, Dalia Elmelige, and Elizabeth Baran (the "Applicants") pursuant to L. Civ. R. 101.1(c); and the Court having considered the Declaration of Jeffrey J. Greenbaum in Support of Admission *Pro Hac Vice*, and the Declarations of Mr. Ashby, Mr. Vogel, Ms. Brisson, Ms. Rumer, Ms. Elmelige, and Ms. Baran which reflect that they satisfy the requirements set forth in L. Civ. R. 101.1(c)(1), and for good cause shown,

**IT IS,** on this ___ day of February, 2025,

**ORDERED** that the Applicants are hereby granted admission *pro hac vice* to speak for, and participate on behalf of, JJHCS in this matter, in the same manner as attorneys authorized to practice law in this State; and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by Jeffrey J. Greenbaum, attorney of record for JJHCS or by such other member of the bar of this Court who has or may appear as counsel of record for JJHCS, who shall be responsible for the submission of the case and the attorneys admitted hereby; and it is further

**ORDERED** that the Applicants shall each be bound by the Rules of the United States District Court for the District of New Jersey, including all disciplinary rules; and it is further

**ORDERED** that the Applicants shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that the Applicants shall each pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that the Applicants shall each consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against them or their firm that may arise out of their participation in the matter; and it is further

**ORDERED** that the Applicants shall notify the Court immediately of any matter affecting their standing as a member of the Bar of any court.

_____
HON. CATHY L. WALDOR, U.S.M.J.

2