SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

LINKLATERS LLP
Adeel A. Mangi
George LoBiondo
1290 Avenue of the Americas
New York, New York 10104
(212) 903-9000

PATTERSON BELKNAP WEBB & TYLER LLP
Harry Sandick (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632(JKS)(CLW) |
| Plaintiff, | Hon. Jamel K. Semper, U.S.D.J. |
| | Hon. Cathy L. Waldor, U.S.M.J. |
| v. | Hon. Freda L. Wolfson, Special Master |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., AND ACCREDO HEALTH GROUP, INC., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

JEFFREY J. GREENBAUM, of full age, certifies that on the 3rd day of March 2025, I caused a copy of Plaintiff Johnson & Johnson Health Care Systems Inc.'s Supplemental Brief in Support of Its Motion for Leave to Supplement the Amended Complaint to be served via CM/ECF on all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2025                      *s/ Jeffrey J. Greenbaum*
                                               JEFFREY J. GREENBAUM