# EXHIBIT A

**Bar and Court Admissions of Amanda Miner**

| Admission | Year of Admission | Name and Address of the Official or Office Maintaining the Bar's Roll |
|---|---|---|
| State Bar of New York | 2022 | New York State Office of Court Administration<br>Attorney Registration Unit<br>25 Beaver Street<br>New York, NY 10004 |
| United States District Court for the Southern District of New York | 2022 | Office of Attorney Services of the United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007 |
| United States District Court for the Eastern District of New York | 2022 | Attorney Admission Clerk of the United States District Court for the Eastern District of New York<br>100 Federal Plaza<br>Central Islip, NY 11722 |