# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

**Jeffrey J. Greenbaum**
Member
Admitted In NJ, NY
Direct Dial: 973-643-5430
Email: jgreenbaum@sillscummis.com

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

March 4, 2025

**By ECF**

Clerk of Court
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

      Re:   *Johnson & Johnson Health Care Systems Inc. v. Save On SP, LLC,*
             **Case No. 2:22-cv-02632 (JKS) (CLW)**

Dear Sir or Madam:

     This firm represents Plaintiff Johnson & Johnson Health Care Systems Inc. in the above-referenced action.

     Pursuant to ECF Nos. 94, 218, and 324, respectively, Julia Long, Saniya Suri, and Bonita Robinson were admitted *pro hac vice* in this matter. Ms. Long, Ms. Suri, and Ms. Robinson recently left the law firm of Patterson Belknap Webb & Tyler LLP, and their new contact information is as follows:

    Julia Long, Julia.Long@linklaters.com
    Saniya Suri, Saniya.Suri@linklaters.com
    Bonita Robinson, Bonita.Robinson@linklaters.com
    Linklaters LLP
    1290 Avenue of the Americas
    New York, NY 10104
    (212) 903-9000

Sills Cummis & Gross
A Professional Corporation

Clerk of Court
March 4, 2025
Page 2

  We greatly appreciate the Clerk's attention to this matter.

            Respectfully yours,

            *s/ Jeffrey J. Greenbaum*
            JEFFREY J. GREENBAUM

cc: All counsel of record