**EXHIBIT B: INDEX IN SUPPORT OF MOTION TO SEAL AND REDACT PORTIONS OF EXHIBITS TO JJHCS'S MOTION TO COMPEL ESI AND ACCREDO TO PRODUCE DOCUMENTS WITHOUT REDACTION AND ITS RELATED BRIEFING (ECF NOS. 507, 525, 531)**

| Materials/Title of Document | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury That Would Result if Relief Were Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|
| Exhibits 14-18 of JJHCS' Motion to Compel the Production of Documents Without Redaction [ECF No. 507] | ESI and Accredo request that these exhibits be sealed entirely, given they have a legitimate interest to protect patients' "protected health information." | If filed on the public docket, these exhibits would reveal patients' protected health information. Disclosure to the public of this confidential and sensitive would cause irreparable harm to ESI and Accredo by harming the | It is believed that no less restrictive alternative is available to prevent the disclosure of patients' "protected health information." | None | None |

1

| | | patients they serve. | | | |
|---|---|---|---|---|---|
| Exhibit 1 Appendix A to ESI and Accredo's Opposition to JJHCS's Motion to Compel the Production of Documents Without Redaction [ECF No. 525] | ESI and Accredo request that this exhibit be redacted for "protected health information," because patients would be harmed by its disclosure. | If filed on the public docket, these exhibits would reveal patients' protected health information. Disclosure to the public of this confidential and sensitive would cause irreparable harm to ESI and Accredo by harming the patients they serve. | It is believed that no less restrictive alternative is available to prevent the disclosure of patients' "protected health information." | None | None |

2