Appendix A to the Declaration of E. Evans Wohlforth, Esq.

| Document Title/ECF No. | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|
| Exhibit 11 to Letter dated February 3, 2025 [ECF No. 507] | Exhibit 11 is an internal email chain between employees for Save On SP, LLC ("SaveOn") discussing the copay owed by a patient for a medication. The email chain comprises proprietary business information regarding SaveOn's policies for responding to patients and confidential patient health information. *See* ECF No. 507 Ex. 11. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. Patients would also be harmed by the disclosure of their confidential health information. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 12 to Letter dated February 3, 2025 [ECF No. 507] | Exhibit 12 is an internal instant messaging chain between employees for SaveOn discussing the copay owed by a patient for a medication. The email chain comprises proprietary business information regarding | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |

| | | | | | |
|---|---|---|---|---|---|
| | SaveOn's policies for responding to patients and confidential patient health information. *See* ECF No. 507 Ex. 12. | Patients would also be harmed by the disclosure of their confidential health information. | | | |
| Exhibit 13 to Letter dated February 3, 2025 [ECF No. 507] | Exhibit 13 is an internal instant messaging chain between employees for SaveOn discussing the copay owed by a patient for a medication. The email chain comprises proprietary business information regarding SaveOn's policies for responding to patients and confidential patient health information. *See* ECF No. 507 Ex. 13. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants.<br><br>Patients would also be harmed by the disclosure of their confidential health information. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 17 to Letter dated February 3, 2025 [ECF No. 507] | Exhibit 17 is an email chain between employees for Express, Scripts, Inc. ("ESI"), employees for Accredo Health Group ("Accredo"), and a health plan client. The email chain discusses SaveOn's business practices, comprising proprietary business information. *See* ECF No. 507 Ex. 17. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |

2

| | | | | | |
|---|---|---|---|---|---|
| Exhibit 18 to Letter dated February 3, 2025 [ECF No. 507] | Exhibit 18 is a spreadsheet containing confidential data about patients on SaveOn-advised plans and SaveOn's and Accredo's interactions with those patients, comprising confidential patient health information and proprietary business information. *See* ECF No. 507 Ex. 18. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 19 to Letter dated February 3, 2025 [ECF No. 507] | Exhibit 19 is an internal email chain between employees for SaveOn, ESI, and a client health plan discussing the copay owed by a patient for a medication and the process by which a patient will receive their medication. The email chain comprises proprietary business information regarding SaveOn's policies for responding to patients and confidential patient health information. *See* ECF No. 507 Ex. 19. | If relief is not granted, SaveOn would be at a competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants.<br><br>Patients would also be harmed by the disclosure of their confidential health information. | It is believed that no less restrictive alternative is available to prevent the disclosure of SaveOn's proprietary business information. | No | No objection |
| Exhibit 20 to Letter | Exhibit 20 is an internal instant messaging chain | If relief is not granted, SaveOn would be at a | It is believed that no less restrictive alternative is | No | No objection |

3

| | | | | | |
|---|---|---|---|---|---|
| dated February 3, 2025 [ECF No. 507] | between employees for SaveOn discussing the copay owed by a patient for a medication. The email chain comprises proprietary business information regarding SaveOn's policies for responding to patients and confidential patient health information. *See* ECF No. 507 Ex. 20. | competitive disadvantage should its proprietary non-public business information and strategy be disclosed to competitors and other market participants.<br><br>Patients would also be harmed by the disclosure of their confidential health information. | available to prevent the disclosure of SaveOn's proprietary business information. | | |

4