# EXHIBIT D

INDEX IN SUPPORT OF MOTION TO SEAL SAVEONSP'S MOTION TO COMPEL JJHCS TO
ADD TRIALCARD CUSTODIANS AND RUN ADDITIONAL SEARCHES (ECF NOS. 489, 500 & 533)

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury That Would Result if Relief Were Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|
| Letter from E. Evans Wohlforth, Jr. to Judge Wolfson regarding SaveOnSP's Motion to Compel JJHCS to Add TrialCard Custodians and Run Additional Searches, dated January 3, 2025 (ECF No. 489) | JJHCS requests the redaction of information in and exhibits to the January 3, 2025 letter that is not known to the general public and which the parties agreed to keep confidential. JJHCS maintains that these documents and exhibits contain sensitive business information.<br><br>In addition, Exhibits 98-100 contain documents designated as Attorneys' Eyes Only – Confidential Health Information.<br><br>Further, several of these exhibits were produced by non-party TrialCard | If filed on the public docket, these portions of the January 3, 2025 letter and the exhibits thereto would reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure to the public of this confidential and proprietary information would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None, with the exception of Exhibit 82, which was sealed pursuant to ECF No. 510 | None |
| Pages 4–12 & 14 and notes 3, 5–16, 22–25 & 28 — Redactions discussing confidential exhibits | | | | | |
| Exhibits 1, 4 & 82 — Redactions to discovery letters discussing confidential documents | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury That Would Result if Relief Were Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|
| Exhibits 5, 15–23, 26–27, 29-32, 34, 35, 37–41, 43, 44, 48, 49, 52–68, 70–81, 83, 85–90, 97, 101–04 & 106–12 | Sealing of emails and attachments discussing confidential information | pursuant to subpoenas and designated as Confidential – Attorneys' Eyes Only. | competitors secured the information. Additionally, disclosure of Confidential Health Information would also improperly reveal confidential health information to the public. | | | |
| Exhibits 24 & 25 | Redactions to discovery responses and objections containing references to confidential information | | | | | |

2

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury That Would Result if Relief Were Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|
| Exhibits 28, 33, 42, 45, & 114 | Sealing of confidential documents and presentations containing competitively sensitive information | | | | |
| Exhibits 36, 46, 47, 50, 51, 69, 105 & 115 | Sealing of confidential agreements and work orders containing competitively sensitive information | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury That Would Result if Relief Were Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|
| Exhibit 39 | Sealing of confidential notes containing competitively sensitive information | | | | | |
| Exhibits 84, 91 & 92 | Sealing of confidential spreadsheets containing competitively sensitive information | | | | | |
| Exhibits 98, 99 & 100 | Sealing of confidential benefits investigations | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury That Would Result if Relief Were Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|
| Letter from Jeffrey J. Greenbaum to Judge Wolfson in opposition to Motion to Compel JJHCS to Add TrialCard Custodians and Run Additional Searches, dated January 24, 2025 (ECF No. 500) | | JJHCS requests the redaction of information in and exhibits to the January 24, 2025 letter that is not known to the general public and which the parties agreed to keep confidential. JJHCS maintains that these documents and exhibits contain sensitive business information. In addition, Exhibits 13 and 14 were produced by non-party TrialCard pursuant to subpoenas and designated as Confidential – Attorneys' Eyes Only. | If filed on the public docket, these portions of the January 24, 2025 letter and the exhibits thereto would reveal confidential material relating to JJHCS's sensitive business information. Disclosure to the public of this confidential and proprietary information would cause irreparable harm to JJHCS because it would place JJHCS at a competitive disadvantage if its | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |
| Pages 7–12 & 14–16 and note 4 | Redactions discussing confidential exhibits | | | | | |
| Exhibits 1 & 2 | Sealing of confidential agreements containing competitively sensitive information | | | | | |

5

| Material/Title of Document | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury That Would Result if Relief Were Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|
| Exhibits 6, 8, 9, 13 & 14 | Sealing of confidential documents and presentations containing competitively sensitive information | | competitors secured the information. | | |
| Exhibit 7 | Sealing of email discussing confidential information | | | | |
| Exhibit 12 | Redactions to discovery letters discussing confidential documents | | | | |

6

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury That Would Result if Relief Were Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|
| Letter from E. Evans Wohlforth, Jr. to Judge Wolfson in reply to SaveOnSP's Motion to Compel JJHCS to Add TrialCard Custodians and Run Additional Searches, dated February 10, 2025 (ECF No. 533) | | JJHCS requests the redaction of information in and exhibits to the February 10, 2025 letter that is not known to the general public and which the parties agreed to keep confidential. JJHCS maintains that these documents and exhibits contain sensitive business information.<br><br>In addition, Exhibit 132 contains a document designated as Attorneys' Eyes Only – | If filed on the public docket, these portions of the February 10, 2025 letter and the exhibits thereto would reveal confidential material relating to JJHCS's sensitive business information.<br><br>Disclosure to the public of this confidential and proprietary information would cause irreparable harm to JJHCS because it would | JJHCS requests the sealing of only the information that will reveal confidential information that is not known to the general public. No less restrictive alternative is available or practicable. | None | None |
| Pages 3–8 and notes 3–7 | Redactions discussing confidential exhibits | | | | | |
| Exhibit 116 | Sealing of confidential work order | | | | | |

7

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury That Would Result if Relief Were Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|
| Exhibits 117, 119, 120, 122–24, 126–30, 134, 135, 138 & 139 | Sealing of emails and attachments discussing confidential information | Confidential Health Information.<br><br>Further, several of these exhibits were produced by non-party TrialCard pursuant to subpoenas and designated as Confidential – Attorneys' Eyes Only. | place JJHCS at a competitive disadvantage if its competitors secured the information.<br><br>Additionally, disclosure of Confidential Health Information would also improperly reveal confidential health information to the public. | | | |
| Exhibits 118, 131, 136 & 137 | Sealing of confidential documents and presentations containing competitively sensitive information | | | | | |
| Exhibit 121 | Sealing of confidential chat log discussing confidential information | | | | | |

| Material/Title of Document | | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury That Would Result if Relief Were Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|---|
| Exhibit 125 | Sealing of confidential spreadsheet | | | | | |