**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAVE ON SP, LLC,<br><br>Defendants. | Civil Action No. 22-2632 (ES) (CLW)<br><br>ORDER TERMINATING DOCKET ENTRIES 345, 346, 347, 348, 389, 411, and 485 |

This matter comes before the Court *sua sponte* regarding several filings that have been docketed as new motions. (ECF Nos. 345, 346, 347, 348, 389, 411, and 485). In accordance with Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1, the Court resolves this issue without oral argument. Upon the Court's careful consideration of these docket entries, as well as the balance of the docket for this matter; and for good cause shown; and

**WHEREAS** it appears that Docket Entry Nos. 345, 346, 347, 348, 389, 411, and 485 are "redacted" versions of previously filed applications, rather than separate applications; and

**WHEREAS** it appears that the parties filed those redacted versions in response to Orders from the Special Master granting various motions to seal; and

**WHEREAS** Docket Entry Nos. 345, 346, 347, 348, 389, 411, and 485 do not provide any new information or seek relief different from that set forth in the submissions previously filed under seal;

**IT IS** on this 13th day of March, 2025,

**ORDERED** that the Clerk of the Court shall terminate Docket Entry Nos. 345, 346, 347, 348, 389, 411, and 485; and it is further

**ORDERED** that, going forward, the parties shall file any redacted versions of documents as attachments to explanatory cover letters (i.e., not as standalone motions).

**SO ORDERED**

**s/ Cathy L. Waldor**
**CATHY L. WALDOR**
**United States Magistrate Judge**

cc:  Hon. Jamel K. Semper, U.S.D.J.