**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., and ACCREDO HEALTH GROUP, INC. <br><br> Defendants. | Civil Action No. 22-2632 (JKS)(CLW) <br><br> *Document Electronically Filed* <br><br> **ORDER EXTENDING DEADLINES FOR MOTIONS TO SEAL** |

**THIS MATTER** having been opened before the undersigned Special Master upon the Defendant Save On SP, LLC's ("SaveOn") request that the deadlines for certain motions to seal be extended, and Plaintiff Johnson & Johnson Health Care Systems Inc. having consented to this relief;

**IT IS** on this 14th day of March, 2025,

**ORDERED** that the following deadlines are extended as follows:

1.      By April 10, 2025, JJHCS and SaveOn shall file any motions to seal the following motions and related briefing: (i) SaveOn's motion to compel documents regarding CAP appeals, dated February 3, 2025; (ii) SaveOn's motion to compel documents regarding PAFA+, dated January 29, 2025; (iii) SaveOn's motion to compel documents regarding the FRAS contracts, dated February 3, 2025; and (iv) SaveOn's motion to compel documents regarding advocacy groups, dated February 3, 2025; and

2.      By May 7, 2025, JJHCS and SaveOn shall file any motions to seal the following motions and related briefing: (i) JJHCS's motion to compel regarding RFPs 140-145, dated February 3, 2025; (ii) JJHCS's motion to compel lawsuit documents, dated February 3, 2025; (iii)

JJHCS's motion to compel regarding Teams messages, dated January 30, 2025; (iv) JJHCS's motion to compel regarding Interrogatory No. 22, dated January 28, 2025; (v) SaveOn's motion for in camera review of privileged documents shared with third parties, dated February 3, 2025; and (vi) SaveOn's motion for in camera review of certain categories of documents withheld or redacted for privilege, dated February 3, 2025.


*/s/ Freda L. Wolfson*
Hon. Freda L. Wolfson (ret.)
Special Master