SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

LINKLATERS LLP
Adeel A. Mangi
George LoBiondo
1290 Avenue of the Americas
New York, New York 10104
(212) 903-9000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | : | Civil Action No. 22-2632(JKS)(CLW) |
| Plaintiff, | : : | Hon. Jamel K. Semper, U.S.D.J. Hon. Cathy L. Waldor, U.S.M.J |
| vs. | : | |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., and ACCREDO HEALTH GROUP, INC., | : : | **ORDER ADOPTING REPORT AND RECOMMENDATION ON MOTION TO STRIKE** |
| Defendants. | | |

THIS MATTER having come before the Court by Sills Cummis & Gross P.C. and Linklaters LLP, attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS"), on JJHCS's motion, pursuant to Fed. R. Civ. P. 12(f),

striking Defendant Save On SP, LLC's ("SaveOnSP") October 30, 2024 Answer (Dkt. No. 428) in its entirety and the "Statement of Facts" from SaveOnSP's October 31, 2024 "corrected" Answer to JJHCS's Amended Complaint (Dkt. No. 429) (the "Motion to Strike"), and (i) the Honorable Freda L. Wolfson (ret.), Special Master, having reviewed and considered the motion and submissions of the parties, issued a Special Master Report and Recommendation granting the Motion to Strike in part (Dkt. No. 524, the "Report and Recommendation"), and (ii) this Court, having reviewed and having received no objections to the Report and Recommendation, and it appearing to the Court that the Report and Recommendation should be adopted in all respects, and for good cause shown;

IT IS on this _____ day of _____, 2025,

ORDERED that the Report and Recommendation is adopted in all respects;

IT IS FURTHER ORDERED that JJHCS's Motion to Strike is GRANTED IN PART for the reasons set forth in the Report and Recommendation; and

IT IS FURTHER ORDERED that SaveOnSP's October 30, 2024 Answer (Dkt. No. 428) is stricken with prejudice;

IT IS FURTHER ORDERED that Sections II, IV, V, and VI of the "Statement of Facts" of SaveOnSP's October 31, 2024 "corrected" Answer to JJHCS's Amended Complaint (Dkt. No. 429) be stricken with prejudice; and

2

IT IS FURTHER ORDERED that SaveOnSP shall re-file its Answer to JJHCS's Amended Complaint with Sections II, IV, V, and VI of the "Statement of Facts" redacted and marked "Stricken by Court Order" within one week of the date of this Order.

_____

HON. JAMEL K. SEMPER
