<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, et al., <br><br> Defendant. | Civil Action No. 22-2632 (JKS) (CLW) <br><br> **ORDER** <br><br> April 1, 2025 |

**SEMPER**, District Judge.

    **THIS MATTER** having come before the Court by Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS") on JJHCS's Motion to Strike (ECF 459), and (i) the Honorable Freda L. Wolfson (ret.), Special Master, having reviewed and considered the motion and submissions of the parties, issued a Special Master Report and Recommendation granting the Motion to Strike on February 12, 2025 (ECF 524, the "Report and Recommendation"), and (ii) this Court, having reviewed the Report and Recommendation and having received no objections to it, and it appearing to the Court that the Report and Recommendation should be adopted in all respects, and for good cause shown;

    **IT IS** on this 1st day of April 2025,

    **ORDERED** that the Report and Recommendation is adopted in all respects; and it is further

**ORDERED** that JJHCS's Motion to Strike (ECF 459) is **GRANTED in part and DENIED in part** for the reasons set forth in the Report and Recommendation; and it is further

**ORDERED** that Sections II, IV, V, and VI of the Statement of Facts of Defendant Save On SP's Answer (ECF 429) are hereby **STRICKEN**; and it is further

**ORDERED** that ECF 428 is hereby **STRICKEN**; and it is further

**ORDERED** that, in the interest of efficiency, the Court shall issue additional guidance on Defendant Save On SP's filing of an amended answer (i.e., removing the stricken sections) upon resolution of the pending motion for leave to supplement (ECF 403) and Judge Wolfson's (ret.) Report and Recommendation (ECF 574).

**SO ORDERED**.

                                                      */s/ Jamel K. Semper*
                                                    **HON. JAMEL K. SEMPER**
                                                    **United States District Judge**