UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., : <br><br>Plaintiff, : <br><br>v. : <br><br>SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., AND ACCREDO HEALTH GROUP, INC., : <br><br>Defendants. | Civil Action No. 22-2632(CCC)(CLW) <br><br>Hon. Claire C. Cecchi, U.S.D.J. <br>Hon. Cathy L. Waldor, U.S.M.J. <br>Hon. Freda L. Wolfson, Special Master <br><br>**ORDER GRANTING MOTION TO SEAL** |

**THIS MATTER** having been brought to the Court, and referred to the Undersigned Special Master, upon the motion (ECF No. 530) of Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS"), by and through its attorneys, seeking an order (a) permanently maintaining under seal the letters and supporting exhibits filed by the parties in connection with the Motion of Defendant Save On SP, LLC ("SaveOnSP") to Compel JJHCS to run searches of the custodial files of Michael Ingham, dated January 3, 2025, with related briefing dated January 17 and January 28, 2025 (ECF Nos. 488, 494 & 513), filed January 7, January 17, and February 5, 2025 (the "Motion to Compel"); and (b) permitting JJHCS to file the proposed public versions of ECF Nos. 488, 494 & 513, attached as Exhibits A, B, and C to the Declaration of Jeffrey J. Greenbaum submitted in support of this motion; and the Special Master having considered the motion, and no objections having been made,

sets forth the following findings of fact and conclusions of law, pursuant to L. Civ. R. 5.3(c)(6):

(1) The Motion to Compel contains material that is nonpublic business, trade secret or proprietary information pertaining to research and scholarship on copay adjustment programs and the work of Janssen Scientific Affairs (collectively, the "Confidential Materials").

(2) The Confidential Materials contain JJHCS's highly sensitive, proprietary business information that is not known to the general public.

(3) JHCS has safeguarded and protected the confidentiality of the Confidential Materials, including throughout the pendency of this action.

(4) JJHCS would suffer substantial and specific harm, including potential financial damage and disclosure of competitive business information through the divulgence of such confidential information and that JJHCS has a strong and legitimate interest in protecting this confidential information from being disclosed to the public. *See Goldenberg v. Indel, Inc.*, No. 09-5202 (JBS/AMD), 2012 U.S. Dist. LEXIS 479, at *8 (D.N.J. Jan. 3, 2012) ("Courts have recognized that the confidentiality of business agreements, trade secrets or commercial information are a legitimate private interest and the disclosure of this information can be used for the improper purpose of causing harm to the litigant's competitive standing in

Case 2:22-cv-02632-CCC-CLW   Document 583   Filed 04/09/25   Page 3 of 4 PageID: 71348

the marketplace."); *Bracco Diagnostics, Inc. v. Amersham Health, Inc.*, Civil Action No. 03-6025, 2007 U.S. Dist. LEXIS 51828, at *27–28 (D.N.J. July 18, 2007) (granting motion to seal where release of confidential commercial information to the public would cause "clearly defined and serious injury" resulting in a party's "competitive disadvantage").

(5) No less restrictive alternative to sealing exists and that JJHCS has proposed redactions where appropriate to minimize the amount of sealing necessary.

**ACCORDINGLY**, for these reasons, good cause exists for protecting the Plaintiff's Confidential Materials pursuant to Fed. R. Civ. P. 26(c)(1)(G) and L. Civ. R. 5.3(c)(2),

**IT IS** on this 9th day of April, 2025;

**ORDERED** that, pursuant to L. Civ. R. 5.3, the Confidential Materials are confidential and entitled to protection; and it is further

**ORDERED** that the motion to seal (ECF No. 530) is **GRANTED** and the Motion to Compel is hereby permanently **SEALED**; and it is further

**ORDERED** that the Clerk of Court shall maintain the unredacted versions of ECF Nos. 488, 494 & 513 under seal; and it is further

**ORDERED** that the parties are directed to file the redacted versions of the Motion to Compel, including all exhibits, consistent with the proposed redactions submitted herewith.

3

*/s/ Freda L. Wolfson*
Hon. Freda L. Wolfson (ret.)
Special Master
