SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

LINKLATERS LLP
Adeel A. Mangi
George LoBiondo
Patrick Ashby (admitted *pro hac vice*)
Sara A. Arrow
Julia Long (admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104
(212) 903-9000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632(CCC)(CLW) |
| Plaintiff, | Hon. Claire C. Cecchi, U.S.D.J. |
| | Hon. Cathy L. Waldor, U.S.M.J. |
| v. | Hon. Freda L. Wolfson, Special Master |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., AND ACCREDO HEALTH GROUP, INC., | **NOTICE OF MOTION TO SEAL** |
| Defendants. | |

COUNSEL:

PLEASE TAKE NOTICE that on May 5, 2025 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Johnson

& Johnson Health Care Systems Inc. ("JJHCS"), together with counsel for Defendant Save On SP, LLC ("SaveOnSP"), will apply before the Honorable Freda L. Wolfson, Special Master at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order:

(a) Permanently maintaining under seal the letters and supporting exhibits filed by the parties in connection with SaveOnSP's Motion to Compel JJHCS to Produce Documents Responsive to SaveOnSP's Request Nos. 77 and 78 Related to Advocacy Groups and Pharmaceutical Industry Associations, dated February 3, 2025, with related briefing dated February 18 and February 28, 2025 (ECF Nos. 514, 528 & 553), filed February 6, February 19, and March 11, 2025 (the "Advocacy Groups Motion"); and

(b) Permitting JJHCS to file the proposed public versions of the Advocacy Groups Motion, ECF Nos. 514, 528 & 553, attached as Exhibits A, B, and C to the Declaration of Jeffrey J. Greenbaum submitted in support of this motion ("Greenbaum Declaration").

PLEASE TAKE FURTHER NOTICE that in support of this motion, JJHCS will rely on the accompanying Greenbaum Declaration, the Declaration of E.

Evans Wohlforth, Jr., and their respective indices in support of this motion. A proposed form of Order is also attached.

PLEASE TAKE FURTHER NOTICE that pursuant to L. Civ. R. 7.1(d)(4), no brief is necessary inasmuch as the application presents issues that are a matter of familiarity to the Court.

                                                     Respectfully submitted,

Dated: April 10, 2025            SILLS CUMMIS & GROSS P.C.
                                                     One Riverfront Plaza
                                                     Newark, New Jersey 07102
                                                     (973) 643-7000
                                                     jgreenbaum@sillscummis.com
                                                     klieb@sillscummis.com

                                                     By:    *s/ Jeffrey J. Greenbaum*
                                                                JEFFREY J. GREENBAUM
                                                                KATHERINE M. LIEB

                                                   LINKLATERS LLP
                                                   Adeel A. Mangi
                                                   George LoBiondo
                                                   Patrick Ashby (admitted *pro hac vice*)
                                                   Sara A. Arrow
                                                   Julia Long (admitted *pro hac vice*)
                                                   1290 Avenue of the Americas
                                                   New York, New York 10104
                                                   (212) 903-9000

                                                   *Attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc.*

ROBINSON & COLE LLP
666 Third Avenue, 20th Floor
New York, New York 10017
(212) 451-2900
ewohlforth@rc.com

By:   *s/ E. Evans Wohlforth, Jr.*
      E. EVANS WOHLFORTH, JR.

SELENDY GAY PLLC
Philippe Z. Selendy (admitted *pro hac vice*)
Andrew R. Dunlap (admitted *pro hac vice*)
Meredith Nelson (admitted *pro hac vice*)
Elizabeth H. Snow (admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104
(212) 390-9000
pselendy@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com
esnow@selendygay.com

*Attorneys for Defendant Save On SP, LLC*

4