SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

LINKLATERS LLP
Adeel A. Mangi
George LoBiondo
Patrick Ashby (admitted *pro hac vice*)
Sara A. Arrow
Julia Long (admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104
(212) 903-9000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632(CCC)(CLW) |
| Plaintiff, | Hon. Claire C. Cecchi, U.S.D.J. |
| v. | Hon. Cathy L. Waldor, U.S.M.J. |
| | Hon. Freda L. Wolfson, Special Master |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., AND ACCREDO HEALTH GROUP, INC., | **NOTICE OF MOTION TO SEAL** |
| Defendants. | |

COUNSEL:

PLEASE TAKE NOTICE that on May 5, 2025 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Johnson

& Johnson Health Care Systems Inc. ("JJHCS"), together with counsel for Defendants Save On SP, LLC ("SaveOnSP") and Express Scripts, Inc. ("ESI"), will apply before the Honorable Freda L. Wolfson, Special Master at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order:

(a) Permanently maintaining under seal the letters and supporting exhibits filed by the parties in connection with SaveOnSP's Motion to Compel JJHCS to Produce Documents from the PAFA+ Database, dated January 29, 2025, with related briefing dated February 12 and February 24, 2025 (ECF Nos. 511, 526, & 554), filed February 5, February 13, and March 11, 2025 (the "PAFA+ Motion"); and

(b) Permitting JJHCS to file the proposed public versions of the PAFA+ Motion, ECF Nos. 511, 526, & 554, attached as Exhibits A, B, and C to the Declaration of Jeffrey J. Greenbaum submitted in support of this motion ("Greenbaum Declaration").

PLEASE TAKE FURTHER NOTICE that in support of this motion, JJHCS will rely on the accompanying Greenbaum Declaration, the Declaration of E. Evans Wohlforth, Jr., and the Declaration of Mark A. Berman and their respective indices in support of this motion. A proposed form of Order is also attached.

PLEASE TAKE FURTHER NOTICE that pursuant to L. Civ. R. 7.1(d)(4), no brief is necessary inasmuch as the application presents issues that are a matter of familiarity to the Court.

Respectfully submitted,

Dated: April 10, 2025

SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000
jgreenbaum@sillscummis.com
klieb@sillscummis.com

By:  *s/ Jeffrey J. Greenbaum*
       JEFFREY J. GREENBAUM
       KATHERINE M. LIEB

LINKLATERS LLP
Adeel A. Mangi
George LoBiondo
Patrick Ashby (admitted *pro hac vice*)
Sara A. Arrow
Julia Long (admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104
(212) 903-9000

*Attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc.*

ROBINSON & COLE LLP
666 Third Avenue, 20th Floor
New York, New York 10017
(212) 451-2900
ewohlforth@rc.com

By:  *s/ E. Evans Wohlforth, Jr.*
       E. EVANS WOHLFORTH, JR.

3

SELENDY GAY PLLC
Philippe Z. Selendy (admitted *pro hac vice*)
Andrew R. Dunlap (admitted *pro hac vice*)
Meredith Nelson (admitted *pro hac vice*)
Elizabeth H. Snow (admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104
(212) 390-9000
pselendy@selendygay.com
adunlap@selendygay.com
mnelson@selendygay.com
esnow@selendygay.com

*Attorneys for Defendant Save On SP, LLC*

HARTMANN DOHERTY ROSA
BERMAN & BULBULIA LLP
433 Hackensack Avenue, Suite 1002
Hackensack, NJ 07601
(201) 441-9056
mberman@hdrbb.com

*s/ Mark A. Berman*
MARK A. BERMAN

*Counsel of Record for Defendant*
*Express Scripts, Inc.*

Sarah C. Hellmann *(pro hac vice)*
Christopher A. Smith *(pro hac vice)*
Kate Ledden *(pro hac vice)*
Husch Blackwell LLP
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
(314) 480-1500
Fax: (314) 480-1505
sarah.hellmann@huschblackwell.com
chris.smith@huschblackwell.com
kate.ledden@huschblackwell.com
*Counsel for Defendant Express Scripts, Inc.*

4