# Exhibit A

**INDEX IN SUPPORT OF MOTION TO SEAL PORTIONS OF JJHCS' OPPOSITION TO SAVEONSP'S MOTION TO COMPEL PAFA+ DATA (ECF NO. 526)**

| Materials/Title of Document | Basis for Sealing (Legitimate Private or Public Interests That Warrant the Relief) | Clearly Defined and Serious Injury That Would Result if Relief Were Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Prior Order Sealing the Same Materials | Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|
| Exhibit 7 of JJHCS' Opposition to Motion to Compel re PAFA+ | ESI requests that this exhibit be sealed in its entirety, given it has a legitimate interest to protect the proprietary nature of the confidential business information contained in this exhibit. | If filed on the public docket, this exhibit would reveal confidential material relating to ESI's sensitive business information. Disclosure to the public of this confidential and proprietary information would cause irreparable harm to ESI because it would place ESI at a competitive disadvantage. | No less restrictive means is available to prevent disclosure of ESI's proprietary and confidential business information. | None | None |
| Exhibit 9 of JJHCS' Opposition to Motion to Compel re PAFA+ | ESI requests that this exhibit be sealed in its entirety, given it has a legitimate interest to protect the proprietary | If filed on the public docket, this exhibit would reveal confidential material relating to ESI's | No less restrictive means is available to prevent disclosure of ESI's proprietary | None | None |

1

| | nature of the confidential business information contained in this exhibit. | sensitive business information. Disclosure to the public of this confidential and proprietary information would cause irreparable harm to ESI because it would place ESI at a competitive disadvantage. | and confidential business information. | | |
|---|---|---|---|---|---|
| Exhibit 10 of JJHCS' Opposition to Motion to Compel re PAFA+ | ESI requests that this exhibit be sealed in its entirety, given it has a legitimate interest to protect the proprietary nature of the confidential business information contained in this exhibit. | If filed on the public docket, this exhibit would reveal confidential material relating to ESI's sensitive business information. Disclosure to the public of this confidential and proprietary information would cause irreparable harm to ESI because it would place ESI at a competitive disadvantage. | No less restrictive means is available to prevent disclosure of ESI's proprietary and confidential business information. | None | None |

2