SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

LINKLATERS LLP
Adeel A. Mangi
George LoBiondo
Patrick Ashby (admitted *pro hac vice*)
Sara A. Arrow
Julia Long (admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104
(212) 903-9000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632(CCC)(CLW) |
| Plaintiff, | Hon. Claire C. Cecchi, U.S.D.J. |
| | Hon. Cathy L. Waldor, U.S.M.J. |
| v. | Hon. Freda L. Wolfson, Special Master |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., AND ACCREDO HEALTH GROUP, INC., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

JEFFREY J. GREENBAUM, of full age, certifies that on the 10th day of April 2025, I caused a copy of a Notice of Motion, Declaration of Jeffrey J.

Greenbaum, Declaration of E. Evans Wohlforth, Jr., and Declaration of Mark A. Berman, and proposed form of Order, all in support of the Joint Motion to Seal of Plaintiff Johnson & Johnson Health Care Systems Inc. and Defendants SaveOn SP, LLC and Express Scripts, Inc. to be served via CM/ECF on all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2025                    *s/ Jeffrey J. Greenbaum*
                                              JEFFREY J. GREENBAUM