# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632(CCC)(CLW) |
| Plaintiff, | Hon. Claire C. Cecchi, U.S.D.J. |
| | Hon. Cathy L. Waldor, U.S.M.J. |
| v. | Hon. Freda L. Wolfson, Special Master |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., AND ACCREDO HEALTH GROUP, INC., | **ORDER GRANTING MOTION TO SEAL** |
| Defendants. | |

**THIS MATTER** having been brought to the Court, referred to the undersigned Special Master, upon the motion to seal (EFC No. 548) of Defendants Accredo Health Group, Inc. ("Accredo"), Express Scripts, Inc. ("ESI"), and SaveOnSP, LLC ("SaveOnSP"), by and through their attorneys, seeking an order (a) permanently maintaining under seal the letters and supporting exhibits filed by the parties in connection with (i) Plaintiffs Motion to Compel Accredo and ESI to produce (the "PHI Motion") filed February 4, 2025, with related briefing dated February 13, 2025 and February 20, 2025 (ECF Nos. 507, 525, & 531) attached as Exhibit A to the Declaration of Mark A. Berman submitted in support of this motion; and the Special Master having considered the motion, and no objections having been

filed, makes the following findings of fact and conclusions of law, under Local Civil Rule 5.3( c )(6):

(1) The exhibits to the PHI Motion and its related briefing contain material that is protected health information and highly sensitive, proprietary business information ("Confidential Materials").

(2) The parties safeguarded and protected the confidentiality of the Confidential Materials, including throughout the pendency of this action.

(3) ESI and Accredo have a strong and legitimate interest in protecting the protected health information contained in exhibits 14-18 of the PHI Motion and Exhibit 1 Appendix A of ESI and Accredo's Opposition to JJHCS's Motion to Compel the Production of Documents Without Redaction from being disclosed to the public. *See Rosario v. Doe*, 2013 WL 3283903, at *2-3 (D.N.J. June 25, 2013) (sealing records containing private medical information).

(4) SaveOnSP has a strong and legitimate interest in protecting the protected health information and its highly sensitive, proprietary business information that is not known to the general public, contained in exhibits 11-13 and 17-20 of the PHI Motion, from being disclosed to the public. *Goldenberg v. lndel, Inc.*, 2012 WL 15909, at *3 (D.N.J. Jan. 3, 2012)

2

(granting motion to seal "commercially sensitive and proprietary non-public business information").

(5) No less restrictive alternative to sealing exists and ESI, Accredo, and SaveOnSP have proposed redactions where appropriate to minimize the amount of sealing necessary.

**ACCORDINGLY**, for these reasons, good cause exists for protecting the Confidential Materials pursuant to Fed. R. Civ. P. 26(c)(1)(G) and L. Civ. R. 5.3(c)(2),

**IT IS** on this 15th day of April, 2025,

**ORDERED** that, pursuant to L. Civ. R. 5.3, the Confidential Materials are confidential and entitled to protection; and it is further

**ORDERED** that the motion to seal (EFC No. 548) is **GRANTED** and that Exhibits 11-20 of the PHI Motion are hereby permanently **SEALED**; and it is further

**ORDERED** that Exhibit 1 Appendix A to ESI and Accredo's Opposition to JJHCS's PHI Motion is redacted for "protected health information"; and it is further

**ORDERED** that the Clerk of Court shall maintain the unredacted versions of the PHI Motion (ECF Nos. 507, 525 & 531) under seal; and it is further

**ORDERED** that the parties are directed to file the redacted versions of the PHI Motion, including all exhibits, consistent with the proposed redactions submitted herewith.

*/s/ Freda L. Wolfson*
Hon. Freda L. Wolfson (ret.)
Special Master
