SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

LINKLATERS LLP
Adeel A. Mangi
George LoBiondo
Patrick Ashby (*admitted pro hac vice*)
Sara A. Arrow
Julia Long (*admitted pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104
(212) 903-9000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHNSON & JOHNSON HEAD CARE SYSTEMS INC., | : | Civil Action No. 22-2632(CCC)(CLW) |
| Plaintiff, | : : | Hon. Claire C. Cecchi, U.S.D.J. |
| vs. | : | Hon. Cathy L. Waldor, U.S.M.J. |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., and ACCREDO HEALTH GROUP, INC., | : : : | **ORDER ADOPTING REPORT AND RECOMMENDATION ON MOTION TO SUPPLEMENT** |
| Defendants. | | |

THIS MATTER having come before the Court by Sills Cummis & Gross

P.C. and Linklaters LLP, attorneys for Plaintiff Johnson & Johnson Health Care

Systems Inc. ("JJHCS"), on JJHCS's motion to supplement its Amended Complaint (the "Motion to Supplement"); and the Honorable Freda L. Wolfson (ret.), Special Master, upon consideration of the motion and submissions of the parties, having granted the Motion to Supplement in part pursuant to (i) a Special Master Report and Recommendation, dated February 24, 2025 (D.E. 569), and (ii) a Special Master Report and Recommendation, dated March 20, 2025 (D.E. 574, collectively, the "Report and Recommendation"); and this Court having received no objections to the Report and Recommendation; and it appearing to the Court that the Report and Recommendation should be adopted in all respects, and for good cause shown;

IT IS on this   24   day of   April   , 2025,

ORDERED that the Report and Recommendation is adopted in all respects;

IT IS FURTHER ORDERED that JJHCS's Motion to Supplement is GRANTED IN PART for the reasons set forth in the Report and Recommendation; and

IT IS FURTHER ORDERED that JJHCS shall file its Second Amended Complaint in accordance with the Report and Recommendation within one week of the date of this Order.

HON. CLAIRE C. CECCHI