# Exhibit 2

# Holland & Knight

Nashville City Center | 511 Union Street, Suite 2700 | Nashville, TN 37219 | T 615.244.6380 | F 615.244.6804
Holland & Knight LLP | www.hklaw.com

Andrew Solinger
+1 615-850-8062
Andrew.Solinger@hklaw.com

December 12, 2023

*Via E-mail (hsandick@pbwt.com)*

Harry Sandick, Esq.
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036

   Re:  JJHCS v. SaveOnSP, LLC, No. 2:23-mc-00019-JTF-tmp – Production of
        Documents in Response to Third-Party Subpoena – Exception Reports

Dear Counsel:

This letter accompanies the production of documents in response to the January 13, 2023 Subpoena to Produce Documents served on Accredo Health Group, Inc. ("Accredo") and issued in *JJHCS v. Save On SP, LLC*, No. 22-cv-2632-JMV-CLW (D.N.J.) (the "Third-Party Subpoena"). As discussed, this production includes the documents responsive to the Third-Party Subpoena document requests as limited by the Court's July 24, 2023 order. Accredo intends to fully comply with the Court's order and, again, welcomes the opportunity to work cooperatively to identify and produce additional responsive documents, subject to Rule 45 and the Court's order.

This production includes the "exception reports" for 2021 to 2023, as discussed previously with the agreed-upon redactions. These 622 documents are Bates labelled ACCREDO00000047 - ACCREDO00000668.

By providing these documents, Accredo does not waive or otherwise intend to compromise any objection it may have to the Requests served on it. These include, but are not limited to, objections concerning the form of the Requests, the breadth and scope of the Requests and the relevance of the documents sought to the investigation. Accredo reserves the right to assert those objections at a later time.

Please also note that we have not intentionally produced any documents covered by the attorney client privilege, the work product doctrine, or any other applicable privilege or protection. If any

Harry Sandick, Esq.
December 12, 2023
Page 2

privileged document or material has been included in this production, its production was inadvertent and should not be considered a waiver of any privilege or protection. In the event that it becomes apparent that any privileged document(s) may have been inadvertently produced, please cease all review of these documents and contact me at the number listed above.

Finally, these documents contain "Protected Health Information" as defined by HIPAA, and have been designated as "Confidential" and "Attorneys' Eyes Only," pursuant to the protective order.

If there is anything you need, or if you have any questions about the forgoing, please call me.

Best regards,

HOLLAND & KNIGHT LLP

Andrew Solinger

cc:  Katherine Brisson (kbrisson@pbwt.com)
     Lucas Elliot (lelliot@fbtlaw.com)
     George Lobiondo (globiondo@pbwt.com)