Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, NJ 07601
t: (201) 441-9056
e: mberman@hdrbb.com
*Counsel of Record for Accredo Health Group, Inc.*
*and Express Scripts, Inc.*

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>SAVE ON SP, LLC,<br><br>                    Defendant. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Civil No. 22-2632 (JKS) (CLW)<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF JENNIFER LIN CAVNER, ESQ.** |

      **PLEASE TAKE NOTICE** that, at a date and time to be set by the Court, undersigned counsel of record for Express Scripts, Inc. and Accredo Health Group, Inc. will move before the Honorable Jamel K. Semper at the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07102, for an Order admitting Jennifer Lin Cavner, Esq. *pro hac vice*, in this matter;

      **PLEASE TAKE FURTHER NOTICE** that in support of this motion, Movants will rely upon the attached Certification of Jennifer Lin Cavner, Esq.; and

      **PLEASE TAKE FURTHER NOTICE** that oral argument is not requested unless the motion is contested; and

      **PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this application.

s/ *Mark A. Berman, Esq.*
Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07601
t: 201-441-9056
e: mberman@hdrbb.com

*Counsel of Record for Accredo Health Group, Inc. and Express Scripts, Inc.*

Dated: April 29, 2025