Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, NJ 07601
t: (201) 441-9056
e: mberman@hdrbb.com
*Counsel of Record for Accredo Health Group, Inc.*
*and Express Scripts, Inc.*

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,<br><br>                           Plaintiff,<br><br>v.<br><br>SAVE ON SP, LLC,<br><br>                           Defendant. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Civil No. 22-2632 (JKS) (CLW)<br><br>**CERTIFICATION OF**<br>**JENNIFER LIN CAVNER, ESQ.**<br>**IN SUPPORT OF APPLICATION FOR**<br>**ADMISSION *PRO HAC VICE*** |

I, JENNIFER LIN CAVNER, ESQ., being of due age and sound mind, hereby certify as follows under penalty of law:

1) I make this Certification in support of my application for admission to the Bar of this Court *pro hac vice* for purposes of appearing on behalf of Express Scripts, Inc. in the above-captioned matter.

2) I am Senior Counsel with the firm of Husch Blackwell LLP, located at 111 Congress Avenue, Suite 1400, Austin, Texas 78701.

3) I am admitted to practice law in, and a member in good standing of, the following jurisdictions:

    a.    Texas
             Admitted 2000

    b.    United States District Court for the Western District of Texas
            Admitted: 2014

    c.    United States District Court for the Eastern District of Texas
          Admitted: 2014

    d.    United States District Court for the Northern District of Texas
          Admitted: 2018

    e.    United States District Court for the Southern District of Texas
          Admitted: 2018

4) The address of the offices maintaining the roll of members in good standing of the Bars in which I am a member are:

    a.    Seana Willing
          Chief Disciplinary Counsel
          State Bar of Texas
          P.O. Box 12487, Capitol Station
          Austin, Texas 78711-2487

    b.    United States District Court for the Western District of Texas
          Alicia Davis, Divisional Office Manager
          501 West Fifth Street, Suite 1100
          Austin, Texas 78701

    c.    United States District Court for the Eastern District of Texas
          David A. O'Toole, Clerk of Court
          211 West Ferguson Street, Room 106
          Tyler, Texas 75702

    d.    United States District Court for the Northern District of Texas
          Karen Sublett Mitchell, Clerk of Court
          1100 Commerce Street, Room 1452
          Dallas, Texas 75242

    e.    United States District Court for the Southern District of Texas
          Nathan Ochsner, Clerk of Court
          P.O. Box 61010
          Houston, Texas 77208

5) There are no disciplinary proceedings pending against me in any jurisdiction.

6) No discipline has previously been imposed on me in any jurisdiction.

7) Accordingly, I respectfully request that the Court grant my application for admission *pro hac vice* on behalf of Express Scripts, Inc.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Jennifer Lin Cavner, Esq.

Executed on April 28, 2025