Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, NJ 07601
t: (201) 441-9056
e: mberman@hdrbb.com
*Counsel of Record for Accredo Health Group, Inc.*
*and Express Scripts, Inc.*

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br><br> Civil No. 22-2632 (JKS) (CLW) <br><br> **CERTIFICATION OF SERVICE** |

I, MARK A. BERMAN, ESQ., of due age and sound mind, hereby certify as follows under penalty of law:

1. I am a director of the firm Hartmann Doherty Rosa Berman & Bulbulia LLP, counsel of record for Movants Express Scripts, Inc. and Accredo Health Group, Inc.

2. On April 29, 2025, I caused a copy of (i) Notice of Motion for Admission *Pro Hac Vice* of Jennifer Lin Cavner, Esq.; (ii) Certification of Jennifer Lin Cavner, Esq.; (iii) a proposed form of Order; and (iv) this Certification of Service to be served on all counsel of record via electronic case filing.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ *Mark A. Berman, Esq.*
Mark A. Berman, Esq.

Executed on April 29, 2025