# EXHIBIT A

**Long, Julia**

| | |
|---|---|
| **From:** | Long, Julia |
| **Sent:** | Wednesday, April 30, 2025 5:27 PM |
| **To:** | Jeremy.Sternberg@hklaw.com; hmiles@selendygay.com; Smith, Chris; Hellmann, Sarah; HB-JJHCS; An-drew.Solinger@hklaw.com; HK-JJHCS@hklaw.com; kate.ledden@huschblackwell.com; Emily.Robey-Phillips@hklaw.com; jennifer.cavner@huschblackwell.com; pselendy@selendygay.com; adun-lap@selendygay.com; mnelson@selendygay.com; esnow@selendygay.com; Matthew Nussbaum; EWohlforth@rc.com; SGalli@rc.com; ~mberman@hdrbb.com |
| **Cc:** | Mangi, Adeel; LoBiondo, George; Ashby, Patrick; Arrow, Sara; Jeffrey Greenbaum; Katherine Lieb; DL SaveOnSP |
| **Subject:** | RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-CCC-CLW) // Proposed Supplemented Second Amended Complaint |

Counsel:

We agree. We will file the motion as unopposed accordingly and attach this email.

Best,
Julia

**Julia Long** | **Counsel** | **T** +1 212 903 9399 | **M** +1 516 457 0495 | **Linklaters LLP** | New York

---

**From:** Jeremy.Sternberg@hklaw.com <Jeremy.Sternberg@hklaw.com>
**Sent:** Tuesday, April 29, 2025 2:55 PM
**To:** hmiles@selendygay.com; Long, Julia <julia.long@linklaters.com>; Smith, Chris <Chris.Smith@huschblackwell.com>; Hellmann, Sarah <Sarah.Hellmann@huschblackwell.com>; HB-JJHCS <HB-JJHCS@huschblackwell.com>; An-drew.Solinger@hklaw.com; HK-JJHCS@hklaw.com; kate.ledden@huschblackwell.com; Emily.Robey-Phillips@hklaw.com; jennifer.cavner@huschblackwell.com; pselendy@selendygay.com; adun-lap@selendygay.com; mnelson@selendygay.com; esnow@selendygay.com; Matthew Nussbaum <mnussbaum@selendygay.com>; EWohlforth@rc.com; SGalli@rc.com; ~mberman@hdrbb.com <mberman@hdrbb.com>
**Cc:** Mangi, Adeel <adeel.mangi@linklaters.com>; LoBiondo, George <george.lobiondo@linklaters.com>; Ashby, Patrick <patrick.ashby@linklaters.com>; Arrow, Sara <sara.arrow@linklaters.com>; Jeffrey Greenbaum <JGREENBAUM@sillscummis.com>; Katherine Lieb <klieb@sillscummis.com>; DL SaveOnSP <dlsaveonsp@linklaters.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-CCC-CLW) // Proposed Supplemented Second Amended Complaint

**Caution: External email.**
Express Scripts and Accredo will also not oppose the proposed supplementation subject to the same condition preserving the appellate rights identified in Ms. Miles' email below.

**Jeremy Sternberg** | **Holland & Knight**
Partner
Holland & Knight LLP
10 St. James Avenue, 11th Floor | Boston, Massachusetts 02116

1

Phone 617.854.1476 | Fax 617.878.1552
jeremy.sternberg@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Hannah Miles <hmiles@selendygay.com>
**Sent:** Tuesday, April 29, 2025 2:47 PM
**To:** julia.long <julia.long@linklaters.com>; Smith, Chris <Chris.Smith@huschblackwell.com>; Hellmann, Sarah <Sarah.Hellmann@huschblackwell.com>; HB-JJHCS <HB-JJHCS@huschblackwell.com>; Sternberg, Jeremy M (BOS - X71476) <Jeremy.Sternberg@hklaw.com>; An-drew.Solinger@hklaw.com; HK-JJHCS <HK-JJHCS@hklaw.com>; Ledden, Kate <kate.ledden@huschblackwell.com>; Robey-Phillips, Emily (BOS - X71466) <Emily.Robey-Phillips@hklaw.com>; jennifer.cavner <jennifer.cavner@huschblackwell.com>; pselendy <pselendy@selendygay.com>; adun-lap@selendygay.com; mnelson <mnelson@selendygay.com>; esnow <esnow@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; EWohlforth@rc.com; SGalli@rc.com; ~mberman@hdrbb.com <mberman@hdrbb.com>
**Cc:** Mangi, Adeel <adeel.mangi@linklaters.com>; LoBiondo, George <george.lobiondo@linklaters.com>; Ashby, Patrick <patrick.ashby@linklaters.com>; Arrow, Sara <sara.arrow@linklaters.com>; Jeffrey Greenbaum <JGREENBAUM@sillscummis.com>; Katherine Lieb <klieb@sillscummis.com>; DL SaveOnSP <dlsaveonsp@linklaters.com>
**Subject:** RE: JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-CCC-CLW) // Proposed Supplemented Second Amended Complaint

*[External email]*
Counsel:

SaveOn will not oppose the proposed supplementation if J&J agrees that SaveOn preserves all appellate rights regarding J&J's claims based on the three new drugs, to the same extent as if those drugs had been at issue in the Special Master's R&Rs of February 24, 2025 and March 20, 2025, adopted by the District Court on April 24, 2025.

