UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Johnson & Johnson Health Care Systems Inc. | |
| Plaintiff(s), | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |
| **v.** | |
| Save On SP, LLC, et al., | Civil Action No. 2:22-cv-02632 (CCC) (CLW) |
| Defendant(s) | |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

s/ Jeffrey J. Greenbaum
_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Julia Long, Esq.

Address: Linklaters LLP

1290 Avenue of the Americas

New York, New York 10104

E-mail: julia.long@linklaters.com

(One email address only)