

| | |
|---|---|
| **Freda Wolfson**<br>Partner<br>U.S. Chief Dist. Judge (ret.) | One Lowenstein Drive<br>Roseland, New Jersey 07068<br><br>T: (862) 926-2708<br>M: (908) 715-8349<br>E: fwolfson@lowenstein.com |

## SPECIAL MASTER REPORT AND RECOMMENDATION

May 2, 2025

<u>Via ECF and email</u>
TO ALL COUNSEL OF RECORD

      RE:   *Johnson & Johnson Health Care Systems, Inc. v. Save On SP, LLC, Express Scripts, Inc., and Accredo Health Group, Inc.*
            <u>No. 22-2632 (CCC)(CLW)</u>

Counsel:

    I have reviewed the unopposed motion by Plaintiff Johnson & Johnson Health Care Systems, Inc. ("Plaintiff") to supplement the amended complaint. Plaintiff seeks to revise a single sentence in its recently filed pleading to include three additional drugs to the list of Janssen drugs with CarePath terms and conditions that now expressly bar SaveOnSP by name.

    This proposed amendment is consistent with my prior guidance in the Report and Recommendation to the Court granting Plaintiff's motion to supplement. (*See* ECF No. 569, at 24 n.11.) Accordingly, I recommend that the Court grant Plaintiff's unopposed motion and direct Plaintiff to file its amended pleading within 10 days of the Court's order.

                                                 <u>/s/ Freda L. Wolfson</u>
                                                     Hon. Freda L. Wolfson (ret.)
                                                       Special Master

cc:     Hon. Cathy L. Waldor, U.S.M.J.