SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

LINKLATERS LLP
Adeel A. Mangi
George LoBiondo
Patrick Ashby (admitted *pro hac vice*)
Sara A. Arrow
Julia Long (admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104
(212) 336-2000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | Civil Action No. 22-2632 (CCC) (CLW) |
| Plaintiff, | Hon. Claire C. Cecchi, U.S.D.J. |
| vs. | Hon. Cathy L. Waldor, U.S.M.J. |
| | Hon. Freda Wolfson (ret.), Special Master |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., and ACCREDO HEALTH GROUP, INC. | **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE SECOND AMENDED COMPLAINT** |
| Defendants. | |

THIS MATTER having come before the Court by Sills Cummis & Gross P.C. and Linklaters LLP, attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS"), on JJHCS's Unopposed Motion for Leave to Supplement the Second Amended Complaint, and the Court having reviewed and considered the motion, and it appearing to the Court pursuant to Fed. R. Civ. P. 16(b) and Fed. R. Civ. P. 15(d) that JJHCS should be granted leave to file the Proposed Supplemented Second Amended Complaint;

IT IS on this **2nd** day of **May**, 2025,

ORDERED that JJHCS's Motion for Leave to Supplement the Second Amended Complaint is GRANTED; and

IT IS FURTHER ORDERED that JJHCS shall file its Proposed Supplemented Second Amended Complaint within 10 (ten) days of the date of this Order.

*s/ Cathy L. Waldor*
HON. CATHY L. WALDOR