# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAVE ON SP, LLC, <br><br> Defendant. | Civil No. 22-2632 (JKS) (CLW) <br><br> **NOTICE OF APPEARANCE** |

The undersigned hereby appears as counsel of record for Defendants Express Scripts, Inc. and Accredo Health Group, Inc.

*s/ Suzanne E. Cevasco*
Suzanne E. Cevasco, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA, LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, NJ 07601
t: 201-441-9056
e: scevasco@hdrbb.com
*Attorneys for Defendants*
*Express Scripts, Inc. and*
*Accredo Health Group, Inc.*

Dated: May 2, 2025