**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**SAVE ON SP, LLC et al.,**<br><br>    **Defendants.** | Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. Cari Fais, U.S.M.J.<br><br>Civil Action No. 22-2632<br><br><br>**ORDER ADOPTING**<br>**REPORT AND RECOMMENDATION** |

**THIS MATTER** having come before the Court by Sills Cummis & Gross P.C. and Linklaters LLP, attorneys for Plaintiff Johnson and Johnson Health Care Systems Inc. ("JJHCS"), upon JJHCS's Motion for Leave to File a Third Amended Complaint, (Dkt. No. 825); and the Honorable Freda L. Wolfson, U.S.D.J. (ret.), Special Master, having considered the Motion and submissions of the parties and having recommended by Report and Recommendation entered on May 7, 2026, (Dkt. No. 916), that the Court grant the Motion; and this Court having received no objections to the Report and Recommendation; and it appearing to the Court that the Special Master's Report and Recommendation is thorough, well-reasoned, and should be adopted in all respects; and for good cause shown,

    **IT IS, on this 15th day of June, 2026, hereby**

    **ORDERED** that the Report and Recommendation, (Dkt. No. 916), is **ADOPTED** in all respects; and it is further

    **ORDERED** that JJHCS's Motion for Leave to File a Third Amended Complaint, (Dkt. No. 825), is **GRANTED**; and it is further

2

**ORDERED** that JJHCS shall file the proposed Third Amended Complaint no later than seven (7) days following the date of entry of this Order.

**SO ORDERED.**

*/s/ Cari Fais*
HON. CARI FAIS, U.SM.J.


cc:    Hon. Claire C. Cecchi, U.S.D.J.