SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

LINKLATERS LLP
Adeel A. Mangi
George LoBiondo
Patrick Ashby (*admitted pro hac vice*)
Sara A. Arrow
Julia Long (*admitted pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104
(212) 903-9000

*Attorneys for Plaintiff*
*Johnson & Johnson Health Care Systems Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | : | Civil Action No. 22-2632 (CCC)(CF) |
| Plaintiff, | : | Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. Cari Fais, U.S.M.J. |
| vs. | : | |
| SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., and ACCREDO HEALTH GROUP, INC., | : | **ORDER ADOPTING REPORT AND RECOMMENDATION ON MOTION FOR LEAVE TO FILE SUPPLEMENTED THIRD AMENDED COMPLAINT** |
| Defendants. | : | |

**THIS MATTER** having come before the Court by Sills Cummis & Gross P.C. and Linklaters LLP, attorneys for Plaintiff Johnson & Johnson Health Care Systems Inc. ("JJHCS"), on JJHCS's motion for leave to file a Supplemented Third Amended Complaint (the "Motion"); and the Honorable Freda L. Wolfson (ret.), Special Master, upon consideration of the motion and submissions of the parties, having granted the Motion pursuant to a Special Master Report and Recommendation, dated September 24, 2026, (Dkt. No. 968); and this Court having received no objections to the Report and Recommendation; and it appearing to the Court that the Special Master's thoughtful Report and Recommendation should be adopted in all respects, and for good cause shown,

**IT IS, on this 9th day of October 2026, hereby**

**ORDERED** that the Report and Recommendation, (Dkt. No. 968), is adopted in all respects; and it is further

**ORDERED** that JJHCS's Motion is **GRANTED** for the reasons set forth in the Special Master's Report and Recommendation; and it is further

**ORDERED** that JJHCS shall file its Supplemented Third Amended Complaint in accordance with the Report and Recommendation **no later than seven (7) days** from the date of entry of this Order.

**SO ORDERED.**

***/s/ Cari Fais***
HON. CARI FAIS, U.S.M.J.