Best,
Hannah

**Hannah Miles**
Associate  [Email]
Selendy Gay PLLC  [Web]
Pronouns: she, her, hers
———————————————————
+1 212.390.9055 [O]
+1 347.731.1404 [M]

**From:** Long, Julia <julia.long@linklaters.com>
**Sent:** Monday, April 28, 2025 5:37 PM
**To:** Smith, Chris <Chris.Smith@huschblackwell.com>; Hellmann, Sarah <Sarah.Hellmann@huschblackwell.com>; HB-JJHCS <HB-JJHCS@huschblackwell.com>; Jeremy.Sternberg@hklaw.com; An-drew.Solinger@hklaw.com; HK-JJHCS@hklaw.com; kate.ledden@huschblackwell.com; Emily.Robey-Phillips@hklaw.com; jennifer.cavner@huschblackwell.com; Philippe Selendy <pselendy@selendygay.com>; adun-lap@selendygay.com; Meredith Nelson <mnelson@selendygay.com>; Elizabeth Snow <esnow@selendygay.com>; Hannah Miles <hmiles@selendygay.com>; Matthew Nussbaum <mnussbaum@selendygay.com>; EWohlforth@rc.com; SGalli@rc.com; ~mberman@hdrbb.com <mberman@hdrbb.com>
**Cc:** Mangi, Adeel <adeel.mangi@linklaters.com>; LoBiondo, George <george.lobiondo@linklaters.com>; Ashby, Patrick <patrick.ashby@linklaters.com>; Arrow, Sara <sara.arrow@linklaters.com>; Jeffrey Greenbaum <JGREENBAUM@sillscummis.com>; Katherine Lieb <klieb@sillscummis.com>; DL SaveOnSP

2

<dlsaveonsp@linklaters.com>
**Subject:** JJHCS v. SaveOnSP (Case No. 2:22-cv-02632-CCC-CLW) // Proposed Supplemented Second Amended Complaint

Counsel:

JJHCS intends to move to supplement its complaint. The substance of the supplementation is limited to paragraph 180: JJHCS seeks to update that allegation to reflect that three more drugs now have CarePath terms and conditions that bar SaveOnSP by name. JJHCS's motion will be made pursuant to Rules 15 and 16 of the Federal Rules of Civil Procedure, and the Court's ruling that "factual allegations based on forthcoming updates to CarePath's terms and conditions—yet to be implemented—must be added separately by way of a motion." D.E. 569 at 24 n.11.

We intend to file the motion tomorrow, which includes substantive changes to a single sentence (copied below). Please let us know by tomorrow at 3:00 p.m. ET whether Defendants consent to the relief JJHCS seeks. To aid your consideration, I have attached a copy of JJHCS's Proposed Supplemented Second Amended Complaint for your review.

October 4, 2024. ~~In~~ January 2025. JJHCS ~~anticipates adding~~ added the above ~~language across a~~ ~~of its~~ terms to the copay assistance programs ~~by early~~ for INTELENCE®, PREZCOBIX®, an[d] ZYTIGA®. *See* Ex. C (CarePath terms and conditions for INTELENCE®, PREZCOBIX®, an[d] ZYTIGA® effective January 2025). ¶

Best,
Julia


**Julia Long | Counsel**
**T** +1 212 903 9399  |  **M** +1 516 457 0495  |  **E** julia.long@linklaters.com
**Linklaters LLP**  |  1290 Avenue of the Americas  |  New York  |  NY 10104  |  USA  |  linklaters.com

Any business communication sent by or on behalf of Linklaters LLP or one of its affiliated firms or other entities (together "Linklaters") is confidential and may be privileged or otherwise protected. If you receive it in error please inform us and then delete it immediately from your system. You should not copy it or disclose its contents to anyone. Please be aware that messages sent to and from Linklaters may be monitored for reasons of security, to protect our business, and to ensure compliance with legal and regulatory obligations and our internal policies. Emails are not a secure method of communication, can be intercepted and cannot be guaranteed to be error free. Anyone who communicates with us by email is taken to understand and accept the above.

Linklaters LLP is a limited liability partnership registered in England and Wales with registered number OC326345. It is a law firm authorised and regulated by the Solicitors Regulation Authority (www.sra.org.uk), with SRA ID: 460682. The term partner in relation to Linklaters LLP is used to refer to a member of Linklaters LLP or an employee or consultant of Linklaters LLP or any of its affiliated firms or entities with equivalent standing and qualifications. Please refer to www.linklaters.com/regulation for important information on our regulatory position. A list of Linklaters LLP members together with a list of those non-members who are designated as partners and their professional qualifications, may be inspected at our registered office, One Silk Street, London EC2Y 8HQ and such persons are either solicitors or registered foreign lawyers.

We take your privacy seriously. For information about how we process your personal data, please see our Global Privacy Notice at www.linklaters.com/en/legal-notices/privacy-notice.

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.